# EXHIBIT 7



*Preserving* the integrity of competition. *Inspiring* true sport. *Protecting* the rights of athletes.

## **_VIA ELECTRONIC MAIL_**

June 18, 2012

Robert D. Luskin
Patton Boggs, LLP
2550 M. Street, NW
Washington, DC 20037

    Re:  Your 2 letters dated June 15 and your letter dated June 16, 2012

Dear Mr. Luskin:

You have now written me six letters in eight days.  As your strategy appears to involve burying USADA with insulting, duplicative correspondence, please do not expect me to parse through your many pages of commentary and provide a point-by-point rebuttal.

USADA will not allow your letter-writing and public relations campaigns to circumvent the arbitration process to which Mr. Armstrong agreed and which applies to all athletes.  Mr. Armstrong will receive the same opportunity for the truth to come out in the arbitration of his case as has every other athlete who has come before him.

You have demanded that we give your letters to USADA's Audit and Ethics Committee to address your specious allegation that USADA has obtained evidence in violation of grand jury secrecy rules.  As I am sure you realize, USADA has not violated any grand jury rules and your allegations otherwise are without any good faith legal or factual basis.

You have also not identified any reason why such an evidentiary argument should be heard by the Audit and Ethics Committee.  In any case, any concerns or complaints you have about the process, including your grand jury argument, can be presented at the appropriate time to American Arbitration Association (AAA) arbitrators.  Should you continue to rely on this specious claim we look forward to addressing your argument in that forum.

Your second June 15, 2012 letter contains five pages of discovery requests, which you asked that we forward to the USADA Anti-Doping Review Board.  We are transmitting your letter to the Review Board as part of your submittal.  Any other documents that you wish to submit to the Review Board must be received by USADA by 5:00 pm EDT on June 22, 2012.  No additional time will be afforded for Review Board submissions.

June 18, 2012
Page 2


Without repeating the points made in prior correspondence, the Review Board is not a hearing body. Any legitimate discovery requests can be addressed to the AAA panel as part of the AAA hearing process. We assume that if you decide to include correspondence from you to USADA as part of your Review Board submittal, you will also include our responsive correspondence.

Kind regards,

William Bock, III
General Counsel