# EXHIBIT 10

## de Feijter, Sarina

| | |
|---|---|
| **From:** | Lisa McCumber [LMcCumber@usada.org] |
| **Sent:** | Tuesday, June 26, 2012 2:44 PM |
| **To:** | Lisa McCumber |
| **Subject:** | Re: Anti-Doping Review Board Consideration of USADA's June 12, 2012 Notice Letter |
| **Importance:** | High |
| **Attachments:** | 60Minutes transcript.pdf; Landis Email.pdf |

June 26, 2012

Dear Sir or Madam:

You are being contacted as a representative of a Respondent to the above referenced Notice Letter. The Anti-Doping Review Board ("Review Board") has made the following information request of USADA:

> Is there any evidence consistent with USADA's allegations that is already in the public domain and would not subject any witness to a greater risk of intimidation or retaliation?

In response to this request USADA has provided the two documents attached to this email.

The Review Board has asked me to inform you that should you wish to provide any written response to the documents submitted by USADA in response to the Review Board's request you may do so by providing your response to me no later than **5:00 p.m. eastern on Wednesday, June 27, 2012**, and I will provide your response to the Review Board.

Sincerely,

Lisa McCumber
Testing Results Manager

Enclosures



**Lisa McCumber**
**Testing Results Manager**

5555 Tech Center Drive, Suite 200
Colorado Springs, CO 80919

### *U.S. Anti-Doping Agency*

*Preserving the integrity of competition*
*Inspiring true sport*
*Protecting the rights of athletes*

719-785-2034  Phone
866-601-2632  Toll Free
719-785-2028  Fax

lmccumber@usada.org

**Stay Connected: www.usada.org | Facebook | Twitter**

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.

IMMEDIATE RELEASE
**60MINUTES Sunday May 22, 2011**
**ARMSTRONG - PART ONE**
**SCOTT PELLEY/MICHAEL RADUTZKY/ TANYA SIMON**
**FINAL**

**STUDIO**

**LANCE ARMSTRONG IS AMONG THE GREATEST ATHLETES OF ALL TIME-- A AN AMERICAN HERO WHO BEAT CANCER TO WIN THE TOUR DE FRANCE, THE SUPER BOWL OF CYCLING, SEVEN TIMES. BUT NOW ARMSTRONG IS THE FOCUS OF A FEDERAL INVESTIGATION INTO PERFORMANCE ENHANCING DRUGS. A GRAND JURY IN LOS ANGELES HAS BEEN HEARING SECRET TESTIMONY FROM SOME OF ARMSTRONG'S FORMER TEAMMATES ON THE U.S. POSTAL SERVICE TEAM. ONE OF THE PRIME WITNESSES IS TYLER HAMILTON. UNDER OATH, BEHIND CLOSED DOORS, HAMILTON HAS TOLD A STORY THAT MAY CHANGE THE HISTORY OF SPORTS. OVER THE YEARS, SOME FORMER TEAMMATES HAVE ACCUSED ARMSTRONG OF DOPING. BUT, IT'S BEEN SAID IN PROFESSIONAL CYCLING, THAT IF TYLER HAMILTON BROKE HIS SILENCE, THEN THE FULL STORY OF THE LEGENDARY U.S. POSTAL TEAM WOULD BE KNOWN. HAMILTON DOES THAT NOW, IN PUBLIC, FOR THE FIRST TIME.**

**TAPE**

(HAMILTON:) Well   I just told my family for the first time four

days ago about all this. It was brutal   was the first time, really, I confided in them and then told them the whole story, you know, starting from the first-- from the first time I doped till to up through-- up through the end.

**TYLER HAMILTON ALWAYS DENIED DOPING UNTIL THIS MOMENT. HE'S AN OLYMPIC GOLD MEDALIST WHO KEPT THE SECRETS OF HIS SPORT FOR 14 YEARS. HE REFUSED TO COOPERATE WITH THE FEDERAL INVESTIGATION OF LANCE ARMSTRONG. BUT IN JUNE, HE WAS SERVED A SUBPOENA WHICH FORCED HIM TO TESTIFY BEFORE THE GRAND JURY.**

(HAMILTON)   If I could've pressed the button, if I could've deleted memory, you know, from when I was born up till the present moment, I probably would've pressed that button.

(PELLEY) Why?

(HAMILTON) 'Cause it was awful. What I went through was awful   there was a time I just wanted it all to disappear.

**HAMILTON SAT DOWN WITH US, RELUCTANTLY, BECAUSE WHAT HE HAD TO SAY WOULD RUIN HIS RECORD AS A CHAMPION CYCLIST AND IMPLICATE ARMSTRONG TO WHOM HE STILL FEELS GRATITUDE FOR THEIR YEARS AS TEAMMATES. TYLER HAMILTON HELPED LEAD ARMSTRONG TO VICTORY IN THREE TOUR DE FRANCE RACES, IN 1999, THEN 2000, AND 2001.**

(NAT SOT) "Take my hat off to the work done by Tyler Hamilton today, because he has consistently been at the front looking after Armstrong..."

**IN RACING, THE TEAM LEADER IS PROTECTED BY HIS**

TEAMMATES. THEY CLEAR HIS PATH, ALSO FEND OFF CHALLENGERS IN THE TIGHT PACK OF COMPETITORS THAT'S KNOWN AS A PELOTON. ARMSTRONG WAS THE LEADER OF THE TEAM SPONSORED BY THE U.S. POSTAL SERVICE. HIS TOP TEAMMATES, WHO LED HIM TO VICTORY AGAIN AND AGAIN, WERE TYLER HAMILTON AND GEORGE HINCAPIE. THEY WERE CONSTANT COMPANIONS AND KEPT EACH OTHERS SECRETS.

(PELLEY) For the record tell me what you saw   in terms of what Lance Armstrong took in performance enhancing drugs.

