# EXHIBIT 13

**Preserving** the integrity of competition. **Inspiring** true sport. **Protecting** the rights of athletes.

<u>*VIA ELECTRONIC MAIL* and</u>
<u>*VIA OVERNIGHT DELIVERY (where legal counsel is not indicated)*</u>

June 28, 2012

Mr. Johan Bruyneel
c/o legal counsel

Dr. Pedro Celaya Lezama

Dr. Luis García del Moral
c/o legal counsel

Dr. Michele Ferrari

Mr. José Martí Martí
c/o legal counsel

Mr. Lance Armstrong
c/o legal counsel

    Re:    *Charges of Anti-Doping Rules Violations*

Dear Mr. Bruyneel, Dr. Celaya, Dr. del Moral, Dr. Ferrari, Mr. Martí, and Mr. Armstrong:

The Panel of the United States Anti-Doping Agency ("USADA") Anti-Doping Review Board ("Review Board") met concerning evidence that Mr. Johan Bruyneel, Dr. Pedro Celaya Lezama, Dr. Luis García del Moral, Dr. Michael Ferrari, Mr. José (Pepe) Martí Martí and Mr. Lance Armstrong (collectively, the "Respondents") engaged in anti-doping rules violations during the period from 1998 through the present as set forth in the June 12, 2012, notice letter previously provided to you, which is incorporated into this charging letter by reference as if fully set forth. The Review Board determined there was sufficient evidence of anti-doping rules violations and recommended that the adjudication process proceed.

## Rule Violations Charged

Therefore, at this time, reserving all rights to amend this charge, USADA charges you with anti-doping rules violations under the Union Cycliste International ("UCI") Anti-Doping Rules 1997 to present ("UCI ADR"), the World Anti-Doping Code 2003 to present (the "Code"), the USADA Protocol for Olympic and Paralympic Movement Testing 2000 to present (the "USADA Protocol"), the USOC National Anti-Doping Policies 1997 to present

*United States Anti-Doping Agency*
5555 Tech Center Drive, Suite 200, Colorado Springs, CO 80919 ■ Tel: 719.785.2000 ■ Fax: 719.785.2001
usada@usada.org ■ www.usada.org

June 28, 2012
Page 2 of 10


(the "USOC NADP"), and the USA Cycling Anti-Doping Rules 1997 to present (collectively, the "Applicable Rules")[1] as follows:

Charges against **Johan Bruyneel** (Team Director):

> (1) **Possession** of prohibited substances and/or methods including EPO, blood transfusions and related equipment (such as needles, blood bags, storage containers and other transfusion equipment and blood parameters measuring devices), testosterone, hGH, corticosteroids, and/or saline, plasma or glycerol infusions.
>
> (2) **Trafficking** and/or **attempted trafficking** of EPO, blood transfusions, testosterone, hGH, corticosteroids and/or saline, plasma or glycerol infusions.

---

[1] As identified in this charging letter,

Rules applicable to **use** and/or **attempted use** of prohibited substances or methods include: UCI ADR 2, 52 (1997-2000); UCI ADR 4, 6, 7, 8, 130, 131, 133 (2001-2004); UCI ADR 15.2 (2005-2008); UCI ADR 21.1 and 21.2 (2009-present); and Code Article 2.1 and 2.2 (2003-present);

Rules applicable to the **possession** of prohibited substances and/or methods include: UCI ADR 52, 54, 93 (1997-2000); UCI ADR 130, 131, 135 (2001-2004); UCI ADR 15.6 (2005-2008); UCI ADR 21.6 (2009-present); and Code Article 2.6 (2003-present);

Rules applicable to **trafficking** and **attempted trafficking** include: UCI ADR 3, 135, 136 (2001-04); UCI ADR 15.7 (2005-2008); UCI ADR 21.7 (2009-present); and Code Article 2.7 (2003-present);

Rules applicable to **administration** and/or **attempted administration** include: UCI ADR 1, 2, 54, 93 (1997-2000); UCI ADR 3, 133 (2001-2004); UCI ADR 15.8 (2005-2008); UCI ADR 21.8 (2009-present); and Code Article 2.8 (2003-present);

Rules applicable to **assisting**, **encouraging**, **aiding**, **abetting**, **covering up** and **other complicity** involving one or more anti-doping rule violations and/or attempted anti-doping rule violations include: each of the above listed provisions and UCI ADR 1, 2, 54, 93 (1997-2000); UCI ADR 3, 131,133 (2001-2004); UCI ADR 15.8 (2005-2008); UCI ADR 21.8 (2009-present); Code Article 2.8 (2003-present); and

Rules applicable to **aggravating circumstances** include: UCI ADR 130 (4 years to life for intentional doping) (2001-2004); UCI ADR 305 (2009-present) and Code Article 10.6 (2009-present).

