# EXHIBIT 14



*Preserving* the integrity of competition. *Inspiring* true sport. *Protecting* the rights of athletes.

VIA ELECTRONIC MAIL TO RLUSKIN@PATTONBOGGS.COM

June 29, 2012

Robert D. Luskin
PATTON BOGGS, LLP
2550 M. Street, NW
Washington, DC 20037

Re:   United States Anti-Doping Agency ("USADA")
      Anti-Doping Review Board ("Review Board")

Dear Mr. Luskin:

In response to your letters on this topic, I can confirm that the only written submittal made by USADA to the Review Board was of the June 12, 2012, notice letter. Of course, USADA forwarded to the Review Board the submittals made by the various Respondents. As you also know, USADA responded to the request for additional information from the Review Board.

Sincerely,

UNITED STATES ANTI-DOPING AGENCY

William Bock, III
General Counsel

Enclosures

WB:ljm

---

United States Anti-Doping Agency
*5555 Tech Center Drive, Suite 200, Colorado Springs, CO 80919 ■ Tel: 719.785.2000 ■ Fax: 719.785.2001*
*usada@usada.org ■ www.usada.org*