# EXHIBIT 15

**PATTON BOGGS** LLP

2550 M Street, NW
Washington, DC 20037-1350
202-457-6000

Facsimile 202-457-6315
www.pattonboggs.com

July 5, 2012

Robert D. Luskin
202-457-6190
rluskin@pattonboggs.com

**VIA E-MAIL AND FAX**

William Bock, III
General Counsel
United States Anti-Doping Agency
5555 Tech Center Drive
Suite 200
Colorado Springs, CO  80919

Dear Mr. Bock:

    I write on behalf of Lance Armstrong in response to USADA's letter, dated June 28, 2012. That letter called for a response from Mr. Armstrong by July 9, 2012, while indicating that Mr. Armstrong is entitled to an automatic five (5) day extension if he requests it.

    As you are aware from our correspondence to the Review Board, Mr. Armstrong contests USADA's jurisdiction to bring these charges and further contends that the USADA Protocol does not apply here. You obviously disagree. While reserving all rights to challenge USADA's *ultra vires* actions in this matter, and without conceding that USADA has any jurisdiction here, that the Protocol applies, or that Mr. Armstrong can be bound by USADA's arbitrary deadline, Mr. Armstrong hereby requests the five (5) day extension, to July 14, 2012.

Yours sincerely,

*[signature]*

Robert D. Luskin

cc:    John Ruger, USOC Athlete Ombudsman (via email)
        Patrick McQuaid, UCI President (via email)