# EXHIBIT 16



*Preserving the integrity of competition. Inspiring true sport. Protecting the rights of athletes.*

**_VIA ELECTRONIC MAIL_**

July 6, 2012

Robert D. Luskin
Patton Boggs, LLP
2550 M. Street, NW
Washington, DC 20037

Re:  Mr. Armstrong's Request for Extension Pursuant to the USADA Protocol

Dear Mr. Luskin:

Thank you for your letter dated July 5, 2012, requesting an extension of five (5) days in which to notify the United States Anti-Doping Agency (USADA) if your client, Mr. Lance Armstrong, desires an arbitration hearing to contest the sanction sought by USADA for the anti-doping rule violations with which Mr. Armstrong has been charged.

Pursuant to Clause 11(e) of the USADA Protocol for Olympic and Paralympic Movement Testing the time in which Mr. Armstrong may contest the sanction sought by USADA is extended by five (5) days until 5:00 p.m. eastern time on July 14, 2012.

In the event that Mr. Armstrong does not notify USADA in writing by 5:00 p.m. eastern time on July 14, 2012, that he desires a hearing to contest the sanction sought by USADA then the sanction shall be communicated to Mr. Armstrong, the USOC, USA Cycling, USA Triathlon, UCI, the WTC and WADA and thereafter imposed without right of reopening or appeal.

Sincerely,

William Bock, III
General Counsel

**United States Anti-Doping Agency**

*5555 Tech Center Drive, Suite 200, Colorado Springs, CO 80919-9918 ▪ Tel: 719.785.2000 ▪ Fax: 719.785.2001*
*usada@usada.org ▪ www.usada.org*