# EXHIBIT 19

 

February 12, 2007

# Ethics Rebuke for Doping Chief Reignites a Feud With Armstrong

By **JULIET MACUR**

Lance Armstrong declared it a "major victory" yesterday that the International Olympic Committee officially scolded Dick Pound, chairman of the World Anti-Doping Agency, for comments that might have damaged Armstrong's reputation.

In a decision dated Feb. 2, the I.O.C. Ethics Commission recommended that Pound had "the obligation to exercise greater prudence consistent with the Olympic spirit when making public pronouncements that may affect the reputation of others." Pound is also an I.O.C. member.

"It's not common that the I.O.C. comes out and issues a reprimand or a warning about one of their members at all," Armstrong said in a telephone call yesterday from New York, where he was to tape an appearance on the Comedy Central show "The Colbert Report" this week. "This is as close to a censure as it could get."

The decision was yet another milestone in the public shouting match between Armstrong and Pound, who have been at odds for several years. This time, the I.O.C. stepped between them as a result of a complaint Armstrong filed with its ethics commission in 2005.

That year, Pound suggested that Armstrong had taken the banned blood-boosting drug EPO, or erythropoietin, during the 1999 Tour de France. Those comments came after the French sports daily L'Équipe reported that six urine samples from Armstrong taken during the 1999 Tour had retroactively tested positive for the drug.

A test for EPO was not available in 1999.

In reaction to those comments, Armstrong asked that Pound be removed as the leader of the antidoping agency and from his position as an I.O.C. member. Neither request was honored.

Armstrong said yesterday that the reprimand by the I.O.C., which was first reported Saturday by The Los Angeles Times, was not the resolution to his conflict with Pound that he had in mind, but he was pleased that Pound had been warned publicly to watch his words.

Armstrong said Pound's comments often impugned an athlete before a final decision about that athlete's doping case was made. Armstrong called Pound "a clown" and an "absolute disaster when it comes to

giving interviews."

"This is for the sake of the other people that have to come behind me because they deserve better," Armstrong said. "I hope this establishes a certain precedent that the head of WADA has to act a certain way in public. And I think that's a good thing."

Armstrong had also included WADA in his complaint, but the commission noted that it did not have any jurisdiction over the antidoping agency.

Reached by telephone at his home in Montreal, Pound said he was not fazed by the reprimand, saying that it was the I.O.C.'s way of "doing something that will make Lance go away and stop bothering them."

He also said he would not back away from his comments concerning positive tests for EPO linked to Armstrong in the article in L'Équipe.

"Lance Armstrong has probably killed a Brazilian rain forest with all the paper he has used to file his complaints against me," he said. "He's gone bananas."

"He keeps alive this whole thing that he should be trying to fade away, that a French accredited laboratory found that he had six positive samples for EPO in 1999," he said. "Maybe he thinks if he huffs and he puffs, all of this will go away, but it won't."

Copyright 2007 The New York Times Company

Privacy Policy  |  Search  |  Corrections  |  **RSS**  |  First Look  |  Help  |  Contact Us  |  Work for Us  |  Site Map  |