# EXHIBIT 21



Originally published Wednesday, November 17, 2010 at 8:03 AM

Comments (0)   E-mail article   Print   Share

## AP Source: US investigators talk to French police

American investigators interviewed police officers at Interpol headquarters on Wednesday, the second straight day U.S. and French authorities met to discuss allegations of doping by Lance Armstrong and other cyclists, a senior French official said.

By JOHN LEICESTER
*AP Sports Writer*

LYON, France —

American investigators interviewed police officers at Interpol headquarters on Wednesday, the second straight day U.S. and French authorities met to discuss allegations of doping by Lance Armstrong and other cyclists, a senior French official said.

On Tuesday, the delegation including U.S. Food and Drug Administration agent Jeff Novitzky questioned representatives of the French anti-doping agency that has stored some of Armstrong's samples from the 1999 Tour de France. Armstrong won the Tour a record seven times, every year from 1999 to 2005.

The Americans met Wednesday with investigators from the national police agency responsible for probing doping cases in France, a senior police official told The Associated Press on condition of anonymity because he was not authorized to discuss the talks publicly.

The police agency has been involved in a French investigation of syringes and transfusion equipment found in a trash container after the 2009 Tour. French officials say the material belonged to the Astana cycling team that included Armstrong and Tour winner Alberto Contador.

Police have previously questioned former Astana team manager Johan Bruyneel, former sporting director Alain Gallopin and the team's two doctors. Contador, meanwhile, has been accused separately of doping in the 2010 Tour, which he also won.

The police official who spoke to the AP said Interpol acted as an intermediary for Wednesday's talks in Lyon, the south-central city where the agency is headquartered.

Late Wednesday afternoon, three men walked out of the glass and concrete Interpol building, heading for the complex's parking area. A car with dark tinted windows left a few minutes later.

A French official had previously said that U.S. Anti-Doping Agency CEO Travis Tygart and U.S. federal prosecutor Doug Miller were also believed to be traveling with Novitzky.

Two French police officers guarding the building, which is also protected by an electric fence, said the delegation would make no comment because its meetings were confidential.

On Tuesday evening, Novitzky refused comment when approached by an AP reporter at his nearby hotel. He checked out of the hotel Wednesday.

The American delegation met Tuesday in Lyon with Francoise Lasne, the director of the French anti-doping agency's lab, and testing director Jean-Pierre Verdy.

Another French official told the AP on Wednesday that Tygart met former French anti-doping lab head Pierre Bordry earlier this summer to discuss the matter. Bordry resigned in September.



The official, who was speaking anonymously because the investigation is still ongoing, said Bordry met Tygart in Paris and that the "French anti-doping agency's general secretary (Robert Bertrand) also went to Colorado a few days ago to speak with him during a meeting of international anti-doping agencies."

The French official confirmed American legal authorities asked their French counterparts for cooperation on the case in September.

"The procedure is currently being implemented. At this point, no documents have been transmitted to the Americans. I would say we are making contact with them and everything is going perfectly," the



Video

Aging King County Youth Services Center in need of replacement
Steve Gustaveson, juvenile services manager at the King County Youth Services Center, discusses the crumbling infrastructure and inadequate facilities of the aging King County Youth Services Center Thursday, June 21, 2012.

Bellevue's Mike Lull keeps guitar stars shining

PNB's Lucien Postlewaite makes his exit

Seattle hip-hop artist rhymes about recent gun violence

SPD audio: 911 call from Cafe Racer after shootings

SPD audio: 911 call from witness at 8th &

More videos



AP Video



Entertainment | Top Video | World | Offbeat Video | Sci-Tech

Marketplace



Find a Home
For sale
New Homes

Search properties for sale | Rent a home or apartment | Post your property or rental

Open Houses   Find all open houses.
search now

Also Wednesday, Italian newspaper La Gazzetta dello Sport reported that police officers from Spain's Guardia Civil, French police, and Italian police and customs officers, headed by public prosecutor Benedetto Roberti, first met at Interpol headquarters at the end of July.

Novitzky's investigation took a new turn this spring with disgraced 2006 Tour winner Floyd Landis' allegations that Armstrong and members of his former U.S. Postal team systematically doped. A grand jury in Los Angeles has been hearing evidence from the investigation for months in closed sessions. By visiting France, the U.S. officials could gather more material to work with.

L'Equipe reported days after the 2005 Tour finished that Armstrong's samples from the '99 Tour contained traces of EPO. Armstrong, who retired in '05 before coming back for the '09 and '10 Tours, has repeatedly denied allegations he doped.

"The samples were clean when originally provided and tested," Mark Fabiani, an attorney for Armstrong, said in a statement sent to the AP on Tuesday. "So we have nothing to be concerned about. Period."



---

AP Sports Writers Samuel Petrequin and Jerome Pugmire in Paris and Andrew Dampf in Rome contributed to this report.

✉ E-mail article   🖨 Print   ➤ Share

### More from our network
**The picky eater who came to dinner** *From Seattle Times Living*
**Federer again, Murray for once in Wimbledon final** *From Seattle Times Sports*
**Carolyn Hax: Readers take the wheel, from the importance of someone's upbringing to 'perfect' students** *From Seattle Times Living*
**My unforgettable meeting with Muhammad Ali** *From Seattle Times Sports*
**Arena proposal violates initiative, sponsors say** *From Seattle Times Local News*

### More from the Web
Selected for you by a Sponsor
**Worst Decisions in NBA History** *From Bleacher Report*
**Kissing Angelina Jolie Was 'Awkward, Sweaty, And Not Very Nice'** *From StyleBistro*
**$100,000 income: No big deal anymore** *From Bankrate*
**Report: Billionaires Prepare for Economic Meltdown** *From NewsmaxWorld.com*
**6 Markets that Will Rule the Next Decade** *From Business Without Borders*

[what's this]

### Most read | Most commented | Most e-mailed
1. Ill owner of diner dies hours after visit by president she loved
2. Mariners manager Eric Wedge hints that multiple young hitters will be Class AAA-bound next week | Mariners Blog
3. Review: Google's Nexus 7 targets Kindle Fire, Nook
4. 2 more initiatives in line for fall ballot
5. Adrian Peterson of Minnesota Vikings is arrested in Houston | NFL
6. Temps across US cool slightly, but it's still hot
7. Mariners sunk again by lack of offense in 4-1 loss to A's in 11 innings
8. Officials: Don't take objects from receding lakes
9. Gates birth-control initiative could fire up its critics
10. NBA: Brandon Roy prepares to start comeback with Minnesota

📷 Most viewed images ▸

### More Sports
**NFL, union resume labor talks at mediator's office**
UPDATE - 08:52 AM
**Hundreds attend funeral for fallen Mich. player**
UPDATE - 09:40 AM
**Norway's Tarjei Boe wins men's biathlon at worlds**
**Crying is OK, but admitting it is apparently not**
NEW - 08:46 AM
**Tripoli ruled unsafe for international soccer**
More Sports headlines...

### News where, when and how you want it
All newsletters | Privacy statement

On Facebook
On Twitter
On your phone
On your doorstep


**Sports Breaking News E-mail**
Sports breaking new alerts. Sent when news breaks. (Sample)
Your e-mail address    Submit Qu

### Comments
No comments have been posted to this article.

Read all comments / Share your thoughts

