# EXHIBIT 25

| Sports | Subscribe | Mobile | Google USA TODAY stories, photos and more | GO | Join USA TODAY  Sign in | Become a member |
| Home | News | Travel | Money | Sports | Life | Tech | Weather |

Sports: NFL | MLB | Olympics | NCAAF | NCAAB | NBA | NHL | NASCAR | Golf | High School | UFC | Fantasy | Tickets | More

# USADA files formal charges against Lance Armstrong

Updated 6/30/2012 9:53 AM

77    8

### Videos you may be interested in

Serena Williams wins 5th Wimbledon title | Feds file doping charges against Armstrong | Best Wrinkle Creams 2011  StagesofBeauty.com

byTaboola
More videos

### Most Popular

**Stories**
- Adrian Peterson arrested on charge of...
- Jack: Allen 'a traitor' for signing with...
- NASCAR suspends A.J. Allmendinger for...
- Tony Stewart emerges from fireworks to win...
- A closer look at NBA stars selected for U.S....

**Videos**
- Raw Video: Super moon above Washington
- Raw Video: Two gored at running of the bulls
- Raw Video: Zimmerman leaves jail on $1M bond

**Photos**
- UFC 148 in pictures
- Men's Basketball 2012 Olympic Roster
- Danica Patrick in pictures

AUSTIN, Texas (AP) – The U.S. Anti-Doping Agency has filed formal charges against Lance Armstrong, accusing the seven-time Tour de France winner of using performance-enhancing drugs throughout the best years of his career.

The agency notified Armstrong, former team manager Johan Bruyneel and several other Armstrong team associates of the charges in a letter on Thursday.

The charges came after a USADA review panel examined evidence in the case, which now goes to an arbitration panel to decide. If found guilty, Armstrong could be stripped of the Tour de France titles he won from 1999-2005. This year's Tour de France begins Saturday.

By Nathalie Magniez, AFP/Getty Images

The U.S. Anti-Doping Agency says its review board has made a unanimous recommendation to file formal doping charges against Lance Armstrong.

**Sponsored Links**

**STORY:** Landis, Hamilton part of Armstrong case
**INTERACTIVE:** The blood doping advantage

Armstrong maintains his innocence. Armstrong attorney Robert Luskin called the charges "wrong and baseless."

Also charged are team doctors Pedro Celaya Lezama and Luis Garcia del Moral, team trainer Pepe Marti and consulting doctor Michele Ferrari. Because they are so closely linked, USADA rolled all the charges into a single case.

### Most Popular E-mail Newsletter

**Sign up to get:**
Top viewed stories, photo galleries and community posts of the day

**Most popular right now:**
Adrian Peterson arrested on charge of resisting arrest

Sign up for USA TODAY E-mail newsletters

**Buy LifeLock® Protection**
While you travel, ensure your identity is safeguarded with LifeLock®
LifeLock.com

**Car Sharing DC**
Find Zipcars In DC. Get $50 Free Driving. Join Today.
zipcar.com

**Woman is 55 But Looks 25**
Washington Mom Finds Wrinkle-Free Secret Doctors Don't Want To Know...
ConsumerLifestyles.org

Buy a link here

Armstrong and the others "(have) been part of a doping conspiracy involving team officials, employees, doctors and elite cyclists," said the USADA letter, a copy of which was obtained by the Associated Press.

The letter accuses Armstrong of using, possessing and trafficking banned substances, including the blood-booster EPO, blood transfusions and steroids. The charges date to 1998, after he had been declared cancer-free but before his first Tour de France victory the following summer.

Bruyneel, who is currently the manager of the Radioshack-Nissan-Trek team recently announced he would skip this year's Tour because of the USADA investigation.

USADA says it has at least 10 former Armstrong teammates and associates who will testify against the cyclist, and blood samples from 2009 and 2010 that are "fully consistent" with blood doping.

Armstrong and the others charged have until July 9 to inform USADA if they plan to challenge the evidence before an arbitration panel.

Armstrong, 40, retired from cycling last year. In February a two-year federal investigation centering on alleged drug use by Armstrong and his teams closed with no charges filed.

