# EXHIBIT 29



| Home | Road | Mountain Bike | Track | Cyclo-cross | Triathlon | Cycling News HD |
| News | Tech | Races & Results | Riders & Teams | Features | Forums | Full archive  Calend |

**You are here:** Cyclingnews › News › Armstrong attorneys respond to USADA charges

# Armstrong attorneys respond to USADA charges

By: Cycling News Published: June 23, 00:15, Updated: June 23, 00:38 Edition: First Edition Cycling News, Saturday, June 2 2012

Do you like this?  Tweet     0

### Review board will now decide whether to file anti-doping rule violation

Lance Armstrong's attorneys have today filed a formal response to the allegations of doping brought by the US Anti-Doping Agency (USADA), just inside the 10-day deadline to respond that is spelled out in USADA's protocol for arbitration of sport doping disputes.

On June 13 the *Washington Post* and *ESPN* made public the 15-page letter from USADA to Armstrong outlining new allegations against the seven-time Tour de France winner, Johan Bruyneel and former team doctors, staff and trainers, including use of EPO, transfusions and other banned drugs by Armstrong and a conspiracy to cover up the doping.

Armstrong has vigorously denied the charges, his attorneys writing to USADA that these are "stale allegations disproved long ago and short on evidence" in today's letter.





view thumbnail gallery

One of the objections raised in the correspondence is an assertion that USADA is illegally relying on evidence leaked to the press from the US federal grand jury investigation into similar allegations which was closed without charges being filed earlier this year,

However, a source close to the case confirmed to *Cyclingnews* that the agency accumulated its own evidence, and while it requested the information from the federal case, it yet has not received any information.

The letter goes on to object to witnesses not being named, insufficient time given to Armstrong and his team to respond, and that USADA cannot point to a positive test to corroborate the claims. However, the World Anti-Doping Agency's code provides for "non-analytical" rule violations in cases such as this where evidence is limited to witness testimony or other information. The rules have been used in the past to ban numerous athletes, including Marion Jon and Tim Montgomery after the BALCO scandal.

Armstrong's attorneys state that despite the alleged conspiracy in the teams, Armstrong is the only athlete to be charged. Furthermore, they claim that the blood values from 2009 and 2010 which Armstrong himself posted on the Livestrong website were examined by experts and it was concluded there was no evidence of doping.

"USADA otherwise has refused to disclose anything else, such as an expert analysis substantiating its unsupported view of those blood values. Consequently, the only "evidence" that USADA puts before this Review Board is its

mischaracterisation of someone who undermines USADA's case, along with raw data, unaccompanied by expert analysis, that independent experts have rejected as evidencing a violation," they wrote.

The attorneys also allege that USADA is keeping all of its evidence secret, even from its own review board. However USADA's CEO Travis Tygart stated that information has been submitted for review to the Anti-Doping Review Board (ADRB), "and the ADRB will consider all submissions in accordance with the rules".

According to USADA, the Review Board, consists of at least one technical expert, legal expert and medical expert, ai considers the written submissions and recommends whether there is 'sufficient evidence of doping to proceed with th adjudication process'.

Once it has evaluated all of the information, the review board will make its recommendation if charges should be filec If they are filed, a hearing must be requested, and if this takes place "the merits of any case will be decided by an independent panel of arbitrators separate from USADA through a full and fair legal process in compliance with federa law," Tygart said.

The final conclusion of Armstrong's camp is that USADA is pursuing evidence that dates from outside the statute of limitations and is therefore is acting "wholly outside the scope of its mandate and jurisdiction". USADA claims to have evidence to back up the type of conspiracy that would, under WADA rules, allow rule violations to be issued outside the statue of limitations, but according to Armstrong's lawyers, this evidence has not been made available to them.

Tygart in his statement justifies the current procedures, stating, "When we have evidence that a person has doped, w follow established procedures that were approved by athletes, the U.S. Olympic Committee, and all Olympic sports organisations. Every person accused has the right to a full public hearing where all of the evidence will be presented an independent group of arbitrators who ultimately decide the case. The established rules provide full due process ar are designed to get to the truth."