(HAMILTON:) He took what we all took, really no difference between Lance Armstrong and I'd say the-- the majority of the peloton, you know. There was EPO, there was testosterone   so, I - and I did see a transfusion, a blood transfusion.

ALL OF THOSE THINGS ARE BANNED IN RACES AND IN TRAINING. SO WHY WOULD A RIDER TAKE THE CHANCE OF GETTING CAUGHT? WELL, IT'S HARD TO IMAGINE THE ENDURANCE DEMANDED BY THE TOUR DE FRANCE. 21 DAYS, 2000 MILES AND A VICIOUS VERTICAL CLIMB TOTALING SOME 50 THOUSAND FEET IN ALL. THIS ORDEAL IS ONE REASON THAT CYCLING BECAME A DIRTY SPORT. ARMSTRONG WON SEVEN TIMES. AND IN THOSE SEVEN RACES, ALL OF THE SECOND AND THIRD PLACE FINISHERS, EXCEPT ONE, WERE AT SOME POINT IMPLICATED IN DOPING. ARMSTRONG'S STORY APPEARED MIRACULOUS. HE'D WON MORE TOURS THAN ANY MAN AND CLAIMED TO HAVE DONE IT AS ONE OF THE ONLY CLEAN RACERS AT THE TOP OF THE SPORT.

NAT SOT ARMSTRONG: *Is there evidence? Where's evidence of doping here?*

**IF THERE'S LITTLE PHYSICAL EVIDENCE, HAMILTON SAYS THERE ARE A NUMBER OF WITNESSES. HE TOLD US THAT ARMSTRONG WAS DOPING THE VERY FIRST TIME HE WON THE TOUR. ONE OF THE DRUGS, EPO, BOOSTS THE PRODUCTION OF RED BLOOD CELLS TO ENHANCE ENDURANCE.**

(PELLEY) He was using EPO in the Tour de France in 1999?

(HAMILTON ) Correct.

(PELLEY) He was using EPO in the Tour de France in the year 2000?

(HAMILTON)   He used it before to prepare for the Tour.

(PELLEY)    And what about the Tour in 2001?

(HAMILTON) He used it to prepare for the Tour .  I can't say that he used it during the tour.

(PELLEY)   What did you actually witness?

(HAMILTON)  I saw it in his refrigerator, you know. I—I saw him inject it more than one time

(PELLEY )   You saw Lance Armstrong inject EPO?

(HAMILTON) Yeah like we all did, like I did many, many times

(PELLEY: ) You saw it more than once?

(HAMILTON:) I think it saw it a couple, couple times

IT APPEARS THE FEDERAL INVESTIGATION WITH ITS
SUBPOENAS AND SWORN GRAND JURY TESTIMONY
HAS BROKEN CYCLING'S CODE OF SILENCE. WE
DON'T KNOW HOW MANY U.S. POSTAL RIDERS WERE
USING PERFORMANCE ENHANCING DRUGS BUT WE
HAVE LEARNED THAT AT LEAST THREE HAVE TOLD
FEDERAL AUTHORITIES THEY USED BANNED
SUBSTANCES AND WITNESSED ARMSTRONG USING
THEM TOO. ONE OF THOSE RIDERS IS ARMSTRONG'S
FORMER TEAMMATE, GEORGE HINCAPIE WHO
ARMSTRONG ONCE SAID WAS LIKE A BROTHER TO
HIM. HINCAPIE HAS NEVER BEEN TAINTED BY
SCANDAL. HE RODE NEXT TO ARMSTRONG IN ALL
SEVEN TOUR DE FRANCE VICTORIES. BUT NOW,
WE'RE TOLD THAT, HINCAPIE, FOR THE FIRST TIME,
HAS TOLD FEDERAL INVESTIGATORS THAT HE AND
ARMSTRONG SUPPLIED EACH OTHER WITH THE
BLOOD BOOSTER EPO AND DISCUSSED HAVING USED
TESTOSTERONE, ANOTHER BANNED SUBSTANCE,
DURING THEIR PREPARATION FOR RACES. THROUGH
HIS ATTORNEY, HINCAPIE DECLINED TO BE
INTERVIEWED, CITING THE ONGOING
INVESTIGATION.

(PELLEY)   is it just a bunch of guys making decisions on their
own about what they want to do? Or is this a doping program
that   was directed for the rest of the team?

(HAMILTON) You know, the team really encouraged it.

(PELLEY:) The team management?

(HAMILTON) The team management encouraged it, yes

THE TEAM AT THE TIME WAS MANAGED BY JOHAN
BRUYNEEL AND HAMILTON SAYS SOME OF THE

**TEAM DOCTORS SUPERVISED THE DOPING.  HE'S NOT THE ONLY MEMBER OF THE TEAM TO TELL US THAT DOPING ON U.S. POSTAL WAS BOTH DIRECTED AND SYSTEMATIC. WE SPOKE TO A FORMER TEAM MEMBER WHO DID NOT WANT TO BE NAMED. BUT HE SAID THAT HE WAS INSTRUCTED BY SOME TEAM DOCTORS TO USE EPO AND THAT ARMSTRONG RECOMMENDED HE USE THE BANNED STEROID, CORTISONE, BEFORE TIME TRIALS. NEITHER BRUYNEEL NOR THE TEAM DOCTORS WE CONTACTED WANTED TO COMMENT. PROSECUTORS ARE INVESTIGATING WHICH OF THE TEAM'S MANAGERS OR DOCTORS MAY HAVE BEEN INVOLVED IN ILLICIT DOPING.**

(PELLEY) Was Lance Armstrong encouraging the doping?

(HAMILTON)   he obviously was the biggest rider in the team and he-- he helped to call the shots  uh, yes, he doped himself, you know, like everybody else   but he was just being part of the culture of the sport. But yeah, I mean, he-- he sort of, he was the leader of the team and he expected for going in, for example the '99 Tour, which was his first tour that he won   we were going to do everything possible to help Lance win. We had one objective, that's it.