- (3) **Administration** and/or **attempted administration** of EPO, blood transfusions, testosterone, hGH, corticosteroids, and/or saline, plasma or glycerol infusions.

- (4) **Assisting**, **encouraging**, **aiding**, **abetting**, **covering up** and **other complicity** involving one or more anti-doping rule violations and/or attempted anti-doping rule violations.

- (5) **Aggravating circumstances** justifying a period of ineligibility greater than the standard sanction.

Mr. Bruyneel's violations commenced on or before January 1, 1999, with multiple violations thereafter, including violations after June 28, 2004, and, at a minimum, with respect to cover-up activities Mr. Bruyneel's violations have continued through the present.

Charges against **Dr. Pedro Celaya Lezama** (Team Doctor):

- (1) **Possession** of prohibited substances and/or methods including EPO, blood transfusions and related equipment (such as needles, blood bags, storage containers and other transfusion equipment and blood parameters measuring devices), testosterone, hGH, corticosteroids, and/or saline, plasma or glycerol infusions.

- (2) **Trafficking** and/or **attempted trafficking** of EPO, blood transfusions, testosterone, hGH, corticosteroids and/or saline, plasma or glycerol infusions.

- (3) **Administration** and/or **attempted administration** of EPO, blood transfusions, testosterone, hGH, corticosteroids, and/or saline, plasma or glycerol infusions.

- (4) **Assisting**, **encouraging**, **aiding**, **abetting**, **covering up** and **other complicity** involving one or more anti-doping rule violations and/or attempted anti-doping rule violations.

- (5) **Aggravating circumstances** justifying a period of ineligibility greater than the standard sanction.

Dr. Celaya's violations commenced on or before January 1, 1997, with multiple violations thereafter, including violations after June 28, 2004, and, at a minimum, with respect to cover-up activities Dr. Celaya's violations have continued through the present.

Charges against **Dr. Luis García del Moral** (Team Doctor):

(1) **Possession** of prohibited substances and/or methods including EPO, blood transfusions and related equipment (such as needles, blood bags, storage containers and other transfusion equipment and blood parameters measuring devices), testosterone, hGH, corticosteroids, and/or saline, plasma or glycerol infusions.

(2) **Trafficking** and/or **attempted trafficking** of EPO, blood transfusions, testosterone, hGH, corticosteroids and/or saline, plasma or glycerol infusions.

(3) **Administration** and/or **attempted administration** of EPO, blood transfusions, testosterone, hGH, corticosteroids, and/or saline, plasma or glycerol infusions.

(4) **Assisting**, **encouraging**, **aiding**, **abetting**, **covering up** and **other complicity** involving one or more anti-doping rule violations and/or attempted anti-doping rule violations.

(5) **Aggravating circumstances** justifying a period of ineligibility greater than the standard sanction.

Dr. del Moral's violations commenced on or before January 1, 1999, with multiple violations thereafter, including violations after June 28, 2004, and, at a minimum, with respect to cover-up activities Dr. del Moral's violations have continued through the present.

Charges against **Dr. Michele Ferrari** (Consulting Doctor):

(1) **Possession** of prohibited substances and/or methods including EPO, blood transfusions and related equipment (such as needles, blood bags, storage containers and other transfusion equipment and blood parameters measuring devices), and/or testosterone.

(2) **Trafficking** and/or **attempted trafficking** of EPO, blood transfusions, testosterone, and/or corticosteroids.

(3) **Administration** and/or **attempted administration** of EPO, blood transfusions, testosterone, and/or corticosteroids.