"It is the entirely predictable product of USADA's toxic obsession with Lance Armstrong and a process in which truth is not a priority," Luskin said. "There is not one shred of credible evidence to support USADA's charges and an unbroken record of more than 500 clean tests over more than a decade and a half to refute it."

The formal charges came after a unanimous recommendation from a three-person USADA review panel that looked at the evidence.

"All respondents will have the opportunity to exercise their right to a full public arbitration hearing, should they so choose, where all evidence would be presented, witness testimony would be given under oath," USADA said in a statement.

"USADA will continue to follow the established procedures that are compliant with federal law and were approved by athletes, the U.S. Olympic Committee, and all Olympic sports organizations."

The arbitration panel could meet by November, USADA said, but Luskin hinted Armstrong may file a federal lawsuit in an attempt to stop or delay the USADA investigation.

"Mr. Armstrong is exploring all his legal options," Luskin said.

Earlier in the day Armstrong had gone on the attack against one of the review board members, Minneapolis attorney Clark Griffith, using his Twitter account to note that Griffith this year had been charged in a misdemeanor case of indecent exposure.

"Wow. @usantidoping can pick em. Here's ... 1 of 3 Review Board members studying my case," Armstrong tweeted, linking to an online story about Griffith.

Griffith entered an Alford plea June 13. Under the plea, Griffith did not admit doing anything wrong but acknowledged prosecutors have enough evidence for a jury to convict him. A 24-year-old student reported Griffith unzipped his pants in front of her on a St. Paul street.

Sentencing is scheduled for July 26. Griffith told the AP he's innocent and entered the plea to avoid a trial that would embarrass his family.

Griffith said Armstrong's tweet was "an effort to get away from the issues that will be dealt with by an arbitration panel. OK? By smearing me, that does nothing. I'm innocent of that."



**The latest news and more on Twitter**

Get the latest breaking news, USA TODAY features and blog items when you follow USA TODAY Sports on Twitter!

**SPORTS:** Follow USA TODAY on Twitter

**USA TODAY Digital Services**
Mobile | E-Newsletters | RSS | Twitter | Podcasts | Widgets | e-Edition | USA TODAY for iPad | Kindle Edition | Subscribe to Home Delivery
Reprints & Permissions | USA TODAY Topics | Reporter Index | Corrections/Clarifications | Contact Us | Archives

USADA has not publicly released most of its evidence against Armstrong. Griffith would not discuss Armstrong's case in detail but said, "He's really scrambling .... I can't wait to hear what the arbitration panel thinks of the evidence."

Copyright 2012 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

For more information about reprints & permissions, visit our FAQ's. To report corrections and clarifications, contact Standards Editor Brent Jones. For publication consideration in the newspaper, send comments to letters@usatoday.com. Include name, phone number, city and state for verification. To view our corrections, go to corrections.usatoday.com.

Posted 6/29/2012 4:14 PM | Updated 6/30/2012 9:53 AM



### More from USATODAY

Landis and Hamilton part of Armstrong doping case *USATODAY.com in Sports*

Women's ultra-short shorts are on the rise *USATODAY.com in Life*

Lance Armstrong faces new doping allegations *USATODAY.com in Sports*

Report: Hitler protected his Jewish WWI commander from Nazis *USATODAY.com in On Deadline*

Cruise-Holmes divorce could be a legal mess *USATODAY.com in Life*

### More from the web

Faber: Massive Wealth Destruction Coming *Moneynews*

Racer crosses infield to intentionally wreck another competitor, fight ensues *Autoblog*

KidSwing's kid golfers help Texas Scottish Rite Hospital for Children *Lifestyle*

Coregasm Phenomenon Is Confirmed By New Scientific Study *ThePostGame*

Worst Decisions in NBA History *Bleacher Report*

[?]

USA TODAY is now using Facebook Comments on our stories and blog posts to provide an enhanced user experience. To post a comment, log into Facebook and then "Add" your comment. To report spam or abuse, click the "X" in the upper right corner of the comment box. To find out more, read the FAQ and Conversation Guidelines.