External resources (*Cyclingnews* is not responsible for outside content):

- **AAA supplementary procedures for Olympic Sport Doping Disputes**
- **USOC's due process checklist**
- **USADA letter announcing formal action against Armstrong et al**
- **Full text of Armstrong's attorneys response to USADA**

Follow *Cyclingnews* on Twitter for the very latest coverage of events taking place in the cycling world - twitter.com/cyclingnewsfeed

To catch up on the latest rankings visit the IG Pro Cycling Index at: www.cyclingnews.com/ig

**Related articles**


**Armstrong charged with doping by USADA**
Seven-time Tour de France winner banned from competitions
June 13, 21:14


**Armstrong and authorities comment on doping charges**
USADA and UCI statements reveal levels of intent and knowledge
June 13, 22:20


**Bruyneel could face lifetime ban if USADA charges are upheld**
RadioShack-Nissan manager charged with doping and cover-up conspiracy
June 14, 08:59


**Bruyneel asserts innocence regarding USADA doping allegations**
Will cooperate fully with investigation
June 15, 20:00

 **Armstrong frustrated by lack of information from USADA**
Seven-time Tour de France winner says "it's time to play by the rules"
June 16, 07:34

 **Bruyneel to skip Tour de France**
RadioShack-Nissan general manager cites "unfounded accusations"
June 22, 20:34

 **Doping charges recommended in Armstrong case**
Review board green lights USADA case
June 29, 20:51

 **Legal opinion: Armstrong's arguments against USADA**
Arbitrators, not review board will determine outcome
July 4, 21:41

 **Report: Witnesses in Armstrong case unmasked?**
Riders given six-month delayed ban by USADA
July 5, 07:16

 **USADA chief aims to protect witnesses**
Says speculation in media "leads to inaccurate information"
July 5, 16:49

### Related teams

 **RadioShack-Nissan**
2012 UCI status: ProTeam
Sponsor: Electronic goods retail chain/Automobile manufacturer
Team Nationality: USA
Website: www.radioshacknissantrek.com
General Manager: Johan Bruyneel
Directeurs sportifs: Kim Andersen, Jose Azevedo, Dirk Demol, Alain Gallopin, Luca Guercilena, Lars Michaelsen

Back to top     Send this page to a friend     Share this page with others     Print this page

### FROM AROUND THE WEB

    

The 'He Said, He Said' Drama Surrounding Lance Armstrong *(TakePart)*

So Long, Hermione! Emma Watson Has a Racy New Role *(iVillage)*

19-Year-Old Busted In Global Credit Card Sting After FBI Agent IDs Him On Facebook *(Forbes.com)*

The Best and Worst Dressed Golfers *(BleacherReport)*

KidSwing's kid golfers help Texas Scottish Rite Hospital for Children *(Lifestyle)*

**Custom Cycling Jerseys**
Low minimums, Fast service Starting at $39 per custom jersey!
www.AscendSportswear.com

**What Really Attracts Men**
9 Ugly Mistakes Women Make That Men Find Totally Unattractive.
www.CatchHimAndKeepHim.com

**Cycling Event 2012**
Register for Richmond's Gran Fondo Ride 102, 59, or 29 miles on Oct. 6
sportsbackers.org

### Road Races & Events
Tour de France
Giro d'Italia
Vuelta a Espana
Amgen Tour of California
USA CRITS
2012 Olympic Games
Sea Otter Classic

### Cyclingnews.com
About us / contacts
Cycling News HD - Weekly Cycling Magazine
Register for the forum
Bike magazines & subscriptions
Advertising

### In Cyclingnews.com
Road
Mountain Biking
Track
Cyclo-Cross
News
Racing and Results
Tech
Features
Blogs
Fitness
Photos
Video

### Forums
Road
Mountain Bike
Track
Cross
Tech

Copyright 2006 - 2
Street Bath, UK BA
England and Wales