**IT WAS IN THAT '99 TOUR DE FRANCE THAT HAMILTON SAYS ARMSTRONG USED ANOTHER DRUG CALLED ANDRIOL.**

(HAMILTON )   Basically Andriol is just in a little red pill, but basically what's inside is just oil, a special oil. Another way to take it was just you'd get a little, like, eyedropper thing and you'd have a little glass container of it.  I saw him take it that way, too with me, you know.

(PELLEY) And that oil was what?

(HAMILTON) Testosterone.

(PELLEY ) Another banned substance?

(HAMILTON ) Correct.

(PELLEY ) You did this together?

(HAMILTON)   I remember one time after a race getting a drop of oil from him, you know, he-- he put it-- just squirt it in my mouth, squirted in a teammate's mouth and squirted it in his own mouth, you know. Just-- a tiny amount, enough that's not going to be detectable the next day when you get drug tested.

**HAMILTON TOLD US THAT DOPING WAS HAPPENING ON THE U.S. POSTAL TEAM BEFORE LANCE ARMSTRONG JOINED.  THE BEST RIDERS GOT SPECIAL TREATMENT.**

(HAMILTON)  I remember seeing some of the stronger guys in the team getting handed these white lunch bags,  So finally I, you know, started putting  two and two together and-- you know, basically they were-- there were doping products in the, in those white lunch bags.

(PELLEY: 02:04:29) You weren't getting one in the beginning?

(HAMILTON) No.

(PELLEY) But you did eventually?

(HAMILTON) Eventually I got a white lunch bag, yeah.

(PELLEY:) And inside the bag was what?

(HAMILTON)    In my lunch bag I got EPO. You know, other guys got other things-- such as growth hormone   I mean, it's sad to say it, it is kind of willing and accepting in the lunch bag, but you know, it was also-- in a way it was also an honor that, "Wow, like, they think I'm good enough to be with the A team guys."

**IT WAS 1997, HAMILTON SAYS HE'D NEVER DOPED BEFORE, BUT NOW A TEAM DOCTOR SAID THAT HE COULD MAKE THE TOUR DE FRANCE TEAM IF HE USED EPO.**

(HAMILTON)    he recommended and thought it was a good idea for both the-- team, for-- for myself, for-- and for my health that I take -- some therapy as he called it.  And that was--so he was recommended that-- recommending that I take EPO.

(PELLEY:) What did you think in that moment?

(HAMILTON:) Yeah it was a pretty emotional moment. I told him that I needed a little bit of time to think about it, and basically I was starting to see a little bit of the dirty side of the sport. It was-- it was tough   I felt like at this point in my career I was so close to the-- to the goal   I've got to do it. You know, like, what would you do? You're that close, you've worked so hard to get to that moment. I mean, you're-- really you can say my whole life to get to that point.

(PELLEY ) You were concerned in that moment that if you didn't do the EPO you wouldn't make the A team, you wouldn't ride the tour, is that right?

(HAMILTON:) Yeah  I kind of felt like I owed it to myself to look the other way and keep going forward.

(ANDREU) There was a time there where it felt like everybody was taking EPO.

**FRANKIE ANDREU WAS ON THE POSTAL TEAM THE FOLLOWING YEAR. ANDREU IS ANOTHER WITNESS IN THE FEDERAL INVESTIGATION.**

(ANDREU) Things were just getting faster and faster and sprinters were getting over the big mountains and winning-- you know, climbing stages   There's 200 guys flying over these mountains and you can't even stay in the group. And it's just impossible to keep up. And it's like, 'What the hell's going on here?' That was kind of the mindset.

(PELLEY) If a rider was using EPO and the other riders in the race were not, the EPO is a race winner?

(ANDREU) Oh yeah, for sure, yeah   if you weren't taking EPO   you weren't going to win.

**ANDREU ADMITTED TO INVESTIGATORS THAT HE TURNED TO EPO FOR A BRIEF TIME.**
(ANDREU))   I got tired of getting dropped and trying to survive and having guys that normally never should have been riding in front of me like kicking my butt. It was a matter of survival, just keeping up, not getting dropped, having my place in the peloton. Training alone wasn't doing it. And I think that's how --   but many of the other riders during that era felt, I mean you kind of didn't have a choice.

**TYLER HAMILTON TOLD US THAT LEARNING HOW TO USE EPO WITHOUT GETTING CAUGHT WAS PART OF THE U.S. POSTAL TEAM'S TRAINING. SOME OF THE TEAM DOCTORS DID FREQUENT BLOOD TESTS TO MAKE SURE THAT RIDERS WERE TAKING ENOUGH EPO TO GET A BOOST IN RED BLOOD CELLS BUT NOT SO MUCH THAT IT WOULD RAISE SUSPICION. THEY WERE TESTING SOMETHING CALLED HEMATOCRIT,**

**THE PROPORTION OF RED CELLS IN THE BLOOD. HAMILTON REMEMBERED THAT ONCE DURING TRAINING THE DOCTOR TOLD HIM THAT HIS HEMATOCRIT WAS TOO LOW.**

(HAMILTON)   So they told me basically to take care of it.

(PELLEY) Which meant?

(HAMILTON) Taking some EPO. Either resting a lot, which if you rest a lot your hematocrit will go up. Or, that was a critical part of the year for training, putting in a lot of miles, so I really didn't have that option.

**HE SAYS HE NEEDED THE BANNED EPO AND HE KNEW WHO TO CALL**

(HAMILTON)   You know, I reached out to Lance Armstrong, you know. And he helped me out, he helped me out . And you know I think the next day or two a package, Fedex or DHL package arrives with not a lot but just a little bit of EPO just to bump my values up a couple points.

(PELLEY ) And that package was sent by whom?

(HAMILTON) I don't remember whose name was on the package, but you know, Lance's-- Lance confirmed that he'd sent me some. And it-- and it did arrive.