(4) **Assisting**, **encouraging**, **aiding**, **abetting**, **covering up** and **other complicity** involving one or more anti-doping rule violations and/or attempted anti-doping rule violations.

(5) **Aggravating circumstances** justifying a period of ineligibility greater than the standard sanction.

Dr. Ferrari's violations commenced on or before January 1, 1999, with multiple violations thereafter, including violations after June 28, 2004, and, at a minimum, with respect to cover-up activities Dr. Ferrari's violations have continued through the present.

Charges against **José (Pepe) Martí Martí** (Team Trainer):

(1) **Possession** of prohibited substances and/or methods including EPO, blood transfusions and related equipment (such as needles, blood bags, storage containers and other transfusion equipment and blood parameters measuring devices), testosterone, hGH, corticosteroids, and/or saline, plasma or glycerol infusions.

(2) **Trafficking** and/or **attempted trafficking** of EPO, blood transfusions, testosterone, hGH, corticosteroids, and/or saline, plasma or glycerol infusions.

(3) **Administration** and/or **attempted administration** of EPO, blood transfusions, testosterone, hGH, corticosteroids, and/or saline, plasma or glycerol infusions.

(4) **Assisting**, **encouraging**, **aiding**, **abetting**, **covering up** and **other complicity** involving one or more anti-doping rule violations and/or attempted anti-doping rule violations.

(5) **Aggravating circumstances** justifying a period of ineligibility greater than the standard sanction.

Mr. Martí's violations commenced on or before January 1, 1999, with multiple violations thereafter, including violations after June 28, 2004, and, at a minimum, with respect to cover-up activities Mr. Martí's violations have continued through the present.

Charges against **Lance Armstrong** (Rider):

(1) **Use** and/or **attempted use** of prohibited substances and/or methods including EPO, blood transfusions, testosterone, corticosteroids and/or saline, plasma or glycerol infusions.

(2) **Possession** of prohibited substances and/or methods including EPO, blood transfusions and related equipment (such as needles, blood bags, storage containers and other transfusion equipment and blood parameters measuring devices), testosterone, corticosteroids and/or saline, plasma or glycerol infusions.

(3) **Trafficking** and/or **attempted trafficking** of EPO, testosterone, and/or corticosteroids.

      (4) **Administration** and/or **attempted administration** to others of EPO, testosterone, and/or cortisone.

      (5) **Assisting**, **encouraging**, **aiding**, **abetting**, **covering up** and **other complicity** involving one or more anti-doping rule violations and/or attempted anti-doping rule violations.

      (6) **Aggravating circumstances** justifying a period of ineligibility greater than the standard sanction.

Mr. Armstrong's violations commenced on or before August 1, 1998, with multiple violations thereafter, including violations after June 28, 2004, and, at a minimum, with respect to cover-up activities Mr. Armstrong's violations have continued through the present.

## Sanctions Sought

USADA applies the sanctions found in the Applicable Rules; pursuant to these rules each of you are subject to a sanction for a first doping violation,[2] as follows:

- Up to a lifetime period of ineligibility as described in the Applicable Rules, beginning on the day you accept a sanction or fail to respond, or the date of the hearing decision in this matter; and,

- Disqualification of any and all competitive results obtained on and subsequent to the earliest date on which the evidence at the hearing indicates that you engaged in an anti-doping rule violation, including forfeiture of any medals, points and prizes consistent with the UCI ADR and/or Articles 10.1 and 10.8 of the Code; and,

- Costs and fines as provided for in the Applicable Rules.

- And, to the extent you are subject to the USOC NADP, you will additionally be subject to up to lifetime ineligibility, beginning on the day you accept this sanction or fail to respond, or the date of the hearing decision in this matter, from participating or coaching in U.S. Olympic, Pan American Games or Paralympic Games Trials, being a member of any U.S. Olympic, Pan American Games or Paralympic Team and having access to the training facilities of the United States Olympic Committee ("USOC") Training Centers or other programs and activities of the USOC including, but not limited to benefits, grants, awards or employment as set forth in Section 5 of the USOC National Anti-Doping Policies and further defined by Annex B therein.

---

[2] In the event you have previously been found to have committed an anti-doping rule violation you would potentially be accountable for an additional sanction as provided in the Applicable Rules.