(PELLEY) It was arranged by Lance Armstrong.

(HAMILTON) Correct  but you know, I reached out to him, I asked, I asked, for this. He, sure, it was an illegal doping product, um, but he helped out a friend, so I want to make it clear that, you know, if the roles were reversed and I had the connection   I would have done the same, same, thing for Lance.

(PELLEY) What was that conversation like when you made this request?

(HAMILTON)   back in the day we had code-- words for certain things and we had, you know   most riders had secret-- had a second phone that was kind of secret, they didn't really-- share with anybody, so secret phones, secret code words.   I asked him for some, it was either Poe or Edgar Allen Poe, which was kind of-- that was the code name for EPO.

**HAMILTON SAYS THOSE SECRET CELL PHONES HE MENTIONED WERE NOT REGISTERED IN THEIR NAMES AND THEY USED THEM JUST IN CASE THE AUTHORITIES WERE LISTENING.**

(PELLEY) Did other members of the team have secret phones?

(HAMILTON) Yeah.

(PELLEY ) Did Lance Armstrong have a secret phone?

(HAMILTON) Yes.

**THROUGH A REPRESENTATIVE ARMSTRONG DENIED SENDING THE EPO.**

**STAND UP:**
**HAMILTON SAYS THAT SOME OF THE TOP RIDERS ON THE TEAM ALSO USED ANOTHER METHOD TO BOOST RED BLOOD CELLS--A BANNED TECHNIQUE CALLED BLOOD DOPING.  IN BLOOD DOPING A RIDER GIVES HIS OWN BLOOD, STORES IT, AND THEN, AT A CRITICAL POINT IN THE TOUR, TRANSFUSES THE BLOOD BACK INTO HIS BODY. THE FRESH BLOOD BOOSTS THE RED BLOOD CELLS IN A WORN OUT RIDER. HAMILTON SAYS HE FIRST ENCOUNTERED**

**BLOOD DOPING IN THE YEAR 2000 AS HE AND ARMSTRONG WERE PREPARING FOR THE TOUR DE FRANCE. HE SAYS THAT HE WAS INSTRUCTED BY ARMSTRONG TO JOIN HIM ON A PRIVATE JET FOR A FLIGHT FROM FRANCE TO VALENCIA, SPAIN.**

(PELLEY) When you arrived in Spain what happened?

(HAMILTON:) A staff member met us at the airport. We were quickly shipped to-- driven to a hotel   Went up to two different rooms, a teammate-- a teammate and I in one room and Lance in-- in another. They instructed us to lie down on the bed and-- they basically extracted blood   I think it was 450 cc's  of blood.

**THAT'S ABOUT A PINT OF BLOOD AND AROUND TEN DAYS INTO THE 2000 TOUR DE FRANCE, ABOUT HALFWAY THROUGH THE RACE HAMILTON SAYS THE TEAM MEMBERS STOPPED AT A HOTEL WHERE THE FRESH BLOOD WAS TRANSFUSED BACK INTO THEIR BODIES.**

(PELLEY) Did you see Lance Armstrong getting the blood transfusion?

(HAMILTON) Yeah.

(PELLEY ) You didn't see them take his blood weeks before, but you saw the transfusion going back into his blood during the Tour de France race in 2000?

(HAMILTON) Yeah, but   I was transfusing blood. And my teammate was. And I guarantee you every other team had probably two or three riders that were doing the same thing. I'd bet-- I'd bet my life on it.

**HAMILTON SAYS THE STORY HE'S TELLING IN THIS**

**INTERVIEW IS THE SAME ONE THAT HE TOLD UNDER OATH TO THE GRAND JURY. IN RETURN FOR HIS TESTIMONY, THE GOVERNMENT HAS GIVEN HIM LIMITED IMMUNITY FROM PROSECUTION. BUT AS PART OF THAT DEAL, IF HE'S FOUND TO BE LYING, HE LOSES THAT IMMUNITY AND BECOMES LIABLE FOR PROSECUTION.**

(PELLEY) You know, Lance Armstrong has dismissed everyone who has spoken out against him as having an ax to grind. He says they have no credibility. And he might say that you have no credibility because now in this interview you're admitting that you doped and that the only reason you're speaking out now is because the government gave you a deal. What do you say to that?

(HAMILTON) I'm telling  the truth, I'm telling the truth. And yeah, I'm sure he'll come out with accusations. And you know, I – do—you know, to Lance, I feel bad that I had to go here and do this. But I think at end of the day like I said, long-term   the sport's going to be better for it.

(PELLEY)  If what you're saying about Armstrong is true, that he is essentially in your estimation a cheat and a liar, how is it possible that he's gotten away with that all this time?

(HAMILTON) Well, there's a lot of other cheats and liars out there too who've gotten away with it. It's not just Lance, you know? I mean with a little luck I'd still be out there today being a cheat and liar.

**STUDIO CLOSE:**

WE'LL RETURN TO HAMILTON IN A MOMENT. BUT FIRST, OVER WEEKS, WE'VE HAD SEVERAL CONVERSATIONS WITH LANCE ARMSTRONG AND HIS LAWYERS. WE TOLD THEM IN DETAIL ABOUT THE ALLEGATIONS. THEY DECLINED AN

INTERVIEW. ARMSTRONG'S REPRESENTATIVE SENT A
STATEMENT ATTACKING ARMSTRONG'S ACCUSERS AS
MOTIVATED BY "GREED AND A HUNGER FOR PUBLICITY."
THE STATEMENT TAKES ON THE FEDERAL INVESTIGATION
SAYING, QUOTE, THE TIME HAS LONG PASSED FOR THIS
NONSENSICAL INVESTIGATION TO STOP AND FOR THE
ENORMOUS WASTED RESOURCES TO BE RE-DIRECTED TO
INVESTIGATIONS THAT MIGHT ACTUALLY PROTECT
AMERICANS FROM WRONGDOING. THE STATEMENT DID
NOT ADDRESS ANY OF OUR QUESTIONS ABOUT DOPING.
WHEN WE COME BACK, TYLER HAMILTON CHALLENGES
ARMSTRONG'S LONG STANDING CLAIM THAT HE'S NEVER
FAILED A DRUG TEST.