As required in every doping case, your doping violation and the resulting sanction will be publicly announced.

Should you fail to respond to USADA's charges by signing the enclosed USADA Acceptance of Sanction Form or by requesting a hearing as provided below, a sanction will be imposed under the Applicable Rules which will include lifetime ineligibility and disqualification of all competitive results (if any) achieved from the date on which your anti-doping rules violation commenced as identified in the foregoing section of this letter titled "Rule Violations Charged."  Alternatively, if you are willing to accept this sanction, please inform us in writing by **July 9, 2012 at 5:00 p.m.**, **EDT**, by executing and returning the attached USADA Acceptance of Sanction Form. Please return it by fax to 719-785-2028 or by e-mail to **lmccumber@usada.org**.

## USPS Conspiracy

As you were previously notified, this action is being brought as a single consolidated action because for a significant part of the period from January 1, 1998, through the present, each of the Respondents has been part of a doping conspiracy involving team officials, employees, doctors, and elite cyclists of the United States Postal Service and Discovery Channel Cycling Teams who committed numerous violations of the Applicable Rules (the "USPS Conspiracy" or the "Conspiracy").

The purpose of the USPS Conspiracy was to engage in the use of doping substances and techniques, which were either undetectable or difficult to detect in routine drug testing in order to advance the athletic and sporting achievements, financial wellbeing and status of the teams and their riders, employees, members and investors and to engage in techniques to avoid detection of the athletes' use of banned performance enhancing drugs as well as to prevent the truth regarding doping on the teams and by the riders and their support personnel from being revealed. USADA charges that your participation in the USPS Conspiracy involved your violations of the foregoing rules that strictly forbid doping.

Because of the nature of the USPS Conspiracy, the fact that each of the Respondents actively participated together in a long running doping conspiracy and due to the close integration of the evidence against each of the Respondents, this proceeding is being brought as a consolidated case.  For the foregoing reasons, and, as explained below, should you request a hearing, USADA anticipates making a request to the arbitrators ultimately appointed, to hear the evidence in this matter at a single consolidated hearing.

## Right to AAA Arbitration Hearing

If you choose to contest the sanction proposed by USADA, you have the right to request a hearing to contest USADA's proposed sanction. As described in the USADA Protocol, you

June 28, 2012
Page 8 of 10

must inform us in writing by **July 9, 2012**, if you elect to proceed to a hearing before the American Arbitration Association (AAA).  I have enclosed a copy of the USADA Protocol, the USOC NADP and the AAA Supplementary Procedures for the Arbitration of Anti-Doping Rule Violations for your reference.  You have previously received copies of the UCI ADR.

If you fail to notify USADA in writing of your intention to contest this sanction before **July 9, 2012**, or have not requested a five (5) day extension as described in 11(e) of the Protocol, the sanction will go into effect on that date and USADA will make a public announcement concerning your rules violations and the resulting consequences.

In the event you contest USADA's proposed sanction you should expect a hearing prior to November, 2012.

**Arbitrator Selection**

In the event that you request an arbitration hearing USADA anticipates your case will be heard by a three (3) member arbitration panel as provided in R-11(b) of the American Arbitration Association Supplementary Procedures for the Arbitration of Olympic Sport Doping Disputes (the "Supplementary Procedures").  Pursuant to the Supplementary Procedures, in the event a party requests a hearing before a panel of three (3) arbitrators USADA will first designate an arbitrator and you will then have five (5) days following USADA's arbitrator choice in which to select an arbitrator.

In the event that more than one of the Respondents requests an arbitration hearing then, as provided under the Supplementary Procedures, USADA will provide notice of its arbitrator selection to each Respondent requesting a hearing.  Each Respondent will then have five (5) days in which to individually select an arbitrator for that Respondent's case.  In order to provide the fullest possible range of party appointed arbitrators USADA will request that no panel chair for any arbitration panel be selected until after the party appointed arbitrators have been selected and qualified for all cases in which a hearing has been requested.