## ARMSTRONG  60MINUTES

## SCOTT PELLEY/MICHAEL RADUTZKY/ TANYA SIMON
 PART TWO

### *STUDIO*

LANCE ARMSTRONG HAS BEEN TESTED FOR PERFORMANCE
ENHANCING DRUGS HUNDREDS OF TIMES. HE INSISTS HE'S
NEVER TESTED POSITIVE. THAT CLAIM IS THE
CORNERSTONE OF HIS PUBLIC IMAGE, AND IT'S ALSO THE
PLEDGE HE MADE TO THE U.S. GOVERNMENT WHEN HIS
TEAM ACCEPTED A MULTI-MILLION DOLLAR SPONSORSHIP
FROM THE UNITED STATES POSTAL SERVICE.
PROSECUTORS ARE NOW INVESTIGATING WHETHER THAT
PLEDGE WAS A LIE AND, IF SO, WHETHER IT CONSTITUTED
FRAUD AGAINST THE UNITED STATES. THEY ARE ALSO
ASKING WHETHER LAWS AGAINST DRUG TRAFFICKING
AND DISTRIBUTION MAY HAVE BEEN VIOLATED. WE HAVE
LEARNED THAT AUTHORITIES ARE LOOKING INTO ONE,
PARTICULAR, DRUG TEST TAKEN IN 2001. TONIGHT, WE ASK
ARMSTRONG'S CLOSE TEAMMATE, TYLER HAMILTON
ABOUT THAT TEST THAT CAME DURING A RACE IN
SWITZERLAND.

*TAPE*

(PELLEY:) As you know, Lance Armstrong has repeatedly said that he has never doped and that he's never failed a doping test. Do you have any reason to doubt his claim that he's never failed a test?

(HAMILTON:) Yeah   I know he's had a positive test before.

(PELLEY) Positive for what?

(HAMILTON) For E.P.O.

(PELLEY:) When and where?

(HAMILTON:) I mean, it's hard for me to talk about this, you know? Aah, Tour of Switzerland. 2001.

(PELLEY) How do you know he had a positive test?

(HAMILTON) He told me.

*NAT SOT Tour de Suisse*

**IT WAS JUNE 2001. THE TOUR DE SUISSE WAS A WARM UP RACE FOR THE TOUR DE FRANCE. A POSITIVE TEST WOULD KEEP A RIDER OUT OF THE BIG EVENT, BUT HAMILTON SAYS ARMSTRONG WASN'T WORRIED.**

(HAMILTON)   He was so relaxed about it and he kind of just said it off the cuff and kind  of laughed it off that it helped me sort of stay relaxed because obviously if he had a positive test, we're going to lose the-- team's going to lose the sponsorship, I'm going to lose my job. Not only am I going to lose my job but, you know, 50 to 60 other people are going to lose their jobs.   probably won't-- won't get to do the Tour de France. There were a lot of consequences to a positive test.

(PELLEY) But, there don't seem to have been any consequences

(HAMILTON) No.

(PELLEY) What happened?

(HAMILTON) People took care of it.

(PELLEY) What does that mean?

(HAMILTON) I don't know all the exact details. But I know that Lance's people and the people from the other side from-- I believe from the governing body of the sport figured out-- figured out a way for it to go away.

(PELLEY) Why do you say that? How do you know that?

(HAMILTON) I was told this.

(PELLEY) By?

(HAMILTON) Lance.

**STAND-UP**

**THE SPORT IS GOVERNED BY THE INTERNATIONAL CYCLING UNION, ALSO KNOWN AS THE UCI. THE INCIDENT IS UNDER INVESTIGATION BY FEDERAL PROSECUTORS AND BY THE UNITES STATES ANTI-DOPING AGENCY. WE HAVE OBTAINED A LETTER THAT WAS SENT FROM THE U.S. ANTI-DOPING AGENCY REQUESTING INFORMATION FROM THE SWISS LAB THAT DID THE TEST. THAT LETTER REVEALS THAT THE LAB FOUND THE INITIAL TEST OF A URINE SAMPLE "SUSPICIOUS" AND "CONSISTENT WITH EPO USE." WE HAVE ALSO LEARNED THAT THE LAB DIRECTOR MET WITH JOHAN BRUYNEEL, POSTAL'S MANAGER, AND LANCE ARMSTRONG. SUCH A MEETING WOULD BE HIGHLY UNUSUAL ACCORDING TO DAVID HOWMAN THE DIRECTOR GENERAL OF THE WORLD ANTI-DOPING AGENCY.**

(PELLEY) What would be wrong with either the athlete or the athlete's coach being in this meeting with the lab director?

(HOWMAN) You can't have a situation where you have athletes going and having one on one conversations with lab-- just for the mere perception that that would be wrong   we can't have a situation where athletes get preferential treatment, preferential information, or even meetings of-- of that nature.


**WE ARE TOLD THAT THE SWISS LAB DIRECTOR HAS GIVEN A SWORN STATEMENT TO THE FBI. AN**

**OFFICIAL FAMILIAR WITH THE INVESTIGATION SAYS THAT THE LAB DIRECTOR TOLD THE FBI THAT A REPRESENTATIVE OF THE INTERNATIONAL CYCLING UNION WANTED THE MATTER OF THE SUSPICIOUS TEST TO GO NO FURTHER. THE LAB DIRECTOR ALSO SAID THAT THE *MEETING* WITH BRUYNEEL AND ARMSTRONG WAS ARRANGED BY THE CYCLING UNION ITSELF. THE LAB DIRECTOR SAYS THAT TESTING PROCEDURES WERE DISCUSSED DURING THAT MEETING WHICH HOWMAN SAYS COULD BE VERY VALUABLE TO SOMEONE SEEKING TO BEAT THE TEST.**

(PELLEY) The sophisticated doper can beat the tests--

(HOWMAN) Yes.