**Provisional Suspension Process**

Additionally, in accordance with the Applicable Rules, you have the right, at this time, to accept a provisional suspension.  A USADA Acceptance of Provisional Suspension Form is enclosed for this purpose.  Should you accept a provisional suspension you will be immediately suspended from participating in any activity of the UCI, WTC, or any other signatory of the Code or their members until your case is deemed not to be a doping offence or until you accept a sanction or a hearing has been held in this matter.  If you choose to accept this provisional suspension, in accordance with the Applicable Rules, the period of the provisional suspension will be deducted from any period of ineligibility you might receive in the event that you receive less than a lifetime suspension.  If you do

not choose to accept a provisional suspension, any period of ineligibility you might receive will begin on the date of your acceptance of the sanction, the hearing panel's decision or the date your sanction is otherwise imposed.

If you accept the provisional suspension, USADA will give notice to WADA, the UCI, the WTC, USA Cycling, USA Triathlon, and the USOC as well as the national anti-doping agency in your home country of your acceptance of the provisional suspension.  Your decision to accept a provisional suspension is purely optional.  You do not have to accept a provisional suspension in order to proceed with your case.  If you are willing to accept a provisional suspension, please inform us in writing by **July 9, 2012**, by executing and returning the attached USADA Acceptance of Provisional Suspension Form.

### Additional Information

If you or your representatives have any questions or need additional information, please feel free to contact William Bock, USADA's General Counsel at 719-785-2061 or Onye Ikwaukor, USADA's Legal Affairs Director at 719-785-2037.

Also of importance, if you are an active athlete and have not retired you are still subject to testing pending the outcome of this matter.

You may also wish to contact John Ruger, the USOC Athlete Ombudsman who is completely independent of USADA, for assistance or further information.  Mr. Ruger may be reached at the US Olympic Committee, 1 Olympic Plaza, Colorado Springs, CO, 80909, by telephone at (719) 866-5000, by fax at (719) 866-3000, by website at **www.athleteombudsman.org** or by e-mail at **John.Ruger@usoc.org**.

Because only Mr. Armstrong currently participates in the sport of triathlon, the letters provided to WTC and USA Triathlon have the names of Mr. Bruyneel, Dr. Celaya, Dr. del Moral, Dr. Ferrari and Mr. Martí redacted from them.

By copy of this letter, USADA is requesting that WADA, UCI, ITU, WTC, USA Cycling, USA Triathlon, and the USOC not comment publicly concerning this information until your case has been resolved as provided in the Protocol.

Sincerely,

Lisa McCumber
Testing Results Manager

June 28, 2012
Page 10 of 10

cc (w/o encls.):  Olivier Niggli, WADA Legal Director
                Mario Zorzoli, UCI Chief Medical Officer
                Francesca Rossi, UCI Anti-Doping Manager
                Andrew Messick, CEO, WTC (names of certain Respondents redacted)
                Rana Dershowitz, USOC General Counsel
                Gary Johansen, USOC Associate General Counsel
                John Ruger, USOC Athlete Ombudsman
                Steve Johnson, USA Cycling CEO
                Sean Petty, USA Cycling COO
                Rob Urbach, USA Triathlon CEO (names of certain Respondents  redacted)

June 27, 2012

Travis T. Tygart
Chief Executive Officer
United States Anti-Doping Agency
5555 Tech Center Drive, Suite 200
Colorado Springs, CO 80919

      Re:    Jun 12, 2012 Notice Letter
               Anti-Doping Rules Violations

Dear Travis:

The following members of the United States Anti-Doping Agency's Anti-Doping Review Board Panel met by teleconference June 25-27, 2012, to review the above referenced matter.

This Panel considered the written information submitted to it, and concluded that there was sufficient evidence of doping violations to proceed with the adjudication process as set forth in USADA's Protocol for Olympic and Paralympic Movement Testing.

_____
Ross Wales, Esq.


_____
Clark Griffith, Esq.


_____
Robert Dimeff, M.D.

June 27, 2012

Travis T. Tygart
Chief Executive Officer
United States Anti-Doping Agency
5555 Tech Center Drive, Suite 200
Colorado Springs, CO 80919

      Re:    Jun 12, 2012 Notice Letter
               Anti-Doping Rules Violations

Dear Travis:

The following members of the United States Anti-Doping Agency's Anti-Doping Review Board Panel met by teleconference June 25-27, 2012, to review the above referenced matter.