(PELLEY:) --if he knows what he's doing.

(HOWMAN) Yes.  I've used the example of Marion Jones to exemplify that. She ran for many years, won many events. I think gave more than 160 samples for analysis. Not once did she test positive. She held her hand up and said, "I have tested hundreds of times and never tested positive." What did that mean? Nothing.

*(*MARION JONES File Footage*) I want you to know that I have been dishonest.*

(PELLEY:) And after a criminal investigation, she finally admitted that she had been using performance-enhancing drugs.

(HOWMAN) And went to jail. And served her time.

**WHETHER OR NOT LANCE ARMSTRONG WAS ABLE TO GET PREFERENTIAL TREATMENT, THERE IS SOMETHING ELSE THAT CONCERNS DAVID HOWMAN, HEAD OF THE WORLD ANTI-DOPING AGENCY. AROUND THE TIME THE INTERNATIONAL CYCLING UNION ARRANGED THAT UNUSUAL MEETING, ARMSTRONG DONATED 25 THOUSAND DOLLARS TO THE CYCLING UNION—THE SAME ORGANIZATION THAT POLICES DOPING. THREE YEARS LATER HE ANNOUNCED ANOTHER 100 THOUSAND DOLLAR DONATION. ARMSTRONG SAYS THAT HE WAS SUPPORTING ANTI-DOPING EFFORTS**

(HOWMAN) it doesn't look good   When you are effectively giving money to the people who-- have your fate in their hands. And-- and the testing program.

(PELLEY) Have other cyclists done the same thing?

(HOWMAN) Not to my knowledge. I have not heard of any other athlete in any other country in any other sport having done that. It's-- it's-- unique.

(PELLEY) It's inappropriate?

(HOWMAN) Totally inappropriate, I would have thought.

**THE CYCLING UNION STRONGLY DENIES THAT ARMSTRONG'S DONATIONS WERE INAPPROPRIATE. WE ASKED THE CYCLING UNION TO PROVIDE US WITH THE TEST RESULTS FROM THE 2001 TOUR DE SUISSE.  THEY SAID THEY COULDN'T BECAUSE OF RIDER CONFIDENTIALITY. HOWEVER IN A LETTER GIVEN TO US BY ARMSTRONG'S ATTORNEY, UCI SAID "NONE OF THE SAMPLES REPORTED POSITIVE...BELONGS TO MR. LANCE ARMSTRONG."**

**WE HAVE LEARNED THAT ANOTHER FOCUS OF FEDERAL AUTHORITIES IS THE RELATIONSHIP BETWEEN LANCE ARMSTRONG AND THIS MAN, MICHELE FERRARI, AN ITALIAN DOCTOR AND FAMOUS TRAINER OF TOP CYCLISTS.**

(PELLEY) Armstrong has always maintained that Dr. Ferrari provided him with a training regimen and never ever gave him performance enhancing drugs. Based on your personal knowledge, is that true?

(HAMILTON) I can't say I saw Michele Ferrari ever give Lance Armstrong performance enhancing drugs. But, do I know for a fact that they talked about performance enhancing drugs and how to take it and when and -- when, how, and why? Yes.

(PELLEY) And how do you know that?

(HAMILTON) 'Cause I-- I heard it.

(PELLEY) You were there?

(HAMILTON) Yeah, yeah.

(PELLEY) Those conversations were about what?

(HAMILTON) Drugs.   I mean, a lot of other things. Michele Ferrari is amazing—coach, a trainer   he's  a brilliant guy   he taught Lance how to-- how to train properly. Obviously, in cycling there's more than just training and resting and eating correctly.  There's one more element --  the doping part. And he gave him, you know, a doping schedule.

**HAMILTON TOLD US THAT HE TOO WORKED WITH FERRARI, FOR ABOUT A YEAR, AND RECEIVED A DOPING SCHEDULE FOR TAKING EPO. FERRARI**

**DECLINED TO COMMENT. HE WAS BANNED FROM THE SPORT BY THE ITALIAN CYCLING FEDERATION IN 2002. ARMSTRONG SAYS THAT HE ENDED HIS PROFESSIONAL RELATIONSHIP WITH FERRARI IN 2004. BUT ITALIAN INVESTIGATORS SAY THAT THERE IS EVIDENCE ARMSTRONG AND HIS REPRESENTATIVES CONTINUED MAKING LARGE PAYMENTS TO FERRARI THROUGH 2010.**

**AS WE SAID, LANCE ARMSTRONG DECLINED TO APPEAR IN THIS STORY SO WE'VE PUT TOGETHER SEVERAL THINGS THAT HE'S SAID ABOUT DOPING IN THE PAST, IN HIS OWN WORDS. THIS IS 2001.**

(ARMSTRONG) I have the facts on my side and that's what they don't know, what they've done is, they've written, as I said, they've written the conclusion and then they've tried to fill in the rest, with a house of cards and with speculation and with innuendo   explain to me how we've passed so many tests if we're so dirty and they don't want to answer that question and that's not fair.

**THIS IS A NEWS CONFERENCE IN 2004.**

(ARMSTRONG) We got nothing to hide, we know that, everybody knows that, we've, we've, we've proven time in and time out that that we're clean and I can tell you that the controls today in cycling in 2004 are a hell of a lot more than they ever were before and they're a lot more than any other sport.

**AND FINALLY ARMSTRONG SAID THIS LAST YEAR WHEN ANOTHER FORMER TEAMMATE, FLOYD LANDIS ACCUSED HIM OF DOPING.**

(ARMSTRONG) It's his word versus ours. We like our word, we like where we stand, we like our credibility.