This Panel considered the written information submitted to it, and concluded that there was sufficient evidence of doping violations to proceed with the adjudication process as set forth in USADA's Protocol for Olympic and Paralympic Movement Testing.

_____
Ross Wales, Esq.

_____
Clark Griffith, Esq.

_____
Robert Dimeff, M.D.

June 27, 2012

Travis T. Tygart
Chief Executive Officer
United States Anti-Doping Agency
5555 Tech Center Drive, Suite 200
Colorado Springs, CO  80919

      Re:    Jun 12, 2012 Notice Letter
                Anti-Doping Rules Violations

Dear Travis:

The following members of the United States Anti-Doping Agency's Anti-Doping Review Board Panel met by teleconference June 25-27, 2012, to review the above referenced matter.

This Panel considered the written information submitted to it, and concluded that there was sufficient evidence of doping violations to proceed with the adjudication process as set forth in USADA's Protocol for Olympic and Paralympic Movement Testing.


_____
Ross Wales, Esq.


_____
Clark Griffith, Esq.

**Robert J. Dimeff, MD**
Digitally signed by Robert J. Dimeff, MD
DN: cn=Robert J. Dimeff, MD, o=UT Southwestern Medical Center, ou=Professor Orthopaedic Surgery, Pediatrics, & Family Medicine, email=robert.dimeff@utsw.edu, c=US
Date: 2012.06.27 21:53:01 -05'00'

Robert Dimeff, M.D.

UNITED STATES ANTI-DOPING AGENCY

# ACCEPTANCE OF PROVISIONAL SUSPENSION

      I, Lance Armstrong, accept a <u>Provisional Suspension</u> as a result my alleged Anti-doping Rule Violations as set forth in the June 12, 2012, notice letter previously provided to me.  By accepting a provisional suspension I understand that I am not admitting a rules violation but am agreeing for the duration of my case to be temporarily barred from any activity or competition organized by or under the jurisdiction of, and from participation in any activity of or organized by, the Union Cycliste Internationale ("UCI"), World Triathlon Corporation ("WTC"), USA Cycling, USA Triathlon, the United States Olympic Committee ("USOC") and any other Signatory of the World Anti-Doping Code (the "Code"), and/or any entity which has accepted the Code and/or any entity whose rules are consistent with the Code and/or any of the clubs, member associations or affiliates of these entities while serving this Provisional Suspension.

      Among other things, this Provisional Suspension bars me from serving as an athlete or as a coach, trainer, team director, team manager, team doctor, team employee, team owner, athlete support person.  This Provisional Suspension also bars me from serving as an athlete representative, agent, or employee of any athlete management or athlete representation firm, entity or association or in any governance capacity, paid or unpaid, with any Signatory, or any member or affiliate of a Signatory or any member of a member.

      I understand that the period of the Provisional Suspension, beginning on the date I accept this Provisional Suspension <u>and</u> notify the United States Anti-Doping Agency ("USADA") of such, will be deducted from any period of ineligibility that I might receive in my case.

      I understand and accept that USADA will notify UCI, WTC, USA Cycling, USA Triathlon, the USOC and other sports organizations and/or event organizers as appropriate my acceptance of this Provisional Suspension.

      I understand and accept that my acceptance of a Provisional Suspension is purely voluntary and optional. I understand and accept that I am entitled to proceed with my case, to a hearing if necessary, regardless of whether I accept this Provisional Suspension.

      I understand and accept that I may serve this Provisional Suspension and it may ultimately be determined that no doping offense has occurred through a hearing or otherwise.

      I understand and accept that I am still subject to testing pending the outcome of this matter.