**TYLER HAMILTON LEFT ARMSTRONG AND THE U.S. POSTAL TEAM LATE IN 2001 TO LEAD A COMPETING TEAM. IN 2004 HE WENT ON TO WIN A GOLD MEDAL FOR THE UNITED STATES AT THE ATHENS OLYMPICS.**

*Nat Sound Olympics: This is American history...*

(HAMILTON)  it was just an amazing feeling  I was ecstatic   and I slept with the gold medal on the-- coffee table right next to the bed   I remember waking up that first night and waking up thinking, like, "Was that just a dream?" and looking over and there it was and, like, "Wow, this was real."

**BUT THE DREAM DIDN'T LAST. NOT LONG AFTER THE OLYMPICS, QUESTIONS WERE RAISED ABOUT WHETHER HE WAS DOPING.**

(PELLEY) Were you doping at the Olympics?

(HAMILTON) For the Olympics, no. But it's possible, you know, through residual effects from previous races that there was some performance enhancement.

**AT A RACE, WEEKS LATER, HAMILTON TESTED POSITIVE FOR BLOOD DOPING AND WHEN ASKED ABOUT IT UNDER OATH, HE DENIED THAT HE HAD EVER DOPED AND SAID THAT THERE WAS NO DOPING PROGRAM ON U.S. POSTAL.**

(HAMILTON)   I felt like if I told the truth, "Yeah, I doped before, doing  E.P.O. and testosterone and occasional-- transfusion of my own blood," then I would have had to open the doors and tell the-- whole truth, not just a little bit of the truth, but the whole truth. And I would've taken down a lot of people in the sport  a lot of old friends, teammates, coworkers, staff members  And, you know  I kept my mouth shut. And it was for the sake of the sport  I didn't want to hurt it any worse than it's been hurt.

**HAMILTON WAS SUSPENDED FROM CYCLING FOR TWO YEARS AND RETIRED IN 2009 AFTER TESTING POSITIVE FOR A BANNED STEROID THAT HE SAYS WAS CONTAINED IN AN HERBAL SUPPLEMENT THAT HE WAS TAKING TO COMBAT DEPRESSION. TODAY, EVEN THE HIGH POINTS OF HIS CAREER – INCLUDING THE GOLD MEDAL – ARE BAD MEMORIES.**

(HAMILTON)  I don't even like to look at-- look at the gold medal anymore  because it's-- it makes me sad, makes me sad about all the things I've gone through in the sport of cycling   it's just packed away in a safe   I don't go around and show it to people with a lot of pride   the culture of the sport really ruined those feelings for me.

**IN ANTICIPATION OF THIS BROADCAST, LAST WEDNESDAY, TYLER HAMILTON DECIDED TO SURRENDER HIS OLYMPIC GOLD MEDAL TO U.S. ANTI-DOPING AUTHORITIES. AS FOR HIS NEXT CHAPTER, HAMILTON JUST TURNED 40, HE'S WRITING A BOOK…**

*NAT SOT coaching: Good job, you're almost there…*

**AND COACHES YOUNG RIDERS IN THE SPORT THAT HE STILL LOVES.**

*NAT SOT coaching: Good.*

STUDIO CLOSE

**FOR MANY YEARS, CYCLING ENFORCED A CODE OF SILENCE. AS LONG AS RIDERS WERE OUTPACING THE SCIENCE OF TESTING IT WAS IN NO ONE'S INTEREST TO TALK ABOUT THE ILLICIT EDGE THAT MANY ENJOYED. IN THE PACK OF RIDERS KNOWN AS THE**

PELOTON, LANCE ARMSTRONG WAS PROTECTED BY
HIS LOYAL LIEUTENANTS GEORGE HINCAPIE AND
TYLER HAMILTON. NOW THAT BOTH MEN HAVE
TESTIFIED TO FEDERAL INVESTIGATORS, IT WILL BE
UP TO THE GRAND JURY TO DECIDE WHETHER TO
BRING CRIMINAL CHARGES, WHETHER THE
ALLEGATIONS OF CHEATING HAVE OVERTAKEN THE
LEGEND.

# # #



-------- Forwarded message ---------
From: **Johnson, Steve** <sjohnson@usacycling.org>
Date: Sat, May 1, 2010 at 9:48 AM
Subject: Allegations by Floyd Landis
To: ttygart@usantidoping.org
Cc: "Peterson, Bill" <Bill@solve4.org>, David Tenner <tenner@rmwpc.com>, McQuaid Pat - UCI
<pat.mcquaid@uci.ch>, Stephen Starks <sstarks@usada.org>, landis.floyd@gmail.com

Travis,

As you know, a few weeks ago I was contacted by Mr. Landis with vague and non-specific allegations regarding his personal knowledge of drug use by unnamed fellow riders in the peloton. Despite immediate and repeated recommendations from USA Cycling that he take any such information directly to USADA, he has apparently elected instead to communicate his specific allegations to USA Cycling in an email sent to me yesterday while I was traveling back from New York.

The information contained in Mr. Landis' communication pertains to activities that are clearly the domain of USADA, who has the expertise and experience to deal with drug use and doping allegations.  That being the case, I am forwarding this information to you without delay for your consideration.  I have also taken the liberty of attaching another email I received from Mr. Landis late last night that provides additional information and implicates riders that were not included in the information provided below.

In his email, Mr. Landis states that additional information is forthcoming.  Mr. Landis is copied on this email and I would again request that he direct all future communications concerning drug use or doping allegations directly to USADA.  Of course, if those allegations concern employees or agents of USA Cycling, Mr. Landis should also copy me so that USA Cycling can investigate those allegations.

Please note that USA Cycling's counsel, Stephen Hess, has a conflict with respect to this matter.  As a result, USA Cycling is represented by David Tenner concerning the allegations made by Mr. Landis.  To the extent that counsel needs to be involved, Mr. Tenner's contact information is:

David M. Tenner

Ridley, McGreevy, Winocur & Weisz, P.C.