_____         _____
*Signature of Lance Armstrong*                                        *Date*

_____
*Printed Name of Lance Armstrong*

UNITED STATES ANTI-DOPING AGENCY

# ACCEPTANCE OF SANCTION

I, Lance Armstrong, accept the following sanction as a result of my anti-doping rules violations during the period from August 1, 1998 through the present as set forth in the June 28, 2012, charging letter which is attached as Exhibit A. I acknowledge that I have violated the applicable rules, including the Union Cycliste Internationale ("UCI") Anti-Doping Rules ("UCI ADR"), the World Anti-Doping Code (the "Code"), the United States Anti-Doping Agency ("USADA") Protocol for Olympic and Paralympic Movement Testing (the "Protocol"), and the United States Olympic Committee ("USOC") National Anti-Doping Policies ("USOC NADP"), and I accept the following:

- A Lifetime period of Ineligibility as described in the Code and current UCI ADR, beginning on the day I accept this sanction, from participation in any activity or competition organized by or under the auspices of any signatory to the Code or any member of any signatory, and,

- Disqualification of any and all competitive results obtained on and subsequent to August 1, 1998, including forfeiture of any medals, titles, winnings, finishes, points and prizes consistent with Articles 10.1 and 10.8 of the Code and the UCI Anti-Doping Rules.

- Lifetime Ineligibility from participating or coaching in U.S. Olympic, Pan American Games or Paralympic Games Trials, being a member of any U.S. Olympic, Pan American Games or Paralympic Team and having access to the training facilities of the USOC Training Centers or other programs and activities of the USOC including, but not limited to benefits, grants, awards or employment as set forth in Section 5 of the USOC National Anti-Doping Policies and further defined by Annex B therein.

I do not contest the above sanction determined by USADA under the applicable rules, and I have agreed to the violation and resulting sanction. I knowingly and voluntarily waive any further right to contest or challenge my violation or this sanction.

I understand that USADA will communicate my acceptance to the World Anti-Doping Agency ("WADA"), UCI, WTC, USA Cycling, USA Triathlon who, with USADA and any other appropriate organization(s), will impose this sanction, and to the USOC and such other sports organizations and event organizers as may be appropriate. I understand that neither UCI nor WADA is bound by this resolution and that either or both may appeal this resolution to the Court of Arbitration for Sport ("CAS"). In the event of an appeal, UCI or WADA has the authority to impose any sanction it chooses in accordance with the applicable rules. Also, in the event of such an appeal I reserve the right to file a cross-appeal with CAS and request that the sanction be reduced or eliminated.

In the event it is determined that I participated in any activity or competition organized by or under the auspices of any signatory to the Code or competed during my period of ineligibility I understand that my entire period of ineligibility will be extended and restarted from the last date of any such participation. Also, in the event it is later determined that my anti-doping rules violation(s) began earlier than the date set forth above I understand and agree that any results, prizes, points, money or other winnings obtained between the first date of such

participation will be disqualified and, to the extent possible, promptly returned by me to USADA.

It is my sole responsibility to investigate and determine the effect of this sanction on my eligibility for future competitions or teams. I understand and accept that entities other than the USOC, UCI, WTC, USA Cycling and USA Triathlon, will give effect to this sanction including potentially, but not limited to, the International Olympic Committee ("IOC"), signatories to the Code, the National Collegiate Athletic Association, National Association of Intercollegiate Athletics, or any clubs, member associations or affiliates of the World Anti-Doping Code, the USOC or US Paralympics, and other organizations if applicable. I understand and accept that it is my obligation to investigate the effect of this sanction on me by other entities.

I understand that Article 10.1 of the Code and the anti-doping rules of certain international federations permit disqualification of results obtained prior to Sample collection or an attempt at Sample collection and/or prior to the occurrence of an anti-doping rule violation, particularly where the collection, attempted collection or occurrence of a rule violation occurred in connection with an Event, consisting of more than a single Competition. It is my responsibility to investigate the possibility that certain of my prior competitive results could be disqualified under Article 10.1 of the Code and/or the rules of my international federation and I accept that such disqualification may be a consequence of my acceptance of sanction.

I also understand and accept that under the Protocol, my doping violations and the resulting sanction will be publicly announced.

BY SIGNING BELOW I AFFIRM THAT I HAVE READ AND FULLY UNDERSTAND THIS ACCEPTANCE OF SANCTION AND AGREE TO THE ABOVE TERMS AND ALL OTHER PROVISIONS IN THE CODE, THE PROTOCOL THE USOC NADP AND THE ANTI-DOPING RULES OF MY INTERNATIONAL FEDERATION(S) THAT RELATE TO MY ANTI-DOPING RULE VIOLATION.


_____         _____
*Signature of Lance Armstrong*                 *Date*


_____
*Printed Name of Lance Armstrong*