303 16th St., Suite 200

Denver, CO  80202

(303) 629-9700

tenner@rmwpc.com


　　　If Mr. Landis is uncomfortable reporting the activities of USA Cycling's employees and agents to me, he should simply let us know and he can report that information to another USA Cycling representative and/or Mr. Tenner.


　　　Finally, Mr. Landis' email implicates Mr. Verbruggen and activities at UCI Headquarters.  We are, therefore, also copying Pat McQuaid at UCI on this email.


　　　If you have any questions or concerns, please do not hesitate to contact me or, if appropriate, Mr. Tenner.


All the best,


Steve


Steve Johnson

Chief Executive Officer

USA Cycling

210 USA Cycling Point, Suite 100

Colorado Springs, CO 80919

719-434-4250 (o)

719-434-4350 (f)

http://www.usacycling.org

UCITRUSTED1860

**From:** floyd landis [mailto:landis.floyd@gmail.com]
**Sent:** Friday, April 30, 2010 6:19 PM
**To:** Johnson, Steve
**Subject:** nobody is copied on this one so it's up to you to demonstrate your true colors....

Some details:

2002: I was instructed on how to use Testosterone patches by Johan Bruyneel during the During the Dauphine Libere in June, after which I flew on a helicopter with Mr Armstrong from the finish, I believe Grenoble, to San Mauritz Switzerland at which point I was personally handed a box of 2.5 mg patches in front of his wife who witnessed the exchange. About a week later, Dr Ferrari performed an extraction of half a liter of blood to be transfused back into me during the Tour de France. Mr Armstrong was not witness to the extraction but he and I had lengthy discussions about it on our training rides during which time he also explained to me the evolution of EPO testing and how transfusions were now necessary due to the inconvenience of the new test. He also divulged to me at that time that in the first year that the EPO test was used he had been told by Mr Ferrari, who had access to the new test, that he should not use EPO anymore but he did not believe Mr Ferrari and continued to use it. He later, while winning the Tour de Swiss, the month before the Tour de France, tested positive for EPO at which point he and Mr Bruyneel flew to the UCI headquarters and made a financial agreement with Mr. Vrubrugen to keep the positive test hidden.

2003: After a broken hip in the winter, I flew to Gerona Spain where this time two units (half a liter each) were extracted three weeks apart. This took place in the apartment in which Mr. Armstrong lived and in which I was asked to stay and check the blood temperature every day. It was kept in a small refrigerator in the closet along with the blood of Mr Armstrong and George Hincapie and since Mr. Armstrong was planning on being gone for a few weeks to train he asked me to stay in his place and make sure the electricity didn't turn off or something go wrong with the refrigerator. Then during the Tour de France the entire team, on two different occasions went to the room that we were told and the doctor met us there to do the transfusions. During that Tour de France I personally witnessed George Hincapie, Lance Armstrong, Chechu Rubiera, and myself receiving blood transfusions. Also during that Tour de France the team doctor would give my room mate, George Hincapie and I a small syringe of olive oil in which was disolved andriol, a form of ingestible testosterone on two out of three nights throughout the duration.

I was asked to ride the Vuelta a Espana that year in support of Roberto Heras and in August, between the Tour and the Vuelta, was told to take EPO to raise my hematocrit back up so more blood transfusions could be performed. I was instructed to go to Lances place by Johan Bruyneel and get some EPO from him. The first EPO I ever used was then handed to me in the entry way to his building in full view of his then wife. It was Eprex by brand and it came in six pre measured syringes. I used it intravenously for several weeks before the next blood draw and had no problems with the tests during the Vuelta. Also during this time it was explained to me how to use Human Growth Hormone by Johan Bruyneel and I bought what I needed from Pepe the team "trainer" who lived in Valencia along with the team doctor at that time. While training for that Vuelta I spent a good deal of time training with Matthew White and Michael Barry and shared the testosterone and EPO that we had and discussed the use thereof while training.

Again, during the Vuelta we were given Andriol and blood transfusions by the team doctor and had no problems with any testing.

2004:  Again the team performed two seperate blood transfusions on me, but this time Bruyneel had become more paranoid and we did the draws by flying to Belgium and meeting at an unknown persons appartment and the blood was brought by "Duffy" who was at that time Johans assistant of sorts.  The second of which was performed on the team bus on the ride from the finish of a stage to the hotel during which the driver pretended to have engine trouble and stopped on a remote mountain road for an hour or so so the entire team could have half a liter of blood added.  This was the only time that I ever saw the entire team being transfused in plain view of all the other riders and bus driver.  That team included Lance Armstrong, George Hincapie and I as the only Americans.

2005:  I had learned at this point how to do most of the transfusion technicals and other things on my own so I hired Allen Lim as my assistant to help with details and logistics.  He helped Levi Leipheimer and I prepare the transfusions for Levi and I and made sure they were kept at the proper temperature.  We both did two seperate transfusions that Tour however my hematocrit was too low at the start so I did my first one a few days before the start so as to not start with a deficit.

2006:  Well you get the idea.......  One thing of great signigicance is that I sat down with Andy Riis and explained to him what was done in the past and what was the risk I would be taking and ask for his permission which he granted in the form of funds to complete the operation described.  John Lelangue was also informed by me and Andy Riis consulted with Jim Ochowitz before agreeing.

There are many many more details that I have in diaries and am in the process of writing into an intelligible story but since the position of USA Cycling is that there have not been enough details shared to justify calling USADA, I am writing as many as I can reasonably put into an email and share with you so as to ascertain what is the process which USA Cycling uses to proceed with such allegations.

Look forward to much more detail as soon as you can demonstrate that you can be trusted to do the right thing.

Floyd Landis

---

Attached Message
Subject:
Date: