# EXHIBIT 42

Case 1:12-cv-00606-SS   Document 7-9   Filed 07/09/

# PART 14 ANTI-DOPING RULES OF THE UCI

*(new rules entered into force on 13 August 2004)*

## INTRODUCTION

Pursuant to amendments adopted by the 115th session of the International Olympic Committee in July 2003, the Olympic Charter stipulates that in order to be recognized by the IOC, an International Federation must adopt and implement the World Anti-Doping Code (Rule 29).

To be eligible for a participation in the Olympic Games, a competitor, coach, trainer or official must respect and comply in all aspects with the World Anti-Doping Code (Rule 45).

As a consequence, at its meeting of 22-23 July 2004, the UCI Management Committee decided to accept the World Anti-Doping Code and to incorporate the Code in UCI's Regulations, as is done in these Anti-Doping Rules.

*Terms in italiques are defined in oppendix 1.*

# ANTI-DOPING RULES OF THE UCI

## SUMMARY

| | Page |
|---|---|
| **Chapter I SCOPE** | **1** |
| **Chapter II DOPING** | **4** |
| **Chapter III THE *PROHIBITED LIST*** | **7** |
| **Chapter IV THERAPEUTIC USE EXEMPTION** | **8** |
| **Chapter V WHEREABOUTS INFORMATION** | **14** |
| **Chapter VI TESTING** | **17** |
| **Chapter VII RESULTS MANAGEMENT** | **29** |
| **Chapter VIII PROVISIONAL MEASURES** | **34** |
| **Chapter IX RIGHT TO A FAIR HEARING** | **36** |
| **Chapter X SANCTIONS AND CONSEQUENCES** | **40** |
| **Chapter XI APPEAL TO THE CAS** | **46** |
| **Chapter XII CONFIDENTIALITY AND PUBLIC DISCLOSURE** | **48** |
| **Chapter XIII FINAL PROVISIONS** | **50** |
| **Appendix 1: DEFINITIONS** | **53** |
| **Appendix 2: SELECTION OF RIDERS TO BE TESTED** | **59** |
| **Appendix 3: SELECTION OF RIDERS TO BE TESTED** | **61** |
| **Appendix 4: PLAN OF STANDARD TESTING STATION FOR ANTIDOPING TESTS** | **66** |
| **Appendix 5: EQUIPMENT OF THE DOPING CONTROL STATION** | **67** |
| **Appendix 6: ANTIDOPING CONTROL** | **68** |
| **Appendix 7: NOTIFICATION TO THE RIDER** | **69** |
| **Appendix 8: NO-SHOW REPORT** | **70** |
| **Appendix 9: NOTIFICATION TO THE RIDER OF A POSITIVE RESULT** | **71** |
| **Appendix 10: REQUEST FOR COUNTER-ANALYSIS** | **72** |
| **Appendix 11: LIST OF MEDICINES TAKEN** | **73** |
| **Appendix 12: CODE OF SPORTS-RELATED ARBITRATION (CAS)** | **74** |



**Chapter SCOPE**

**1.** These Anti-Doping Rules shall apply to all *License-Holders.*

### *In-Competition Testing*

**2.** *Riders* participating in *International Events* shall be subject to *In-Competition Testing* under these Anti-Doping Rules.

*Riders* participating in *National Events* shall be subject to *In-Competition Testing* initiated and directed by the *National Anti-Doping Organization* of the country or any other organization or person so authorized by that *National Anti-Doping Organization. Doping Control* shall be governed by the anti-doping rules of *the National Anti-Doping Organization.*

*Comment:　As results from the above article, these Anti-Doping Rules do not apply at National Events.*

**3.** *In-Competition Testing* at *International Events* may be initiated and directed by the UCI or by the National Federation of the country or any other organization or person so authorized by the UCI. *Doping Control* shall be governed by these Anti-Doping Rules exclusively.

**4.** If the UCI decides not to conduct any *Testing* at an *International Event,* the *National Anti-Doping Organization* for the country where the *Event* takes place, may initiate and conduct such *Testing* in coordination with and with the approval of the UCI or, if the UCI withholds its approval, with the approval of *WADA.* In such cases, *Doping Control* shall be governed by the anti-doping rules of that *National Anti-Doping Organization.*

**5.** *Riders* shall be subject to *In-Competition Testing* at the Olympic Games, the Paralympic Games and events of *Major Event Organizations.*

*Doping Control* shall be governed by the rules of the International Olympic Committee, the International Paralympic Committee and the *Major Event Organizations* respectively. However, results management and the conduct of hearings shall be referred to the UCI as far as sanctions beyond *Disqualifications* from the event or the results of the event.

### *Out-of-Competition Testing*

**6.** Riders shall be subject to *Out-of-Competition Testing.*

**7.** *Out-of-Competition Testing* may be initiated and conducted by the UCI or by the National Federation of the country or any other organization or person so authorized by the UCI.

*Doping Control* shall be governed by these Anti-Doping Rules exclusively.

**8.** *Riders* shall also be subject to *Out-of-Competition Testing* initiated and conducted by any other *Anti-Doping Organization* that is so authorized under the *Code:*
  1. *WADA;*
  2. The International Olympic Committee or the International Paralympic Committee in connection with the Olympic Games or Paralympic Games;
  3. The *National Anti-Doping Organization* of the *Rider;*
  4. The *National Anti-Doping Organization* of any country where the *Rider* is present.

*Doping Control* shall be governed by the anti-doping rules of the *Anti-Doping Organization* concerned.

However, results management and the conduct of hearings from a test by the International Olympic Committee or the International Paralympic Committee shall be referred to the UCI as far as sanctions beyond *Disqualification* from the event or the results of the event.

*Comment:*   *1)*   *As is expressed in the above article, any Rider may be tested Out-of-Competition by any of the above mentioned organizations, according to the rules of the organization conducting the test.*
   *2)*   *National Federations may not initiate and conduct Out-of-Competition testing, including on their national level Riders, unless so authorized by the UCI or another Anti-Doping Organization.*

## Anti-doping violations where no *Sample* collection is involved

**9.** The UCI has jurisdiction for and these Anti-Doping Rules shall apply to any anti-doping violation committed by a L*icense-Holder* where no *Sample* collection is involved and that is discovered:
  (i)  by the UCI, by one of its constituents or member Federations, by one of their officials, officers, staff members, members, *License-Holders,* or any other body or individual that is subject to the regulations of the UCI or one of its member Federations; or
  (ii) by a body or individual that is not an *Anti-Doping Organization.*

**10.** If an anti-doping violation where no *Sample* collection is involved is discovered by another *Anti-Doping Organization,* the anti-doping rules of that *Anti-Doping Organization* shall apply.

However, if the violation is discovered by the International Olympic Committee or the International Paralympic Committee, results management and the conduct of hearings shall be referred to the UCI as far as sanctions beyond *Disqualification* from the event or the results of the event.

### Results management concerning foreign or non-resident *Riders*

**11.** Results management and the conduct of hearings for an anti-doping rule violation arising from a test by, or discovered by, a *National Anti-Doping Organization* involving a *License-Holder* that is not a citizen or resident of that country shall be administered by and under the rules of that *National Anti-Doping Organization.*

### Unauthorized *Testing*

**12.** If a *Rider* refuses a test by an *Anti-Doping Organization* that has no authority to test under these Anti-Doping Rules or under the *Code*, such refusal shall not constitute an anti-doping violation under these Anti-Doping Rules.

**13.** If a *Rider* has been tested by an *Anti-Doping Organization* that has no authority to test under these Anti-Doping Rules or under the *Code* and the test results in an *Adverse Analytical Finding*, the UCI shall have jurisdiction and these Anti-Doping Rules shall apply.

*General comment:*
*1) Under the Code, National Federations have no jurisdiction in Doping Control.*

*However, Anti-Doping Organizations having jurisdiction under the Code, may delegate jurisdiction to National Federations.*

*The involvement of National Federations in doping control at the international level is laid down in these Anti-Doping Rules.*

*National Federations and their respective National Anti-Doping Organization may agree on the Federation's involvement in Doping Control at the national level.*

*2) In addition to the obligations to submit to Testing pursuant to these Anti-Doping Rules and the Code, Riders may also be obliged to submit to Testing and be sanctioned for anti-doping violations pursuant to local anti-doping law.*

# II
**Chapter DOPING**

### Definition of doping

**14.** Doping is defined as the occurrence of one or more of the anti-doping rule violations set forth in article 15.

### Anti-doping rule violations

**15.** The following constitute anti-doping rule violations:

1. The presence of a *Prohibited Substance* or its *Metabolites* or *Markers* in a *Rider's* bodily *Specimen.*

   1.1. It is each *Rider's* personal duty to ensure that no *Prohibited Substance* enters his body. *Riders* are responsible for any *Prohibited Substance* or its *Metabolites* or *Markers* found to be present in their bodily *Specimens.* Accordingly, it is not necessary that intent, fault, negligence or knowing *Use* on the *Rider's* part be demonstrated in order to establish an anti-doping violation under article 15.1.

      *Warning:*
      *1) Riders must refrain from using any substance, foodstuff, food supplement or drink of which they do not know the composition. It must be emphasized that the composition indicated on a product is not always complete. The product may contain Prohibited Substances not listed in the composition.*
      *2) Medical treatment is no excuse for using Prohibited Substances or Prohibited Methods, except where the rules governing Therapeutic Use Exemptions are complied with.*

   1.2. Excepting those substances for which a threshold concentration is specifically identified in the *Prohibited List,* the detected presence of any quantity of a *Prohibited Substance* or its *Metabolites* or *Markers* in a *Rider's Sample* shall constitute an anti-doping rule violation.

   1.3. As an exception to the general rule of article 15.1, the *Prohibited List* may establish special criteria for the evaluation of *Prohibited Substances* that can also be produced endogenously.

2. *Use* or *Attempted Use* of a *Prohibited Substance* or a *Prohibited Method.*

   2.1 The success or failure of the *Use* of a *Prohibited Substance* or *Prohibited Method* is not material. It is sufficient that the *Prohibited Substance* or *Prohibited Method* was *Used* or *Attempted* to be *Used* for an anti-doping rule violation to be committed.

3.  Evading *Sample* collection or, after notification as authorized under these Anti-Doping Rules, refusing, or failing without compelling justification, to submit to *Sample* collection or, regarding the *Riders* referred to in article 122, to check in for *Sample* collection.

4.  Violation of the requirements regarding *Rider* availability for *Out-of-Competition Testing* including failure to provide required whereabouts information and missed tests as set forth in article 86.

5.  *Tampering,* or *Attempting* to tamper, with any part of *Doping Control.*

6.  *Possession* of *Prohibited Substances* and *Methods.*
    6.1  *Possession* by a *Rider* at any time or place of a *Prohibited Substance* or a *Prohibited Method* referred to in article 15.6.3 below, unless the *Rider* establishes that the *Possession* is pursuant to a Therapeutic Use Exemption granted in accordance with chapter IV or other acceptable justification.

    6.2  *Possession* of a *Prohibited Substance* or a *Prohibited Method* referred to in article 15.6.3 below, by *Rider's Support Personnel* in connection with a *Rider, Event* or *training,* unless the *Rider's Support Personnel* establishes that the *Possession* is pursuant to a therapeutic use exemption granted to a *Rider* in accordance with chapter IV or other acceptable justification.

    6.3  In relation to *Possession,* the following categories of substances and methods of the *Prohibited List* are prohibited:

    Categories of *Prohibited Substances:*
    -   S1.  Anabolic agents
    -   S2.  Hormones and related substances
    -   S3.  Beta-2 agonists
    -   S4.  Agents with anti-oestrogenic activity
    -   S5.  Diuretics and other masking agents

    Categories of *Prohibited Methods:*
    -   M1. Enhancement of oxygen transfer
    -   M2. Chemical and physical manipulation
    -   M3. Gene doping

7.  *Trafficking* in any *Prohibited Substance* or *Prohibited Method.*

8.  Administration or *Attempted* administration of a *Prohibited Substance* or *Prohibited Method* to any *Rider,* or assisting, encouraging, aiding, abetting, covering up or any other type of complicity involving an anti-doping rule violation or any *Attempted* violation.

### Proof of doping

#### Burdens and standards of proof

**16.** The UCI and its National Federations shall have the burden of establishing that an anti-doping rule violation has occurred. The standard of proof shall be whether the UCI or its National Federation has established an anti-doping rule violation to the comfortable satisfaction of the hearing body bearing in mind the seriousness of the allegation which is made. This standard of proof in all cases is greater than a mere balance of probability but less than proof beyond a reasonable doubt. Where these Anti-Doping Rules place the burden of proof upon the *Rider* or other *Person* alleged to have committed an anti-doping rule violation to rebut a presumption or establish specified facts or circumstances, the standard of proof shall be by a balance of probability.

#### Methods of establishing facts and presumptions

**17.** Facts related to anti-doping rule violations may be established by any reliable means, including admissions.

**18.** *WADA*-accredited laboratories or as otherwise approved by *WADA* are presumed to have conducted *Sample* analysis and custodial procedures in accordance with the *International Standard* for laboratory analysis. The *Rider* may rebut this presumption by establishing that a departure from the *International Standard* occurred.

If the *Rider* rebuts the preceding presumption by showing that a departure from the *International Standard* occurred, then the UCI or the National Federation shall have the burden to establish that such departure did not cause the *Adverse Analytical Finding*.

**19.** Departures from these Anti-Doping Rules, the *Procedural Guidelines* set by the Anti-Doping Commission or the *International Standard* for *Testing* which did not cause an *Adverse Analytical Finding* or other anti-doping rule violation shall not invalidate such findings or results. If the *Rider* establishes that departures from these Anti-Doping Rules, the *Procedural Guidelines* or the *International Standard* occurred during *Testing* then UCI or its National Federation shall have the burden to establish that such departures did not cause the *Adverse Analytical Finding* or the factual basis for the anti-doping rule violation.

**20.** Any *Anti-Doping Inspector, Medical Inspector*, commissaire or official shall draw up a detailed report of any anti-doping rule violation and of any incident, anomaly or irregularity concerning *Testing* which he may observe or which may be reported to him. He shall note the identity of any witnesses. Witness statements may be included in the report and countersigned by the witnesses. This report and all the supporting documentation must be sent without delay to the UCI Anti-Doping Commission.



**Chapter** **THE *PROHIBITED LIST***

**21.** These Anti-Doping Rules incorporate the *Prohibited List* which is published and revised by *WADA* as described in article 4.1 of the *Code*. The UCI will publish the current *Prohibited List* also in UCI's Official News Bulletin.

*Comment:*   *1)   the Prohibited List currently in force may also be found on UCI's website at www.uci.ch.*

*2)   Most sections of the Prohibited List refer to categories of Prohibited Substances or Prohibited Methods, while only a limited number of these Substances or Methods are listed under that category; yet other Substances or Methods than those recited are prohibited as is indicated for the respective categories.*

*3)   The Prohibited List relates to a sports regulation. The Use or Possession of, and Traffic in, a number of substances on the List is also prohibited or regulated in the national laws of many countries. Criminal sanctions may apply. A substance or method that is not prohibited under the List may be prohibited or regulated under national law.*

**22.** Unless provided otherwise in the *Prohibited List* and/or a revision, the *Prohibited List* and revisions shall go into effect under these Anti-Doping Rules 3 (three) months after publication of the *Prohibited List* by *WADA* on *WADA's* website at www.wada-ama.org, without requiring any further action by the UCI.

**23.** *WADA's* determination of the *Prohibited Substances* and *Prohibited Methods* that are or will be included on the *Prohibited List* shall be final and not subject to challenge by a *License-Holder.*



# IV

## Chapter    THERAPEUTIC USE EXEMPTION (TUE)

**24.**   *Riders* with a documented medical condition requiring the *Use* of a *Prohibited Substance* or a *Prohibited Method* must, prior to their participation in any *International Event,* obtain a Therapeutic Use Exemption (TUE) from the UCI, regardless of whether the *Rider* previously has received a TUE from his *National Anti-Doping Organization.*

However, *Riders* of the juniors and masters categories shall obtain a TUE from their *National Anti-Doping Organization* or such authority as appointed by their *National Anti-Doping Organization.*

**25.**   *Riders* with a documented medical condition requiring the *Use* of a *Prohibited Substance* or a *Prohibited Method* who are not planning to participate in an *International Event* must, prior to their participation in any *National Event,* obtain a Therapeutic Use Exemption from their *National Anti-Doping Organization* or such authority as appointed by their *National Anti-Doping Organization.*  The procedure for granting such TUE is governed by the rules of that *National Anti-Doping Organization.*

**26.**   The following articles of this chapter IV govern TUE's requested from the UCI.

**27.**   A Therapeutic Use Exemption is granted according to a standard procedure (articles 38 - 45). For the *Prohibited Substances* or *Prohibited Methods* referred to in article 47, an abbreviated procedure is also available (articles 46 - 50).

**28.**   Decisions regarding the grant, withdrawal and denial of TUE's are taken in the first instance by the Therapeutic Use Exemption Committee of the UCI.

### Therapeutic Use Exemption Committee (TUEC)

**29.**   The UCI shall appoint a committee of at least 3 (three) physicians to consider requests for TUE's: the Therapeutic Use Exemption Committee (TUEC).

**30.**   The members of the TUEC, or at least 3 (three) of them, shall be physicians with experience in the care and treatment of athletes and a sound knowledge of clinical, sports and exercise medicine.

**31.**   A majority of the members of the TUEC should not have any official responsibility in the UCI or a National Federation. All members of the TUEC will sign a conflict of interest agreement.

**32.**   The TUEC may seek whatever medical or scientific expertise it deems appropriate in reviewing the circumstances of any application for a TUE.

**33.**   In applications involving *Riders* with disabilities, advice shall be sought from an expert possessing specific experience with the care and treatment of athletes with disabilities, if no member of the TUEC possesses such experience.

34. Upon the UCI's receipt of a TUE application, the Chair of the TUEC shall appoint one or more members of the TUEC (which may include the Chair) to consider such application and render a decision promptly.

## Criteria for granting a Therapeutic Use Exemption

35. A Therapeutic Use Exemption will be granted only in strict accordance with the following criteria:
1. The *Rider* should submit an application for a TUE on a form provided by the UCI no less than 21 (twenty-one) days before participating in an *Event.*
2. The *Rider* would experience a significant impairment to health if the *Prohibited Substance* or *Prohibited Method* were to be withheld in the course of treating an acute or chronic medical condition.
3. The therapeutic use of the *Prohibited Substance* or *Prohibited Method* would produce no additional enhancement of performance other than that which might be anticipated by a return to a state of normal health following the treatment of a legitimate medical condition. The *Use* of any P*rohibited Substance* or P*rohibited Method* to increase "low-normal" levels of any endogenous hormone is not considered an acceptable therapeutic intervention.
4. There is no reasonable therapeutic alternative to the *Use* of the otherwise *Prohibited Substance* or *Prohibited Method.*
5. The necessity for the use of the otherwise *Prohibited Substance* or *Prohibited Method* cannot be a consequence, wholly or in part, of prior non-therapeutic *Use* of any *Prohibited Substance* or *Prohibited Method.*
6. An application for a TUE will not be considered for retroactive approval except in cases where:
   a. Emergency treatment or treatment of an acute medical condition was necessary, or
   b. Due to exceptional circumstances, there was insufficient time or opportunity for a *Rider* to submit an application 21 (twenty-one) days prior to his participation in any *Event,* or the TUEC to consider the application prior to the *Rider*'s participation in any *Event.*

36. A TUE shall be denied on the ground of the impossibility or difficulty to control the dose, frequency, route of administration or any other aspect of the *Use* of a *Prohibited Substance* or *Prohibited Method,* that may produce enhancement of performance other than that allowed under article 35.3.

37. The TUEC may submit the granting of a TUE to any conditions that it may specify.

## Standard Therapeutic Use Exemption procedure

38. A TUE will only be considered following the receipt of:
(i) a legibly completed application form that complies with these Anti-Doping Rules and that must include all relevant information and documents, and
(ii) an application fee, the amount of which shall be set annually by the Management Committee.

*Warning:* *Any file that is not complete or not legible will not be considered as valid and will be returned to the sender.*

**39.** The TUE application form(s), as set out in the *International Standard* for Therapeutic Use Exemptions, can be modified by the UCI Anti-Doping Commission to include additional requests for information, but no sections or items shall be removed.

**40.** The TUE application form(s) shall be completed legibly, in English or French. Any information attached to the TUE application form shall be in English or French. If such information has been originally established in another language, the *Rider* shall attach the original document and a translation in English or French.

**41.** A *Rider* may not apply to more than one *Anti-Doping Organization* for a TUE. The application must list any previous and/or current requests for permission to use an otherwise *Prohibited Substance* or *Prohibited Method,* the body to whom that request was made, and the decision of that body.

**42.** The application must include a comprehensive medical history and the results of all examinations, laboratory investigations and imaging studies relevant to the application.

Any additional relevant investigations, examinations or imaging studies requested by the TUEC will be undertaken at the expense of the *Rider*.

**43.** The application must include a statement by an appropriately qualified physician attesting to the necessity of the otherwise *Prohibited Substance* or *Prohibited Method* in the treatment of the *Rider* and describing why an alternative, permitted medication cannot, or could not, be used in the treatment of this condition.

The dose, frequency, route and duration of administration of the otherwise *Prohibited Substance* or *Prohibited Method* in question must be specified.

**44.** The decision of the TUEC will be conveyed in writing to the *Rider* by the Anti-Doping Commission.

**45.** Where a TUE has been granted, the *Rider* and *WADA* will be promptly provided with a certificate of approval for therapeutic use which includes information pertaining to the duration of the exemption and any conditions associated with the TUE. *WADA* will also be provided with all supporting documentation.

The *Rider* shall carry a copy of the certificate with him at all times and present it to the *Anti-Doping Inspector* at the time of *Testing*.

### Abbreviated Therapeutic Use Exemption procedure

**46.** It is acknowledged that some substances included on the *Prohibited List* are used to treat medical conditions frequently encountered in the athlete population. In such cases, a full application as detailed in article 35.4, and articles 38 - 45, is unnecessary. Accordingly an abbreviated process of the TUE is established.

**47.** The *Prohibited Substances* or *Prohibited Methods* which may be permitted by this abbreviated process are strictly limited to the following: beta-2 agonists (formoterol, salbutamol, salmeterol and terbutaline) by inhalation and glucocorticosteroids by non-systemic routes.

**48.** Approval for *Use* of one of the *Prohibited Substances* referred to in article 47 is effective upon receipt of a complete notification by the UCI.

The diagnosis and when applicable any tests undertaken in order to establish that diagnosis should be included (without the actual results or details).

Articles  39, 40 and 43 apply.

Notifications that are incomplete, illegible or do not comply with these Anti-Doping Rules, shall carry no exemption and shall be returned to the applicant.

**49.** The UCI will advise *WADA* and the *Rider*'s National Federation and *National Anti-Doping Organization* on receipt of a regular notification.

The UCI will provide *WADA* with the application for the TUE.

**50.** A notification for a TUE will not be considered for retroactive approval except in cases where:
- emergency treatment or treatment of an acute medical condition was necessary, or
- due to exceptional circumstances, there was insufficient time or opportunity for a *Rider* to submit, or the UCI to receive, the application prior to the *Rider*'s participation in any *Event.*

### Confidentiality of information

**51.** By applying for a TUE, the *Rider* provides consent for the transmission of all information pertaining to the application to members of the TUEC of the UCI and the TUEC of *WADA* and, as required, other independent medical or scientific experts, or to all necessary staff involved in the management, review or appeal of TUEs and for the decisions of the TUECs to be distributed to other relevant *Anti-Doping Organizations* under the provisions of the *Code.*

**52.** Should the *Rider* wish to revoke the right of the TUEC of the UCI or the TUEC of *WADA* to obtain any health information on his behalf, the *Rider* must notify his medical practitioners in writing of the fact. As a consequence of such a decision, the *Rider* will not receive approval for a TUE or renewal of an existing TUE.

**53.** Should the assistance of external, independent experts be required, all details of the application will be circulated without identifying the *Rider* and the medical practitioners involved in the *Rider*'s care.

**54.** The members of the TUECs and the administration of the *Anti-Doping Organizations* involved will conduct all of their activities in strict confidence.

### Duration of TUE

**55.** Each TUE will have a specified duration as decided upon by the TUEC. The duration shall be indicated in the certificate of approval for therapeutic use.

No TUE may have a duration of more than 1 (one) year.  It may be renewed.

The TUE expires at the end of its duration.

### Withdrawal of TUE

#### TUE granted under standard procedure
**56.** The TUEC of the UCI may review and withdraw the TUE at any time during the duration of the TUE.

**57.** The decision of the TUEC of the UCI withdrawing the TUE and the decision of *WADA* or the CAS reversing the granting of the TUE, shall take effect 14 (fourteen) days following notification of the decision to the *Rider,* unless the decision sets a shorter term.

#### TUE granted under abbreviated procedure
**58.** The TUEC of the UCI and the TUEC of *WADA* may review and withdraw the TUE at any time during the duration of the TUE.

**59.** A decision of the TUEC of the UCI or the TUEC of *WADA* withdrawing the TUE and a decision of the CAS reversing the granting of the TUE, shall take effect immediately following notification of the decision to the *Rider.*

The *Rider* will nevertheless be able to apply for a TUE in accordance with the standard procedure.

#### Results before withdrawal
**60.** The withdrawal of a TUE and the decision reversing the granting of a TUE shall not apply retroactively. They shall not disqualify the *Rider'*s results before the moment that the decision takes effect.

#### Results after expiry or withdrawal
**61.** The Anti-Doping Commission, when conducting the initial review of an *Adverse Analytical Finding,* will consider whether the finding is consistent with expiry or withdrawal of the TUE.

#### Information
**62.** The *Rider* and all relevant *Anti-Doping Organizations* shall be notified immediately of any decision withdrawing a TUE or reversing the granting of a TUE.

### Review by *WADA* and appeal to the CAS

**Review by *WADA* at the request of the *Rider***

**63.** The *Rider* may request *WADA* to reverse the decision by which the TUEC of the UCI denies or withdraws a TUE.

**64.** The *Rider* shall provide to the TUEC of *WADA* all the information for a TUE as submitted initially to the UCI, accompanied by the application fee that *WADA* may request. The TUEC of *WADA* will have the ability to request from the *Rider* additional medical information as deemed necessary, the expenses of which shall be met by the *Rider.*

**65.** Until the review process has been completed, the decision of the UCI remains in effect.

**66.** If *WADA* reverses the decision of the UCI, the reversal shall not apply retroactively. The *Rider* shall not be entitled to compensation by the UCI, in particular for missed participations in *Events*.

**67.** The decision by *WADA* reversing the decision by the UCI may be appealed exclusively to the CAS by the UCI.

**68**. If *WADA* confirms the decision by the UCI, the *Rider* may appeal the decisions by UCI and *WADA* exclusively to the CAS.

**69.** The time limit for appeal with the CAS is 1 (one) month following receipt of the decision by *WADA*.

**Review by *WADA* on its own initiation**

**70.** *WADA* may, on its own initiation, review and reverse at any time the decision by which the TUEC of the UCI denies or withdraws a TUE.
Articles 64 to 69 shall apply.

**71.** *WADA* may, on its own initiation, review and reverse at any time the grant of a TUE by the UCI.

**72.** The decision by *WADA* reversing the grant of the TUE by the UCI may be appealed exclusively to the CAS by the *Rider* or the UCI.

**73.** The time limit for appeal with the CAS is 1 (one) month following receipt of the decision by *WADA*.



# V
**Chapter** **WHEREABOUTS INFORMATION**

### *Registered Testing Pool*

**74.** The Anti-Doping Commission shall identify a UCI *Out-of-Competition Registered Testing Pool* of those *Riders* who are required to provide up-to-date whereabouts information to the UCI.

    *Comment:*     *only the Riders included in the Registered Testing Pool are required to provide whereabouts information; however any Rider may be tested Out-of-competition at any time and at any place, even if he is serving a period of Ineligibility.*

**75.** The Anti-Doping Commission shall define the criteria for *Riders* to be included in the *Registered Testing Pool* and may also include *Riders* individually. The Anti-Doping Commission may revise the *Registered Testing Pool* from time to time as appropriate.

**76.** A *Rider* continues to be included in the *Registered Testing Pool* and to be required to provide up-to-date whereabouts information to the UCI until he has been informed by the Anti-Doping Commission that he has been removed from the *Registered Testing Pool. Riders* that serve a period of *Ineligibility* continue to be included in the *Registered Testing Pool* and to be required to provide whereabouts information.

**77.** A *Rider* who has given notice of retirement from cycling to the UCI may not resume competing at international level unless he notifies the UCI at least 6 (six) months in advance before he expects to return to international competition and is available for unannounced *Out-of-Competition Testing,* at any time during the period before actual return to competition.

Notice of retirement is effective only when the *Rider* has returned his license to his National Federation for that purpose.

### **Whereabouts information requirements**

**78.** The Anti-Doping Commission shall inform each *Rider* in the *Registered Testing Pool* via written notice that he has been included in the pool and must provide accurate whereabouts information in accordance with these Anti-Doping Rules and with any further instructions that the Anti-Doping Commission may deem appropriate.

The notice shall set the deadline for when the *Rider* is required to submit whereabouts information. This deadline shall be no earlier than 3 (three) weeks after sending the notice and no later than 2 (two) weeks prior to the start of the quarter.

The *Rider* shall confirm written receipt of such notice directly to the Anti-Doping Commission.

**79.** Each *Rider* in the *Registered Testing Pool* shall file quarterly reports with the Anti-Doping Commission on forms provided by the UCI which specify on a daily basis the locations and times where the *Rider* will be residing, training and competing.

**80.** Should a *Rider's* plans change from those originally submitted on the whereabouts information forms, the *Rider* shall immediately send updates of all information required in the form so that it is current at all times.

**81.** The *Rider* shall send his whereabouts information and updates to the Anti-Doping Commission by fax. The *Rider* may also provide whereabouts information and updates by electronic means, once an appropriate electronic system is in place and the *Rider* is informed accordingly.

### Failure to comply

**82.** If whereabouts information is not received in time or is incomplete or inadequate or inaccurate, the Anti-Doping Commission shall provide a written warning to the *Rider.*

Should the *Rider* after the written warning not provide accurate whereabouts information within 7 (seven) days, the *Rider* shall be provided an additional written warning.

**83.** A failure to comply with a written warning shall be recorded, unless the Anti-Doping Commission accepts a reasonable justification.

**84.** Should the *Rider* not be located for *Testing* based on the most up-to-date information received from the *Rider,* the Anti-Doping Commission shall report the missed test, in writing, to the *Rider.*

The *Rider* shall have the right to provide a written explanation and to prove circumstances within 10 (ten) days from the sending of the report.

If the Anti-Doping Commission, after having considered the explanations and evidence provided by the *Rider,* finds the explanation not justified, it shall record a missed test and inform the *Rider.*

**85.** For each attempt to locate the *Rider* for *Testing,* the *Anti-Doping Inspector* shall visit all locations during the times specified by the *Rider* for that date and shall stay 1 (one) hour at each location (or until such moment that the *Rider* had announced to stay at that location, if earlier).

**86.** Should, in a rolling period of 18 (eighteen) months, a *Rider* receive 3 (three) recorded warnings for failure to provide accurate whereabouts information or a combination of failure to provide accurate whereabouts information and missed tests equals 3 (three), an anti-doping violation has occurred. The Anti-Doping Commission will notify the *Rider's* National Federation and request it to initiate disciplinary proceedings for an anti-doping violation under article 15.4.

**87.** *Rider*'s failure to provide accurate whereabouts information and/or missed tests under these Anti-Doping Rules may be combined with failures to provide accurate whereabouts information and/or missed tests recorded by other *Anti-Doping Organizations,* provided (i) the *Anti-Doping Organization* had authority under the *Code,* (ii) the Anti-Doping Commission was informed in time and (iii) the facts recorded by the *Anti-Doping Organization* constitute, to the satisfaction of the Anti-Doping Commission, a failure to provide accurate whereabouts information or a missed test under these Anti-Doping Rules.

## Coordination with *Anti-Doping Organizations*

**88.** The UCI may collect whereabouts information also with the National Federations, *WADA* and other *Anti-Doping Organizations.*

**89.** The UCI will make the list of *Riders* in the *Registered Testing Pool* available to *WADA.* The UCI may make the list available to other *Anti-Doping Organizations.*

**90.** The UCI will submit all whereabouts information to *WADA* and *WADA* will make this information accessible to other *Anti-Doping Organizations* having authority to test the *Rider* as provided in article 8.

**91.** The UCI may provide whereabouts information to other *Anti-Doping Organizations* having authority to test the *Rider* as provided in article 8.

## Confidentiality

**92.** The UCI shall maintain whereabouts information in strict confidence at all times and shall use it exclusively for purposes of planning, coordinating or conducting *Testing.* The UCI shall destroy the whereabouts information after it is not longer relevant for these purposes.

**93.** Under the Code, *WADA* and all *Anti-Doping Organizations* having accepted the *Code* are bound to the same obligations concerning confidentiality of whereabouts information.

However, the UCI shall not be liable for the use that *WADA* or any *Anti-Doping Organization* makes of whereabouts information, even if the information was provided by the UCI. The *Rider* has no claim against the UCI in this respect.

## Obligations of National Federations

**94.** National Federations shall assist the UCI in obtaining whereabouts information concerning *Riders* as requested by the UCI.

**95.** Each National Federation shall assist its *National Anti-Doping Organization* in establishing the latter's registered testing pool of national level *Riders.*

# VI
**Chapter TESTING**

### *Procedural Guidelines*

**96.** The Anti-Doping Commission shall issue *Procedural Guidelines* for all aspects of *Testing* conducted under these Anti-Doping Rules.

*Procedural Guidelines* shall be in conformity with these Anti-Doping Rules and in substantial conformity with the *International Standard for Testing.*

*Procedural Guidelines* shall be binding upon their approval by the President of the UCI.

**97.** In addition, the President of the Anti-Doping Commission and the *Anti-Doping Inspector* may at any time impose measures which are urgently required to ensure that *Testing* can take place.

### **Management**

**98.** Except as provided in **article 106,** *Post-Competition Testing* is conducted by an *Anti-Doping Inspector* and a *Medical Inspector.*

**Individual Testing is conducted by an *Anti-Doping Inspector* and a *Medical Inspector* or by an *Anti-Doping Inspector* alone.**

*Comment: UCI's anti-doping regulations introduced the distinction between Post-Competition Testing and Individual Testing. Whereas the terms Out-of-Competition and In-Competition refer to the period of time in which a test takes place in relation to a given competition, the terms Post-Competition Testing and Individual Testing refer to the organization of the test. Post-Competition Testing is the testing session following a race where a number of participants in that race is tested (see articles 112 et seq.). Post-Competition Testing always takes place in the In-Competition period (see definition in appendix 1).*
*Individual Testing is a separate test on an individual rider (see articles 135 et. seq.). It mostly takes place Out-of-Competition, but may also be conducted In-Competition, for example before the start of the race or on a resting day in a stage race. An Out-of-Competition Test is always an Individual Test.*
*The second paragraph of article 98 indicates that a Medical Inspector is not required for Individual Testing.*

*(text modified on 1.01.07; 1.02.07).*

**99.** The *Anti-Doping Inspector* is responsible for the on site management of the *Testing.*

**100.** For World Championships, the Management Committee shall appoint a UCI official doctor who shall be a member of the Anti-Doping Commission or a doctor proposed by the Anti-Doping Commission. The UCI official doctor is responsible for the on site management of the *Testing* at World Championships. He may act as *Medical Inspector.*

**101.** The *Anti-Doping Inspector* is appointed by the Anti-Doping Commission or, in case of urgency, by its President or his replacement. **The appointment may be made orally.**

However, the *Anti-Doping Inspector* shall be appointed by the National Federation of the country in the following cases:
1. for **In-Competition Testing (both *Post-Competition* and *Individual Testing)*** at *Events* on the B list according to article 112, c;
2. for **In-Competition Testing (both *Post-Competition* and *Individual Testing)*** at *Events* at which the National Federation is authorized to test by the UCI according to article 3;
3. for *Out-of-Competition Testing* that the National Federation is authorized to conduct on *Riders* by the UCI.

*(text modified on 1.02.07).*

**102.** The *Medical Inspector* shall be responsible for the sample taking as described in these Anti-Doping Rules and in the *Procedural Guidelines.*

**103.** The *Medical Inspector* shall be a doctor.

*(text modified on 1.02.07).*

**104.** **The *Medical Inspector*** shall be appointed by the organizer's National Federation. The race doctor shall not be appointed as *Medical Inspector* for *Testing* at the *Event.*

*(text modified on 1.02.07).*

**105.** **For *Post-Competition Testing,*** the organizer's National Federation shall also appoint a female nurse to attend the delivery of the *sample* from women if the *Medical Inspector* is a man and a male nurse to attend the delivery of the *sample* from men if the *Medical Inspector* is a woman.

*(text modified on 1.02.07).*

**106.** If needs be **for the test to take place** and without prejudice to the responsibility of the National Federation, the *Anti-Doping Inspector* may appoint a *Medical Inspector* and/or a nurse on the spot **or the *Anti-Doping Inspector* or *Medical Inspector* may conduct the *Post-Competition Test* alone, provided he appoints,** where applicable, **a person of the same gender as the *Rider* to witness the delivery of the *sample.***

*(text modified on 1.02.07).*

**107.** For *Individual Testing,* a *Medical Inspector* is not required to be appointed and the tasks and responsibilities otherwise entrusted to the *Medical Inspector* shall be carried out by the *Anti-doping Inspector.* **However, if the *Anti-Doping Inspector* is not of the same gender as the *Rider,* he shall appoint a person of the same gender as the *Rider* to witness the delivery of the *sample.***

*(text modified on 1.01.0; 1.02.07).*

**108.** The Anti-Doping Commission and, in the case of article 7, the National Federation may arrange to have *Out-of-Competition Testing* carried out by another *Anti-Doping Organization* or by a specialist institute or company. The tasks of the *Anti-Doping Inspector, Medical Inspector* and person witnessing the delivery of the sample shall be carried out by the persons or the single person designated for such a purpose by the organization, institute or company in question. **However, the person witnessing the delivery of the sample shall be a doctor or a nurse.**

*(text modified on 1.01.07; 1.02.07).*

**109.** Article 108 shall also apply where a National Federation is authorized to conduct *In-Competition Testing,* unless decided otherwise by the Anti-Doping Commission.

**110.** The *Medical Inspector* may be assisted by another doctor or a nurse.

**111.** For the taking of *Samples* other than urine *Samples* any person with the appropriate qualifications may be appointed.

### *Post-Competition Testing*

**112.** A *Post-Competition Testing* session shall be organized at the following *Events:*
   a) World Championships, Continental Championships and Regional Games, as per the *Procedural Guidelines;*
   b) World record and continental record attempts;
   c) Any other *Event* designated by the Anti-Doping Commission; these *Events* shall be included on the A list or the B list, depending on whether the *Anti-Doping Inspector* is appointed by the Anti-Doping Commission (A list) or the National Federation of the organizer (B list), in accordance with article 101.

**113.** At stage races where *Testing* takes place, a *Post-Competition Testing* session shall be organized following each stage unless determined otherwise by the Anti-Doping Commission.

**114.** At six-day events, *Post-Competition Testing* shall be organized on a minimum of 2 (two) days.

**National Federation**

**115.** The National Federation of the organizer of the *Event* shall be responsible for the practical aspects of the organization of the *Post-Competition Testing* session, including the obligations on the organizer. It must insure that all staff and all infrastructure and equipment are available so that *Testing* can be carried out in accordance with these Anti-Doping Rules and the *Procedural Guidelines.*

**116.** Without prejudice to the application of article 12.1.008 of the Cycling Regulations to the organizer, in the event of negligence in the practical organization of the *Testing* session the National Federation of the organizer shall be liable to a fine not exceeding 10'000 CHF. In *Events* which last more than one day, the fine may be multiplied by the number of days for which the negligence continues.

**117.** If, as a result of negligence during the practical organization of the *Testing* session, the *Anti-Doping Inspector* appointed by the Anti-Doping Commission is unable to carry out his mission properly, the National Federation and the organizer shall be jointly and severally liable to repay his expenses.

**Doping control station**

**118.** Premises suitable for the taking of *Samples* must be provided in the immediate vicinity of the finish line. The location must be clearly signposted from the finish line.

**119.** Should the circumstances justify it, the Anti-Doping Commission may grant an exemption to the requirement of immediate vicinity. The organizer or his National Federation must submit a fully documented request to the Anti-Doping Commission no later than one month before the start of the *Event.*

**120.** At the request of the *Anti-Doping Inspector,* the organizer shall appoint an official to protect the entrance of the doping control station and prevent access by persons not involved in *Testing.*

**Selection of *Riders* to be tested**

**121.** The *Riders* to be tested shall be as designated in the *Procedural Guidelines.*

The Anti-Doping Commission may also issue confidential instructions to the Anti-Doping Inspector for the selection of *Riders* to be tested in a particular *Event.*

**122.** For each *Competition* or *Race* for which a *Post-Competition Testing* session is organized, the *Anti-Doping Inspector* shall draw lots for a first and a second reserve *Rider* who will be subjected to testing in that order if a *Rider* drawn by lot is required to undergo tests as a result of his placing or if a *Rider* meets two criteria for selection simultaneously or if one such *Rider* is unable for practical reasons to undergo *Sample* taking, so that the number of tests called for by the Anti-Doping Commission is carried out.

The reserve *Riders* must check in for *Sample* collection within the prescribed time limit, even if they would not be required to submit to *Sample* collection.

**123.** The circumstances that another *Rider* was tested than those selected according to the *Procedural Guidelines* or the instructions of the Anti-Doping Commission, shall not invalidate the *Testing* of that *Rider*.

**Notification of *Riders***

**124.** Any *Rider* including any *Rider* who has abandoned the *Race*, shall be aware that he may have been selected to undergo *Testing* after the *Race* and is responsible for ensuring personally whether he is required to appear for *Sample collection.*

To this end, the *Rider*, immediately after finishing or abandoning the *Race* shall locate and proceed to the place where the list of *Riders* who are required to appear for *Sample* collection, is displayed and consult the list.

The **last thirty starters** in time trials shall consult the list after the last *Rider* finishes his ride. **The other Riders to be tested shall be notified in the way as for Individual *Testing.***

**The obligations under this article cease to exist as soon as the rider has signed that he has been notified in person that he has been selected to undergo *Testing.***

*(text modified on 1.02.07; 1.01.08).*

**125.** The organizer and the *Anti-Doping Inspector* shall ensure that a list of the *Riders* who are required to appear for *Sample collection* shall be displayed at the finish line and at the entrance of the doping control station before the finish of the winner.

**At world championships, the list shall not be displayed at the finish line but instead at another appropriate place that shall be determined and announced by the *Anti-Doping Inspector.***

*Comment:     Riders that can't find the list at the finish line, shall always pro-*
*             ceed to the doping control station.*

*(text modified on 1.02.07).*

**126.** At track *Events,* one copy of the list shall be displayed at the entrance of the access tunnel when leaving the track center and the other copy shall be displayed at the entrance of the doping control station.

At trial and indoor *Events,* one copy of the list shall be displayed where the *Riders* leave the course or field after having finished their performance and the other copy shall be displayed at the entrance of the doping control station.

**127.** *Riders* shall be identified on the list by their name or their race number or their place in the ranking.

**128.** No *Rider* may take the absence of his name, race number or placing from the displayed list as excuse if he is identified in another manner or if it is established that he had learnt in another way that he was required to appear for *Sample collection.*

Comment: ***No additional form of notification (for example: audio announce-ment) has to be used. The absence of an additional form of noti-fication*** *may never be interpreted as an indication that no Testing will take place and is no excuse for failing to submit to Sample taking.*
*When a Rider does not appear for Sample taking, there is no obligation for the Anti-Doping Inspector, the organizer or anyone else to try to contact or notify the Rider.*

*(text modified on 1.01.08).*

**129.** **A *Rider* may be notified in person by a chaperone** for *Testing* at a *Post-Competition Testing* session in the same way as for *Individual Testing.*

**The organizer is required to provide at least one chaperone for every rider selected to undergo *Testing.***

*(text modified on 1.01.08).*

**130.** **The chaperone** shall remain close to the *Rider* and observe him at all times, and accompany him to the doping control station.

**At all times the rider shall remain within sight of the chaperone from the time of notification to the completion of the *Sample* collection procedure. The *Rider's Support Personnel* must not hinder the chaperone from continuously observing the *Rider.***

The absence of a **chaperone** cannot be pleaded as a defense.

*(text modified on 1.01.08).*

**Time-limit for attendance**
**131.** **Except as provided under article 124 for the other riders than the last thirty starters in time trials,** each *Rider* to be tested must present himself at the doping control sta-tion within 30 (thirty) of finishing the *Race* or, where appropriate, within 30 (thirty) minutes of the end of an official ceremony in which he has taken part. For a *Rider* required to attend a press confer-ence under a provision of the regulations, the deadline shall be extended to 50 (fifty) minutes.

.       *(text modified on 1.02.07).*

**132.** A *Rider* who has abandoned the *Race* must attend within 30 (thirty) minutes of the finishing time of the last classified *Rider.*

**A *Rider* who has abandoned a time trial race shall proceed immediately to the finish line. If he is selected for testing he shall be notified in the way as for *Individual Testing.***

*(text modified on 1.02.07).*

**133.** A *Rider* who has to take part in another *Race* on the same day may, within the time-limit set as above, ask permission from the *Anti-Doping Inspector* to submit to *Sample* taking after the other *Race.* The inspector shall decide whether the test should take place immediately or following the other *Race.*

**Report**

**134.** For each *Post-Competition Testing* session, the *Anti-Doping Inspector* shall draw up a report in which he shall attest that *Testing* complies with these Anti-Doping Rules and the *Procedural Guidelines* or note the irregularities that he observed.

*(text modified on 1.02.07).*

## Individual Testing

**135.** *Individual Testing* may be organized *In-Competition* and *Out-of-Competition,* at any time and any place and without notice.

**136.** The Anti-Doping Commission shall determine the place and time and the *Riders* to be tested or authorize the National Federation to do so. **The *Anti-Doping Inspector* may test other *Riders* that he finds at the place and time of the test that he was appointed for.**

*(text modified on 1.02.07).*

**137.** *Individual Testing* may be carried out at any place where the privacy of the *Rider* is ensured and that is used solely as a doping control station for the duration of the *Sample* collection session.

*Sample* taking shall be carried out in the best possible manner under the circumstances given and as discreetly as possible.

**Notification of *Riders***

**138.** *No Advance Notice Testing* shall be the notification method for *Individual Testing* wherever possible.

**139.** *Riders* shall be called for *Individual Testing* using a notification form.

**140.** The *Anti-Doping Inspector* shall notify the *Rider* in person. **However,** when the notification takes place *In-Competition* **and whenever his team manager or a representative of his club is found at the place where the notification was due to take place,** the *Rider* may be notified via his team manager or club representative.

*(text modified on 1.02.07).*

**141.** The *Rider* or his team manager or club representative shall sign the original notification form as proof of receipt. If the *Rider* or his team manager or club representative refuses to sign that he has been notified or evades notification, the *Anti-Doping Inspector* shall note this on the form and inform the *Rider* of the consequences of failing to comply if possible.

**142.** During stage races and World Championships, the team manager or club representative must always be in a position to indicate where his *Riders* are in order that they may be contacted as quickly as possible.

Team managers or club representatives who give incorrect information, refuse to give information or obstruct *Testing* in any other way shall commit an anti-doping violation under article 15.5 (*Tampering* or *Attempting* to tamper).

**143.** The *Rider* notified of *No Advance Notice Testing* shall remain within sight of the *Anti-Doping Inspector* or a chaperone at all times from the moment of in-person notification until the completion of the *Sample* collection procedure. If it was not possible for the *Anti-Doping Inspector* to observe the *Rider* or to have the *Rider* chaperoned at all times, this shall be recorded by the *Anti-Doping Inspector*.

**144.** The time-limit within which the *Rider* is to appear for *Sample* taking shall be set by the *Anti-Doping Inspector*, taking account of the circumstances. *Sample* **collection shall start** as soon as possible and, except in abnormal circumstances, not later than one hour of the *Rider* (or his team manager or club representative) receiving notification. The *Anti-Doping Inspector* may accept a request from a *Rider* to perform urgent preferential activities before proceeding to the doping control station. The request shall be rejected if it will not be possible for the *Rider* to be continuously observed.

### Common rules for *Post-Competition Testing* and *Individual Testing*

#### Attendants
**145.** The *Rider* may be accompanied by a person of his choice and an interpreter during the *Sample* collection session except when the *Rider* is passing an urine *Sample*.

**146.** A *Minor Rider*, and the witnessing doctor or nurse are entitled to have a representative observe the doctor or nurse when the *Minor Rider* is passing a urine *Sample*, but without the representative directly observing the passing of the *Sample* unless requested to do so by the *Minor Rider*.

**147.** When applicable under the *Independent Observer Program*, *WADA* Independent Observers may attend the *Sample* taking session. *WADA* Independent Observers shall not directly observe the passing of the *Sample*.

**148.** The *Rider*, his attendant and the interpreter and any objects they bring with them may be searched.

#### Time limit for *Sample* taking
**149.** When a *Rider* does not report to the doping control station within the time-limit, the *Anti-Doping Inspector* shall use his judgment whether to attempt to contact the *Rider*.

**150.** If a *Rider* foresees that he might be prevented from reporting within the time-limit, he shall try, byall available means, to inform the *Anti-Doping Inspector*.

**151.** At a minimum, the *Anti-Doping Inspector* and, **where applicable,** the *Medical Inspector* shall wait 30 (thirty) minutes after the time-limit before departing.

*(text modified on 1.02.07).*

**152.** If the *Rider* reports to the doping control station after the minimum waiting time and prior to the departure of the *Anti-Doping Inspector* **and/or the** *Medical Inspector*, **if any, from the doping control station,** they **or he** shall if at all possible proceed with collecting a *Sample* and shall document the details of the delay in the *Rider* reporting to the doping control station.

*(text modified on 1.02.07).*

**153.** **[article abrogated on 1.02.07].**

**154.** The *Sample* taking may not be delayed, for example to await the arrival of the *Rider's* attendant or interpreter.

**155.** The *Rider* shall only leave the doping control station if authorized by the *Anti-Doping Inspector* and under continuous observation by the *Anti-Doping Inspector* or a chaperone. The *Anti-Doping Inspector* shall consider any reasonable request by the *Rider* to leave the doping control station, until the *Rider* is able to provide a *Sample*.

If the *Anti-Doping Inspector* gives approval for the *Rider* to leave the doping control station, the *Anti-Doping Inspector* shall agree with the *Rider* on:
a) The purpose of the *Rider* leaving the doping control station; and
b) The time of return (or return upon completion of an agreed activity).

The *Anti-Doping Inspector* shall document this information and the actual time of the *Rider's* departure and return.

**156.** The *Anti-Doping Inspector* and, **where applicable,** the *Medical Inspector* shall continue the doping control session until the *Rider* delivers the *Samples* required under these Anti-Doping Rules.

*(text modified on 1.02.07).*

**157.** Should the *Rider* leave the doping control station, before the *Sample* is taken, he shall be considered to have refused the test and shall incur the sanctions set out in article 15.3.

**158.** Should a *Rider* leave the doping control station after the *Samples* are taken but before all the formalities are completed, the *Testing* shall be deemed valid.

**159.** Should the *Anti-Doping Inspector* or the *Medical Inspector* discharge a *Rider* or terminate the *Testing* session before the *Rider* has been tested, the *Rider* concerned shall be considered as not to have been selected for *Sample* taking and shall not have committed an anti-doping violation for having left the doping control station.

**160.** The events covered by articles 149 to 159 shall be recorded.

**Anomalies**

**161.** Any behavior by the *Rider* and/or persons associated with the *Rider* or anomalies with potential to compromise the *Sample* collection shall be recorded.

**162.** If there are doubts as to the origin or authenticity of the *Sample,* the *Rider* shall be asked to provide an additional *Sample.* If the *Rider* refuses to provide an additional *Sample,* this shall be recorded by the *Anti-Doping Inspector.* A refusal to provide an additional *Sample* shall be considered as a refusal to submit to *Sample* collection under article 15.3.

**Documentation**

**163.** The *Anti-Doping Inspector* shall provide the *Rider* with the opportunity to document any concerns he may have about how the session was conducted.

**164.** The *Rider* and the *Anti-Doping Inspector* shall sign appropriate documentation to indicate their satisfaction that the documentation accurately reflects the details of the R*ider's Sample* collection session, including any concerns recorded by the *Rider.* The *Rider* representative shall sign on behalf of the *Rider* if the *Rider* is a *Minor.* Other persons present who had a formal role during the R*ider's Sample* collection session may sign the documentation as a witness of the proceedings.

The *Anti-Doping Inspector* or the *Medical Inspector* shall provide the *Rider* with a copy of the records of the *Sample* collection session that have been signed by the *Rider.*

**165.** By appending his signature on the *Testing* form, the *Rider* confirms that, subject to any concern recorded by the *Rider:*
1. the *Testing* was conducted in accordance with applicable standards and regulations;
2. any subsequent complaint is excluded;
3. he received a copy of the *Testing* form.

**Reporting**

**166.** The UCI will report all *Testing* conducted under these Anti-Doping Rules to *WADA,* including the name of the *Rider,* the date and place of the test and whether the test was *In-Competition* or *Out-of-Competition.*

National Federations that conduct *Testing* under these Anti-Doping Rules shall report all *Testing* to the UCI immediately after *Testing.*

*WADA* shall make the information accessible to the *Rider,* the R*ider's* National Federation, National Olympic Committee or National Paralympic Committee, *National Anti-Doping Organization* and the International Olympic Committee or International Paralympic Committee.

**Property of *Samples***

**167.** The *Samples* collected under these Anti-Doping Rules shall become the property of the UCI upon collection.

***Samples* for screening**

**168.** *Riders* shall be also subject to *Sample* taking for screening purposes.

**169.** The UCI may use for screening purposes any relevant information collected, received or discovered, including blood *Samples* or other non-urine *Samples* collected pursuant to other regulations. The UCI is not obliged to justify the reason why the *Rider* was targeted and what information was used for screening or targeting.

***Sample* collection equipment**

**170.** *Sample* collection equipment systems shall be used that:
1. have a unique numbering system incorporated into all bottles, containers, tubes or any other item used to seal the *Rider's Sample;*
2. have a sealing system that is tamper evident;
3. ensure the identity of the *Rider* is not evident from the equipment itself;
4. ensure that all equipment is clean and sealed prior to use by the *Rider.*

***Sample* transport**

**171.** The *Anti-Doping Inspector* shall be responsible for:
- storing the *Samples* prior to transport;
- sending the *Samples* with accompanying documentation to the laboratory;
- sending the *Sample* collection session documentation for the laboratory and the Anti-Doping Commission in accordance with the *Procedural Guidelines.*

**Costs of *Testing***

**172.** The costs of *In-Competition Testing* initiated and directed by the UCI shall be borne by the organizer of the *Event.*

**173.** The costs of *Out-of-Competition Testing* directed by the UCI shall be borne by the UCI. The costs of *Out-of-Competition Testing* directed by a National Federation so authorized at its request, shall be borne by that National Federation.

**174.** The National Federation of the *Rider* shall be responsible for the costs of the B *Sample* analysis.

**175.** Should a *Rider* be sanctioned following *Testing,* he shall bear the costs incurred for *Out-of-Competition Testing* and B *Sample* analysis.

**Analysis of *Samples***

**176.** *Samples* shall be sent for analysis only to *WADA-*accredited laboratories or as otherwise approved by *WADA.* The choice of the *WADA-*accredited laboratory (or other method approved by *WADA*) used for the *Sample* analysis shall be determined exclusively by the Anti-Doping Commission.

**177.** When specific circumstances so justify, the Anti-Doping Commission may request that part of a *Sample* is analyzed in a second laboratory.

**178.** *Doping control Samples* shall be analyzed to detect *Prohibited Substances* and *Prohibited Methods* identified on the *Prohibited List* and other substances as may be directed by *WADA* pursuant to the Monitoring Program described in Article 4.5 of the *Code.*

**179.** Laboratories shall analyze doping control *Samples* and report results in conformity with the *WADA International Standard for Laboratory Analysis.*

**180.** Subject to articles 168 and 169, no *Sample* may be used for any purpose other than the detection of substances (or classes of substances) or methods on the *Prohibited List,* or as otherwise identified by *WADA* pursuant to its Monitoring Program, without the R*ider's* written consent.

**181.** The laboratory shall report any *Adverse Analytical Findings* to the Anti-Doping Commission and *WADA* or, if the *Adverse Analytical Finding* concerns World Championships, to the UCI official doctor and *WADA.*

# VII
**Chapter**  **RESULTS MANAGEMENT**

**182.** Results management under these Anti-Doping Rules, including results management from a test by a National Federation pursuant to articles 3 and 7, shall be conducted by the UCI's Anti-Doping Commission.

**183.** The Anti-Doping Commission shall refer results management concerning a *License-Holder* who usually does not participate in *International Events*, to the *License-Holder's* National Federation, who shall conduct results management in substantial conformity with this chapter.

### Review

**184.** If after receiving a test analysis report, an inspector's statement, a referral by another *Anti-Doping Organization*, or any document or information regarding a possible anti-doping violation, the Anti-Doping Commission considers that no anti-doping violation or any other breach of these Anti-Doping Rules has taken place, then the case shall be taken no further.

This decision shall not be definitive and the Anti-Doping Commission may reopen the case on its own initiation.

*WADA* shall be informed of a decision not to proceed with a case. If *WADA* so requests, the Anti-Doping Commission shall reopen the case and request the National Federation to instigate disciplinary proceedings in accordance with article 224.

**185.** Before taking a decision, the Anti-Doping Commission may order additional investigations. National Federations shall be obliged to conduct such investigations as the Anti-Doping Commission may deem appropriate. All *License-Holders* are obliged to assist.

**186.** Upon receipt of an A *Sample Adverse Analytical Finding,* the Anti-Doping Commission shall conduct a review to determine whether: (a) an applicable Therapeutic Use Exemption has been granted, or (b) there is any apparent departure from these Anti-Doping Rules, the *Procedural Guidelines* or the *International Standards* for *Testing* or laboratory analysis that undermines the validity of the *Adverse Analytical Finding.*

**187.** If the initial review under article 186 does not reveal an applicable Therapeutic Use Exemption or departure from these Anti-Doping Rules, the *Procedural Guidelines,* the *International Standard* for *Testing* or the *International Standard* for laboratory analysis in force at the time of *Testing* or analysis that undermines the validity of the *Adverse Analytical Finding,* the Anti-Doping Commission shall promptly notify the *Rider's* National Federation of: (a) the *Adverse Analytical Finding;* (b) the anti-doping rule violated, or a description of the additional investigation that will be conducted as to whether there is an anti-doping rule violation; (c) the *Rider's* right to promptly request the analysis of the B *Sample* or, failing such request, that the B *Sample* analysis shall be deemed waived; (d)

the right of the *Rider* and/or the R*ider's* representative to attend the B *Sample* opening and analysis if such analysis is requested; and (e) the *Rider's* right to request copies of the A and B *Sample* laboratory documentation package which includes information as required by the *International Standard* for laboratory analysis.

A copy of the notification may be sent to the *Rider* and/or the *Rider's* club or team.

A copy of the notification is sent to *WADA* and to the *Rider's National Anti-Doping Organization.*

**188.** The *Rider's* National Federation shall within 2 (two) working days send a copy of the notification from the Anti-Doping Commission to the *Rider* concerned. It shall also notify the UCI that this copy has been sent.

**189.** The notification of the *Rider's* National Federation under article 187 and the notification of the *Rider* under article 188 shall be confirmed by the dispatch of a registered letter with proof of delivery.

**190.** Any communication by the National Federation will be deemed valid if sent to the most recent address for the *Rider* as notified to the National Federation.

### Analysis of B *Sample*

**191.** The *Rider* and/or his National Federation and the Anti-Doping Commission shall be entitled to demand the analysis of the B *Sample.*

**192.** The request for the analysis of the B *Sample* shall indicate whether the *Rider* wants not only the opening, but also the analysis of the B *Sample* to be attended by him or a representative.

**193.** The request for the analysis of the B *Sample* shall be made directly to the laboratory by the *Rider's* National Federation, either on its own initiative or at the request of the *Rider.* A copy of the request for the analysis must be sent to the UCI at the same time.

**194.** To be acceptable, the request for the analysis of the B *Sample* by the National Federation shall be sent to the laboratory no more than 5 (five) working days after receipt of the registered letter sent to the National Federation of the *Rider* informing it of the A *Sample Adverse Analytical Finding.*

**195.** The analysis of the B *Sample* shall be conducted by the laboratory that conducted the analysis of the A *Sample.*

However, if justified by the need to have the B *Sample* analyzed, the UCI Anti-Doping Commission may decide that the analysis of the B *Sample* shall be carried out by another laboratory which it shall designate.

**196.** The analysis of the B *Sample* may be carried out by 2 (two) laboratories in accordance with article 177. Should the analysis of the A *Sample* carried out in this fashion have shown that the *Adverse Analytical Finding* is verifiable in the second laboratory only, the analysis of the B *Sample* shall be valid if carried out in this laboratory.

**197.** The opening of the B *Sample* may be attended by the *Rider*, an expert designated by him or by his National Federation, a representative of the *Rider's* National Federation and a representative of the UCI.

**198.** The analysis of the B *Sample* may be attended by the *Rider* or one representative if such request was made when the B *Sample* analysis was requested. The laboratory may restrict the attendance in order to avoid any disturbance of the analysis.

**199.** The laboratory, in consultation with the parties involved, sets a date for the analysis of the B *Sample* in a period of 10 (ten) working days after reception of the request excepted the opposed agreement of the Anti-Doping Commission.

**200.** The B *Sample* analysis of a blood *Sample* shall take place no later than 3 (three) days after the analysis of the A *Sample.* The Anti-Doping Commission shall inform the *Rider* and/or his National Federation as soon as possible of any A *Sample Adverse Analytical Finding* and of the date set for the B *Sample* analysis by fax or by email. The terms and procedures set above shall not apply for notifying the *Rider.*

The B *Sample* analysis shall be valid, even if the *Rider* did not receive notification in time or was unable to attend or to be represented.

**201.** No party may claim their inability to attend for the analysis of the B *Sample* on the date set as a reason for invalidating the analysis of the B *Sample.*

**202.** The *Rider's* National Federation shall be responsible for the costs of the analysis of the B *Sample.*

The *Rider's* National Federation may submit the request for the analysis following payment by the *Rider* of a sum not exceeding CHF 700.

**203.** A *Rider* may accept the A *Sample* analytical results and waive the B *Sample* analysis. The UCI may nonetheless elect to proceed with the B *Sample* analysis.

**204.** If the B *Sample* proves negative, the entire test shall be considered negative and the *Rider*, his National Federation, his *National Anti-Doping Organization* and *WADA* shall be so informed.

**205.** If a *Prohibited Substance* or the *Use* of a *Prohibited Method* is identified, the findings shall be reported to the *Rider*, his National Federation, his *National Anti-Doping Organization* and to *WADA.*

A copy of the report may be sent to the *Rider's* team or club.

### Follow-up investigations

**206.** The Anti-Doping Commission shall conduct any follow-up investigation as may be required by the *Prohibited List*. Upon completion of such follow-up investigation, the Anti-Doping Commission shall promptly notify the *Rider* regarding the results of the follow-up investigation and whether or not the Anti-Doping Commission asserts that an anti-doping rule was violated.

**207.** The costs of follow-up investigations are at the expense of the *Rider*. The *Rider* may be requested to advance costs. If the *Rider* refuses to do so, he is presumed to have accepted the analytical results and the case shall proceed accordingly.

### Test results management at World Championships

**208.** During World Championships, the laboratory shall report any *Adverse Analytical Finding* to the UCI official doctor.

If it is not possible for the test results to reach the UCI official doctor before the end of the Championships, they shall be sent to the UCI Anti-Doping Commission.

**209.** Upon receipt of an A *Sample Adverse Analytical Finding* from a test conducted at the World Championships, the UCI official doctor shall conduct the review described in article 186 and, where applicable, notify the *Rider* or, should this be impossible, his team manager immediately.

**210.** The UCI official doctor shall without further formalities call for the analysis of the B *Sample,* at which he has the right to be present. He shall inform the *Rider* and the delegation from his National Federation of the place, date and time of the analysis. No postponement of the analysis may be granted.

**211.** If the B *Sample* analytical result confirms the A *Sample* analytical result, the UCI official doctor shall inform the *Rider,* the president of the commissaires panel, the Anti-Doping Commission and the *Rider's* National Federation.

The notification to the *Rider's* National Federation may be made to the delegation from that Federation attending the Championships.

### Results management at stage races and six-days races

**212.** During a stage race or a six-day race, upon receipt of an A *Sample Adverse Analytical Finding* from a test conducted at that stage race or a six-days race and completion of the review described in article 186, the Anti-Doping Commission shall notify the *Rider* via the president of the commissaires panel.

The president of the commissaires panel shall hear the *Rider's* explanations.

**213.** The request for the analysis of the B *Sample* shall be submitted in writing to the *Anti-Doping Inspector* within 3 (three) hours of the notification specified in article 212.
The *Rider* shall be issued with a receipt stating the time that the request was submitted.

**214.** No postponement of the analysis of the B *Sample* may be granted in order to permit attendance by the persons noted in articles 145 and 146 beyond 4 (four) days from the date of the request for the analysis.

**215.** The *Anti-Doping Inspector* shall submit the B *Sample* analysis report to the president of the commissaires panel.

**216.** If the B *Sample* analytical result confirms the A *Sample* analytical result, the Anti-Doping Commission shall inform the president of the commissaires panel for the purposes of article 219.

# VIII
## Chapter   PROVISIONAL MEASURES

**217.**   1. If after the review described in articles 184 to 206 the Anti-Doping Commission asserts that an anti-doping violation under article 15.1 or article 15.2 was committed, the Anti-Doping Commission may ban the *Rider* from participating in *Events* for such time that the violation, in the opinion of the Anti-Doping Commission, is likely to affect the *Rider'*s results.

2. Before the ban goes into effect or on a timely basis thereafter, the *Rider* shall be given an opportunity to be heard in either written or oral form. The President of the Anti-Doping Commission may appoint a member of the Anti-Doping Commission, including himself, or an *Anti-Doping Inspector* to hear the *Rider.*

3. The decision shall be taken by the member of the Anti-Doping Commission who has heard the *Rider* or, if the *Rider* was heard by an *Anti-Doping Inspector,* by the President of the Anti-Doping Commission having received the account of the *Anti-Doping Inspector.*

**218.**   If after the initial review described in article 186 and at the eve or during a particular *Event,* the Anti-Doping Commission makes an assertion that an anti-doping violation may have been committed under articles 15.1 or 15.2 and determines that the asserted anti-doping violation, that occurred prior to that *Event,* may affect the *Rider'*s results at the *Event,* the Anti-Doping Commission may request that the *Rider* is banned from the *Event.*

The request shall be made to the president of the commissaires panel. The president of the commissaires panel shall summon the *Rider* to be heard and decide whether the *Rider* shall be banned from the *Event.*

**219.**   If, during an *Event* and where applicable after the review described in article 186 the Anti-Doping Commission or, at World Championships, the official doctor asserts that an anti-doping violation has been committed during the same *Event,* the Anti-Doping Commission or the official doctor will inform the president of the commissaires panel for the *Event.* The president of the commissaires panel shall summon the *License-Holder* concerned to be heard. The president of the commissaires panel may *Disqualify* the *Rider* or ban the *License-Holder* from the *Event* subject to the due opinion of the President or another member of the Anti-Doping Commission.

If a *Rider* is *Disqualified* for an asserted violation under articles 15.1 or 15.2 that occurred during a team race, the *Rider'*s team shall be relegated to the last place of the race. In stage races on the road and subject to the application of article 279 after the decision of the hearing body, the team will be given its actual time.

**220.**   [article abrogated on 25.09.07].

**221.** The provisional measures under articles 217, 218 and 219 may be combined.
Such provisional measures may also be imposed on *Rider's Support Personnel* against whom an anti-doping violation is asserted for any period prior to the decision of the hearing body.

**222.** The provisional measures stipulated above are intended to preserve fair competition. They shall not prejudice the decision whether an anti-doping violation has occurred and shall not give rise to any claim in the event that the *License-Holder* is acquitted.

**223.** Provisional measures regarding a *License-Holder* who has been referred to his National Federation according to article 183, shall be governed by the rules of the National Federation.
Under all circumstances such *License-Holder* shall be *Disqualified* from participation in an *International Event* prior to the decision of the hearing body.


# IX
## Chapter RIGHT TO A FAIR HEARING

**224.** When, following the results management process described in chapter VII, the Anti-Doping Commission makes an assertion that these Anti-Doping Rules have been violated, it shall notify the *License-Holder*'s National Federation and request it to instigate disciplinary proceedings. It shall also send a copy of the test analysis report and/or other documentation. A copy of the statement may be sent to the *License-Holder* and/or the *License-Holder*'s club or team.

A copy of the statement is sent to *WADA* and to the *License-Holder*'s *National Anti-Doping Organization.*

### *License-Holder* called before his National Federation

**225.** The *License-Holder*'s National Federation shall call the *License-Holder* before it to hear his grounds and explanations.

This summons must be sent within 2 (two) working days of the receipt of the statement under Article 224.

**226.** The summons shall be sent by registered letter. It shall indicate the nature of the case against the *License-Holder*. The summons must be accompanied by a copy of the test analysis reports and documents received by the Federation from the Anti-Doping Commission. If these enclosures are missing, the *License-Holder* must notify the National Federation without delay.

**227.** The summons must be sent at least 10 (ten) days before the hearing to which the *License-Holder* has been called. A copy of the summons shall be sent to the UCI at the same time.

The summons shall indicate the date, time and venue for the hearing.

**228.** A single postponement to the hearing may be granted of not more than 8 (eight) days, except where the party concerned establishes a case of force majeure.

**229.** The *License-Holder* may forgo the hearing in which event the case will be conducted in writing.

### Rights of the defense

**230.** The *License-Holder* shall be heard and the case investigated by the competent hearing body of the *License-Holder*'s National Federation in accordance with the regulations of the *License-Holder*'s National Federation whilst taking account of the following articles.

**231.** The hearing body shall be fair and impartial.

**232.** At the request of one of the parties to the case or at their own request the following shall also be heard: the organiser's National Federation, the laboratory which carried out the analysis, the *Anti-Doping Inspector*, the *Medical Inspector*, witnesses and expert witnesses.

The interested party shall be responsible for calling these persons to the proceedings and for their costs. It shall at the same time notify the other parties and the competent body.

**233.** The UCI may give its opinion in each case and demand that a sanction be imposed, either in writing or at the hearing.

It may call for a copy of the documentation of the case in full, including the proceedings of the hearing and the documents submitted by the parties.

**234.** The parties must provide each other with all the statements and documents which they intend to submit at the earliest opportunity. They shall also send them to the UCI at the same time.

**235.** The *License-Holder* has the right to see the contents of the case files. Each party may obtain a copy at its own expense.

Furthermore the case files may be consulted during the hearing.

**236.** The hearing shall be public unless the *License-Holder* requests otherwise.

The president of the hearing body may also as of right prohibit public access to the room during all or part of the hearing in the interest of public order or when the protection of privacy or medical secrecy justifies it.

**237.** Each party shall have the right to be represented by a qualified lawyer or by a representative on presentation of authorization in writing. The parties may be aided by any other person of their choice.

**238.** Each party and any witnesses and expert witnesses called shall be heard subject to the hearing body's discretion to accept testimony by telephone or written submission. The *License-Holder* shall have the right to speak last.

**239.** In the event that a party who has been convened should fail to appear, the case will be heard in that party's absence. The decision shall be deemed to have been taken after due hearing of the parties.

**240.** If the hearing body determines that the *License-Holder* has insufficient knowledge of the language of the proceedings, the *License-Holder* has the right to an interpreter at the hearing. The hearing body will determine the identity and responsibility for the cost of the interpreter.

**241.** Each party is responsible for the costs of interpreters for its witnesses and experts.

### Decision

**242.** The decision of the hearing body shall note the identities of the parties called or heard and shall contain a brief summary of the procedure.

It shall bear the names of the persons who took the decision and must be signed by them.

**243.** The decision shall be dated and reasoned.

It shall, where appropriate, indicate the *Prohibited Substances* or *Prohibited Methods* for which the *Rider* has been declared positive.

It shall indicate the sanctions imposed on the *License-Holder*.

### Costs

**244.** Subject to article 245 and in the absence of a specifically justified decision, each party shall bear the costs which it incurs.

**245.** If the *License-Holder* is found guilty of an anti-doping violation, he shall bear:
1. The cost of the proceedings as determined by the hearing body.
2. The cost of the result management by the Anti-Doping Commission; the amount of this cost shall be CHF 1000, unless a higher amount is claimed by the UCI and determined by the hearing body.
3. The cost of the B *Sample* analysis, where applicable. The National Federation shall be jointly and severally liable for its payment to the UCI.

The *License-Holder* shall owe the costs under 2) and 3) also if they were not awarded in the decision.

**246.** Should the *License-Holder* be acquitted the party nominated in the decision shall be liable for the costs under article 245.2.

### Notification of the decision

**247.** One full copy of the decision, signed at least by the president of the hearing body, shall be sent to the *License-Holder* and the UCI. These copies shall be sent by registered post with proof of receipt within 3 (three) working days of the decision. The UCI shall send the text of the decision to *WADA* and to the *License-Holder's National Anti-Doping Organization.*

### Exclusion of an appeal at national level

**248.** The decision by the hearing body of a *License-Holder's* National Federation shall not be subject to an appeal before another body (appeals board, tribunal, etc.) at National Federation level.

If such an appeal is entered, it must be declared inadmissible. Any other decision is void as of right. However, the UCI may ask the Court of Arbitration for Sport (CAS) to pronounce nullity where appropriate upon supplementary application in an appeal procedure against the decision of the competent body. This application may be made at any time during the procedure before the CAS.

### Duration of the proceedings

**249.** The National Federation shall keep the UCI fully informed as to the status of the case.

**250.** The proceedings before the hearing body of the *License-Holder*'s National Federation must be completed within 1 (one) month from the time limit set for the dispatch of the summons.

The National Federation shall be penalized by the disciplinary commission, incurring a fine of CHF 5000 for each week's delay without prejudice to the obligation to complete proceedings as fast as possible.

**251.** If the completion of the hearing is delayed beyond three months, the UCI may elect to bring the case directly to a single arbitrator from the Court of Arbitration for Sport (CAS), acting as a first instance tribunal. The case shall be handled in accordance with the Court of Arbitration for Sport appeal procedure without reference to any time limit for appeal. The *License-Holder*'s National Federation shall be summoned to participate in the proceedings and shall bear all costs resulting for all parties from bringing the proceedings from the National Federation to the CAS.

**252.** The *License-Holder* may forego a hearing by acknowledging the violation of these Anti-Doping Rules and accepting *Disqualification, Ineligibility* and costs consistent with these Anti-Doping Rules as proposed or accepted by the Anti-Doping Commission.

**253.** If any new fact is revealed of a nature which might alter the decision issued by the hearing body of the *License-Holder*'s National Federation after the date of pronouncement, the interested party may request that the case be reopened before the National Federation, unless it is possible to raise the new issue in existing proceedings before the CAS.
The new evidence must predate the decision of the hearing body, and the party submitting it must establish that it could not have known about it prior to the hearing where the decision was issued.

The request to reopen the case must be made within one month of the party's becoming aware of the evidence in question or it shall be debarred. The burden of proof regarding this date shall lie with the party submitting the new evidence.

**254.** Articles 248, 250 and 251 shall not apply to the *License-Holder* that was referred to his National Federation according to article 183.



# X
## Chapter SANCTIONS AND CONSEQUENCES

**255.** These Anti-Doping Rules concerning sanctions and consequences shall be construed and implemented in compliance with human rights and general principles of law, among which proportionality and individual case management.

### Automatic Disqualification of individual results

**256.** A violation of these Anti-Doping Rules in connection with an *In-Competition* test automatically leads to *Disqualification* of the individual result obtained in that *Competition.*

### *Disqualification* of Results in *Event d*uring which an Anti-Doping Rule Violation occurs

**257.** Except as provided in articles 258 and 259, an anti-doping rule violation occurring during or in connection with an *Event leads to Disqualification* of the *Rider's* individual results obtained in that *Event* according to the following rules:

1. If the violation is a violation of
   a) article 15.5 (*Tampering* or *Attempting* to tamper), or
   b) article 15.6 *(Possession),* or
   c) article 15.7 *(Trafficking),* or
   d) article 15.8 (Administration, *Attempted* administration or any type of complicity),
   all of the *Rider's* individual results are disqualified.

2. If the violation involves
   a) the presence, *Use* or *Attempted Use* of a *Prohibited Substance* or a *Prohibited Method* (articles 15.1 and 15.2), other than a *Specified Substance;* or
   b) evading *Sample* collection or refusing to submit to *Sample collection* (article 15.3); or
   c) failing to submit to *Sample collection* (article 15.3), except when the *Rider* establishes that he bears No *Significant Fault* or *Negligence;*
   all of the *Rider's* results are disqualified, except for the results obtained (i) in *Competitions* prior to the *Competition* in connection with which the violation occurred and for which the *Rider* was tested with a negative result, and (ii) in *Competitions* prior to the *Competition(s)* under point **i.**

3. If the violation involves the presence, *Use* or *Attempted Use* of a *Specified Substance,* all of the *Rider's* results obtained in *Competitions* posterior to the *Competition* in connection with which the violation occurred are disqualified, except for those results which were not likely to have been affected by the violation.

4. If the violation is a failure to submit to *Sample collection* and if the *Rider* establishes that he bears *No Significant Fault* or *Negligence,* the *Rider's* results obtained in other *Competitions* shall not be disqualified.

*(text modified on 26.06.07).*

**258.** If the anti-doping violation involves the presence, *Use* or *Attempted Use* of a *Prohibited Substance* or a P*rohibited Method* (article 15.1 and 15.2) and the *Rider* establishes that he bears *No Fault or Negligence,* his individual results in the other *Competitions* shall not be disqualified except to the extent that they were likely to have been affected by the *Rider's* anti-doping violation.

**259.** 1. If the *Event* is a stage race, an anti-doping violation committed in connection with any stage, entails *Disqualification* from the *Event,* except when (i) the anti-doping violation involves the presence, *Use* or *Attempted Use* of a *Prohibited Substance* or a *Prohibited Method,* (ii) the *Rider* establishes that he bears *No Fault or Negligence* and (iii) his results in no other stage were likely to have been influenced by the *Rider's* anti-doping violation.

2. If the anti-doping violation committed in a stage race involves the presence, *Use* or *Attempted Use* of a *Specified Substance* and only a warning and reprimand are imposed, *Disqualification* from the *Event* is optional.

If the *Rider* is not *Disqualified* from the *Event,* 1% (one percent) of the time recorded by the *Rider* during the stage on which he tested positive shall be added to the final time on the individual classification. The number of points scored during that same stage shall be deducted from the final classification. Any prize won in connection with the stage in which the anti-doping violation occurred shall be forfeited.

**260.** In those cases that are not considered under articles 257 to 259, the *Disqualification* of the *Rider's* individual results obtained on the *Event* is optional.

### Imposition of *Ineligibility* for *Prohibited Substances* and *Prohibited Methods*

**261.** Except for the specified substances identified in article 262, the period of *Ineligibility* imposed for a violation of article 15.1 (presence of *Prohibited Substance* or its *Metabolites* or *Markers*), article 15.2 (*Use* or *Attempted Use* of *Prohibited Substance* or *Prohibited Method*) and article 15.6 (*Possession of Prohibited Substances* and *Methods*) shall be:

First violation:    2 (two) years' *Ineligibility*

Second violation: Lifetime *Ineligibility*

However, the *License-Holder* shall have the opportunity in each case, before a period of *Ineligibility* is imposed, to establish the basis for eliminating or reducing this sanction as provided in articles 264 and 265.

### Specified Substances

**262.** Where a *Rider* can establish that the Use of a *Specified Substance* was not intended to enhance sport performance, the period of *Ineligibility* found in article 261 shall be replaced with the following:

First violation: At a minimum, a warning and reprimand and no period of *Ineligibility* from future *Events,* and at a maximum, 1 (one) year's *Ineligibility.*

Second violation: 2 (two) years' *Ineligibility*

Third violation: Lifetime *Ineligibility*

However, the *License-Holder* shall have the opportunity in each case, before a period of *Ineligibility* is imposed, to establish the basis for eliminating or reducing (in the case of a second or third violation) this sanction as provided in articles 264 and 265.

### *Ineligibility* for other Anti-Doping Rule Violations

**263.** The period of *Ineligibility* for other violations of these Anti-Doping Rules shall be:

1. For violations of article 15.3 (evading *Sample* collection, refusing or failing to submit to *Sample* collection) or article 15.5 (*Tampering* with *Doping Control* or *Attempting*), the *Ineligibility* periods set forth in article 261 shall apply.

2. For violations of article 15.7 (*Trafficking*) or article 15.8 (administration of *Prohibited Substance* or *Prohibited Method*), the period of *Ineligibility* imposed shall be a minimum of 4 (four) years up to lifetime *Ineligibility.* An anti-doping rule violation involving a *Minor* shall be considered a particularly serious violation, and, if committed by *Rider Support Personnel* for violations other than specified substances referenced in article 262, shall result in lifetime *Ineligibility* for such *Rider Support Personnel.* In addition, violations of such articles which also violate non-sporting laws and regulations, may be reported to the competent administrative, professional or judicial authorities.

3. For violations of article 15.4, as defined in article 86, (Whereabouts Violations or Missed *Tests*), the period of *Ineligibility* shall be:

First violation: 3 (three) months to 1 (one) year *Ineligibility.*

Second and subsequent violations: 1 (one) year to 2 (two) years' *Ineligibility.*

### Elimination or Reduction of Period of *Ineligibility*

**264.** If the *Rider* establishes in an individual case involving an anti-doping rule violation under article 15.1 (presence of *Prohibited Substance* or its *Metabolites* or *Markers*) or *Use* of a *Prohibited Substance* or *Prohibited Method* under article 15.2) or an anti-doping violation under article 15.6 (*Possession* of *Prohibited Substances* or *Methods*) that he bears *No Fault or Negligence* for the violation, the otherwise applicable period of *Ineligibility* shall be eliminated. When a *Prohibited Substance* or its *Markers* or *Metabolites* is detected in a *Rider's Specimen* in violation of article 15.1(presence of a *Prohibited Substance*), the *Rider* must also establish how the *Prohibited Substance* entered his system in order to have the period of *Ineligibility* eliminated. In the event this article is applied and the period of *Ineligibility* otherwise applicable is eliminated, the anti-doping rule violation shall not be considered a violation for the limited purpose of determining the period of *Ineligibility* for multiple violations under articles 261, 262 and 269-271.

**265.** This article 265 applies to anti-doping rule violations involving article 15.1 (presence of a *Prohibited Substance* or its *Metabolites* or *Markers*), *Use* of a *Prohibited Substance* or *Prohibited Method* under article 15.2, failing to submit to *Sample* collection under article 15.3, *Possession* of *Prohibited Substances* or *Methods* under article 15.6 or administration of a *Prohibited Substance* or *Prohibited Method* under article 15.8. If a *License-Holder* establishes in an individual case involving such violations that he bears *No Significant Fault or Negligence,* then the period of *Ineligibility* may be reduced, but the reduced period of *Ineligibility* may not be less than one-half of the minimum period of *Ineligibility* otherwise applicable. If the otherwise applicable period of *Ineligibility* is a lifetime, the reduced period under this section may be no less than 8 (eight) years. When a *Prohibited Substance* or its *Markers* or *Metabolites* is detected in a *Rider's Specimen* in violation of article 15.1 (presence of *Prohibited Substance*), the *Rider* must also establish how the *Prohibited Substance* entered his system in order to have the period of *Ineligibility* reduced.

**266.** The Hearing Panel may also reduce the period of *Ineligibility* in an individual case where the *License-Holder* has provided substantial assistance which results in discovering or establishing an anti-doping rule violation by another *Person* involving *Possession* under article 15.6.2 (*Possession* by *Rider Support Personnel*), article 15.7 (*Trafficking*), or article 15.8 (administration to a *Rider*). The reduced period of *Ineligibility* may not, however, be less than one-half of the minimum period of *Ineligibility* otherwise applicable. If the otherwise applicable period of *Ineligibility* is a lifetime, the reduced period under this Article may be no less than 8 (eight) years.

**267.** If the sanction imposed exceeds the maximum set under these Anti-Doping Rules, it shall automatically be reduced to this maximum, without prejudice to the right of appeal of the person sanctioned.

### Declaration or admission of doping

**268.** A *License-Holder* who declares or admits to having committed an anti-doping violation shall be considered as having committed that violation on the day of the declaration or admission, unless the facts admitted or declared can be tied to a specific instance, in which case the sanctions in force at the time of the facts shall be applied.

### Rules for Certain Potential Multiple Violations

**269.** For purposes of imposing sanctions under articles 261, 262 and 263, a second anti-doping rule violation may be considered for purposes of imposing sanctions only if it is established that the *License-Holder* committed the second anti-doping rule violation after he received notice, or after a reasonable attempt was made to give notice of the first anti-doping rule violation; if not, the violations shall be considered as one single first violation, and the sanction imposed shall be based on the violation that carries the more severe sanction.

**270.** Where a *Rider*, based on the same *Testing*, is found to have committed an anti-doping rule violation involving both a S*pecified Substance* under article 262 and another *Prohibited Substance* or *Prohibited Method*, the *Rider* shall be considered to have committed a single anti-doping rule violation, but the sanction imposed shall be based on the *Prohibited Substance* or *Prohibited Method* that carries the most severe sanction.

**271.** Where a *Rider* is found to have committed 2 (two) separate anti-doping rule violations, one involving a *Specified Substance* governed by the sanctions set forth in article 262 (*Specified Substances*) and the other involving a *Prohibited Substance* or *Prohibited Method* governed by the sanctions in article 261 or a violation governed by the sanctions in article 263.1, the period of *Ineligibility* imposed for the second violation shall be at a minimum 2 (two) years' *Ineligibility* and at a maximum 3 (three) years' *Ineligibility*. Any *Rider* found to have committed a third anti-doping rule violation involving any combination of *Specified Substances* under article 262 and any other anti-doping rule violation under article 261 or 263.1 shall receive a sanction of lifetime *Ineligibility*.

**272.** If an anti-doping violation has been sanctioned without consideration having been given to a former condemnation for another violation, the case may be reopened at the request of the Anti-Doping Commission.

**273.** Should an anti-doping violation be discovered that has occurred prior to another violation that has already been sanctioned, the former shall be sanctioned as a second or subsequent violation.

### *Disqualification* of Results in *Competitions* Subsequent to anti-doping violation

**274.** In addition to the automatic *Disqualification* of the results in the *Competition* pursuant to article 256, all other competitive results obtained from the date a positive *Sample* was collected (whether *In-Competition* or *Out-of-Competition*), or other doping violation occurred, through the commencement of any *Ineligibility* period, shall, unless fairness requires otherwise, be *Disqualified*.

*Comment:* *it may be considered as unfair to disqualify the results which were not likely to have been affected by the Rider's anti-doping rule violation.*

### Commencement of *Ineligibility* Period

**275.** The period of *Ineligibility* shall start on the date of the hearing decision providing for *Ineligibility* or, if the hearing is waived, on the date *Ineligibility* is accepted or otherwise imposed. Any period during which provisional measures pursuant to articles 217 through 223 were imposed or voluntarily accepted shall be credited against the total period of *Ineligibility* to be served. Where required by fairness, such as delays in the hearing process or other aspects of Doping Control not attributable to the *License-Holder,* the hearing body imposing the sanction may start the period of *Ineligibility* at an earlier date commencing as early as the date of the anti-doping violation.

*(text modified on 26.06.07:* **amendment applicable on any case not finally decided on 26 June 2007).**

### Reinstatement *Testing*

**276.** As a condition to regaining eligibility at the end of a specified period of *Ineligibility*, a *Rider* must, during any period of provisional measures or *Ineligibility*, make himself available for *Out-of-Competition Testing* by the UCI and any other *Anti-Doping Organization* having *Testing* jurisdiction under the *Code,* and must provide current and accurate whereabouts information as provided in article 76.

**277.** If a *Rider* subject to a period of *Ineligibility* retires from sport and is removed from UCI's *Registered Testing Pool* and later seeks reinstatement, the *Rider* shall not be eligible for reinstatement until he has notified the UCI and his National Federation and has been subject to *Out-of-Competition Testing* for a period of time equal to the longer of the period set forth in article 77 or the period of *Ineligibility* remaining as of the date the *Rider* had retired.

### Consequences to teams

**278.** Except as provided in article 279, if a *Rider* is found to have committed an anti-doping violation in connection with a team *Competition* in which he participated as a member of a team, the team shall be *disqualified* from that *Competition.*

If such *Rider* is *disqualified* from other *Competitions* of the same *Event* under articles 257.2a or 3 or article 258, any team, whether composed differently or not, of which such *Rider* was a member, shall be *disqualified* from the same Competitions as the *Rider.*

**279.** In the case of a team **time trial** stage during a stage race, the team shall be relegated to the last place on the stage with its real time and with a 10 (ten) minutes penalty on the general classification of teams. If more than one *Rider* on the team is found to have committed an anti-doping violation during the same team **time trial** stage, the team is *disqualified* from the stage race.

*(text modified on 26.06.07).*



# XI
## Chapter APPEAL TO THE CAS

**280.** The following decisions may be appealed to the Court of Arbitration for Sport:
   a) the decisions of the hearing body of the National Federation under article 242;
   b) a decision that a *Rider* shall be banned from participating in *Events* under article 217 if the ban is for more than 1 (one) month;
   c) the decisions concerning Therapeutic Use Exemptions as specified under articles 67, 68, 70 and 72.
   d) the final decision at the level of the National Federation regarding a *License-Holder* that was referred to his National Federation according to article 183.

   No other form of appeal shall be permitted.

**281.** In cases under article 280 a), the following parties shall have the right to appeal to the CAS:
   a) the *License-Holder* who is the subject of the decision being appealed;
   b) the other party to the case in which the decision was rendered;
   c) the UCI;
   d) the International Olympic Committee or International Paralympic Committee, where the decision may have an effect in relation to the Olympic Games or Paralympic Games, including decisions affecting eligibility for the Olympic Games or Paralympic Games;
   e) *WADA.*

**282.** The appeal of the UCI shall be made against the *License-Holder* and against the National Federation that made the contested decision and/or the body that acted on his behalf. The National Federation or body concerned shall be liable for costs if the hearing body which made the decision against which the appeal has been made has applied the regulations incorrectly.

**283.** An appeal by the *License-Holder* shall be made against his National Federation.

   The National Federation must immediately send the UCI a copy of the statement of appeal and of any submissions or briefs made before the CAS.

   The UCI shall have the right to participate in the proceedings before the CAS and demand that a sanction is imposed or increased.

**284.** The statement of appeal by the *License-Holder* or the other party to the case must be submitted to the CAS within 1 (one) month of his receiving the full decision as specified in article 247. Failure to respect this time limit shall result in the appeal being disbarred.

**285.** The statement of appeal by the UCI, the International Olympic Committee, the International Paralympic Committee or *WADA* must be submitted to the CAS within 1 (one) month of receipt of the full case file from the hearing body of the National Federation. Failure to respect this time limit shall result in the appeal being disbarred. Should the appellant not request the file within 15 (fifteen) days of receiving the full decision as specified in article 247, the time limit for appeals shall be 1 (one) month from the reception of that decision.

**286**. If the respondent makes a counter-appeal, the appellant has the right to respond within 1 (one) month of receiving the respondent's reply, except where extended by the CAS. If the respondent is the *License-Holder*, he shall have the right to submit an additional statement within 15 (fifteen) days of receiving the appellant's reply, unless the time limit is extended by the CAS.

**287.** In cases under article 280 b), the *Rider* only shall have the right to appeal to the CAS.

The appeal shall be made against the UCI.

The time to file the appeal to the CAS shall be 8 (eight) days from receipt of the decision by the *Rider* or his National Federation or his club or team.

**288.** An appeal to the CAS shall not suspend the execution of the contested decision, without prejudice to the right to apply to the CAS for it to be suspended.

**289.** The CAS shall have full power to review the facts and the law. The CAS may increase the sanctions that were imposed on the appellant in the contested decision.

**290.** The CAS shall decide the dispute according to these Anti-Doping Rules and the rules of law chosen by the parties or, in the absence of such a choice, according to Swiss law.

**291.** The decision of the CAS shall be final and binding on the parties to the case and to all *License-Holders* and National Federations. It shall not be subject to appeal.

# XII
# Chapter CONFIDENTIALITY AND PUBLIC DISCLOSURE

## Duty of confidentiality

292. Persons carrying out a task in *Doping Control* are required to observe strict confidentiality regarding any information concerning individual cases which is not required to be reported under these Anti-Doping Rules.

Such breaches of confidentiality shall be penalized by a fine of between CHF 1000 and CHF 10 000 as decided by the UCI Disciplinary Commission, which may also suspend the person in question from specified tasks for such time as it shall determine.

## Public disclosure

293. Public disclosure shall be made by the Anti-Doping Commission or the National Federation as described in article 295.

294. *License-Holders* who are asserted to have committed a violation of these Anti-Doping Rules shall in principle not be publicly identified until it has been determined in a decision in accordance with articles 230 to 243 that an anti-doping violation has occurred.

However, the Anti-Doping Commission and the National Federation of the *License-Holder* who is asserted to have committed a violation of these Anti-Doping Rules may make public statements and identifications they deem appropriate under the circumstances, but not earlier than the moment of sending the notification referred to in article 224.

295. Once a violation of these Anti-Doping Rules has been established in a decision referred to in article 243, it shall be publicly reported as follows:

- if the UCI decides to appeal to the CAS, the UCI will report the violation, the decision and its decision to appeal no later than the expiration of the time limit for the appeal;
- if the UCI decides not to appeal to the CAS, it will report the violation and the decision no later than 10 (ten) days after the expiration of the time limit for the appeal.
- if the *License-Holder* or *WADA* appeals to the CAS, the UCI will report the violation, the decision and the appeal within 10 (ten) days after the appeal was notified to the UCI.

## Publication

296. The definitive sanctions and the name of the person penalized shall be published in the UCI Official News Bulletin and / or in the official bulletin of the National Federation of the person penalized.

### Register

**297.** The Anti-Doping Commission shall maintain a register of the penalties applied. This shall list the name of the *License-Holder*, his National Federation, his category (elite or other), the name and date of the *Event*, the penalties imposed, the date of the decision regarding the penalties and the body which imposed them.


# XIII
## Chapter FINAL PROVISIONS

### Third *Sample*

**298.** The UCI shall have the right to demand that a third *Sample* be taken at a *Sample* taking session. The Anti-Doping Commission shall issue instructions to his end to the *Anti-Doping Inspector.* The *Sample* taking procedures shall be applied mutatis mutandis. The taking of a third *Sample* shall be recorded.

Where appropriate, the further analysis of such *Samples* shall give rise to action for an anti-doping violation and sanctions.

Violations described under articles 15.3 and 15.5 shall apply regarding the third *Sample.*

### Medication

**299.** In *Events* designated by the Anti-Doping Commission, team or club doctors will be obliged to list all medicines taken by each *Rider* and their dosages and any medical treatment that they may have undergone during the preceding 72 (seventy-two) hours. Failure to do so shall make the team ineligible to start the race.

### National Federations

**300.** When a National Federation receives from third parties information concerning a possible anti-doping violation, it shall immediately inform the Anti-Doping Commission of the UCI.

**301.** All National Federations shall include in their regulations the rules necessary to effectively implement these Anti-Doping Rules.

**302.** For the purpose of these Anti-Doping Rules, the organizer's National Federation shall take on the role of the *License-Holder's* National Federation as regards *License-Holders* who have obtained their license directly from the UCI.

**303.** Without prejudice to article 13 of the Constitution, National Federations shall be obligated to reimburse the UCI for all costs related to a doping case in which the National Federation was not cooperative or did not comply with these Anti-Doping Rules.

### Non-*License-Holders*

**304.** 1. If a breach of these Anti-Doping Rules is committed by a non-*License-Holder,* the Anti-Doping Commission and/or any National Federation involved shall take whatever steps are necessary to take proceedings before the competent bodies against the person in question.

2. Right to a fair hearing having granted, the Anti-Doping Commission may ban this person from attending a cycling *Event.* It may also ban any National Federation, club or trade team from making use of services offered by this person, with breaches of such a ban being subject to a fine of between CHF 1000 and CHF 10000 as determined by the Disciplinary Commission. These measures and sanctions may be taken independently of the procedure noted under paragraph 1.

### Independent Observers

**305.** Organizers shall provide access to Independent Observers as directed by the UCI.

### Recognition of decisions by other organizations

**306.** 1. Subject to the right to appeal provided in chapter XI, the *Testing,* therapeutic use exemptions and hearing results or other final adjudications of any *Signatory* to the *Code* which are consistent with the *Code* and are within the *Signatory'*s authority, shall be recognized and respected by the UCI and the National Federations.

2. The UCI may recognize the same actions of other bodies which have not accepted the *Code* if the applicable rules of those bodies are otherwise consistent with the *Code.* The National Federations shall respect such actions when recognized by the UCI.

3. When agreed or otherwise decided between the UCI and the competent authorities, the UCI and the National Federations may administrate results management, hearings and appeals for the application of anti-doping legislation.

### Statute of limitations

**307.** No action may be commenced under these Anti-Doping Rules against a *License-Holder* for a violation of an anti-doping rule contained in these Anti-Doping Rules unless such action is commenced within 8 (eight) years from the date the violation occurred.

Any request for investigation or for disciplinary action and any act of investigation or disciplinary action in relation with the violation shall be considered as commencement of the action for the purpose of this article.

### Interpretation of Anti-Doping Rules

**308.** 1. The headings used for the various parts and articles of these Anti-Doping Rules are for convenience only and shall not be deemed part of the substance of these Anti-Doping Rules or to affect in any way the language of the provisions to which they refer.

2. The Introduction and the Appendix 1 "Definitions" shall be considered integral parts of these Anti-Doping Rules.

3. Notice to a *License-Holder* may be accomplished by delivery of the notice to his National Federation or as provided by these Anti-Doping Rules. The National Federation shall be responsible for making immediate contact with the *License-Holder*.

4. These Anti-Doping Rules shall not apply retroactively to matters pending before the date these Anti-Doping Rules came into effect.

### Entry into force

**309.** This version of the Anti-Doping Rules of the UCI shall come into force on 13 August 2004, except:

1) Until 31 December 2004, the therapeutic use exemption rules of the Anti-Doping Examination rules in force on 12 August 2003, continue to be in force and the exemption remain valid under these Anti-Doping Rules.

2) Article 15.4 shall come into force on 1 January 2005.

3) Until the introduction of the Procedural Guidelines of the Anti-Doping Commission, *Doping Control* shall be deemed in compliance with these Anti-Doping Rules when in compliance with the Anti-Doping Examination Regulations in force on 12 August 2004.

4) Until 31 December 2004, results management and disciplinary proceedings (hearings and appeals), shall be deemed in compliance with these Anti-Doping Rules when in compliance with the Anti-Doping Examination Regulations in force on 12 August 2004.

5) The Anti-Doping Examination Regulations in force on 12 August 2004 remain in force until 31 December 2004 for *National Events*.

6) Any period of suspension imposed under the Anti-Doping Examination Regulations in force until 12 August 2004 ends on 12 August 2004 if at that moment it exceeds the maximum set under these Anti-Doping Rules, and is reduced to this maximum otherwise.

**310.** Amendments to these Anti-Doping Rules shall come into force on the date of their publication in the Official News Bulletin unless this publication specifies a different date for entry into force.

**(Appendix 1)**

## DEFINITIONS

### *Adverse Analytical Finding:*
A report from a laboratory or other approved *Testing* entity that identifies in a *Specimen* the presence of a *Prohibited Substance* or its *Metabolites* or *Markers* (including elevated quantities of endogenous substances) or evidence of the *Use* of a *Prohibited Method.*

### *Anti-Doping Inspector:*
Doping control officer with overall responsibility for the on site management of the *Testing as* described in these Anti-Doping Rules and in the *Procedural Guidelines.*

### *Anti-Doping Organization:*
*A Signatory of* the Code that is responsible for adopting rules for initiating, implementing or enforcing any part of the *Doping Control* process. This includes, for example, the International Olympic Committee, the International Paralympic Committee, other *Major Event Organizations* that conduct *Testing* at their *Events, WADA*, International Federations, and *National Anti-Doping Organizations.*

### *Attempt:*
Purposely engaging in conduct that constitutes a substantial step in a course of conduct planned to culminate in the commission of an anti-doping rule violation. Provided, however, there shall be no anti-doping rule violation based solely on an *Attempt* to commit a violation if the *Person* renunciates the attempt prior to it being discovered by a third party not involved in the *Attempt.*

### *Code:*
The World Anti-Doping *Code.* The *Code* is available on *WADA*'s website at www.wada-ama.org or via UCI.

### *Competition:*
A single *Race* organized separately (for example: a one day road race, each of the time trial and road race at the road World Championships) or a series of *Races* forming an organizational unit and producing a final winner and/or general classification (for example: a road race, a track sprint race tournament, a cyclo-ball tournament) (Note: a World Cup series is not an *Event* or *Competition*).

### *Disqualification:*
See article 12.1.022 of the UCI Cycling Regulations.

### *Doping Control:*
The process including test distribution planning, *Sample* collection and handling, laboratory analysis, results management, hearings and appeals.

### *Event:*

A single *Competition* organized separately (for example: a one day road race, a stage race) or a series of *Competitions* conducted together as a single organization (for example: road World Championships, track World Championships, a track World Cup event); a reference to *Event* includes reference to *Competition* and *Race,* unless the context indicates otherwise.

### *In-Competition:*

*In-Competition* refers to the period that starts one day before or, in the case of a major tour, three days before the day of the start of an *Event* and finishing at midnight of the day on which the *Event* finishes.

However, regarding the *Presence* or *Use* of a prohibited stimulant as defined in the *Prohibited List,* *In-Competition* refers to the period starting 8 (eight) hours before the start of a *Race* in which the *Rider* is competing or for which he has been confirmed as a starter and finishing at the end of the *Post-Competition Testing* session that is organized following the *Race.*

### *Independent Observers Program:*

A team of observers, under the supervision of *WADA,* who observe the *Doping Control* process at certain *Events* and report on observations. If *WADA* is testing *In-Competition* at an *Event,* the observers shall be supervised by an independent organization.

### *Individual Testing:*

*Testing* on *Riders* that is organized separately, as opposed to *Post-Competition Testing* sessions following a *Race* or *Competition. Individual Testing* takes place *In-Competition* (on *Riders* who participate in the *Competition* or were confirmed as starters, at any time other than during the *Post-Competition Testing* session) or *Out-of-Competition.*

### *Ineligibility:*

Under these Anti-Doping Rules, *Ineligibility* is defined as a suspension as described in article 12.1.033 of the UCI Cycling Regulations.

*Ineligibility* also means that the *License-Holder* is barred, for the period of *Ineligibility,* from participating in any *Competition* or other activity organized or authorized by any *Signatory* or *Signatory's* member organization, and from any funding as provided in article 10.9 of the *Code.*

### *International Event / Competition / Race:*

An *Event, Competition, Race* of the international calendar of the UCI.

### *International Standards:*

Standards adopted by *WADA* in support of the *Code.* Compliance with the *International Standards* (as opposed to other alternative standards, practice or procedure) shall be sufficient to conclude that the procedures addressed by the *International Standards* were performed properly.

### *License-Holder:*
1) A *Person* who is holder of a license or who has applied for a license under the UCI Cycling Regulations;
2) Any *Person* who, without being a holder of a license, participates in a cycling *Event* in any capacity whatsoever, including, without limitation, as a coach, trainer, manager, team director, team staff, agent, official, medical or para-medical personnel;
3) Any *Person* who, without being a holder of a license, participates, in the framework of a club, trade team, national federation or any other structure participating in races, in the preparation or support of *Riders* for sports competitions.

### *Major Event Organizations:*
This term refers to the continental associations of *National Olympic Committees* and other international multi-sport organizations that function as the ruling body for any continental, regional or other international event.

### *Marker:*
A compound, group of compounds or biological parameters that indicates the *Use* of a *Prohibited Substance* or *Prohibited Method.*

### *Medical Inspector:*
Doping Control officer responsible for the Sample taking as described in these Anti-Doping Rules and in the *Procedural Guidelines.*

### *Metabolite:*
Any substance produced by a biotransformation process.

### *Minor:*
A natural Person who has not reached the age of majority as established by the applicable laws of his country of residence.

### *National Anti-Doping Organization:*
The entity(ies) designated by each country as possessing the primary authority and responsibility to adopt and implement anti-doping rules, direct the collection of Samples, the management of test results, and the conduct of hearings, all at the national level. If this designation has not been made by the competent public authority(ies), the entity shall be the country's *National Olympic Committee* or its designee.

### *National Event / Competition / Race:*
An *Event, Competition, Race* of the national calendar of each of the member federations of the UCI.

### *National Olympic Committee:*
The organization recognized by the International Olympic Committee. The term *National Olympic Committee* shall also include the National Sport Confederation in those countries where the National Sport Confederation assumes typical *National Olympic Committee* responsibilities in the anti-doping area.

### No Advance Notice:

A *Doping Control* which takes place with no advance warning to the *Rider* and where the *Rider* is continuously chaperoned from the moment of notification through *Sample* provision.

### No Fault or Negligence:

The *Rider's* establishing that he did not know or suspect, and could not reasonably have known or suspected even with the exercise of utmost caution, that he had *Used* or been administered the *Prohibited Substance* or *Prohibited Method.*

### No Significant Fault or Negligence:

The *Rider's* establishing that his fault or negligence, when viewed in the totality of the circumstances and taking into account the criteria for *No Fault or Negligence,* was not significant in relationship to the anti-doping rule violation.

### Out-of-Competition:

Any *Doping Control* or fact which is not *In-Competition.*

### Person:

A natural *Person* or an organization or other entity.

### Possession:

The actual, physical possession, or the constructive possession (which shall be found only if the *Person* has exclusive control over the *Prohibited Substance/Method* or the premises in which a *Prohibited Substance/Method* exists); provided, however, that if the *Person* does not have exclusive control over the *Prohibited Substance/Method* or the premises in which a *Prohibited Substance/Method* exists, constructive possession shall only be found if the *Person* knew about the presence of the *Prohibited Substance/Method* and intended to exercise control over it. Provided, however, there shall be no anti-doping rule violation based solely on possession if, prior to receiving notification of any kind that the *Person* has committed an anti-doping rule violation, the *Person* has taken concrete action demonstrating that the *Person* no longer intends to have *Possession* and has renounced the *Person's* previous *Possession.*

### Post-Competition Testing:

*In-Competition Testing* session that is organized following a *Race* or *Competition* for the purpose of testing *Riders* that participated in the *Race* or *Competition.*

### Procedural Guidelines:

Documents established by the Anti-Doping Commission and regulating technical and operational parts of *Testing* pursuant to article 96; reference to these Anti-Doping Rules shall include reference to the *Procedural Guidelines* where applicable.

### Prohibited List:

The List published by *WADA* and identifying the *Prohibited Substances* or *Prohibited Methods.*

### *Prohibited Method:*
Any method so described on the *Prohibited List.*

### *Prohibited Substance:*
Any substance so described on the *Prohibited List.*

### *Publicly Disclose or Publicly Report:*
To disseminate or distribute information to the general public or persons beyond those persons enti-tled to earlier notification in accordance with these Anti-Doping Rules.

### *Race:*
A cycling contest that produces a winner or a ranking according to the rules (for example: a one day road race, a stage or a half stage in a stage race, the 16th final of a track sprint race tournament, a cyclo-ball game).

### *Registered Testing Pool:*
The pool of top level *Riders* established separately by the UCI and each National Anti-Doping Organization who are subject to both *In-Competition* and *Out-of-Competition Testing* as part of the UCI's or Organization's test distribution plan.

### *Rider:*
A *Person* who participates as a cyclist in an *Event,* whether he is authorized to or not.

### *Rider's Support Personnel:*
A *License-Holder* who is not a *Rider.*

### *Sample/Specimen:*
Any biological material collected for the purposes of *Doping Control.*

### *Signatories:*
Those entities signing the *Code* and agreeing to comply with the *Code,* including the International Olympic Committee, the UCI, International Paralympic Committee, *National Olympic Committees,* National Paralympic Committees, *Major Event Organizations, National Anti-Doping Organizations,* and *WADA.*

### *Specified Substance:*
*Prohibited Substance* so identified on the *Prohibited List* pursuant to article 10.3 of the *Code: "The Prohibited List may identify specified substances which are particularly susceptible to unintentional anti-doping rule violations because of their general availability in medicinal products or which are less likely to be successfully abused as doping agents".*

### *Tampering:*
Altering for an improper purpose or in an improper way; bringing improper influence to bear; interfer-ing improperly to alter results or prevent normal procedures from occurring.

### Target Testing:

Selection of *Riders* for *Testing* where specific *Riders* or groups of *Riders* are selected on a non-random basis for *Testing* at a specified time.

### Testing:

The parts of the *Doping Control* process involving test distribution planning, *Sample* collection, *Sample* handling, and *Sample* transport to the laboratory.

### Trafficking:

To sell, give, administer, transport, send, deliver or distribute a *Prohibited Substance* or *Prohibited Method* to any *Person* either directly or through one or more third parties, but excluding the sale or distribution (by medical personnel or by *Persons* other than a *Rider's Support Personnel*) of a *Prohibited Substance* for genuine and legal therapeutic purposes.

### Use:

The application, ingestion, injection or consumption by any means whatsoever of any *Prohibited Substance or Prohibited Method.*

### WADA:

The World Anti-Doping Agency.

**(Appendix 2)**

## SELECTION OF RIDERS TO BE TESTED
**(Article 121 of the Anti-Doping Rules)**
(In the absence of specific instructions from the antidoping commission)

### A. World Championships, Continental Championships, regional games
See appendix 3

### B. Other events
#### I. ProTour (one day events)
- **General rule**
  1. ProTour leader if he is present
  2. The winner
  3. Two riders selected at random by the inspector.

#### II. ProTour (stage races)
- **General rule**
  1. ProTour leader after the first stage if he is present
  2. ProTour leader after the last stage if he is present
  3. The winner of the stage
  4. The leader of the general classification after the stage
  3. Two riders selected at random by the Inspector.

#### III. One day events (all disciplines)
- **General rule**
  1. The winner
  2. Two riders selected at random by the inspector.

- **World cup**
  1. The winner of the race
  2. The leader on the general classification of the world cup after the race
  3. Two riders selected at random by the Inspector.

- **Half-stages**
  1. The winner of the first half-stage
  2. The winner of the second half-stage
  3. One rider selected at random by the inspector for each half-stage.

- **Team events**
  1. One rider selected at random by the inspector from the winning team
  2. Two riders selected at random by the inspector from all other teams.

**IV. Stage races (all disciplines, including prologues)**
   • **General rule**
      1. The stage winner
      2. The leader on general classification after the stage
      3. Two riders selected at random by the inspector.

   • **Team time trial stage**
      1. One rider selected at random by the inspector from the winning team
      2. The leader on general classification after the stage
      3. Two riders selected at random by the inspector from all other teams.

   • **Half-stages**
      1. The winner of the first half-stage
      2. The winner of the second half-stage
      3. The leader on general classification after the second half-stage.

**V. Specific time trial events**
   • **Individual**
      1. The first three placed riders
      2. Two riders selected at random by the inspector.

   • **For teams**
      1. One rider selected at random by the inspector from the winning team
      2. One rider selected at random by the inspector from the second-placed team
      3. One rider selected at random by the Inspector from each of four different randomly selected teams.

**VI. Track events (all disciplines)**
   • **Individual**
      1. The winner
      2. One rider selected at random by the Inspector.

   • **For teams**
      1. One rider selected at random by the Inspector from the winning team
      2. One rider selected at random by the Inspector from all other teams.

**VII. Six-day races**
      1. One rider selected at random by the inspector from the winning team
      2. Three riders selected at random by the inspector from three other different teams.

*(text modified on 1.01.06).*

**(Appendix 3)**

## SELECTION OF RIDERS TO BE TESTED
**(Article 121 of the Anti-Doping Rules)**
(In the absence of specific instructions from the Anti-Doping Commission)

### A. WORLD CHAMPIONSHIPS, CONTINENTAL CHAMPIONSHIPS, REGIONAL GAMES

#### 1. World juniors track championships
**Men**

| | |
|---|--:|
| • Kilometre time trial: first + 1 selected at random | 2 |
| • Keirin: first + 1 selected at random | 2 |
| • Sprint: | |
|   - qualification: best time + 1 selected at random | |
|   - final: first + 1 selected at random | 4 |
| • Team Sprint: | |
|   - qualification: best time + 1 selected at random among the riders of the other teams | |
|   - final: 1 rider from the first team + 1 rider selected at random among the riders of the other teams | 4 |
| • Individual pursuit: | |
|   - qualification: best time + 1 selected at random | |
|   - final: first + 1 selected at random | 4 |
| • Team pursuit: | |
|   - qualification: 1 rider from the team with the best time + 1 rider selected at random among the riders of the other teams | |
|   - final: 1 rider from the first team + 1 selected at random among the riders of the other teams | 4 |
| • Scratch: first + 1 selected at random | 2 |
| • Points race: first + 1 selected at random | 2 |
| • Madison: 1 rider from the first team + 1 rider selected at random among the riders of the other teams | 2 |
| **• Omnium: first + 1 selected at random** | **2** |
| Total men | **28** |

**Women**
- Sprint:
  - qualification: best time + 1 selected at random
  - final: first + 1 selected at random     4
- **Team Sprint:**
  - **qualification: best time + 1 selected at random among the riders of the other teams**
  - **final: 1 rider from the first team + 1 rider selected at random among the riders of the other teams**     **4**
- Keirin: first + 1 selected at random     2
- Individual pursuit:
  - qualification: best time + 1 selected at random
  - final: first + 1 selected at random     4
- Points race: first + 1 selected at random     2
- Scratch: first + 1 selected at random     2
- 500 m standing start time trial: first + 1 selected at random     2

Total women     **20**

Total: **48** tests

## 2. World cyclo-cross championships
**Juniors**
- first 4 + 2 selected at random     6

Under 23
- first 4 + 2 selected at random     6

Elite
- first 4 + 2 selected at random     6

Women
- first 4 + 2 selected at random     6

Total     24

## 3. World road championships
**Juniors Women**
- Individual - first 4 + 2 selected at random     6
- Individual time trial - first 4 + 2 selected at random     6

Total     12

**Juniors Men**
- Individual - 4 first + 2 selected at random                                      6
- Individual time trial - 4 first + 2 selected at random                           6

Total                                                                             12

**Under 23**
- Individual - 4 first + 2 selected at random                                      6
- Individual time trial - 4 first + 2 selected at random                           6

Total                                                                             12

**Elite Women**
- Individual - first 4 + 2 selected at random                                      6
- Individual time trial - first 4 + 2 selected at random                           6

Total                                                                             12

**Elite Men**
- Individual - 4 first + 2 selected at random                                      6
- Individual time trial - 4 first + 2 selected at random                           6

Total                                                                             12

Total: 60 tests

## 4. World track championships
### Men
- Kilometre time trial: first + 1 selected at random                               2
- Keirin: first + 1 selected at random                                             2
- Sprint:
  - qualification: best time + 1 selected at random
  - final: first + 1 selected at random                                           4
- Team Sprint:
  - qualification: best time + 1 selected at random
    among the riders of the other teams
  - final: 1 rider from the first team + 1 rider selected
    at random among the riders of the other teams                                 4
- Individual pursuit:
  - qualification: best time + 1 selected at random
  - final: first + 1 selected at random                                           4

- Team pursuit:
  - qualification: 1 rider from the team with the best time +
    1 rider selected at random among the riders of the other teams
  - final: 1 rider from the first team + 1 selected at random
    among the riders of the other teams                                     4
- Scratch: first + 1 selected at random                                     2
- Points race: first + 1 selected at random                                 2
- Madison: 1 rider from the first team + 1 rider selected
  at random among the riders of the other teams                             2
- **Omnium : first + 1 selected at random**                                 **2**

Total men                                                                   **28**

**Women**
- Sprint:
  - qualification: best time + 1 selected at random
  - final: first + 1 selected at random                                     4
- **Team Sprint:**
  - **qualification: best time + 1 selected at random**
    **among the riders of the other teams**
  - **final: 1 rider from the first team + 1 rider selected**
    **at random among the riders of the other teams**                       **4**
- Keirin: first + 1 selected at random                                      2
- Individual pursuit:
  - qualification: best time + 1 selected at random
  - final: first + 1 selected at random                                     4
- Points race: first + 1 selected at random                                 2
- Scratch: first + 1 selected at random                                     2
- 500 m standing start time trial: first + 1 selected at random             2

Total women                                                                 **20**

Total: **48** tests

## 5. World mountain bike championships
- first 2 riders in the general classification for each category
- 1 selected at random from each category

## 6. World indoor cycling championships
- Artistic cycling: the champions in each discipline
- Cycle-ball: in each group A/B/C – 1 player selected at random from the 2 teams contesting the final.

### 7. World BMX championships

for each category
- winner
- 2 selected at random

*(text modified 1.01.06; 1.02.07).*

Case 1:12-cv-00606-SS   Document 7-9   Filed 07/09/1

**(Appendix 4)**

## PLAN OF STANDARD TESTING STATION FOR ANTIDOPING TESTS



**(Appendix 5)**

## EQUIPMENT OF THE DOPING CONTROL STATION

The doping control station must be equipped in such a way to facilitate the running of the tests. A suggested list non exhaustive of equipment is included in mentioned hereafter:

Equipment to be made available:
- Anti-doping kits*
- containers for the taking
- gloves
- provisional seal kits
- plastic bags in reserve
- packaging to send the kits
- adhesive tape
- envelopes
- string
- scissors
- drinks in large quantities (such as lemonade, mineral water, etc.)

* in sufficient number to allow the choice between two kits at least.

Furnishings

First room          •    2 tables
(20-25 m²)          •    8 chairs
                    •    1 refrigerator
                    •    1 waste bin
                    •    1 telephone connection (phone and fax).

Second room         •    2 tables
                    •    3 chairs
                    •    toilet (WC)
                    •    sink, shower
                    •    1 waste bin
                    •    towels and soap
                    •    ventilation or opening window.

*(text modified on 1.01.06).*

**(Appendix 6)**

On chemical self-copying paper in triplicate (1 original and 2 copies).
Original to UCI - Copy 1 (white) to the rider - Copy 2 (green) to the laboratory.
**(articles 163 to 165 of the Anti-Doping Rules)**

## Union Cycliste Internationale
## ANTIDOPING CONTROL

**Test certificate**

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| | Urine test | ❏ | | Blood test ❏ | |
| 1. | In competition | ❏ | 2. | Sex:  Male | ❏ |
| | Hors-compétition | ❏ | | Female | ❏ |

3. Date:                                 4. Place
5. Race (name, stage):            6. Discipline:
7. Surname of the rider: .....................................First name: ...............................................
   Address of the rider:............................................................................................................
8. UCI Code:...........................................................................................................................
9. National federation which delivered the license .......................................................................
10. License number:..................................................................................................................
11. Random              Yes ❏              No ❏
12. Presentation time: ...............................................................................................................
13. Time of sampling:................................................................................................................
    Volume pH*                          Specific gravity
    * Optional
14. Bottle codes: .....................................................................................................................
15. Time of rider's refusal: .......................................................................................................
16. Pharmaceutical drugs taken by the rider:................................................................................
    ..........................................................................................................................................
    Contents of the health booklet: .........................................................................................
    ..........................................................................................................................................
17. Therapeutic use exemption (TUE)                                        Yes ❏  No ❏
18. Subject to the comments below, I confirm that the sample was taken in accordance with the
    regulations. ......................................................................................................................
    Rider's signature who also acknowledges receipt of his copy: .............................................................
19. Assistant:
    name.................................................................signature ...............................................
20. Examining doctor:
    name.................................................................signature ...............................................
    Blood collection officer:
    name.................................................................signature ...............................................
21. Antidoping inspector:...........................................................................................................
    name.................................................................signature ...............................................

**(Appendix 7)**

## NOTIFICATION TO THE RIDER
**(articles 138 to 144 of the Anti-Doping Rules)**

Where applicable,
Name of the race ................................................................................................................

The rider
Name of the rider................................................................................................................
Phone ................................................................................................................................
UCI Code ...........................................................................................................................
National licence number .....................................................................................................
National federation which delivered the licence ....................................................................
is required to attend an anti-doping test (urine ❏ blood ❏) at..........................................(time)
precisely at the following location: ......................................................................................

If the rider does not attend the test, a violation of the UCI Anti-Doping Rules will be noticed and the rider could be sanctioned in accordance with Chapter X of these Rules.

Refusal (reasons)................................................................................................................

This notification was issued
Place
Date....................................................................................................................................
Time ...................................................................................................................................

Signature for receipt
The rider .............................................................................................................................
and/or
The team leader/team manager
Name...................................................................................................................................
Signature:............................................................................................................................
Anti-doping Inspector
Name...................................................................................................................................
Signature .............................................................................................................................

*(text modified on 1.01.06).*

**(Appendix 8)**

## NO-SHOW REPORT
**(articles 15.3 and 257 of the Anti-Doping Rules)**

To be sent to the UCI

I the undersigned ................................................................................................................

appointed to officiate as Anti-Doping Inspector for the event .........................................................

on ................................................................... at ............................................................

do hereby certify that:

Rider No. ......, who was properly designated to undergo the anti-doping tests and notified by all the means made available to me by the organiser, did not attend at the designated testing station within the deadline that conforms to the regulations.

• Time of arrival at the finish line ........................................................................................

• End of the official ceremony..............................................................................................

• Time when the rider's deadline was observed to have expired..................................................

In consequence, the present no-show report has been issued in his/her regard.

Done in ......................................................., at ............................................................

Signature of the Anti-Doping Inspector

for nomination[1]

❍ Placing .........................................................................................................at the finish

❍ Drawn by lot....................................................................................................................

❍ Reserve..........................................................................................................................

❍ Instructions of the Anti-Doping Commission........................................................................

Means used to notify the rider[1]

❍ Posted at the finish line.....................................................................................................

❍ Radio announcement to......................................................................................................

❍ Posted on the door of the testing station...............................................................................

❍ Written summons issued

❍ Others ...........................................................................................................................

Distance from finish line to the testing station

Further information on the rider

Name...................................................................................................................................

First name.............................................................................................................................

Nationality ...........................................................................................................................

National licence number .........................................................................................................

UCI Code .............................................................................................................................

[1] Check as appropriate

*(text modified on 1.01.06).*

**(Appendix 9)**

## NOTIFICATION TO THE RIDER OF A POSITIVE RESULT
**(article 212 of the Anti-Doping Rules)**

Name of the race ...........................................................................................................................
The rider .......................................................................................................................................
• name ........................................................................................................................................
• UCI Code .................................................................................................................................
• national licence number .........................................................................................................
• national federation which delivered the license ....................................................................

is hereby informed that he/she was found to have tested positive after the following
Name of the stage .......................................................................................................................
Date of the stage .........................................................................................................................
or name of the six-day event........................................................................................................
Date of testing.............................................................................................................................
The analysis carried out at the following laboratory
Name of laboratory .....................................................................................................................
Full address..................................................................................................................................
has shown the presence of
Name of the substances or methods............................................................................................
...................................................................................................................................................
The rider has been questioned. He/she has received the form to request for a counter-analysis.
Please note:
1) The rider has the right to request counter-analysis;
2) Such a request must be submitted to the inspector within 3 hours of receiving the present notifica-
   tion specified in article 212;
3) If not, the rider shall automatically be disqualified.

Done on:
Date...................................... Place ......................................... Time .................................

By:
Name of the president of the commissaires panel.....................................................................
Signature ......................................................................................................................................

Rider's comments..........................................................................................................................
Rider's signature ..........................................................................................................................

Name and signature of the rider's assistant.............................................................................

*(text modified on 1.01.06).*

**(Appendix 10)**

## REQUEST FOR COUNTER-ANALYSIS
**(articles 212 to 216 of the Anti-Doping Rules)**

(to be submitted to the Inspector within 3 hours of notification of the positive result).

Name of the race ..............................................................................................................
The undersigned ..............................................................................................................
Name and surname of the rider............................................................................................
UCI Code ........................................................................................................................
National licence number .....................................................................................................
National federation which delivered the license .....................................................................

requests a counter-analysis in connection with the positive result of the anti-doping tests
Name and date of the stage for which the result was positive .....................................................
Date of anti-doping test (six-day events)...............................................................................

Done on:
Place..............................................................................................................................
Date...............................................................................................................................
Time ..............................................................................................................................
Signature of rider ..............................................................................................................

Request received at
Place..............................................................................................................................
Date...............................................................................................................................
Time ..............................................................................................................................

by:
Name of the Anti-Doping Inspector .......................................................................................
Signature.........................................................................................................................

Copy of the request received by
Name...............................................................................................................................
Signature.........................................................................................................................

*(text modified on 1.01.06).*

**(Appendix 11)**

## LIST OF MEDICINES TAKEN
(article 299 of the Anti-Doping Rules)

Name of the race............................................... Country.......................................................
Date of the race ...................................................................................................................
Team/Club ............................................................................................................................
The undersigned team/club doctor ......................................................................................
Name and address ...............................................................................................................

.............................................................................................................................................
declare that in the 72 hours prior to the start of the event the following riders\* have taken medi-
cines or undergone treatment as follows:

Rider                                                      Medicine or treatment
                                                          (indicate dose and manufacturer)

1. .................................................................   ...................................................................
   .................................................................   ...................................................................
2. .................................................................   ...................................................................
   .................................................................   ...................................................................
3. .................................................................   ...................................................................
   .................................................................   ...................................................................
4. .................................................................   ...................................................................
   .................................................................   ...................................................................
5. .................................................................   ...................................................................
   .................................................................   ...................................................................
6. .................................................................   ...................................................................
   .................................................................   ...................................................................
7. .................................................................   ...................................................................
   .................................................................   ...................................................................
8. .................................................................   ...................................................................
   .................................................................   ...................................................................
9. .................................................................   ...................................................................
   .................................................................   ...................................................................
10. .................................................................   ...................................................................
    .................................................................   ...................................................................

Date......................................................................................................................................
Signature..............................................................................................................................

\* N.B.- All the riders of the team/club taking part in the event must be listed; where applicable indi-
cate «none».

**(Appendix 12)**

## CODE OF SPORTS-RELATED ARBITRATION (CAS)
(available on request)

# EXHIBIT 43

PART XIV ANTIDOPING EXAMINATION REGULATIONS

New UCI antidoping examination regulation (AER) (entry into force on 1st July 2001)

I
Chapter      DEFINITIONS

Art. 1      Masking agent: any substance or procedure designated as such in the list specified in article 5 and any other substance or procedure used for the purpose of or having the sole practical effect of altering or suppressing the integrity of samples used in doping controls.

Intentional doping: doping in circumstances where it is established that a rider acted knowingly or in circumstances amounting to gross negligence.

Blood doping: administration of blood (including a person's own blood), red corpuscles or related products to an athlete. This procedure may be preceded by a withdrawal of blood from the athlete who continues to train in such a blood-depleted state.

Sample: quantity of a bodily substance taken from a person for the purposes of testing: urine, blood, hair, exhaled air, etc.

International event: cycle race included on the world calendar or on a continental calendar.

National event: cycle race included on a national calendar.

Pharmaceutical, chemical and physical manipulation: the use of substances and methods, including masking agents which alter, attempt to alter or may reasonably be expected to alter the integrity and validity of urine samples used in doping controls, including, inter alia, catheterisation, urine substitution and/or tampering, inhibition of renal excretion such as by probenicid and related substances and alterations of testosterone and epitestosterone measurements such as epitestosterone application or bromantan administration.

Prohibited method: any method so described in these regulations, including those on the list referred to at Article 5.

Regulations: except where the context indicates another text, this Part entitled «Antidoping», including its appendices

Related substance: any substance having pharmacological action and/or chemical structure similar to a prohibited substance or any other substance referred to in these regulations.

Prohibited substance: any substance so described in these regulations, including inter alia any substance belonging to any of the categories of prohibited substances on the list referred to at Article 5.

Trafficking: Trafficking shall be deemed to occur when a person, without having expressly received prior authorisation from the competent body:

(a) manufactures, extracts, transforms, prepares, stores, despatches, transports, imports, exports, handles, offers subject to payment or free of charge, distributes, sells, exchanges, brokers, obtains in any form, prescribes, markets, makes over, accepts, possesses, holds, buys or acquires prohibited substances in any manner;

(b) takes any measures to this end, finances such substances or serves as an intermediary for their financing, provokes in any way the consumption or use of such substances, or establishes means of procuring or consuming such substances;

(c) is party to prohibited methods.

Trafficking shall not have taken place where the act specified above is justified by a use of the substance or the method which is authorised under the present regulations.

Use: the application, ingestion, injection, and consumption by any means whatsoever of any prohibited substance or prohibited method. Use shall also include recommending, authorising, condoning or tolerating the use of any prohibited substance or method.

II
Chapter      PRINCIPLES

Art. 2      Scope
These regulations shall apply to all licence-holders and all cycle races.

These regulations and these alone shall apply to all aspects of antidoping controls in every international event and to out of competition tests by the UCI. National Federations shall neither deviate therefrom nor add thereto.

These regulations and these alone shall also apply to all aspects of antidoping controls in national events and to out-of-competition tests by the national federations. National federations may not depart from them or add clauses except as expressly permitted under these regulations. In issues which, under these regulations, are to be the responsibility of the national federations in their own respective national events, the national regulations shall follow the provisions of these regulations as closely as possible.

Prohibition of doping

Art. 3
1. Doping contravenes the fundamental principle of Olympism and sports and medical ethics.

2. Doping is forbidden.

3. Recommending, proposing, authorising, condoning or facilitating the use of any substance or method covered by the definition of doping or trafficking is also forbidden.

Art. 4
Definition of doping
Doping is:
1. the use of an expedient (substance or method) which is potentially harmful to athletes' health and/or capable of enhancing their performance, or

2. the presence in the athlete's body of a prohibited substance or evidence of the use or attempted use thereof or evidence of the use or attempted use of a prohibited method.

Art. 5
List of classes of prohibited substances and prohibited methods
1. The list of classes of prohibited substances and prohibited methods is drawn up by the UCI Antidoping Commission and submitted to the UCI president for approval. The approved list, as published in the «Informations» bulletin, shall form an integral part of these regulations.

2. The list is not exhaustive: it includes, for information, examples of each class of prohibited substances and prohibited methods.

3. The list may lay down procedures for the application of this regulation, inter alia as regards the use of certain substances, therapeutic justification, testing, additional examinations, and proof.

4. Each list shall remain in force until a subsequent list is published.

Art. 6
Material offence
The success or failure of the use of a prohibited substance or a prohibited method is not a prerequisite. The fact alone of the presence, the use or an attempt to use the substance or method is sufficient for the offence to be deemed to have occurred. Participants in cycle races are expected to undertake not to use prohibited substances or prohibited methods, even if they consider that neither the sporting outcome nor their health will be influenced. No discussion of this subject shall be entertained.

Art. 7
The rider's personal duty
Regardless of the obligation on other licence holders to respect the provisions of these regulations, it shall be the personal responsibility of every rider to ensure that they neither use any prohibited substance or prohibited method nor permit any such substance or method to be used.

Warning: riders must refrain from using any substance, foodstuff or drink of which they do not know the composition. It must be emphasised that the composition

indicated on a product is not always complete. The product may contain prohibited substances not listed in the composition.

Art. 8
Medical treatment
No substance belonging to a prohibited class or doping method may be used for medical treatment, except where specified otherwise in the list: in such a case the burden of proof of medical treatment and use for the needs of such treatment shall lie with the rider.

Without prejudice to the provisions of article 64, it must be proved that such medical justification existed and that the use of the substance or method occurred to this end and prior to the test. It must likewise be established that the documents raised in evidence predate the test, the date mentioned on the documents not constituting proof.

Art. 9
A rider who is obliged to undergo medical treatment requiring the use of substances or methods which are forbidden at an out-of-competition test must inform the antidoping commission of the fact and submit such justifications as it may require and indicate the period during which the use of the substance or method in question may be detected during an antidoping control. During this period he shall hand in his licence to the antidoping commission and refrain from participation in any competition. Should an out-of-competition test during this period give rise to a positive result on analysis, the rider shall not be penalised if the conditions above have been fulfilled. In the case of a rider who does not take part in international events, the formalities in question must be carried out with his National Federation.

Art. 10
Proof
Doping and any other offence under these regulations may be proved by any means including presumption.

Art. 11
Accredited laboratories shall be presumed to have carried out the control and monitoring procedures in accordance with the rules and standard practice and the tests of the samples in accordance with acceptable current scientific standards. These assumptions may be overturned by proof to the contrary, but the laboratory shall not in the first instance be required to prove that it has carried out the procedures and tests in accordance with normal practice and standards.

Art. 12
Reports
Any official, commissaire, antidoping inspector or medical inspector shall draw up a detailed report of any offence which he may observe or which may be reported to him. He shall note the identity of any witnesses. Witness statements may be included in the report and countersigned by the witnesses. This report and all the supporting documentation must be sent without delay to the UCI Antidoping Commission in the case of an international event and to the licence-holder's national federation in the case of a national event.

Art. 13
Costs
(N) The costs of the antidoping controls shall be borne by the race organiser, without prejudice to the arrangements concerning the counter-analysis, appeals and controls outside competition.

III
Chapter        SELECTION OF RIDERS AND RACES

Art. 14        This section shall apply to international events.

               For national events, each national federation shall determine the events on its
               national calendar where antidoping tests will be carried out. It shall also set the
               number of riders to be tested and the procedures for selecting them.

               International events where testing is to take place
Art. 15        Drug testing shall be mandatory at the following international events:

               a) World Championships, Continental Championships and Regional Games.

               b) World record and continental record attempts.

               c) Any other event on the international calendar designated by the Antidoping
                  Commission; these events shall be included on the A list or the B list, depending
                  on whether the antidoping inspector has been appointed by the UCI Antidoping
                  Commission (A list) or the national federation of the organiser (B list), in
                  accordance with article 28.

               Drug tests conducted at international multidisciplinary competitions such as the
               Olympic Games shall be the subject of specific regulations.

Art. 16        A national federation may not organise antidoping tests at an international event
               without prior authorisation from the UCI antidoping commission. In such a case the
               controls shall be governed by the provisions concerning antidoping tests at
               international events, except where otherwise decided by the UCI Antidoping
               Commission.

               Selection of riders to be tested
Art. 17        For each event listed in Articles 15 and 16 the UCI Antidoping Commission shall
               issue instructions to the antidoping inspector for the selection of riders to be tested.

               In the absence of such instructions the riders to be tested shall be as designated in
               Appendices 1 and 2 of these regulations.

Art. 18        At the request of the antidoping inspector, antidoping tests shall be carried out on
               such other riders as he may nominate.

               Drawing lots
Art. 19        For each event the antidoping inspector rider shall draw lots for a first and a second
               reserve rider who will be subjected to testing in that order if a rider drawn by lot in
               accordance with Appendix 1 or 2 is required to undergo tests as a result of his
               placing or if a rider meets two criteria for selection simultaneously or if one such rider
               is unable for practical reasons to undergo the antidoping tests (e.g. due to
               hospitalisation), so that the number of tests called for by the UCI Antidoping
               Commission or by Appendices 1 and 2 is carried out.

Art. 20        The reserve riders must attend the testing within the prescribed time limit or suffer
               the penalties outlined under Articles 131 and 132, even if they would not have been
               required to take the tests.

Art. 21        The lots shall be drawn by the antidoping inspector.

               In massed start races and stages the lots shall be drawn to select riders around one
               hour before the expected time of finish.

               Validity of non-obligatory tests
Art. 22        No rider may take as extenuating circumstances the fact that his tests were not
               obligatory or the fact that the antidoping tests had not been announced before the
               event.


IV
Chapter        ORGANISATION OF antidoping TESTS

Art. 23        This section shall apply to international events. However the analysis of samples
               taken during national events must also be carried out by a laboratory accredited in
               accordance with the provisions of the Olympic Movement Antidoping Code or a
               laboratory accredited by the UCI.

               National federation
Art. 24        The national federation of the organiser of the race or record attempt shall be
               responsible for the practical aspects of the organisation of the antidoping tests,
               including the obligations on the organiser. It must insure that all staff (inspector,
               doctor, nurse) and all infrastructure and equipment is available so that the antidoping
               tests can be carried out in accordance with these regulations.

Art. 25        Without prejudice to the application of article 12.1.008 to the organiser, in the event
               of negligence in the practical organisation of the antidoping tests during an
               international event none the national federation of the organiser shall be liable to a fine not
               exceeding CHF. In events which last more than one day, the fine may be multiplied
               by the number of days for which the negligence continues.

Art. 26        If, as a result of negligence during the practical organisation of the antidoping tests,
               the inspector appointed by the UCI antidoping commission is unable to carry out his
               mission properly, the national federation and the organiser shall be jointly and
               severally liable to repay his expenses.

               Antidoping inspector
Art. 27        The progress of the antidoping tests shall be supervised by an Antidoping inspector.

Art. 28        The Antidoping Commission shall appoint the antidoping inspector for such
               international events within its jurisdiction (list A) and for record attempts. In case of
               urgency the inspector shall be appointed by the president of the Antidoping
               Commission or his replacement. The Antidoping Commission shall notify the
               organiser's national federation of the appointment.

For other international events (list B) the inspector shall be appointed by the organiser's national federation who may appoint or accept as an inspector an agent of the national authority of that country having jurisdiction over doping.

Art. 29   The day before the event or, for stage races, the day before the first stage, the inspector shall convene a meeting with a representative of the organiser or his national federation.

The premises for the testing shall be inspected at this point. In stage races these premises shall be inspected in advance wherever possible.

The participants in the meeting shall also inspect the equipment required for the tests.

The equipment shall be held by the inspector.

Art. 30   For each antidoping test the antidoping inspector shall draw up a report in which he shall attest that the tests comply with these regulations or note the irregularities that he observed.

Within 48 hours of the despatch of the samples to the laboratory this report must be sent by registered letter to the Antidoping Commission for races on list A and to the antidoping Commission with a copy to the national federation for other events.

Medical inspector
Art. 31   For each set of tests the organiser's national federation shall appoint a doctor to supervise the testing and sampling operations described in these regulations. The National Federation may not appoint the race doctor as medical inspector.

If needs be and without prejudice to the responsibility of the National Federation, the antidoping inspector may appoint a medical inspector on the spot.

Art. 32   The organiser's national federation shall also appoint a female nurse to attend the taking of samples from women if the doctor is a man and a male nurse to assist in the taking of samples from men if the doctor is a woman.

Art. 33   The medical inspector may be assisted by another doctor or a nurse.

Art. 34   For the taking of samples other than urine and blood samples the federation may appoint another person with the appropriate qualifications in place of a doctor.

Laboratories
Art. 35   Samples taken for the purposes of antidoping tests shall be analysed by a laboratory accredited under the provisions of the Olympic Movement Antidoping Code or a laboratory accredited by the UCI. The list of accredited laboratories shall be published in «Information» or another UCI publication.

Art. 36   The laboratory handling the analysis of samples shall be selected by the event organiser's national federation unless the UCI antidoping commission itself nominates a laboratory. For the World Championships the laboratory shall be selected by the UCI Antidoping Commission.

Art. 37   On request from the Antidoping Commission part of a sample may be analysed in a second laboratory which shall submit its report to the first laboratory. The report by the first laboratory shall indicate the procedures for packaging, transporting and opening the part sample. Additional expenses arising from the application of this provision shall be chargeable to the UCI.

Testing station
Art. 38   Premises suitable for the taking of samples must be provided in the immediate vicinity of the finish line. The location must be clearly signposted from the finish line.

Art. 39   The station shall be large enough and must comprise two separate sections (see the example in appendix 3 – if needs be two caravans may be set up if one is inadequate):
–   one for the preliminary formalities,
–   the other for the taking of samples (consulting area)

The testing station must be equipped in such a way as to facilitate the running of the tests.
A suggested list of equipment is included in Appendix 4.

Art. 40   At the request of the antidoping inspector, the organiser shall appoint an official to protect the entrance of the testing station and prevent access by persons not involved in the antidoping tests.

Art. 41   Samples of hair and exhaled air may be taken anywhere.

Forms
Art. 42   The fact that the test has been carried out shall be certified on a form following the model shown in Appendix 5. A separate form shall be made out for each rider.

Art. 43   The test form shall be filled out in triplicate comprising one original and two copies using a self-copying method, with the proviso that the entries which reveal the rider's identity shall not appear on the second copy.

The original shall be sent to the UCI for international events and to the national federation for national events.

The first copy shall be for the rider.

The second copy shall be for the laboratory.

Equipment
Art. 44   The equipment required for the antidoping tests is listed in Appendix 4.

Art. 45   A national federation which is unable to obtain previously approved equipment may use other equipment as long as they have it approved in advance by the UCI antidoping commission.

V

Chapter     Antidoping TEST PROCEDURES

Art. 46     This section shall apply to international events. For national events the regulations of the relevant national federation shall be applied.

Sampling procedures

Art. 47     The sampling procedures for each type of antidoping test is described in the Appendixes.

Requirement to appear for testing

Art. 48     Any rider, including any rider who has abandoned the race, is obliged to ensure personally whether he is required to attend the antidoping tests.

Art. 49     The organiser and the inspector shall ensure that a list of the race numbers of the riders who are required to appear for testing shall be displayed at the finish line and at the entrance of the premises set aside for the tests.

Art. 50     No rider may take the absence of his race number from the displayed list as extenuating circumstances if he is identified in another manner or if it is established that he had learnt in another way that he was required to appear for testing.

Calling of riders

Art. 51     For road time trials, the inspector or a person appointed by him shall call the riders designated or drawn by lot following their ride, using the form shown in Appendix 6 to these regulations. A duplicate copy shall be given to the rider or to his team manager who shall sign the original as proof of receipt. Should this signature be refused the fact shall be noted on the form. Other riders must ensure personally whether they need to undergo the test in accordance with Article 48. To this end they will need to consult the list of rider numbers after the last rider finishes his ride.

Art. 52     A rider may be called for testing using the form from Appendix 6 on any occasion that conditions are appropriate.

Escort

Art. 53     At the inspector's request the organiser shall appoint escorts for riders who are required to attend for antidoping tests.

The escort shall remain close to the rider and observe him at all times, and accompany him to the place where the tests are being held.

No rider may plead the absence of an escort as an extenuating circumstance.

Time limit for attendance

Art. 54     Each rider to be tested must present himself at the first section of the place where the testing is taking place within 30 minutes of finishing the race or, where appropriate, within 30 minutes of the end of an official ceremony in which he has taken part. For a rider required to attend a press conference under a provision of the regulations, the deadline shall be extended by 50 minutes.

Art. 55     A rider who has abandoned the race must attend within 30 minutes of the finishing time of the last classified rider.

Art. 56     A rider who has to take part in another race on the same day may, within the time limit set as above, ask permission from the antidoping inspector to undergo the tests after the other race. The inspector shall decide whether the test should take place immediately or following the other event.

In this latter case the decision shall be announced in writing using the form in Appendix 6. A duplicate copy shall be given to the rider or to his team manager who shall sign the original as proof of receipt. Should this signature be refused the fact shall be noted on the form.

Art. 57     The testing may not be delayed, for example to await the arrival of the rider's attendant or interpreter.

Attendants

Art. 58     The rider may be accompanied by a person of his choice and an interpreter.

Art. 59     The rider, his attendant and the interpreter and any objects they bring with them may be searched at the entrance to the testing premises.

Formalities

Art. 60     The rider shall present himself to the inspector who shall check his identity.

Art. 61     If the rider has any comments to make on the testing procedure he shall note them on the test form or have them written down on his behalf by the medical inspector or the antidoping inspector.

The rider shall, by appending his signature on the form, confirm that, subject to any comments as in the first paragraph of this Article :

1. the test was conducted in accordance with these Regulations
2. any subsequent complaint is excluded
3. he received a copy of the form

Art. 62     At the end of the control, the anti-doping inspector gives back the first copy of the form to the rider.

Art. 63     Should the rider refuse to sign the form, the fact shall be noted by the medical inspector or antidoping inspector.

Medication

Art. 64     1. A rider who has used a substance or method included on the list of classes of banned substances and methods but who is authorised to do so under the conditions there specified must indicate the fact on the testing form.

2. A rider failing to do so shall, unless he belongs to a TT/I or TT/II, incur a penalty of between CHF 300 and CHF 6000 for the elite category and CHF 50 to 3000 for other categories.

Should the rider be charged with doping, this fine will be imposed by the competent body of the national federation or the CAS, even if the charge of doping is subsequently dropped. If the rider is found guilty of doping then the fine shall be applied in addition to the penalties for doping.
The UCI may lodge an appeal with the UCI Disciplinary Commission against the decision taken by the competent body of the national federation; such an appeal shall be restricted to the fine applied under this paragraph.

Should the rider not subsequently be charged with doping the fine shall be imposed either in accordance with Articles 12.2.013 to 12.2.21 of the Cycling Regulations or in accordance with Article 90 of these regulations.

3. In the case of a rider belonging to a TT/I or TT/II only substances or treatments noted in the rider's medical record may be taken into consideration to determine whether the medical conditions have been fulfilled; if the conditions are not fulfilled in line with the contents of the medical record, then the rider be declared positive. In exceptional circumstances at the discretion of the antidoping commission a rider shall be permitted to demonstrate to the antidoping commission that a failure to have something noted in the medical record is wholly excusable and to present documents which the antidoping commission will assess to see whether they can be accepted as proof of the medical justification subject to the conditions set out in the second paragraph of article 8.

Despatch of forms and samples
Art. 65   After all the samples have been taken the antidoping inspector shall put all the samples in a box or other package, taking all appropriate measures to ensure that the samples are not damaged.

Art. 66   The inspector shall seal the third and fourth copies of the forms into an envelope.

The inspector shall place this envelope in the package with the samples. He shall seal the package.

Art. 67   The inspector shall personally ensure that the samples are despatched to the laboratory selected for the analyses. He shall choose the most secure and quickest form of transport. He shall indicate the time of despatch and the selected means of delivery in his report.

Art. 68   At the inspector's request the organiser shall make available a car and driver available to transport the samples either directly to the laboratory or to the selected means of transport (railway station, airport, etc.).

Art. 69   The inspector shall obtain a signed receipt from the person responsible for transport.

Art. 70   In the case of a test during a world record attempt, the inspector shall send the samples either to the UCI antidoping commission, who shall send them to the accredited laboratory of their choice, or directly to the laboratory indicated by the antidoping commission.

Art. 71   The inspector shall send the originals of the forms to UCI antidoping Commission in a sealed envelope.

Negligence
Art. 72   A rider who fails to appear for testing within the time limit set in article 54 shall be presumed to have refused the test and shall incur the penalties set out in articles 131 and 132.

The antidoping inspector shall refuse to test a rider who appears after the time limit has expired.

Art. 73   A statement of negligence shall be drawn up on the lines of the model shown in appendix 7 or recorded in a report to that effect. However, any means may be used to prove negligence.

Art. 74   Should the rider leave the testing premises before the sample is taken, he shall be considered to have refused the test and shall incur the penalties set out in article 131.

Art. 75   Should a rider leave the premises after the samples are taken but before all the formalities are completed, the testing shall be deemed valid.

Art. 76   Should the medical inspector discharge a rider or terminate the tests before all the riders have had the opportunity to be tested, the riders concerned shall be considered as not to have been selected for the antidoping tests.

Art. 77   The events covered by articles 74 to 76 shall be set out in a report or noted on the testing form.

Chapter VI   COUNTER-ANALYSIS

Art. 78   This section shall apply to international events. For national events the regulations of the relevant national federation shall be applied. However, a rider may not be denied the right to a counter-analysis.

Art. 79   On receipt of the report on the analyses carried out by the laboratory, the UCI antidoping commission shall determine whether it is a case of doping in accordance with the UCI list of prohibited substances and methods.

If the antidoping Commission considers that doping has taken place, it shall advise the rider's national federation and send it a copy of the test analysis report. A copy of the statement may be sent to the rider and/or the rider's trade team, club or team.

Art. 80     The rider's national federation shall within two working days send a copy of the statement from the antidoping commission to the rider concerned. It shall also notify the UCI that this statement has been sent.

Art. 81     The notification of the rider's national federation under article 79 and the notification of the rider under article 80 shall be confirmed by the despatch of a registered letter with proof of delivery.

Any communication by the national federation will be deemed valid if sent to the most recent address for the rider as notified to the national federation.

Art. 82     A rider and/or his national federation shall be entitled to demand a counter-analysis.

The request for a counter-analysis shall be made directly to the laboratory by the rider's national federation, either on its own initiative or at the request of the rider. A copy of the request for a counter-analysis must be sent to the UCI at the same time.

Art. 83     To be acceptable, the request for the counter-analysis by the national federation shall be sent to the laboratory no more than five working days after receipt of the registered letter sent to the national federation of the rider informing it of the positive result.

Art. 84     The counter-analysis shall be conducted by the laboratory that conducted the first analysis.

However, for reasons which shall be stated, the UCI antidoping Commission may decide that the counter-analysis shall be carried out by another laboratory which it shall designate.

The counter-analysis may be carried out by two laboratories in accordance with article 37. Should the first analysis carried out in this fashion have shown that the positive result is verifiable in the second laboratory, the counter-analysis shall only be valid if carried out in this laboratory.

Art. 85     The counter-analysis may be attended by the rider, an expert designated by him or by his national federation, a representative of the rider's national federation and a representative of the UCI. The parties involved shall make contact with each other to set a date for the counter-analysis. The rider may not demand that this counter-analysis should take place later than the ten working days after the request specified in Article 83. Any problems resulting from this will be subject to the decision of the UCI antidoping Commission.

Art. 86     No party may claim their inability to attend for the counter-analysis on the date set as a reason for invalidating the counter-analysis.

Art. 87     The rider's national federation shall be responsible for the costs of the counter-analysis.

The rider's national federation may submit the request for a counter-analysis following payment by the rider of a sum not exceeding CHF 500.

Chapter VII     DEFENDANTS' RIGHTS -- APPEAL

Art. 88     The present section shall apply to facts regarding international races and out-of-competition tests by the UCI.

Articles 101, 103, 105, 106, 111 and 116 to 123 also apply to facts concerning national races and out-of-competition tests in national federations. For other aspects the regulations of the relevant national federation shall be applied, without prejudice to the defendant's rights.

For facts that do not concern an international race or out-of-competition tests by the UCI, the first and second paragraph above shall apply, depending on whether the case is opened by the UCI or the national federation. The UCI and the national federation shall inform each other about the opening of the case. The UCI has the right to seize the case, in which case the procedure referred to in the first paragraph applies.

*(Article applicable as from 4th July 2002)*

Referral
Art. 89     If, after receiving a test analysis report, an inspectors statement or any other document or information regarding a possible breach of these regulations, the UCI antidoping Commission considers that no breach of the rules has taken place, then the case shall be taken no further. This decision shall not be definitive and the antidoping commission may reopen the case.

Art. 90     The antidoping Commission may order additional tests or investigations. They may also order a counter-analysis as of right.

Art. 91     If, following any counter-analysis or any other test to which the licence-holder has a right, or after the expiry of the deadline to request such a test, the antidoping commission considers that doping or another breach of the regulations has taken place, it shall notify the licence-holder's national federation and request it to instigate disciplinary proceedings. It shall also send a copy of the test analysis report and/or other documentation. A copy of the statement shall be sent to the licence-holder and/or the licence-holder's trade team, club or team.

Compromise
Art. 92     In the case of a breach of these regulations where the penalty may be limited to a warning or a fine alone, the antidoping commission may propose that the rider should accept the warning or pay the fine. Should the rider accept the warning or pay the fine within the time limit set by the antidoping Commission, the case shall be closed. Otherwise the antidoping Commission shall refer the case to the competent body.

Licence-holder called before a national federation
Art. 93     The licence-holder's national federation shall call the licence-holder before it to hear his grounds and explanations.

This summons must be sent within two working days of the receipt of the statement under Article 91.

**Art. 94** The summons shall be sent by registered letter. It shall indicate the nature of the case against the licence-holder. The summons must be accompanied by a copy of the test analysis reports and documents received by the federation from the antidoping Commission. If these enclosures are missing, the licence-holder must notify the national federation without delay.

**Art. 95** The summons must be sent at least 10 days before the hearing to which the rider or other licence-holder has been called. A copy of the summons shall be sent to the UCI at the same time.

**Art. 96** The summons shall indicate the date, time and venue for the hearing.

**Art. 97** A single postponement to the hearing may be granted of not more than 8 days, except where the party concerned establishes a case of force majeure.

**Art. 98** The licence-holder may forgo the hearing in which event the case will be conducted in writing.

Rights of the defence
**Art. 99** The licence-holder shall be heard and the case investigated by the competent body in accordance with the regulations of the licence-holder's national federation whilst taking account of the following Articles.

**Art. 100** At the request of one of the parties to the case or at their own request the following shall also be heard: the organiser's national federation, the laboratory which carried out the analysis, the inspector, the medical inspector, witnesses and expert witnesses.

The interested party shall be responsible for calling these persons to the proceedings. It shall at the same time notify the other parties and the competent body.

**Art. 101** The UCI may give its opinion in each case and sum up, either in writing or at the hearing.

It may call for a copy of the documentation of the case in full, including the proceedings of the hearing and the documents submitted by the parties.

**Art. 102** The parties must provide each other with all the statements and documents which they intend to submit at the earliest opportunity. They shall also send them to the UCI at the same time.

**Art. 103** The licence-holder has the right to see the contents of the case files. Each party may obtain a copy at its own expense.

Furthermore the case files may be consulted during the hearing.

**Art. 104** The hearing shall be public unless the licence-holder requests otherwise.

The president of the body may also as of right prohibit public access to the room during all or part of the hearing in the interests of public order or when the protection of privacy or medical secrecy justifies it.

**Art. 105** Each party shall have the right to be represented by a qualified lawyer or by a representative on presentation of authorisation in writing. The parties may be aided by any other person of their choice.

**Art. 106** Each party and any witnesses and expert witnesses called shall be heard. The licence-holder shall have the right to speak last.

**Art. 107** In the event that a party who has been convened should fail to appear, the case will be heard in that party's absence. The decision shall be deemed to have been taken after due hearing of the parties.

The ruling
**Art. 108** The ruling shall note the identities of the parties called or heard and shall contain a brief summary of the procedure.

It shall bear the names of the persons who took the decision and must be signed by them.

**Art. 109** The ruling shall be dated and reasoned.

It shall, where appropriate, indicated the prohibited products or methods for which the rider has been declared positive.
It shall indicate the penalties imposed on the licence-holder.

Costs
**Art. 110** In the absence of a specifically justified decision, each party shall bear the costs which it incurs.

However, if the rider is penalised for doping, he shall be liable for the costs of the counter-analysis; his national federation shall also be jointly and severally liable for their payment.

Should the rider be acquitted the party nominated in the ruling shall be liable for the costs of the counter-analysis.

Notification of the ruling
**Art. 111** One full copy of the ruling shall be sent to the licence-holder and the UCI. These copies shall be sent by registered post with proof of receipt within three working days of the date of the ruling. The text of the ruling shall be sent to the organiser's national federation.

Exclusion of an appeal at national level
**Art. 112** The ruling by the competent body of a licence-holder's national federation shall not be subject to an appeal before another body (appeals board, tribunal, etc.) at national federation level, unless such an appeal is required by the legislation of the country in question or is directed against a decision which does not affect the basis

of the case. The licence-holder and the national federation shall notify the UCI immediately of the lodging of such an appeal.

In these two cases the licence-holder may forgo this second body and take his appeal directly to the Court of Arbitration for Sport (CAS).

If in such cases the UCI is unable to take an appeal to this second body, then it may take its appeal directly to the CAS.

Any appeal to the CAS, however limited, shall as of right constitute a referral of the whole case to the CAS.

**Duration of the proceedings**

Art. 113   1.   The proceedings before the competent body of the licence-holder's national federation must be completed within one month of the time limit set for the despatch of the summons. If a second body at national federation level required by law is involved, the deadline is extended to two months.

2.   If the final ruling is not made within the time set, the licence-holder shall provisionally be suspended automatically until the ruling is made, unless an extension of the deadline is granted by the antidoping Commission.

The national federation shall be penalised by the disciplinary commission, incurring a fine of CHF 5000 for each week's delay without prejudice to the obligation to complete proceedings as fast as possible.

3.   In the event of persistent delays the UCI may bring the case directly before the CAS at the responsibility and at the expense of the national federation. The case shall be handled in accordance with the CAS appeal procedure. There is no time limit for appeals.

**New evidence**

Art. 114   1.   If any new fact is revealed of a nature which might alter the final verdict issued by the licence-holder's national federation after the date of pronouncement, the interested party may request that the case be reopened before the national federation, unless it is possible to raise the new issue in existing proceedings before the CAS.

2.   The new evidence must predate the final ruling, and the party submitting it must establish that it could not have known about it prior to the hearing where the final ruling was issued.

3.   The request to reopen the case must be made within one month of the party's becoming aware of the evidence in question or it shall be debarred. The burden of proof regarding this date shall lie with the party submitting the new evidence.

**Appeal to the CAS**

Art. 115   The person penalised or the UCI may appeal against a ruling made by the national federation specified in article 99 orm, where appropriate, article 112, by starting

arbitration proceedings before an arbitration tribunal set up in accordance with the constitution and regulations of the CAS in Lausanne.

No other form of appeal shall be permitted.

Art. 116   The UCI may take action against the licence-holder's national federation or the body that acted on his behalf. The national federation or body concerned shall be liable for costs if the body which made the ruling against which the appeal has been made has applied the regulations incorrectly.

Art. 117   An appeal by the person penalised shall be made against his national federation.

The national federation must immediately send the UCI a copy of the declaration of appeal and of any statement submitted before the CAS.

The UCI shall have the right to take part in the proceedings before the CAS and to make the closing speech.

Art. 118   The declaration of appeal by the person penalised must be submitted to the CAS within one month of his receiving the full ruling, without prejudice to articles 147 and 148. Failure to respect this time limit shall result in the appeal's being disbarred.

The declaration of appeal by the UCI must be submitted to the CAS within one month of receipt of the full case file from the competent body of the national federation. Failure to respect this time limit shall result in the appeal being disbarred. Should the UCI not request the file within fifteen days of receiving the decision, the time limit for appeals shall be one month from the reception of the full ruling.

Art. 119   If the respondent makes a counter-appeal, the petitioner has the right to respond within one month of receiving the respondent's reply, except where extended by the CAS. If the respondent is the person penalised, he shall have the right to submit an additional statement within fifteen days of receiving the petitioner's reply, unless the time limit is extended by the CAS.

Art. 120   An appeal to the CAS by the person penalised shall not suspend the execution of the ruling, without prejudice to the right to apply to the CAS for it to be suspended.

Art. 121   The CAS shall consider the case as a whole. Its ruling shall not be subject to appeal and shall be binding on all the parties.

Art. 122   The CAS may increase the penalties on the petitioner at the request of another party.

Art. 123   In the national procedures referred to in the second and third paragraphs of article 88, the licence-holder penalised, the UCI and any person or body having the right under the regulations of the national federation may appeal against the final ruling made at the level of the national federation by starting arbitration proceedings before an arbitration tribunal constituted in accordance with the constitution and regulations of the CAS in Lausanne.

No other form of appeal shall be permitted.

Articles 116 to 122 shall apply.

*(Article applicable as from 4th July 2002)*

**VIII Chapter** **DISCIPLINARY MEASURES**

**A. PRINCIPLES**

Art. 124 Within the limits set by the present regulations, the penalties imposed must be proportionate with the offence committed, taking account of both the specific details of the case in hand and the characteristics of cycle sport and its various disciplines. Therefore the following elements, inter alia, will be considered:
- the circumstances surrounding the offence,
- the character, age and experience of the transgressor,
- the gravity of the consequences of the penalty for his social, sporting and economic position,
- the risk to a professional career,
- the rider's normal discipline and programme, particularly as regards the length of the season for that discipline and the number and importance of the events.

Art. 125 The duration of suspension from all competition may be reduced below the minimum laid down hereafter as long as such a reduction is expressly based on the aspects covered by article 124.

In no case may the duration of the suspension from all competition be reduced to less than a quarter of the minimum laid down hereafter.

The minimum length of the suspension under point 1 of article 129 may not be reduced.

Art. 126 Deferment may be granted for the part of the suspension exceeding the minimum duration imposed under these regulation, where appropriate following application of a reduction under article 125. The person benefiting from deferment shall serve the deferred part of the suspension in the event of subsequent offences or in the event of a failure to respect the ban on taking part in the event or events specified by the disciplinary body in accordance with article 127. Deferment may not be granted for such a ban.

Art. 127 As well as suspension from all competition a ban may be imposed on the offender's participating in any capacity whatsoever in one or more events specified by the disciplinary body and run off after the end of the suspension.

Art. 128 1. Without prejudice to the cases where provision is made for a specific fine, any doping offence may be penalised by a fine in addition to suspension from any sporting activity and, where applicable, a ban on taking part in specific competitions.

2. The fine is obligatory for licence-holders exercising a professional cycling activity and in any event for members of a TT/I, TT/II, TT/III, women's trade team or mountain bike trade team.

3. The value of the fine shall be set in line with the gravity of the offence and the financial situation of the person penalised.

4. For licence-holders covered by point 2 above, a minimum fine must be imposed of CHF 2000 for elite men, CHF 1000 for elite women and CHF 500 for under 23 riders. These amounts shall be doubled in the event of a subsequent offence, refusal or fraud and in the event of complicity. They may be reduced by two thirds for licence-holders resident outside Europe in line with incomes and the cost of living.

5. No fine may exceed CHF 1 000 000.

**B. OFFENCES**

Art. 129 Doping with a «soft» substance
In cases of doping where the substance detected is ephedrine, phenylpropanolamine, pseudoephedrine, caffeine, strychnine or related substances, the rider shall be penalised as follows:

1. first offence, other than intentional doping:
– suspension for a period of between one and six months

However, if it is demonstrated that the offence was caused by simple inattention, a warning may instead be issued. In this case a subsequent doping offence with a «soft» substance, other than intentional doping, will be considered as a first offence for which the suspension must be imposed.

2. second offence or intentional doping:
– suspension for a period of between two and eight years.

Art. 130 Doping in general
In cases of doping other than those covered by Article 129, the rider shall be penalised as follows:

1. first offence, other than intentional doping:
– suspension for at least two years.

2. second offence or intentional doping:
– suspension for a minimum of four years up to and including suspension for life.

Art. 131 Refusal and fraud
1. In the event of

a) refusal to undergo a test under these regulations

b) a fraudulent act or fraudulent circumstances such as, for example, the use of a masking agent or a procedure which may prevent or distort any test under these regulations

the rider shall be penalised as follows:

    — suspension for a minimum of four years up to and including suspension for life.

2. If the rider is penalised for an act covered by paragraph 1.b) then a negative or invalid test result shall not be taken into consideration.

3. Paragraph 1.b) shall also apply to a rider who commits an act noted in that paragraph in connection with a test on another rider.

**Negligence**

Art. 132    A rider who fails to appear for testing within the time limit shall be presumed to have refused the test and shall incur the penalties set out in article 128. A rider who is able to disprove the presumption that he has refused to take the test shall be penalised by a suspension of between one and six months and/or a fine as per article 128. Where circumstances justify it, a simple warning may be issued.

**Complicity**

Art. 133    Any licence-holder who

a) contributes directly or indirectly to doping a rider, including inter alia recommending, proposing, authorising, permitting, tolerating or facilitating the use of an substance or method which is defined as doping,
b) hinders or tries to hinder the operations of an antidoping control,
c) influences or tries in any manner to influence the result of a test,

shall be penalised as follows:

1. in the case of a rider vis-à-vis another rider:
    — suspension for a minimum of four years up to and including suspension for life

2. in the case of another licence-holder:
    — suspension for a minimum of four years up to and including suspension for life in the capacity for which he holds a licence

plus, in the case of a temporary suspension, a lifetime ban on taking part in any cycling event in such capacities as may be determined by the disciplinary body.

**Declaration or admission of doping**

Art. 134    1. A rider or a licence-holder who is a former rider who declares or admits to having used doping substances or doping methods shall be considered as having tested positive on the day of the declaration or admission. If the facts admitted or declared can be tied to a specific instance, the penalties in force at the time of the events shall be applied.

2. If the declaration or admission relates to a specific substance or method, the rider or licence-holder shall be penalised if the substance or method was on the list of classes of prohibited substances and prohibited methods at the time of its use and in accordance with the scale of penalties in force at that moment. If the moment cannot be determined, the scale which is most favourable to the rider or licence-holder shall be used.

3. The rider or licence-holder shall not be penalised if it is established that the use of doping substances or doping methods dates back to more than five years before the declaration or admission.

4. The rider shall not suffer disqualification unless the facts relate to a specific race.

5. The national federation of the interested party shall start disciplinary proceedings, either automatically or at the request of the UCI antidoping Commission.

**Trafficking**

Art. 135    1. The trafficking of prohibited substances shall be penalised by suspension for life from all participation in any capacity in a sporting organisation, body, activity or a sporting event.

2. Attempted trafficking shall be penalised in the same manner as the act itself.

3. Ignorance of the nature or the composition of the prohibited substances or the nature or effects of the method in question shall not constitute attenuating circumstances or grounds for exemption from punishment unless the ignorance is excusable.

Art. 136    The trafficking of doping substances or means of influencing a test result by a rider on the occasion of a competition or training session shall be penalised as a case of doping except where it cannot reasonably be assumed that the substances or means in question were only intended for the rider's personal use.

**C. GENERAL**

**Multiple offences**

Art. 137    In the event that a sample tests positive for more than one substance or where more than one prohibited method or substance is observed, this shall be considered as a single instance of doping. If a prohibited method is observed or one or more of the substances is a substance covered by article 130, the offence shall be penalised under that article.

Art. 138    Multiple doping offences committed by the same person for which no definitive judgement has yet been made shall be considered together and a single suspension and a single fine shall be imposed. All of these offences shall be considered as a single infraction for the purposes of the application of Article 139. Furthermore, if a rider is found positive several times within a brief period, he shall be disqualified from all the events ridden from the first to the last in which he was found positive.

**Subsequent offences**

Art. 139    A second or subsequent offence shall be considered to have occurred when a new doping offence is committed within a period of ten years from the date that the first penalty became definitive, regardless of its nature, its extent and the reasons for it.

Art. 140    Should the subsequent offence not be taken into consideration for any reason whatsoever, the case may be reopened under article 114 at the request of the

antidoping Commission or the licence-holder's national federation and a supplementary penalty may be applied. Articles 114.2 and 114.3 shall not apply.

Art. 141    Should an infraction be found to have occurred less than ten years after another which has already been ruled on, this later infraction shall be penalised as a second or subsequent offence.

Art. 142    When proceedings are begun in a case of infringement of the doping regulations following a national event or national out of competition testing, the national federation should consult the UCI antidoping Commission register to establish whether there has been a prior offence.

Disqualification

Art. 143    Any case of doping of a rider during competition shall automatically and independently of any penalty imposed, and even where it is not explicitly noted in the decision, lead to that rider's disqualification. A rider who is found to have committed an act covered under Article 131 or under Article 133 while participating in the competition in question shall also be disqualified automatically.

Art. 144    If a rider from a team is disqualified, the entire team shall be disqualified.

However, in the case of a team event during a stage race, the team shall be relegated to last place on the stage with its real time and with a 10 minute penalty on the general classification for teams.

Art. 145    If a case of doping covered under Article 129 is committed during a stage race and if this case is not penalised by a warning, the rider shall not be disqualified automatically. If he is not disqualified, the time taken by the rider during the stage in question shall be increased by 1% and all the classifications shall be amended accordingly. The rider shall forfeit any prize won during the stage in question.

Art. 146    The placing of the rider or team disqualified shall be taken by the next rider or team in the classification, so that all placings are always taken up.

In track events the disqualification of a rider or team shall not involve any changes to the classification.

Application of minimum and maximum penalties

Art. 147    If the offence is found to have occurred and no suspension is imposed or a suspension effectively shorter than the minimum period is applied, then the minimum period of effective suspension shall apply automatically, without prejudice to the right of appeal. The effective minimum suspension shall be determined in accordance with Article 125 solely if the conditions of application for that Article have been respected. The UCI, or, in the case of a national event, the national federation shall notify the guilty person of this. In such a case the time limit within which any appeal must be lodged shall run from the date of this notification.

Art. 148    If the offence is found to have occurred and no fine or a fine below the minimum level is imposed, then the minimum fine shall be applicable automatically. The UCI, or, in the case of a national event, the national federation shall notify the guilty person of

this. In such a case the time limit within which any appeal must be lodged shall run from the date of this notification.

Art. 149    If the fine or suspension issued exceeds the maximum set under these regulations, it shall automatically be reduced to this maximum, without prejudice to the right of appeal.

Suspension from all competition

Art. 150    As regards international races and UCI out-of-competition tests, the suspension shall come into effect on the day following the date of the decision. However, at the request of the person suspended, the UCI antidoping commission may allow the suspension to come into effect on the date set by the decision or the regulations of the National Federation, or if it is earlier than the former, the date on which the person suspended was informed of the decision.

As regards national races and national out-of-competition tests, the suspension shall come into effect on the date set by the decision or the regulations of the National Federation.

Art. 151    Where the period of suspension imposed is less than one year, the normal period of inactivity of the rider in question will automatically be added to it, in accordance with the following provisions:

a) if the period of suspension imposed includes the first day of the normal period of inactivity, the period of suspension shall be extended by the duration of the normal period of inactivity;

b) if the period of suspension imposed starts during the normal period of inactivity, the period of suspension shall be extended by a duration equal to that between the start of the suspension and the end of the normal period of inactivity.

Art. 152    The normal period of inactivity is determined as follows:

a) for a rider whose primary activity is road racing, from 1 November to 31 January;

b) for a rider whose primary activity is mountain biking, from 1 November to 31 January;

c) for a rider whose primary activity is cyclo-cross, from 1 March to 30 September;

d) for a rider whose primary activity is BMX, from 1 November to 28 February.

Art. 153    The UCI antidoping Commission or, for a national event, the national federation, shall determined which is the principal activity of the rider in question. It shall also determine the normal period of inactivity in other disciplines and in special cases such as for riders who normally participate in events in the southern hemisphere.

In the absence of evidence to the contrary, the members of a road trade team or mountain bike trade team shall be presumed to have road racing or mountain biking respectively as their principal activities.

Art. 154   Where appropriate, the UCI antidoping Commission or, in the case of doping during a national event, the national federation shall notify the offender of the extension of the suspension period. The time limit for appeals shall run as from the date of this notification.

Art. 155   During the period added automatically the rider may be authorised by the UCI antidoping commission to take part in races on the national calendar of his federation or another federation nominated by the antidoping commission, in disciplines other than those of his main activity. In the case of a rider who does not ride abroad, this authorisation may be granted by the decision imposing the penalty. Such participation in events shall not be taken into account for qualification, selection or for any classification based on a series of events.

Art. 156   If the decision of the competent body of the national federation becomes definitive, then the antidoping Commission may decide that any inactivity imposed on the rider by his employer or team as a result of the doping offence in question shall be deducted from the period of suspension imposed under the decision. In the case of an occurrence covered by its national regulations, the deduction may be made by the national federation. In the event of an appeal to the CAS, the deduction may be made by the CAS.

Art. 157   In the case of an appeal to the CAS, the CAS shall set the start and end dates of the period of suspension, taking account of the normal period of inactivity of the rider or licence-holder in question, so that the suspension shall be effective on a sporting level. For this purpose the final duration of the period of suspension may exceed the maximum duration laid down under article 129.1.

Non-licence-holders

Art. 158   1.   If a breach of these regulations is committed by a non-licence-holder, the antidoping Commission and/or any national federation involved shall take whatever steps are necessary to take proceedings before the competent bodies against the person in question.
2.   After questioning, the antidoping Commission may ban this person from attending a cycling event. It may also ban any national federation, club or trade team from making use of services offered by this person, with breaches of such a ban being subject to a fine of between CHF 1000 and CHF 10 000 as determined by the disciplinary commission. These measures and sanctions may be taken independently of the procedure noted under paragraph 1.

Publication

Art. 159   The definitive penalties and the name of the person penalised shall be published in the UCI information bulletin and/or in the official bulletin of the national federation of the person penalised.

Register

Art. 160   The antidoping Commission shall maintain a register of the penalties applied. This shall list the name of the rider or licence-holder, his national federation, his category (elite or other), the name and date of the event, the penalties imposed, the date of the decision regarding the penalties and the body which imposed them.

The antidoping Commission is authorised to pass on information extracted from this register only to national federations which are able to demonstrate an interest and to the CAS.

IX
Chapter   WORLD CHAMPIONSHIPS

Art. 161   The following specific provisions shall apply to antidoping tests during World Championships.

Art. 162   The UCI shall supply the equipment required for antidoping tests and all the forms.

The meeting under Article 29 shall be held at least 48 hours before the first competition.

The inspector's report under article 30 and the original forms under article 71 shall be returned to the antidoping commission.

Art. 163   The Management Committee shall appoint a UCI official doctor who shall be a member of the antidoping commission or the medical commission or a doctor proposed by the antidoping commission.

Art. 164   The antidoping Commission shall be responsible for: -
–   making contact with the organising national federation and arranging to receive the plan of the testing stations;
–   making contact with the laboratory selected for the analyses and arranging the procedures for confirming the receipt of samples, analytical methods, deadlines for the notification of results and counter-analysis procedures;
–   arranging the communications between the laboratory and the official doctor during the championships;
so that these issues are settled three months before the beginning of the championships.

Art. 165   The official doctor shall be the only person to make contact with the laboratory and to receive the results.

Art. 166   On the occasion of the first analysis, the laboratory shall notify the UCI official doctor of the results as quickly as possible. It shall furthermore send him its report at the earliest opportunity.

Art. 167   In the event of a positive result the official doctor shall notify the rider or, should this be impossible, his team manager immediately.

Art. 168   The UCI official doctor shall without further formalities call for a counter-analysis, at which he has the right to be present. He shall inform the rider and the delegation from his national federation of the place, date and time of the counter-analysis. No postponement of the counter-analysis may be granted.

Art. 169    The result of the counter-analysis and the laboratory report shall be communicated to the UCI official doctor in accordance with the procedures set out in article 166.

Art. 170    The official doctor shall confirm that it is a case of doping and inform the rider, the President of the Commissaires Panel, the UCI antidoping commission and the rider's national federation and send them a copy of the counter-analysis report.

The notification of the rider's national federation may be made to the delegation from that federation attending the championships.

Art. 171    The rider's national federation shall start disciplinary proceedings at the request of the antidoping Commission.

Art. 172    1. The president of the commissaires panel who is notified of a positive counter-analysis result or receives a report of any other breach of these regulations shall summon the rider to be heard and announce his disqualification in accordance with the opinion of the president or another member of the UCI antidoping Commission.

Where the event in question is a team race, the entire team shall be disqualified.

2. This disqualification is a provisional measure with the aim of preserving the sporting quality of the championships and shall not prejudice the final ruling. It shall not give rise to any claim should the rider be acquitted.

Art. 173    If it is not possible for the test results to reach the UCI official doctor before the end of the championships, they shall be sent to the UCI antidoping commission.

Art. 173bis   If, during the World Championships, the antidoping commission is notified of the presence of a prohibited substance or the use of a prohibited substance or method on a date prior to the start of the championships, and if the commission determines that this fact may have an impact on the sporting progress of the championship races, it can inform the official doctor about this, in accordance with articles 166 or 169. Articles 166 to 172 shall then apply.

*(Article applicable as from 4th July 2002)*

X
Chapter    STAGE RACES SIX-DAY RACES

Art. 174    This section shall apply to international events. For national events the matter shall be governed by the national regulations.

Stage races
Art. 175    In stage races where antidoping tests are organised, testing must be carried out following each daily stage unless determined otherwise by the antidoping commission. If more than one event is run on a given day, the riders nominated for antidoping tests in each stage shall all be tested at the end of the last event.

Art. 176    If the laboratory is able to send its counter-analysis report to the antidoping inspector by the day before the final stage, the following specific provisions shall apply.

Otherwise, and on each occasion that the specific provisions below cannot be applied, the general provisions shall apply.

Art. 177    The laboratory shall send the test reports to the antidoping inspector at the earliest opportunity.

Art. 178    After checking that the matter in hand is a case of doping in accordance with the UCI's list of prohibited substances and methods, the inspector shall warn the rider that the first analysis has had a positive result. The President of the Commissaires Panel shall hear the rider's explanations.
The rider shall confirm the warning and the hearing using the form in Appendix 8.

Art. 179    Should the rider fail to request the counter-analysis within the time set down in Article 180, he shall be withdrawn from the race automatically.

Art. 180    The formal request for the counter-analysis shall be submitted in writing to the antidoping inspector within three hours of the warning specified in Article 178 (form in Appendix 9).

The rider shall be issued with a receipt stating the time that the request was submitted.

Art. 181    No postponement of the counter-analysis may be granted in order to permit attendance by the persons noted in article 85 beyond four days from the date of the request for the counter-analysis.

Art. 182    The antidoping inspector shall submit the counter-analysis report to the President of the Commissaires Panel.

Art. 183    1. Should the President of the Commissaires Panel be informed of a positive result of a counter-analysis or receive a report concerning any other breach of these regulations, he shall summon the rider to be heard and declare the rider's disqualification subject to the due opinion of the president or another member of the UCI antidoping Commission.

In the case of an event for teams, the team shall be relegated to last place on the stage and given its actual time.

2. Withdrawal from the race is a provisional measure intended to preserve the sporting nature of the event. It shall not prejudice the definitive decision and shall not give rise to any claim in the event that the rider is acquitted.

Six-day races
Art. 184    Articles 176 to 183 shall also apply to six-day races.

However, antidoping controls shall be carried out on a maximum of two days.

Art. 184bis

If, during a stage race or a six day race, the antidoping commission is notified of the presence of a prohibited substance or the use of a prohibited substance or method on a date prior to the start of the race, and if the commission determines that this fact may have an impact on the sporting progress of the race, it can inform the inspector about this, in accordance with articles 178 or 183. Articles 178 or 183 shall then apply.

*(Article applicable as from 4ᵗʰ July 2002)*

**Chapter XI**

**OUT OF COMPETITION TESTING**

Art. 185   Riders shall be obliged to undergo out of competition testing by the UCI.

Art. 186   National federations may conduct out of competition testing on their own licence-holders only.
The organisation of such tests shall be governed by their national regulations.

Art. 187   Out of competition testing shall be taken to mean antidoping tests other than those carried out following an event under section V of these regulations.

Out of competition testing may take place, for example:
– during stage races and World Championships, during rest days or before the start of a race,
– following a race where testing is not obligatory under these regulations,
– during training sessions, including those outside the normal season for the discipline.

Art. 188   The UCI antidoping commission shall determine the place and time and the riders to be tested.

Art. 189   The doctors and antidoping inspectors shall be appointed by the antidoping Commission.

The antidoping Commission may arrange to have out of competition testing carried out by a specialist institute or company. The tasks of the doctor and the antidoping inspector shall be carried out by the persons designated for such a purpose by the institute or company in question, unless decided otherwise by the antidoping Commission.

Art. 190   Except where the tests are to be carried out on the occasion of an event where the same persons have been appointed to carry out the testing after the race, the doctors and medical inspectors shall have authorisation in the form of a letter of appointment and they must present their identity card and their letter of appointment when the tests are carried out.

Art. 191   The UCI representatives, the doctor and the antidoping inspector may present themselves without warning at any place where they consider that they may find the rider.

Art. 192   The antidoping inspector shall notify the rider of the time and venue for the antidoping tests, either in person or, during stage races and the World Championships, via his team manager using the form from appendix 6 to these regulations. The rider or his team manager must sign the second copy of the notification to acknowledge receipt. Otherwise, the reason for the absence of the signature shall be noted on the form.

Art. 193   The time limit within which the rider is to appear for testing shall be set by the inspector taking account of the circumstances. Except in abnormal circumstances the tests shall be carried out within one hour of the rider receiving notification.

Art. 194   The antidoping tests shall be carried out in the best possible manner in accordance with in Article 47 and as discreetly as possible.

Art. 195   Substances which are prohibited during out of competition tests are listed in a special section of the list of prohibited substances and methods.

Art. 196   The laboratory shall send its analysis report to the UCI antidoping Commission.

Art. 197   During stage races, a rider who tests positive who has continued in the race following the out of competition test shall be penalised as if he had tested positive during the stage which followed the test.

Art. 198   The expenses of out-of-competition testing shall be paid by the UCI. However, should a rider be penalised following such a test, he shall bear the costs incurred.

Art. 199   During stage races and World Championships, the team manager must always be in a position to indicate where his riders are in order that they may be contacted as quickly as possible.

Team managers who give incorrect information, refuse to give information or obstruct antidoping tests in any other way shall be subject to the penalties applicable under Article 133.

**Chapter XII**

**FINAL PROVISIONS**

Suspension from major competitions

Art. 200   A rider who stands accused of doping or a related offence shall not be eligible for selection for the World Championships, the Olympic Games or any Continental Championships and may not take part in these competitions prior to the end of the period of suspension imposed or his definitive acquittal. Acquittal shall not give rise to any claim.

Unless decided otherwise by the antidoping Commission, the paragraph above shall also apply in the case of an instance of doping or a related infraction or proceedings under any law or other regulations concerning doping.

Specific cases shall be adjudged by the antidoping Commission or its president. There shall be no appeal against their decision.

For the purposes of this article a positive A sample shall be considered as an instance of doping.

Art. 201    Ownership of samples
The samples taken during international races or during out-of-competition testing by the UCI shall become the property of the UCI. The UCI may provide for any laboratory report or sample to be retained or returned to it for further analysis and research.

Art. 202    Third sample
The UCI shall have the right to demand that a third sample be taken at an antidoping test. The antidoping Commission shall issue instructions to this end to the inspector. The sampling procedures shall be applied mutatis mutandis. The taking of a third sample shall be noted in the report made in accordance with article 30 and on the form mentioned in Article 42.

Where appropriate the further examination of such samples shall give rise to the penalties applicable under these regulations.

Art. 203    A rider who refuses to provide a third sample or a licence-holder who hinders the taking of a third sample shall be penalised by a suspension of up to three months and/or a fine of between CHF 2000 and CHF 4000. However, these sanctions shall not be imposed on a rider who is penalised under Articles 129 to 131 or to a licence-holder who is penalised under Article 133 in connection with the same antidoping tests.

Art. 204    Medication
In races designated by the antidoping commission, team or club doctors will be obliged to list all medicines taken by each rider and their dosages and any medical treatment that they may have undergone during the preceding 72 hours using the form in appendix 10. Failure to do so shall make the team ineligible to start the race.

Art. 205    Errors in procedure – emergency measures
The formalities, procedures and time limits for antidoping tests set out in these regulations are intended to ensure that tests are carried out correctly. A failure to respect these conditions shall not of itself render the test null and void.

Furthermore the President of the UCI antidoping Commission or the antidoping inspector may at any time impose measures which are urgently required to ensure that controls are effective and carried out where deemed necessary.

Art. 206    No omission, negligence or error may be made grounds for dispute unless the omission, negligence or error was liable to falsify the result of the analysis.

Art. 207    Failure to meet the time limits within which an appeal is to be made shall disqualify that appeal.

Organiser's national federation

Art. 208    As regards the tasks and obligations imposed under these regulations on the rider's national federation and the organiser's national federation respectively, should the organiser's national federation also be that of the rider, then these regulations shall be applied mutatis mutandis.

Art. 209    For the purposes of these regulations, the organiser's national federation shall take on the role of the rider's or licence-holder's national federation as regards riders or licence-holder who have obtained their licence directly from the UCI.

Art. 210    Duty of confidentiality
Persons carrying out a task at antidoping tests and the members of disciplinary bodies are required to observe strict confidentiality regarding any information concerning antidoping tests which is not required to be notified or made public under these regulations.

Such breaches of confidentiality shall be penalised by a fine of between CHF 1000 and CHF 10 000 as decided by the UCI Disciplinary Commission, which may also suspend the person in question from specified tasks for such time as it shall determine.

Art. 211    The appendices to these regulations are drawn up by the UCI antidoping commission and submitted to the President of the UCI for approval. In urgent cases the amended forms may be used prior to their publication.

Art. 212    Entry into force
For international events the present version of the antidoping regulations shall come into force on 1 July 2001. It shall apply to all antidoping controls carried out from 1 July 2001 onwards and to all offences committed on or after that date. Controls and offences dating from before that date remain subject to the version of the regulations in force at the time they took place.

For national events the present regulations shall come into force on 1 January 2002.

Amendments to the provisions of these regulations shall come into force on the date of their publication in the bulletin «Information» unless this publication specifies a different date for entry into force.

(Appendix 1)

SELECTION OF RIDERS TO BE TESTED
(Article 17 of the regulations)
(In the absence of specific instructions from the antidoping commission)

A. World Championships, Continental Championships. regional games
   See appendix 2

B. Other events
I.   One day events (all disciplines)
  •  General rule
  1.  The winner,

2. Two riders selected at random by the inspector.

- Half-stages
1. The winner of the first half-stage,
2. The winner of the second half-stage,
3. One rider selected at random by the inspector for each half-stage.

- Team events
1. One rider selected at random by the inspector from the winning team,
2. Two riders selected at random by the inspector from all other teams.

II. Stage races (all disciplines, including prologues)
- General rule
1. The stage winner,
2. The leader on general classification after the stage,
3. Two riders selected at random by the inspector.

- Team time trial stage
1. One rider selected at random by the inspector from the winning team,
2. The leader on general classification after the stage,
3. Two riders selected at random by the inspector from all other teams.

- Half-stages
1. The winner of the first half-stage,
2. The winner of the second half-stage,
3. The leader on general classification after the second half-stage.

III. Specific time trial events
- Individual
1. The first three placed riders,
2. Two riders selected at random by the inspector.
- For teams
1. One rider selected at random by the inspector from the winning team,
2. One rider selected at random by the inspector from the second-placed team,
3. One rider selected at random by the inspector from each of four different randomly selected teams.

IV. Track events (all disciplines)
- Individual
1. The winner,
2. Three riders selected at random by the inspector.

- For teams
1. One rider selected at random by the inspector from the winning team,
2. Three riders selected at random by the inspector from all other teams.

V. Six-day races
1. One rider selected at random by the inspector from the winning team,
2. Three riders selected at random by the inspector from three other different teams.

(Appendix 2)

SELECTION OF RIDERS TO BE TESTED AT
WORLD CHAMPIONSHIPS
(In the absence of specific instructions from the antidoping commission)
(Article 17 of the regulations)

This table will also be applied to Continental Championships and regional games.

A - WORLD JUNIOR CHAMPIONSHIPS
Track
Men
- Kilometre time trial – first 4 + 1 selected at random ..... 5
- Sprint
  - qualification – 2 best times + 1 selected at random
  - Final – first 4 riders ..... 7
- Individual pursuit
  - qualification – 2 best times + 1 selected at random
  - Final – the four riders ..... 7
- Team pursuit
  - qualification – 1 rider from the 2 teams with the best times +
    1 rider selected at random from the other teams.
  - Final – 1 rider per team ..... 7
- Points race – 4 first + 1 selected at random ..... 5
- Olympic Sprint
  - qualification – 2 best times + 1 selected at random
  - Final – the rider covering the final lap for each team ..... 7
Total ..... 38

Women
- Sprint
  - qualification – 1 best time + 1 selected at random
  - Final – first 4 ..... 6
- Individual pursuit
  - qualification – 1 best time + 1 selected at random
  - Final – the four riders ..... 6
- Points race – first 4 + 1 selected at random ..... 5
- 500 m standing start time trial
  - first 4 + 1 selected at random ..... 5
Total ..... 22

Total: 60 tests

B – WORLD CYCLO-CROSS CHAMPIONSHIPS
Juniors
  - first 4 + 2 selected at random ..... 6

Under 23
  - first 4 + 2 selected at random ..... 6

Elite

– first 4 + 2 selected at random     6
Total     18

C – WORLD ROAD CHAMPIONSHIPS

Junior Women
- Individual – first 4 + 2 selected at random     6
- Individual time trial – first 4+ 2 selected at random     6
Total     12

Junior Men
- Individual – 4 first + 2 selected at random     6
- Individual time trial – 4 first + 2 selected at random     6
Total     12

Under 23
- Individual – 4 first + 2 selected at random     6
- Individual time trial – 4 first + 2 selected at random     6
Total     12

Elite Women
- Individual – first 4 + 2 selected at random     6
- Individual time trial – first 4
+ 2 selected at random     6
Total     12

Elite Men
- Individual – 4 first + 2 selected at random     6
- Individual time trial – 4 first + 2 selected at random     6
Total     12

Total: 60 tests

D – WORLD TRACK CHAMPIONSHIPS

Men
- Kilometre – 4 first + 1 selected at random     5
- Sprint
  – qualification – 2 best times + 1 selected at random
  – final – 4 first     7
- Individual pursuit
  – qualification – 2 best times + 1 selected at random
  – Final – the four riders     7
- Team pursuit
  – qualification – 1 rider from the 2 teams with the best times +
  – 1 rider selected at random from the other teams
  – Final – 1 rider per team     7
- Points race – first 4 + 2 selected at random     6
- Keirin – first 4     4
- Madison – 1 rider per team
of the 3 first teams + 2 riders selected at
random from the other teams     5
- Olympic sprint

– qualification – 2 best times + 1 selected at random     7
– Final – the rider covering the final lap for each team
Total     48

Women
- Sprint
  – qualification – 1 best time + 1 selected at random
  – Final – first 4     6
- Individual pursuit
  – qualification – 1 best time + 1 selected at random
  – Final – the four riders     6
- Points race
  – first 4 + 1 selected at random     5
- 500 m standing start time trial
  – first 4 + 1 selected at random     5
Total     22

Total: 70 tests

E – WORLD MOUNTAIN BIKE CHAMPIONSHIPS
- first 2 riders in the general classification for each category
- 1 selected at random from each category

F – WORLD INDOOR CYCLING CHAMPIONSHIPS
- Artistic cycling: the champions in each discipline
- Cycle-ball: in each group A/B/C – 1 player selected at random from the 2 teams contesting the final.

G – WORLD BMX CHAMPIONSHIPS
for each category
- winner
- 2 selected at random

(Appendix 3)

PLAN OF STANDARD TESTING STATION FOR
Antidoping TESTS
(Article 39 of the regulations)

Image

(Appendix 4)

EQUIPMENT LIST
(article 39 of the regulations)

1. During track competitions, it is recommended that a television or screen to show
   the events taking place on the track should be installed in the testing station.
2. Equipment to be made available:

- packaging with adhesive address labels,
- coloured felt pens(2),
- typewriter and paper,
- adhesive tape,
- A4 and A5 format envelopes,
- glue,
- lead seals, sealing wire
- towels and soap,
- string,
- scissors,
- sealing wax,
- drinks in large quantities (such as lemonade, mineral water, etc.)

3.  Furnishings

| First room (20-25 m2) | |
|---|---|
| | -2 tables, |
| | -10 chairs, |
| | 1 refrigerator, |
| | 1 waste bin, |
| | 1 cupboard, |
| | 1 wardrobe, |
| | 1 telephone connection. |

| Second room | |
|---|---|
| | -4 tables, |
| | 2 chairs, |
| | toilet (WC), |
| | sink, shower, |
| | telephone, |
| | ventilation or opening window. |

(Appendix 5)

INTERNATIONAL CYCLING UNION ANTIDOPING TESTS

TEST CERTIFICATE
(article 42 of the regulations)
On chemical self-copying paper (see article 43) in triplicate (1 top copy + 2 each white, green copies).
- Original to the UCI.
- Copy 1 (white)
  - to rider (same text as the original)
- Copy 2 (green)
  - to laboratory with A and B sample (analysis and counter-analysis) (items 5 to 9, 15, 16 omitted)

1.  Date .........................................................................................................
2.  Place ........................................................................................................
3.  Race (name, stage).....................................................................................
4.  Discipline ...................................................................................................
5.  Surname of rider .........................................................................................
    First name .................................................................................................

Address of the rider to which all valid communications regarding this test shall be sent: ...................................................................................................

6.  Licence number.....................7. Random     yes     no....................................
8.  Country .....................................................................................................
9.  Assistant ....................................................................................................
10. Presentation time .......................................................................................
11. Time of sample ...........................................................................................
12. Bottle codes................................................................................................
13. Time of rider's refusal .................................................................................
14. Remarks - Pharmaceutical drugs taken by the rider.........................................

15. Subject to the comments below, I confirm that the sample was taken in accordance with the regulations ................................................................

    Rider's signature who also acknowledges receipt of his copy ........................
16. Assistant's signature
17. Medical inspector ........................................................................................
    (name) ...................................(signature)..................................................
18. Anti-doping inspector ..................................................................................
    (name) ...................................(signature)..................................................

(Appendix 6)

INTERNATIONAL CYCLING UNION ANTIDOPING TESTS

NOTIFICATION TO THE RIDER
(Articles 51 and 192 of the regulations)

Where applicable,
Name of the race ...........................................................................................

The rider
Surname of rider ............................................................................................
Licence number .............................................................................................
National federation..........................................................................................
is required to attend the antidoping tests at .. [time] precisely at the following location:

In the event of failure to attend, you will be considered to have tested positive and penalised in accordance with Section VIII of the antidoping regulations.

This notification was issued
Place ............................................................................................................
Date ..............................................................................................................
Time ..............................................................................................................

Signature for receipt
The rider ........................................................................................................
and/or
The team leader/team manager
Name .............................................................................................................

Signature:..........................................................................................................
antidoping inspector
Name ..............................................................................................................
Signature .......................................................................................................

(Appendix 7)

Antidoping TESTS

NO-SHOW REPORT
(article 73 of the regulations)

To be sent to the UCI with a copy to the licence-holder's national federation
I the undersigned .............................................................................................
appointed to officiate as antidoping inspector for the event.................................
on  ..........................................................at.....................................................
do hereby certify that:
Rider No. ......., who was properly designated to undergo the antidoping tests and
notified by all the means made available to me by the organiser, did not attend at the
designated testing station within 30 minutes of finishing or the official ceremony1).
•    Time of arrival at the finish line ...............................................................
•    End of the official ceremony ....................................................................
•    Time when the rider's deadline was observed to have expired .......................

In consequence, the present no-show report has been issued in his/her regard.
Done in ............................,at.........................
Signature of the antidoping inspector.................................................................

for nomination2)
m    Placing ..............................................................................at the finish
m    Drawn by lot .........................................................................................
m    Reserve ...............................................................................................

Means made available by the organiser to notify the rider2)
m    Radio announcement to...........................................................................
m    Posted at the finish line...........................................................................
m    Posted on the door of the testing station...................................................
m    Written summons issued..........................................................................

Distance from finish line to the testing station.....................................................

Further information on the rider
Name.............................................................................................................
First name ....................................................................................................
Nationality ....................................................................................................
Licence number ...........................................................................................
Category.......................................................................................................

1)    Delete as inapplicable
2)    Check as appropriate

(Appendix 8)

INTERNATIONAL CYCLING UNION ANTIDOPING TESTS

NOTIFICATION TO THE RIDER OF A POSITIVE RESULT
(Article 178 of the regulations)

Name of the race................................................................................................
The rider.............................................................................................................
•    name......................................................................................................
•    licence number.......................................................................................
•    national federation...................................................................................
is hereby informed that he/she was found to have tested positive after the following
stage
Name of the stage..............................................................................................
Date of the stage.................................................................................................
name of the six-day event.....................................................................................
Date of testing ....................................................................................................
The analysis carried out at the following laboratory
Name of laboratory .............................................................................................
Full address.........................................................................................................
has shown the presence of
Name of the substances or methods.......................................................................

The rider has been questioned. He/she has received two copies of the form for the
request of a counter-analysis.
Please note:
1)    The rider has the right to call for a counter-analysis;
2)    Such a request must be submitted to the inspector within 3 hours of receiving the
      present notification;
3)    If not, the rider shall automatically be disqualified.

Done on:
Date................................. Place................................. Time................................

By:
Name of inspector...............................................................................................
Signature............................................................................................................

Confirmed by.......................................................................................................
Name of rider ......................................................................................................
Rider's comments ...............................................................................................

Name and address of the rider's expert ................................................................

Rider's signature .................................................................................................

(Appendix 9)

INTERNATIONAL CYCLING UNION ANTIDOPING TESTS

REQUEST FOR COUNTER-ANALYSIS
(Article 180 of the regulations)

(to be submitted to the inspector in duplicate, within 3 hours of notification of the positive result).

Name of the race .........................................................................
The undersigned .........................................................................
Name.........................................................................
Licence number .........................................................................
National federation .........................................................................
Function .........................................................................
requests a counter-analysis in connection with the positive result of the antidoping tests

Name of rider .........................................................................
Name and date of the stage for which the result was positive .........................................
Date of antidoping test (six-day events) .........................................................................

Done on:
Place .........................................................................
Date
Time .........................................................................
Signature .........................................................................

Request received at
Place .........................................................................
Date
Time .........................................................................
by:
Name.........................................................................
Signature .........................................................................

Copy of the request received by
Name.........................................................................
Signature .........................................................................

(Appendix 10)

INTERNATIONAL CYCLING UNION ANTIDOPING TESTS

LIST OF MEDICINES TAKEN
(Article 204 of the regulations)

Name of race..........................................Country.........................................
Date of the race .........................................................................
Team/Club.........................................................................
The undersigned team/club doctor.........................................................................
Name and address.........................................................................
declare that in the 72 hours prior to the start of the event the following riders* have taken medicines or undergone treatment as follows:

| Rider | Medicine or treatment (indicate dose and manufacturer) |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |

Date.........................................................................
Signature.........................................................................

* N.B.- All the riders of the team/club taking part in the event must be listed; where applicable indicate «none».

(Appendix 11)

CODE OF SPORTS-RELATED ARBITRATION (CAS)
(available on request)

(Appendix 12)

SAMPLING PROCEDURES FOR URINE SAMPLES
(Article 47 of the regulations)

Preliminary provision

There follows a description of the procedure for taking a urine sample in practical circumstances which permit it. Variations from the procedure as described below shall have no effect on the validity of the procedure. They may only be raised in the event that they are liable to falsify the result of the analysis.

Art. 1   The receptacles for the taking of urine samples shall be transparent or translucent and must have a capacity of at least 150 cc. They must be chemically pure and individually pre-packaged.

Art. 2   The flasks for the packaging of the urine shall be transparent and must have a capacity of at least 50 cc. They must be chemically pure, individually pre-packaged and provided with an inert stopper.

Art. 3   The receptacles, the flasks, the means of sealing the flasks, and the means for marking the codes onto the flasks, must comply with model approved by the UCI antidoping commission. Models shall be submitted to the UCI secretariat.

The shape of the receptacles and flasks alone may vary from those of the approved model.

Art. 4   In the presence of the inspector, the rider shall select a receptacle and two flasks.

Art. 5   The rider shall remain in the first room of the testing station until such time as he is called into the second room by the medical inspector, who determines the order of sampling.

Art. 6   The rider must undress from head to knees.

The medical inspector shall ensure that the rider passes at least 75 cc of fluid. To this end he shall, if the rider is unable to produce a large enough sample at the first attempt, keep the rider in view until enough fluid has been passed. The partially filled flask shall be sealed, and another flask shall be used for the remainder.

The medical inspector shall take all steps required to avoid fraud; to this he may, inter alia, submit the rider to a body search.

Art. 7   The urine shall be collected directly in the receptacle. Then about two thirds of the urine shall be poured into the flask marked A and the remaining third into the flask marked B.

Art. 8   The rider shall close and seal each flask using the sealing wax and apply the UCI seal. He may leave these operations to the inspector.

Each flask must be placed in a hard plastic tube or a cardboard box or other similar system to protect the flask in transit.

These operations can be replaced by the use of an integrated packing and sealing system approved by the UCI.

All the operations noted under articles 7 and 8 shall be carried out in the presence of the rider.

Art. 9   The Examining Doctor shall fill out items 11 (possibly 13), 14 and 17 on the form.

## TABLE OF CONTENTS

Chapter I ............................................................................................................................ Page
Definitions ............................................................................................................................ 1
Article 1 ................................................................................................................................ 1

Chapter II
Principles........................................................................................................ 2 Articles 2 to 13

Chapter III
Selection of riders and races............................................................................................. 4
Articles 14 to 22

Chapter IV
Organisation of antidoping tests ....................................................................................... 6
Articles 23 to 45
• The national federation                        Articles 24 to 26
• The antidoping inspector                        Articles 27 to 30
• The medical inspector                           Articles 31 to 34
• Laboratories                                    Articles 35 to 37
• Testing station                                 Articles 38 to 41
• Forms                                           Articles 42 to 43
• Equipment                                       Articles 44 to 45

Chapter V
Antidoping test procedures................................................................................................ 8
Articles 46 to 77

Chapter VI
Counter-analysis .............................................................................................................. 12
Articles 78 to 87

Chapter VII
Defendants' Rights – Appeal ........................................................................................... 13
Articles 88 to 123
• Referral                                        Articles 89 to 91
• Compromise                                      Article 92
• Licence-holder called before a national federation   Articles 93 to 98
• Rights of the defence                           Articles 99 to 107
• The ruling                                      Articles 108 to 109
• Costs                                           Article 110
• Notification of the ruling                      Article 111
• Exclusion of an appeal at national level        Article 112
• Duration of the proceedings                     Article 113
• New evidence                                    Article 114

• Appeal to the CAS        Articles 115 to 123

Chapter VIII
Disciplinary measures ...................................................... 18
Articles 124 to 160
• Principles       Articles 124 to 128
• Offences       Articles 129 to 136
• General       Articles 137 to 160

Chapter IX
World Championships ...................................................... 25
Articles 161 to 173

Chapter X
Stage races – Six-day races .......................................... 27
Articles 174 to 184
• Stage races       Articles 175 to 183
• Six-day races       Article 184

Chapter XI
Out of competition testing .............................................. 28
Articles 185 to 199

Chapter XII
Final provisions .............................................................. 29
Articles 200 to 212

Appendix 1
Selection of riders to be tested ...................................... 32

Appendix 2
Selection of riders to be tested at World Championships ...... 34

Appendix 3
Plan of standard testing station for antidoping tests ......... 38

Appendix 4
Equipment list for the testing station for antidoping tests .... 39

Appendix 5
Model antidoping test certificate ................................... 40

Appendix 6
Model for notification to the rider ................................. 41

Appendix 7
Model for no-show report ............................................. 42

Appendix 8
Model for notification of a positive result during stage races and
six-day races ............................................................... 43

Appendix 9
Model for request for counter-analysis ........................... 44

Appendix 10
List of medicines taken ................................................ 45

Appendix 11
Code of sports-related arbitration (CAS) ....................... 46

Appendix 12
Sampling procedures for urine samples ......................... 46

# EXHIBIT 44

**UCI CYCLING REGULATIONS**

# PART XIV ANTIDOPING EXAMINATION REGULATIONS

## INTRODUCTION

The International Cycling Union has created a drug test system (also known as an antidoping examination system) the purpose of which is to prevent drug abuse (also known as "doping") in world cycling. This system comprises the Antidoping Examination (Drug Test) Regulations, the list of classes of doping substances (doping agents) and methods, the list of international events at which drug tests are to be effected, the list of approved laboratories and the dissemination of information on and promotion of action aimed at dissuading the abusive use of drugs.

The purpose of thus combating drug abuse is to avoid all possible negative repercussions that such abuse may have on the normal running of cycling races and on the physical or psychic well- being of the riders especially by their trying artificially to increase their performance.

The UCI definition of drug abuse ("doping"), as that of the IOC Medical Commission, is based on the principle that the use of all substances belonging to the pharmaceutical categories mentioned in the Regulations shall be strictly forbidden.

The advantage of such a definition is that it also covers and prohibits the use of any new substance, belonging to any of these categories, that might even have been created specifically for the purpose of doping.

## Chapter I PRINCIPLES

**Art. 1** These Regulations shall govern the drug test effected for the purpose of determining whether riders have availed themselves of any doping agent or method.

**Art. 2** The use of the pharmaceutical categories of substances and of the doping methods appearing on the list of doping agents and methods adopted by the UCI president shall be prohibited.

Participants in cycling races are required to undertake not to avail themselves of the forbidden agents and methods even if they consider that neither their sporting performance nor their health would be affected. Such considerations shall not be open to discussion.

Should a doping method be found to have been used or should the analysis or other evidence reveal the presence or administration of a doping agent or any substance likely to influence the result of the analysis, the rider shall be punished.

---

**UCI CYCLING REGULATIONS**

Blood doping and pharmacological, chemical or physical manipulation shall be forbidden and shall be punished as the use of a doping agent.

No substance belonging to a forbidden class or doping method may be used for medical treatment unless otherwise specified in the list. In the latter case, the burden of proof of medical treatment and the use of the substance or method for the purposes of that treatment shall lie with the rider.

**Art. 3** The list of doping agents and methods shall be compiled by the UCI Antidoping Commission and submitted to the President of the UCI for approval. Once adopted and published in the "Information" bulletin, that list shall form an integral part of these Regulations.

That list shall not be exhaustive. It shall merely contain the names of examples of each category of doping agent for information purposes.

The list of doping agents and methods of doping may include a special section on agents and, possibly, their modes of administration, in respect of which the disciplinary measures, as referred to in Article 90(2) of the present Regulations, shall apply.

Each list shall remain in force until the publication of a new list.

**Art. 4** These Regulations and these alone shall apply to the events mentioned in Article 8. They shall be binding upon all National Federations which may neither devise therefrom nor add thereto.

If a drug test is organised in another race on the International Calendar **other than cycle-four-leg events**, that test shall also be governed by the present Regulations.

(modification came into force on 3rd October 1999).

**Art. 5** If in a national event or during an out-of-competition test conducted at national level, national regulations are applied, any suspensions handed down against a rider holding the license of some other National Federation or of the UCI shall be applicable without restriction in the country where that event or that drug test took place.

The UCI shall be informed of such cases. If the Antidoping Commission confirms that the same facts would lead to a suspension under the present Regulations, the suspension shall be applicable world-wide to the extent that its duration does not exceed the maximum which is fixed under the present Regulations. Under the same condition, cases of drug abuse observed in application of such national regulations shall be deemed offences for the purpose of Articles 90 to 92 of the present Regulations.

The rider shall be heard by the Antidoping Commission and has a right of appeal with the Appeals Board.

**Art. 6** (abrogated since 1st February 1999).



**Art. 7**  The cost of the drug test shall be borne by the organiser of the event without prejudice to the provisions concerning the counter-analysis, appeal and out-of-competition tests.



**Chapter II  SELECTING RACES AND RIDERS**

**Races**

**Art. 8**  The drug test shall be mandatory at the following events:

a) World Championships, Continental Championships and Regional Games.

b) World record and continental record attempts.

c) Any other event of the world and continental calendars designated by the Antidoping Commission: **these events shall be included on the A list or the B list, depending on whether the antidoping inspector has been appointed by the UCI Antidoping Commission (A list) or the National Federation of the organiser (B list), in accordance with article 20.**

Drug tests conducted at international multidisciplinary competitions such as the Olympic Games shall be the subject of specific regulations of the UCI.

(modification came into force on 3rd October 1999).

**Riders**

**Art. 9**  **§ 1)**  The UCI Antidoping Commission shall, for each event referred to in Article 8, instruct the inspector to select up to 10 riders to be tested.

**§ 2)**  Where no such instructions are issued, the following riders shall be tested:

**I.  One-Day events (all disciplines)**
* **General Rule**
1. The first rider placed
2. Two riders selected at random by the inspector

* **Half-stages**
1. The first rider placed in the first half-stage
2. The first rider placed in the second half-stage
3. A rider at random by the inspector from each half-stage

* **Team events**
1. A rider selected at random by the inspector from the first team placed
2. Two riders selected at random by the inspector from all the other teams

**II.  Stage events (all disciplines, including prologue)**
* **General Rule**
1. The first rider placed in the stage
2. The first rider in the general classification after the stage
3. Two riders selected at random by the inspector

* **Team Time Trial stage**
1. One rider selected at random from the 1st team placed
2. The first rider in the general classification after the stage
3. Two riders selected at random by the inspector from all the other teams

* **Half-stage**
1. The first rider placed in the first half-stage
2. The first rider placed in the second half-stage
3. The first rider in the general classification after the second half-stage

**III.  Specific Time-Trial events**
* **Individual**
1. The first three riders placed
2. Two riders selected at random by the inspector.

* **Team**
1. One rider selected at random from the 1st team placed
2. One rider selected at random from the 2nd team placed
3. One rider selected at random from each of four other different teams selected at random.

**IV. Track events (all disciplines)**
* **Individual**
1. The first rider placed
2. Three riders selected at random by the inspector

* **Team**
1. One rider selected at random by the inspector from the 1st team placed
2. Three riders selected at random by the inspector from all the other teams

**V.  Six-Day events**
1. One rider selected at random by the inspector from the team placed first
2. Three riders selected at random by the inspector from various other teams

**VI. World Championships, Continental Championships and Regional Games**
Riders to be checked at World Championships are indicated in the table in Annex 1 to these Regulations.

This table shall be applied in like manner at Continental Championships and Regional Games.

**UCI CYCLING REGULATIONS**

**Art. 10**  In each event, the Inspector shall draw lots for a first and a second reserve rider who shall be subjected to the test in sequence if a rider drawn by lot according to Article 9 has to be examined in any case because of his placing or if a rider simultaneously meets two selection criteria or else if one of the riders is materially unable to submit to the drug test (e.g. because he has had to be hospitalised) in such a way that the number of tests required by the Antidoping Commission or under Article 9(2) above always be conducted.

The reserve riders shall present for the drug test within the deadline referred to in article 50, even if they appear not to have to undergo the test.

**Art. 11**  At the request of the Antidoping Inspector a drug test shall be conducted on any rider he may designate.

However, the number of riders tested should not exceed 10.

**Art. 12**  The Inspector shall conduct the draw.

In in-line events and stages, riders shall be drawn about one hour before the envisaged time of the finish.

**Art. 13**  Each rider shall be responsible for personally ascertaining whether he has to present to the drug test.

The organiser and the inspector shall ensure that the list of riders' numbers indicating the riders to present for the test be posted at the finishing line and at the place designated for the test.

In Time Trial events, the Inspector or the person appointed by him shall notify the riders designated or drawn by lots at the end of their race by means of the form given in Annex 10 to these regulations. A copy shall be given to the rider or his team manager/team leader who shall acknowledge receipt by signing the original.

Riders who, by virtue of their placing are obliged to submit to the drug test, may not plead the absence of their names or numbers from the list posted.

**Art. 14**  If so requested by the Inspector, the organiser shall designate escorts to accompany riders who have to present for the drug test.

No rider may plead the absence of an escort.

**Art. 15**  No rider may claim that his test was not mandatory or that it was not announced before the event that tests would take place.

## III
**Chapter**  **ORGANISATION OF THE DRUG TEST**

**The National Federation**

**Art. 16**  The National Federation to which the organiser of the event or of the record-breaking attempt is affiliated shall be responsible for the material organisation of the drug test and for the obligations incumbent on the organiser. It shall ensure that all personnel (inspector, doctor, nurse), all necessary facilities and all the equipment required be present in such a way that the drug test may proceed in accordance with these Regulations.

**Art. 17**  Any shortcomings in the practical organisation shall render the National Federation to which the organiser of the event is affiliated liable to a fine of SFr. 10,000.— maximum per offence. In events run over more than one day, the fine may be multiplied by the number of days for which the shortcoming persists.

The fine shall be imposed by the Disciplinary Commission.

**Art. 18**  Should shortcomings occur at any given event for two years running, the Management Committee may refuse to include that event on the International Calendar for a year.

Where a shortcoming occurs on the first occasion that an event is held after a one-year suspension, the event may again be suspended for a further year.

**Art. 19**  If, as the consequence of a shortcoming on the part of the National Federation to which the organiser of the event is affiliated, the Inspector appointed by the UCI Management Committee pursuant to Article 20 (2nd paragraph) should be unable properly to perform his function, the National Federation shall also pay his per diem and expenses.

**Antidoping Inspector**

**Art. 20**  The drug test shall be conducted under the supervision of an Antidoping Inspector.

The Antidoping Commission shall designate an Inspector for such events as it may decide upon (A list) as well as for record attempts. In an emergency, the Inspector shall be designated by the President of the UCI. The Antidoping Commission shall inform the National Federation to which the organiser of the event is affiliated of the appointment.

For all other events (B list), the inspector shall be appointed by the National Federation to which the organiser of the event is affiliated which may designate or accept as Inspector an agent of the authority in its country with jurisdiction in matters of drug abuse.

**Art. 21**  The Inspector shall perform all tasks required of him under the present Regulations, viz:
– organise the meeting referred to in Article 34 below;
– ensure that proper premises have been prepared;
– ensure that the organiser's National Federation has appointed an examining doctor and, if necessary, a nurse;

**UCI CYCLING REGULATIONS**

– ensure that all equipment complies with the provisions of the present Regulations;
– check the identity of riders presenting for the test;
– check on the persons present during the taking of samples;
– ensure that the bottles are numbered and distributed;
– ensure that all forms are properly filled out;
– ensure the required sealing;
– ensure that the boxes and forms are duly forwarded.

**Art. 22** The Inspector shall draw up a report on each test in which he shall either vouch for its compliance with these Regulations or recount any irregularities he may have noted.

Within 48 hours of the despatch of the samples this report shall be sent by registered mail to the Antidoping Commission for the events of the A list, and to the Antidoping Commission with a copy to the organiser's National Federation for the other events.

**The Examining Doctor**
**Art. 23** The National Federation to which the organiser of an event is affiliated shall appoint a doctor responsible for the conduct of the test and the taking of samples as specified in these Regulations.

The Race Doctor may not be appointed Examining Doctor for an event.

The National Federation to which the organiser of the event is affiliated shall **appoint a female nurse** to attend the women during the taking of samples.

(modification came into force on 3rd October 1999).

**Art. 24** The Examining Doctor may co-opt the assistance of another doctor or a nurse.

**Laboratories**
**Art. 25** The analysis of the samples taken for the purpose of the drug test shall be entrusted to a laboratory approved by the UCI Management Committee.

**Art. 26** The UCI Management Committee shall draw up a list of approved laboratories. That list shall be published in the "Information" bulletin.

Amendments to that list shall come into effect on being published in the UCI Information bulletin or in any other UCI communication.

**Art. 27** The laboratory entrusted with analysing samples shall be selected from among those on the list by the National Federation to which the organiser of the event is affiliated, **unless the UCI Antidoping Commission itself designates the laboratory.** In the case of World Championships, the laboratory shall be selected by the UCI Antidoping Commission.

(modification came into force on 3rd October 1999).

**Premises and Equipment**
**Art. 28** Appropriate premises shall be provided in the immediate vicinity of the place where the event finishes for the taking of urine samples. The place shall be clearly signposted from the finishing line.

Those premises shall be of sufficient size and shall comprise two parts (as indicated in the model in Annex 3 hereto - if applicable two parts could be used if one is not big enough):
– one part (anteroom) for preliminary formalities.
– the other (inner room) for the actual taking of samples.

If so required by the Inspector, the organiser shall designate someone to guard the entrance to the premises, admitting only such persons as are involved in the drug test.

The premises shall be equipped in such a way as to facilitate the conduct of the test. An indicative list of equipment is given in Annex 4 hereto.

**Art. 29** All the equipment required for the drug test shall be available in sufficient quantities.

**Art. 30** The fact that the test has been effected shall be certified by the form as given in Annex 5 hereto. A separate form shall be made out for each rider.

That form shall be filled out in quintuplicate comprising one original and four copies using a self-copying method (NCR paper), it being understood that items 5 to 9, 15, 16 and 19 shall not appear on the second, third and fourth copies.

The original shall be for the UCI.

The first copy shall be for the rider.

The second copy shall be sent to the organiser's National Federation.

The third copy shall be for the first analysis and the fourth copy shall be for the counter-analysis.

**Art. 31** The receptacles for taking the urine samples shall be transparent or translucent and have a minimum capacity of 150 cc. They shall be chemically pure and pre-wrapped individually.

**Art. 32** The bottles for holding the urine samples taken shall be transparent and have a minimum capacity of 50 cc. They shall be chemically pure, pre-wrapped individually and fitted with an inert stopper.

**Art. 33** The recipients, the bottles and the material for sealing the bottles and engraving the code on the bottles shall all comply with models approved by the UCI Antidoping Commission. The models in question are lodged with the UCI secretariat.

The recipients and bottles may differ from the approved models in shape only.



**UCI** CYCLING REGULATIONS

Any National Federation unable to obtain approved equipment may use other equipment provided that it has such equipment approved by the UCI Antidoping Commission beforehand and that the Commission, in giving its approval, especially note the suitability of the equipment for the conservation of urine.

Only the National Federation in question may avail itself of equipment for which such special approval has been given. The special approval shall expire after one year but may be renewed.

The use of non-regulation equipment shall result in the taking of the disciplinary measures referred to in Article 17 above, even if the result of the drug test was not influenced thereby.

# IV
## Chapter   THE TESTING PROCEDURE

**Art. 34**   § 1) On the eve of the event or, in the case of stage events - on the eve of the first stage, the Inspector shall convene a meeting with a representative of the organiser or his National Federation.

The premises referred to in Article 28 above shall then be inspected. In the case of stage events, the premises shall be inspected in advance whenever possible.

§ 2) The participants in the meeting shall then inspect the equipment necessary for the examination.

The equipment shall be kept by the Inspector.

**Art. 35**   Each rider to be tested shall report to the anteroom of the premises within 30 minutes of finishing the event or where applicable, 30 minutes after the end of the ceremonials if he participated therein.

A rider who drops out of the event shall report no later than 30 minutes after the arrival of the last rider placed.

Any rider who has to participate in another race on the same day may ask the Inspector within the above deadline to undergo the test after that other race. The Inspector shall decide whether the test shall be conducted immediately or after the other race. In the last case his decision shall be laid down in writing according to the form given in Annex 10. A copy shall be given to the rider or his team manager/team leader who shall acknowledge receipt by signing the original.

**Art. 36**   The rider may be accompanied by a person of his choice and an interpreter.

**Art. 37**   The rider, the person accompanying him and his interpreter may be subjected to a search (frisking) as they enter and leave the testing station.

**Art. 38**   The rider shall report to the Inspector who shall check his identity. In the presence of the Inspector, the rider shall then select a recipient and two bottles. The rider, or the Inspector with the rider's approval, shall engrave on each bottle by some tamper-free means a code in alphanumerical characters followed, in the case of the first bottle, by an A and, in the case of the second bottle, by a B.

Other systems of like quality may be used to mark the code on the bottles. Pre-marked bottles may also be used but the rider shall be entitled to add a code.

The Inspector shall then fill in items 1 to 10, and 12, 18 on the form and hand it to the Examining Doctor.

**Art. 39**   The rider shall remain in the anteroom until he is called into the inner room by the Examining Doctor who shall determine the order of taking the samples.

If the rider leaves the room before the sample is taken, he shall be considered positive.

The taking of the sample may not be delayed awaiting the arrival of the rider's assistant or interpreter.

**Art. 40**   The rider shall strip down to knee level.

The Examining Doctor shall ensure that the rider produces at least 75 cc of urine. Should the rider fail to produce that quantity, the Doctor shall keep him in sight until he does. The partially filled bottle will be sealed, and another bottle will be used for the rest.

The Examining Doctor shall take all measures necessary to avoid fraud and may, to this end, subject the rider to a physical examination.

Should the Examining Doctor dismiss a rider or terminate the test before all the riders have been tested, those thus dismissed shall be deemed to have been negative.

**Art. 41**   The urine shall be collected directly in the recipient. Then about 2/3 of the quantity shall be poured into the bottle marked A and the remaining 1/3 into that marked B.

**Art. 42**   The Inspector, in the presence of the Examining Doctor, shall stop up each flask and then seal it around with sealing wax and apply the UCI seal.

For safety in transit, each flask shall be placed in a hard plastic tube, or in a carton, or any other similar system.

These operations may be replaced by the use of an integrate packing and sealing system approved by the UCI.

All of the operations to be performed pursuant to Articles 41 and 42 shall be performed in the presence of the rider.

**Art. 43**   §1 The Examining Doctor shall fill out items 11 (possibly 13), 14 and 17 on the form.

If the rider has any comments to add, he shall note them – or have them noted by the Examining Doctor – on the form.

The form shall then be signed by the rider and the Examining Doctor. Should the rider refuse to sign, a note to this effect shall be added by the Examining Doctor.

The rider shall, by appending his signature, confirm that, subject to any comments as referred to in the second paragraph of this Article, the test was conducted in accordance with these Regulations hence obviating the possibility of any subsequent complaint.

**§2**

1. The rider must indicate on the form any drugs or method listed on the list of classes of doping substances and methods which he has taken or used but which may not be taken into consideration under the medical conditions specified in the same list.

2. Should he fail to do so the rider, except when he is a member of a TTI or TTII shall be subject to a fine of between SFr. 300.– and SFr. 8,000.– for the elite category and between SFr. 50.– and SFr. 3,000.– for the other categories.

   Should the rider be charged with doping, this fine will be imposed by the competent body of the national federation or the TAS, even if the charge of doping is subsequently dropped. If the rider is found guilty of doping then the fine shall be applied in addition to the penalties for doping. The UCI may lodge an appeal with the UCI Disciplinary Commission against the decision taken by the competent body of the national federation; such an appeal shall be restricted to the fine applied under this paragraph.

   Should the rider not subsequently be charged with doping the fine shall be imposed in accordance with articles 12.2.013 to 12.2.21 of the Cycling Regulations.

   (modification came into force on 3rd October 1999).

3. In order to appreciate whether the medical conditions are answered in the case of a rider who is a member of a TTI or TTII, only the substances or treatments registered in the health record booklet shall be taken into consideration. If the conditions are not answered according to the entries in the health record booklet, the rider is declared positive.

   (amendment applies to substances taken or treatments prescribed as from 1st March 2000).

**Art. 44**  The rider shall then return to the anteroom where the form shall be countersigned by the Inspector.

The Inspector shall then separate the copies of the form, handing the first carbon copy to the rider who shall acknowledge receipt of it by signing the top copy (original) to that effect.

**Art. 45**  Once all the samples have been taken, the Inspector, in the presence of the Examining Doctor, shall, taking all due care to ensure that the bottles do not break, place all the tubes containing the bottles in a box or other form of packaging.

**Art. 46**  The Inspector shall place the third and fourth copies of the forms in an envelope which he shall seal.

The Inspector shall place the envelope in the box with the bottles and shall close the box.

**Art. 47**  The Inspector shall personally ensure that the box be sent to the laboratory selected to perform the analyses. He shall choose the surest and most rapid form of transport. He shall, in his report, mention the time of despatch and method of conveyance chosen.

If so requested by the Inspector, the organiser shall make available to him a car and a chauffeur for the purpose of conveying the bottles either directly to the laboratory or to the selected carrier (rail, air, ...).

The Inspector shall have the courier sign a Conveyance Note by way of receipt, the various copies of which shall be signed and sent as shown in Annex 6 hereto.

**Art. 48**  In case of a test after a world record attempt the Inspector shall send the bottles to the Antidoping Commission of the UCI who shall forward them to the approved laboratory of its choice.

**Art. 49**  The Inspector shall send the originals of the forms to the UCI in a closed envelope.

The Inspector shall send the second copy of the forms to the National Federation of the organiser.

# V

**Chapter  DEFAULT AND FRAUDE**

**Art. 50**  Save in the case of an act of God, any rider not presenting for the test within the deadline set in Article 35 shall be considered positive.

The Inspector shall refuse to test a rider presenting after the expiry of the deadline.

**Art. 51**  A rider refusing to give a sample shall be considered positive.

**Art. 52**  A rider committing a fraud or attempted fraud and especially a rider that uses, tries to use or is found in possession of ways of influencing the result of the analysis shall be liable to the penalties provided for in Article 91 below.

The rider in question shall, nevertheless, have to submit to the drug test. The result of the analysis will be taken into consideration only if the accusation of fraud is dropped.

**Art. 53**  The Inspector and/or the Examining Doctor shall draw up a detailed report of the facts referred to in Articles 39 (2nd paragraph), 50, 51 and 52 above.

The "No-Show" Report shall be drawn up as shown in Annex 7.

The Inspector and/or the Examining Doctor shall note the identity of witnesses. Eye-witness accounts may be included in the report and shall be countersigned by the witnesses.

The Drug-Test or "No-Show" report shall be sent to the UCI and the National Federation of the rider which shall then forward a copy to the rider within two working days, summoning him to attend the procedure referred to in Articles 69 et seq. below.

**Art. 54** § 1) Any license-holder (rider, coach, team manager, attendant, mechanic, etc.) who contributes directly or indirectly to drugging a rider or who, on the occasion of a race or training session, impedes the smooth conduct of the drug test or is found in possession of doping agents or means for influencing the result of an analysis, shall be liable to the penalties provided for in Article 93 below.

The facts will be examined and disciplinary measures handed down by the National Federation of the license-holder on the strength of a complaint brought by anyone concerned. All commissaires, drug test Inspectors and Examining Doctors shall be obliged to prepare a report on any facts that they may observe and to send that report to the National Federation of the license-holder concerned. The license-holder's National Federation shall then immediately summon the license-holder to appear and the facts shall be judged pursuant to Articles 69 to 89 below.

The deadline set in Article 82 below shall commence from the date the complaint or the report was sent to the National Federation of the license-holder in question.

§ 2) Should the facts have been committed by a doctor, the National Federation of his country shall take against him such measures as are provided for such cases in the country in question.

The UCI Antidoping Commission may bar that doctor from attending any cycling event. It may also forbid any National Federation, club or Trade Team to call on his services on pain of a fine of between SFr. 1,000.-- and SFr. 10,000.-- per offence to be imposed by the Disciplinary Commission.

# VI
## Chapter  ANALYSIS AND COUNTER-ANALYSIS

**Sample analysis**

**Art. 55** On receiving the samples, the laboratory shall note the time and date of reception and the appearance of the parcel. It shall fill out and sign the acknowledgment of receipt referred to in Annex 6. It shall then, as rapidly as possible, have the content of each rider's bottle A examined while immediately taking all measures necessary for the preservation of bottle B.

On request from the Antidoping Commission part of the A sample may be analysed in a second laboratory which shall submit its report to the first labo-

ratory. **The report by the first laboratory shall indicate the procedures for packaging, transporting and opening the part sample. Additional expenses arising from the application of this provision shall be chargeable to the UCI.**

(modification came into force on 3rd October 1999).

**Art. 56** The laboratory shall draw up a report in triplicate on each bottle the contents of which were found to be positive. This report shall include:
1) the date and time the box of bottles was received and the state of the box on receipt;
2) items 1 to 4 on the form accompanying the bottle;
3) the code number on the bottle, description of the external appearance of the bottle and of the seals thereon and of the state of those seals;
4) details of the nature, volume, pH and density of the liquid examined;
5) method of analysis used;
6) the results and findings, accompanied by a full report (including copies of the chromatographs and mass spectrograms if any).

**Art. 57** One copy of the laboratory report shall be filed in chronological order and kept by the laboratory for 18 months.

Bottles containing positive samples shall be kept by the laboratory for 2 months after the report on the positive result of the first analysis has been sent to the UCI.

In the event of a dispute, the laboratory shall preserve the bottles at the request and expense of the more diligent party until a final decision be reached.

**Communication of the results of the analysis**

**Art. 58** The laboratory shall send the UCI two copies of the report referred to in Article 56 above.

**Art. 59** On receiving the analysis report, the UCI shall verify that it concerns drug abuse according to the UCI list of classes of doping agents and methods.

Should the UCI deem the result positive, it shall inform the National Federation of the rider to that effect. The UCI shall send the Federation a copy of the analysis report and advise it of the name and date of the event in question. The National Federation shall immediately implement the procedure provided for in Articles 60 et seq. below.

Should the UCI consider that the result is negative, the matter shall be closed and no further action taken.

**Art. 60** The National Federation of the rider shall, within two working days, send a copy of the communication of the positive result to the rider concerned. It shall at the same time inform the UCI that this has been done.

**Art. 61** The communication to the National Federation of the rider referred to in Article 59 above and the communication to the rider referred tod in Article 60 above, shall be confirmed at the same time by registered mail with recorded delivery.



All communications shall be validly made when sent to the address of the rider which was last made known to the National Federation.

**Counter-analysis**

**Art. 62   A rider, once found positive after the first analysis, and/or his National Federation shall be entitled to demand a counter-analysis.**

**The request for a counter-analysis shall be made directly to the laboratory by the rider's National Federation, either on its own initiative or at the request of the rider. A copy of the request for a counter-analysis must be sent to the UCI at the same time.**

**In the absence of any such demand, a counter-analysis may be demanded by the UCI Antidoping Commission.**

(modification came into force on 3rd October 1999).

**Art. 63   The counter-analysis shall be conducted by the laboratory that conducted the first analysis.**

**However, for reasons which shall be stated, the UCI Antidoping Commission may decide that the counter-analysis shall be carried out by another laboratory which it shall designate.**

**The counter-analysis may be carried out by two laboratories in accordance with the provisions of the second paragraph of article 55. Should the first analysis carried out in this fashion have shown that the positive result can be verified in the second laboratory, the counter-analysis shall only be valid if carried out in this laboratory.**

(modification came into force on 3rd October 1999).

**Art. 64**   To be acceptable, the request for the counter-analysis **by the National Federation** shall be sent to the laboratory no more than five working days after reception of the registered letter sent to the National Federation of the rider informing it of the positive result.

(modification came into force on 3rd October 1999).

**Art. 65**   The National Federation of the rider is liable for the costs of the counter-analysis.

The National Federation of the rider may be liable for the filing of a request for a counter-analysis depend on payment by the rider of a guarantee the amount of which shall not exceed SFr. 500.

**Art. 66**   The counter-analysis may be attended by the rider, an expert designated by him or by his National Federation, a representative his National Federation and a representative of the UCI. The parties

---

involved shall make contact as the time of the counter-analysis. The counter-analysis shall take place within ten working days of the request referred to in Article 63. Any difficulty in this respect shall be submitted to the Antidoping Commission.

No party may plead inability to attend the counter-analysis on the set date.

**Art. 67**   The laboratory shall, for each counter-analysis prepare the report referred to in Article 56 above.

The laboratory shall send two copies of that counter-analysis report to the UCI.

**Art. 68**   Should the UCI consider that the result of the counter-analysis does not confirm the positive result of the first analysis, the matter shall be closed and no further action taken.

Should the UCI consider that the result of the counter-analysis does indeed confirm the result of the first analysis, it shall inform the National Federation of the rider which shall immediately implement the procedure provided for under Articles 69 et seq.

# VII
## Chapter   RIGHT OF DEFENCE - APPEAL

**Art. 69**   Should the rider not have requested a counter-analysis within the deadline or should the result of the counter-analysis also be positive, the National Federation of the rider shall summon the rider to come and present his explanations and arguments.

This summons shall be sent to the rider by registered letter with the announcement of the positive result of the counter-analysis. If no counter-analysis was requested within the deadline, the summons shall be sent within 2 days of the expiry of that deadline.

The rider or license-holder may waive the right to be heard in which case the investigation shall be conducted in writing.

**Art. 70**   The summons shall be sent 10 days at least before the hearing at which the rider or the license-holder is to appear. The summons shall, at the same time, be sent to the UCI.

The summons shall indicate the date, time and place of the hearing. If need be, it shall mention the facts referred to in Articles 50 to 54 above, of which the person summoned is accused.

The hearing may be postponed once only and then by not more than 8 days, save some act of God which shall be proven by the person concerned.

**Art. 71**   The rider or the license-holder shall be questioned and the matter shall be investigated by the competent body pursuant to the regulations of the National Federation of the rider or the license-holder under investigation.

**UCI CYCLING REGULATIONS**

**Art. 72** Evidence shall also be taken from the National Federation to which the organiser is affiliated, the laboratory having undertaken the analysis(es), the Inspector, the Examining Doctor and any witnesses and experts should they or any of the parties to the case so request.

The party to the case requesting that such evidence be heard shall be directly responsible for summoning such persons and shall, at the same time, inform the other parties and the competent body.

**Art. 73** The UCI may give its opinion in each case and - either in writing or through its presence at the hearing - demand the imposition of a penalty.

It may require that it be furnished with a copy of the complete file, including the record of the proceedings and the items of evidence lodged by the parties.

**Art. 74** The parties shall immediately furnish one another with all the pleaders and items of evidence that they intend to present. At the same time they shall send a copy to UCI.

**Art. 75** The defendant shall be entitled to take cognisance of the case file. Each party may obtain a copy thereof at his/its own expense.

Moreover, the file shall be available for consultation during the hearing.

**Art. 76** The hearing shall be public, unless otherwise requested by the rider or the license-holder.

The Chairman of the competent body may also, ex officio, ban the public from the room during all or part of the session in the interest of public order or when respect for privacy or medical secrecy so justifies.

**Art. 77** Each party shall be entitled to be represented by a barrister or by a representative bearing a special written power-of-attorney and may also be accompanied by any other person desired .

Each party shall be heard as well as any witnesses and experts summoned. The rider or license-holder shall be entitled to the last word.

Should a summoned party fail to appear, the case shall proceed in absentia. The decision shall be deemed to have been adopted after hearing all parties.

**Art. 78** The decision shall include mention of the parties summoned or heard and shall contain a brief summary of the proceedings.

It shall mention the name of the persons having deliberated the matter and be signed by them. The decision shall be dated and the grounds stated.

It shall, if need be, bear mention of the forbidden substances or methods in respect of which the rider was declared positive.

It shall indicate the sentence to be handed down on the rider or licence-holder.

**Art. 79** Unless especially indicated in the decision, stating the grounds, each party shall bear the expenses that it incurs.

Nevertheless, if the rider is found guilty of drug abuse, he shall bear the cost of the counter-analysis, his National Federation being jointly liable for that payment.

If the defendant is acquitted, any guarantee which he would have paid shall be reimbursed and the cost of the counter-analysis shall be borne by another party designated in the decision.

**Art. 80** Copies of the complete decision shall be sent to the rider or licence-holder, to the National Federation to which the organiser is affiliated and to the UCI. These copies shall be sent by registered letter with recorded delivery within three working days of the date of the decision.

**Art. 81** The decision, once taken by the competent body of the National Federation of the rider or the licence-holders concerned, may not be appealed before any other body (appeal or higher court) within that same Federation unless the legislation of the country in question so requires.

In the latter case, the rider or licence-holder may waive his right to appear before that appeal body and bring his appeal directly with the Court of Arbitration for Sport (CAS).

If, in the same case, it should not be possible for the UCI to appear as appellant before that appeal body, it shall be entitled immediately to enter its appeal directly with CAS.

**Art. 82** The proceedings before the competent body of the National Federation of the rider or licence-holder shall have ended within one month of reception of the communication of the positive result of the analysis referred to in Article 59 above or of the report or complaint referred to in Articles 53 and 54. If national legislation requires a mandatory appeal to a higher authority within the National Federation and the defendant has entered such appeal, the period shall be extended to two months.

The deadlines shall be extended by the amount of time that elapses between the date on which the request for the counter-analysis or any other examination provided for by the present Regulations is sent to the laboratory and the date on which the laboratory issues the results of the counter-analysis or such examination.

If there is no final decision within the deadlines the defendant shall be automatically suspended until the date of the decision, unless an extension of period is granted by the Antidoping Commission.

**Art. 83** Should an element likely to modify the final decision handed down by the National Federation of the rider or licence-holder come to light after that decision has been pronounced, the party concerned shall be entitled to request the reopening of the case before the National Federation, except if that new element be such that it may be introduced in any proceedings that might be pending before the CAS.

The new element shall have occurred before the final decision was handed down and the party presenting it shall prove that he/it could not have found out about it at the hearing preceding the final decision at the very latest.

On pain of debarment, the reopening of a case shall be requested within one month of the time that the new element was discovered. The burden of proof as to when that discovery was made shall lie with the party invoking the new element.

**Art. 84** The person sentenced and the UCI may enter an appeal against the decision before the National Federation of the rider or license-holder by taking the matter to arbitration before an arbitration tribunal constituted in accordance with the statutes and regulations of the CAS in Lausanne.

No other recourse shall be permitted.

**Art. 85** Any appeal brought by the person sentenced shall be against the National Federation who sanctioned him.

The National Federation shall send immediately to UCI a copy of the appeal statement and of any other statement filed with CAS.

The UCI shall be entitled to intervene in the procedure before the CAS and require that a penalty be imposed.

**Art. 86** On pain of being declared unacceptable, the declaration of appeal of the person sentenced shall be lodged with the CAS within a period of one month from reception of the decision taken by the appellant, subject to article 94.

On pain of being declared unacceptable, the declaration of appeal of the UCI shall be lodged with the CAS within a period of one month from reception of the file of the competent body of the National Federation.  If UCI has not asked the file within ten days from reception of the decision, the term of appeal shall expire one month from reception of the decision.

**Art. 87** An appeal to the CAS by the person sentenced shall not stay execution of the decision but shall not affect his right to petition the CAS for a stay of enforcement.

**Art. 88** The TAS shall take cognizance of the case in its entirety, unless otherwise determined in the present Regulators. Its decision shall not be open to appeal and shall be binding on all parties.

**Art. 89** The CAS may decide to increase the sentence passed on the appellant at the request of another party.

If the respondent files a cross appeal in his answer, the appellant shall be entitled to answer the cross appeal within a term of one month from the receipt of the answer of the respondent, subject to an extension of term granted by CAS.  If the respondent is the person sentenced, he shall have the right to file a final statement within fifteen days from the receipt of the appellant's answer to the cross appeal, subject to an extension of term granted by CAS.

# VIII
## Chapter DISCIPLINARY MEASURES

**Art. 90** § 1) A rider declared or considered to be positive shall be disciplined as follows:

**1) Elite**
**MEN**
1st offence:
- disqualification + suspension for six months minimum to one year maximum,
- fine of SFr. 2,000.— minimum to SFr. 4,000.— maximum.

2nd offence:
- disqualification + suspension for one year minimum to two years maximum,
- fine of SFr. 4,000.— minimum to SFr. 6,000.— maximum.

3rd offence:
- disqualification + permanent debarment,
- a fine of SFr. 8,000.—.

**WOMEN**
1st offence:
- disqualification + suspension for six months minimum to one year maximum,
- fine of SFr. 1,000.— minimum to SFr. 2,000.— maximum.

2nd offence:
- disqualification + suspension for one year minimum to two years maximum,
- fine of SFr. 3,000.— minimum to SFr. 5,000.— maximum.

3rd offence:
- disqualification + permanent debarment,
- a fine of SFr. 8,000.—.

**2) Under 23**
1st offence:
- disqualification + suspension for six months minimum to one year maximum,
- fine of SFr. 500.— minimum to SFr. 1,000.— maximum.

2nd offence:
- disqualification + suspension for one year minimum to two years maximum,
- fine of SFr. 1,500.— minimum to SFr. 3,000.— maximum.

3rd offence:
- disqualification + permanent debarment,
- a fine of SFr. 8,000.—.




**UCI** CYCLING REGULATIONS

**3) Other riders**

1st offence:
- disqualification + suspension for six months minimum to one year maximum.

2nd offence:
- disqualification + suspension for one year minimum to two years maximum.

3rd offence:
- disqualification + permanent debarment.

§ 2) If a rider is found positive with respect to one of the substances in the special section on the list of doping agents referred to in Article 3 (3rd paragraph) above, the following disciplinary measures shall apply:

**1) Elite**

**MEN**

1st offence:
- disqualification + suspension for three months maximum.
- fine of SFr. 2,000.– minimum to SFr. 4,000.– maximum.

2nd offence:
- disqualification + suspension for six months minimum to one year maximum.
- fine of SFr. 4,000.– minimum to SFr. 6,000.– maximum.

3rd offence:
- disqualification + permanent debarment.
- fine of SFr. 8,000.– .

**WOMEN**

1st offence:
- disqualification + suspension for three months maximum.
- fine of SFr. 1,000.– minimum to SFr. 2,000.– maximum.

2nd offence:
- disqualification + suspension for six months minimum to one year maximum.
- fine of SFr. 2,000.– minimum to SFr. 5,000.– maximum.

3rd offence:
- disqualification + permanent debarment.
- a fine of SFr. 8,000.– .

**2) Under 23**

1st offence:
- disqualification + suspension for three months maximum.
- fine of SFr. 500.– minimum to SFr. 1,000.– maximum.

---

**UCI** CYCLING REGULATIONS

2nd offence:
- disqualification + suspension for six months minimum to one year maximum.
- fine of SFr. 1,500.– minimum to SFr. 3,000.– maximum.

3rd offence:
- disqualification + permanent debarment.
- a fine of SFr. 8,000.– .

**3) Other riders**

1st offence:
- disqualification + suspension for three months maximum.

2nd offence:
- disqualification + suspension for six months minimum to one year maximum.

3rd offence:
- disqualification + permanent debarment.

**4) Provisions which apply to all categories**

**a)** If the offence has occured during a stage race, a mere warning may be given if the following requirements are satisfied:
- **the offence is a first offence**
- **it may be admitted that the offence was due to a simple inattention.**

**If the present clause is applied, disqualification does not operate automatically. If no disqualification is imposed, the time of the rider in the stage at the end of which he was found positive, is increased with 1% and all classifications are adjusted accordingly. The rider forfeits all prices which he won during that stage.**

**b)** If, in the case of a second offence, either the first offence or the second offence be an offence referred to in this section, the duration of the suspension to be handed down with respect to the second offence shall be determined according to Article 90, § 1.

(modification came into force on 3rd October 1999).

§ 3) If a rider is found positive for the same substance or the same method several times over a brief lapse of time and if it is decided that these positive results may have resulted from a single act of drug abuse, the cases shall be taken together and only one period of suspension and one fine shall be handed down. All of these positive results shall be considered a single offence for the purposes of Article 92. Conversely, the disqualification shall be applied to all races run, from the first to the last, on completion of which the rider is found positive.

§ 4) (deleted)

**Art. 91** Fraud or attempted fraud by a rider shall be penalised as follows:

**1) Elite**

MEN

1st offence:
- disqualification + suspension of six months minimum and two years maximum,
- fine of SFr.15,000.–.

2nd offence:
- disqualification + one year's suspension minimum to permanent debarment,
- fine of SFr. 20,000.–.

WOMEN

1st offence:
- disqualification + suspension of six months minimum and two years maximum,
- fine of SFr. 8,000.–.

2nd offence:
- disqualification + one year's suspension minimum to permanent debarment,
- fine of SFr. 12,000.–.

**2) Under 23**

1st offence:
- disqualification + suspension of six months minimum and two years maximum,
- fine of SFr. 1,500.–.

2nd offence:
- disqualification + one year's suspension minimum to permanent debarment,
- fine of SFr. 3,000.–.

**3) Other riders**

1st offence:
- disqualification + suspension of six months minimum and two years maximum.

2nd offence:
- disqualification + one year's suspension minimum to permanent debarment.

As, in such cases, the result of the analysis is not taken into consideration, no separate penalty shall be imposed for drug abuse.

**Art. 92** A first offence, pursuant to Articles 90 and 91, shall be deemed to be that committed after a three-year offence-free period where an offence be understood as a positive result, a fraud or an attempted fraud.

A second offence shall be deemed to be that committed within a three-year period following the first.

A third offence shall be any offence committed after two other offences, regardless of the period that may have elapsed between them.

The three-year period shall not run during the time that the rider is suspended and cannot ride.

The date of the offence shall be the date of the drug test.

**Art. 93** § 1) Any license-holder who is directly or indirectly accessory to the doping of a rider or who hinders the proper conduct of the drug test or who, on the occasion of an event or training session, is found to be in possession of doping agents or methods that could influence the results of the analysis, shall be punished as follows:

1st offence:
- fine of SFr. 3,000.– and six months' effective suspension;

2nd offence:
- fine of SFr. 6,000.– and permanent debarment.

Determination as to whether an offence is a 1st or 2nd offence shall be made according to Article 92 above.

§ 2) Regardless of the provisions governing Default and Fraud, any rider evading the surveillance of his escort shall be subject to a fine of SFr. 3,000.–.

**Art. 94** § 1) If the defendant is found guilty, disqualification operates automatically, also when it is not pronounced in the decision.

If the defendant is found guilty and no fine or a fine under the minimum is imposed in the decision, the minimum fine shall be imposed and be due automatically, subject to the right of appeal with CAS.

If the defendant is found guilty and no suspension or a suspension under the minimum is imposed in the decision, the minimum suspension shall be imposed automatically, subject to the right of appeal with CAS. The UCI shall inform the defendant thereof, in which case the term of appeal or for applying probation starts from the date of that communication.

If the fine or the suspension pronounced exceeds the maximum set by the present Regulations, it is automatically reduced to that maximum, subject to the right of appeal with CAS.

§ 2) The suspension becomes effective from the day after the date of the decision.

To the term of suspension imposed by the decision shall be added the period of normal inactivity of the rider concerned as follows:
1. if the term of suspension imposed includes the first day of the period of normal inactivity,

**UCI** CYCLING REGULATIONS

the term of suspension is extended with the term of the period of normal inactivity.

2. If the term of suspension imposed becomes effective during the period of normal inactivity, the term of suspension is extended with the period of time between the starting date of the suspension and the end of the period of normal inactivity.

The period of normal inactivity is determined as follows:
1. for a rider whose principal activity is road cycling, from November 1st till January 31;
2. for a rider whose principal activity is mountain biking, from November 1st till January 31;
3. for a rider whose principal activity is cyclo-cross, from March 1st till September 30;
4. for a rider whose principal activity is bmx, from November 1st till February 28.

The Antidoping Commission shall determine which is the principal activity of the rider. It shall also determine the period of normal inactivity in specific cases, e.g. for riders who usually take part in cycling events in the southern hemisphere.

Unless evidence to the contrary is provided, members of a trade team of road cycling or mountain biking are presumed to have a principal activity of road cycling or mountain biking respectively.

If an extension applies, the Antidoping Commission shall inform the defendant thereof. In such case the time-limit for appeal with CAS or for applying probation shall be one month from the communication.

In case of appeal, CAS shall indicate the starting and ending date of the period of suspension, taking into account the period of normal inactivity of the rider or licence holder, so that the suspension shall be effective in all matters sporting. To that end the final period of suspension may exceed the maximum periods referred to in article 90 to 93.

**§ 3) If the decision of the competent body of the national federation becomes definitive, then the Antidoping Commission may decide that any inactivity imposed on the rider by his employer or team as a result of the doping offence in question shall be deducted from the period of suspension imposed under the decision. In the event of an appeal, such a deduction may be made by the TAS.**

(modification came into force on 3rd October 1999).

**Art. 95   § 1)** The President of the Antidoping Commission or a member appointed by the President can grant probation for suspensions imposed by the competent body of the National Federation.

The probation shall not be granted for more than half the period of suspension.

The person sentenced shall file a petition, containing its grounds, with the President of the Antidoping Commission by registered letter sent in a period of one month from reception of the decision of the competent body.

---

**UCI** CYCLING REGULATIONS

By filing such petition the person sentenced renounces his right to appeal to CAS or any other recourse against the decision of the competent body of the National Federation.

The decision is to discretion of the President of the Antidoping Commission and shall not be open to appeal. The person sentenced shall not have to be heard.

The beneficiary of a probation shall undergo the suspended sanction if he is sanctioned for another offence committed within three years from the former offence and in addition to the sanction for that other offence.

**§ 2)** In case of an appeal to CAS by the person sentenced, a probation may also be granted by CAS under the conditions of paragraph 1.

**Art. 96**   The place(s) of any disqualified rider(s) shall be taken by that/those next placed in such a way that all places always be filled.

In track races, the disqualification of a rider found or considered positive shall in no way affect the order of placing.

**Art. 97**   Should a rider be found or considered to be positive at the end of a team race or if he has committed a fraud during the drug test following the race, the whole team shall be disqualified.

Nevertheless, during a team event in a stage event, the team shall be relegated to the last place in the stage with its real time and a 10-minute penalization in the general team classification.

**Art. 97 bis**   Definitive sanctions and the name of the person sanctioned shall be published in the UCI information bulletin.

# IX
## Chapter   WORLD CHAMPIONSHIPS

**Art. 98**   The special provisions below shall apply to the administration of the drug test at World Championships.

**Art. 99**   The UCI shall provide all the equipment required for the drug tests as well as the relevant forms.

The meeting referred to in Article 34 shall take place at least 48 hours prior to the first event.

The inspector's report referred to in Article 22 and the original forms referred to in Article 49 shall be delivered to the Antidoping Commission.

**Art. 100**   The Management Committee shall appoint the Official UCI Doctor from among the members of the UCI Antidoping Commission or the UCI Medical Commission or else some other doctor proposed by the Antidoping Commission.

**UCI CYCLING REGULATIONS**

**Art. 101** The Antidoping Commission shall:
- to contact the organising National Federation and request a plan of the testing premises and all the equipment necessary for the test.
- to contact the laboratory designated to perform the analyses and settled with it the manner in which the reception of the samples is to be confirmed, the method of analysis to be used, the time limits for communicating the results and counter-analysis procedure.
- to organise the procedure for communications between the laboratory and the Official Doctor during the Championships.

In such a way as to ensure that all of the above details shall have been settled three months before the start of the Championships.

**Art. 102** The Official Doctor shall be the only person to be in contact with the laboratory and to receive the results.

**Art. 103** The laboratory shall communicate the results of the first analyses to the Official UCI Doctor as soon as possible. It shall, moreover, send its report by the agreed method as soon as possible.

**Art. 104** The Official Doctor shall immediately inform a rider or, when impossible, his team manager if he has been found positive.

The UCI Official Doctor shall automatically ask for the counter-analysis which he may attend.

**Art. 105** The result of the counter-analysis and the laboratory report shall be communicated to the Official UCI Doctor in accordance with the provisions of Article 103 above.

The Official Doctor confirms whether the result is positive and informs the rider, the Appeals Board and the National Federation of the rider and sends them a copy of the counter-analysis report.

The communication to the National Federation of the rider may be made to that Federation's delegation present at the Championships.

The National Federation of the rider shall immediately implement the procedure provided for in articles 69 to 89.

**Art. 106** Once the Appeals Board takes cognizance of a positive counter-analysis result or of a report concerning the acts referred to in Articles 50 to 53 above, it shall summon the rider and, after interviewing him, disqualify him from the race with the approval of the Chairman or some other member of the UCI Antidoping Commission.

In this case, where the event in question is a team event, the entire team shall be disqualified.

That disqualification shall be provisional and aimed at preserving the sporting nature of the Championships and shall not influence the final decision. It shall not provide grounds for a complaint if the rider is acquitted.



**UCI CYCLING REGULATIONS**

**Art. 107** Should it not be possible for the results of the analysis to reach the Official UCI Doctor in time for the end of the Championships, they shall be communicated to the UCI which will forward them to the National Federation of the rider. That National Federation shall then summon the rider and proceed as indicated in Articles 69 et seq.

**X Chapter** **STAGE EVENTS SIX-DAYS EVENTS**

**Stage events**

**Art. 108** In stage events where a drug test has to be conducted under the terms of Article 8 of the present Regulations, a test shall be conducted after each daily stage unless other instructions are given by the Antidoping Commission. If more than one event be run on any given day, the riders designated for the drug test in each event shall all be tested at the end of the last event.

**Art. 109** Should the laboratory be able to provide the Inspector with its analysis report by the eve of the last stage at latest, the special provisions below shall apply.

In all other cases, and whenever the special provisions below cannot be applied, the general provisions of these Regulations shall apply.

**Art. 110** The laboratory shall send its analysis reports to the Inspector as soon as possible.

Once he has verified whether a case of drug abuse in accordance with the UCI list of classes of doping agents and methods is involved, the Inspector shall warn the rider in question of the positive result of the first analysis. The Chief Commissaire shall listen to the rider's explanations. The rider shall confirm that he has been duly warned and heard using the form in Annex 8 hereto.

Should the rider not request the counter-analysis within the deadline set in Article 111 below, he shall be disqualified automatically.

**Art. 111** The application containing the request for a counter-analysis shall be submitted to the Inspector in writing within the three hours following the warning referred to in Article 110 above.

The rider shall be given a receipt certifying the time at which the request was entered.

**Art. 112** The counter-analysis may be postponed for not more than four days beyond the request therefore, in order to permit the presence of the persons referred to in Article 66 above

**Art. 113** The Inspector shall lodge the report on the counter-analysis with the Chief Commissaire.

The Chief Commissaire, upon taking cognizance of a positive result after a counter-analysis or of a report concerning acts as referred to in Articles 50 to 53 above, shall summon the rider and, after interviewing him, disqualify him from the race with the approval of the Chairman or some other member of the UCI Antidoping Commission.



**UCI CYCLING REGULATIONS**

In this case and where the event is a team event, Article 97 (2nd paragraph), shall apply.

That disqualification shall be provisional and aimed at preserving the sporting nature of the event and shall not influence the final decision. It shall not provide grounds for a complaint if the rider is acquitted.

**Six-Day Events**

**Art. 114** Articles 109 to 113 shall apply equally to Six-Day events.

However the drug tests shall be conducted over no more than two days.

# XI
## Chapter    OUT-OF-COMPETITION TESTS

**Art. 115** Riders shall also submit to UCI out-of-competitions tests.

**Art. 116** By out-of-competition tests is meant all drug tests conducted other than those conducted after an event as provided for in Chapter II above.

Out-of-competition tests may, for example, be conducted:
- during stage events or World Championships on rest days or before the start of a stage.
- after an event where the test was not mandatory pursuant to Article 8,
- during training, especially outside the season for the discipline.

**Art. 117** The UCI Antidoping Commission shall determine the place and time at which tests will be undertaken as well as the choice of riders to be tested.

The Doctors and Inspectors for the drug test shall be designated by the Antidoping Commission.

The Doctors and Inspectors shall be assigned their tasks by means of a letter of appointment.

The antidoping commission can have the out-of-competition tests conducted by a specialized institute or firm. The tasks of the doctor and of the antidoping inspector shall be carried out by the persons designated by that institute or firm, unless the antidoping commission decides otherwise.

**Art. 118** UCI representatives, the Doctor and the Inspector may appear without prior warning wheresoever they expect to be able to find the rider.

**Art. 119** The Inspector shall inform the rider of the place and time of the drug test, either in person or, for stage events and World Championships, through the intermediary of his team leader or team manager, by means of the form given in Annex 10 to these Regulations. The rider, his team leader or his team manager shall sign the copy of the notification as proof of reception.

The convening period shall be set by the Inspector according to the circumstances. Save in special circumstances, the tests shall be performed within one hour of notification.

**Art. 120** The Inspector and the Doctor shall present their identity cards or letters of appointment from the Antidoping Commission.

**Art. 121** The drug test shall proceed according to Articles 37 to 49 and as discreetly as possible. The provisions concerning the premises shall not apply.

**Art. 122** Any rider not presenting within the indicated period, shall be considered as having refused to submit to the test. He shall consequently be declared positive.

Any rider refusing to provide a sample of urine shall be declared positive.

**Art. 123** The substances forbidden at out-of-competition tests shall be those contained in a special section of the list of classes of doping agents and doping methods.

The laboratory shall send its analysis report to the UCI which shall, where appropriate, inform the National Federation of the rider of the positive result and the National Federation shall proceed pursuant to Articles 60 et seq. above.

**Art. 124** Disciplinary action shall be taken in accordance with the provisions of Chapter VIII.

During stage events, any rider who, having been tested, continues riding shall be punished as if he had been positive during the stage following the test.

The cost of out-of-competition tests shall be met by the UCI. However, should a rider be disciplined as the result of such a test, he shall bear the costs.

**Art. 125** During stage events and World Championships, the team leader or the team manager shall always be able to indicate the place where riders are to be found so that they may be contacted as rapidly as possible.

Team leaders and/or team managers who provide incorrect information, who refuse to provide information at all or who hinder the proper conduct of the drug test in any way shall be liable to the disciplinary measures in Article 93.

# XII
## Chapter    ABUSE OF MEDICINAL DRUGS

**Art. 126** The UCI Antidoping Commission shall examine cases where there are indications of an abusive use of medicinal drugs by a rider. The Antidoping Commission may take evidence on and investigate all parties concerned or involved in the matters brought to its notice. It shall recommend and admonish.

**Art. 127** Should the Antidoping Commission consider that there are grounds for suspending a person involved in a case of abusive use of medicinal drugs, it shall forward the case file to the UCI Management Committee or to a commission instituted by the Management Committee for that purpose. The Management Committee or the commission in question shall examine the person and hand down a

decision. The person sentenced may lodge an appeal with the CAS pursuant to Articles 86 to 88 above.

Where that person is a doctor, Article 54 (2) above shall apply.

**Art. 128** The person concerned may be suspended for a maximum duration of one year in the case of a first offence and for a duration of anything up to permanent debarment, as determined by the Management Committee or the said commission, in the case of a second offence within a two-year period following the date of the first decision of the Management Committee or commission. In the case of a rider, the duration of the suspension may not exceed the duration of the suspension that would have been handed down in a case of doping.

The implementation of the penalty may be suspended for the duration subject to conditions set by the Management Committee or the commission.

**Art. 129** Team or club doctors shall, before such events as may be designated by the Antidoping Commission list the medicinal drugs and quantities thereof consumed and any other medical treatment undergone by each of their riders within the 72 hours preceding the events. This declaration shall be made using the form shown in Annex 11 hereto. Any team failing to comply with this requirement shall be refused the start.

# XIII

**Chapter** FINAL PROVISIONS

**Art. 129 bis** A rider against whom a doping fact or breach is found shall not be eligible for selection for world championships, olympic games and continental championships and shall not participate in such competitions. This shall apply until the effective starting date of the suspension which is imposed upon him or until the rider is acquitted by final decision. Acquittal shall not provide grounds for a complaint.

Unless the Antidoping Commission decides otherwise, the same applies in case of a doping fact, breach or proceedings under any other national or international doping act or regulation.

Special cases shall be decided by the Antidoping Commission or its President. Their decision shall not be open to appeal.

Under the present article a positive A sample is considered as a doping fact.

**Art. 130** Other than in disputed cases, the UCI may, for the purpose of further research and analysis, preserve or request any laboratory report or sample which shall then become the property of the UCI.

The UCI shall be entitled to require that a third sample be taken at drug tests. The Antidoping Commission shall instruct the inspector accordingly. Articles 38, 40 and 41 hereof shall apply mutatis mutandis. The taking of a third sample shall be indicated in the report referred to in Article 22 and on the form mentioned in Article 30 above.

---

A subsequent examination of these samples may, where appropriate, justify disciplinary measures as provided for herein.

The rider who refuses to give a third sample and any licence-holder who hinders the taking of the third sample shall be sanctioned with a suspension for 3 months maximum and/or a fine of SFr. 2,000.– minimum to SFr. 4,000.– maximum. However no such sanction shall be imposed on the rider who is sanctioned according to articles 90 or 91 or on the licence-holder who is sanctioned according to article 93 with regard to the same drug test.

**Art. 131** Any rider or licence-holding former rider who declares or admits that he has made use of doping agents or methods without that use having been discovered by a drug test shall be considered positive on the day of his declaration or admission.

His National Federation shall implement the procedure provided for in Articles 69 et seq., either automatically or at the request of the UCI.

He shall not be disqualified unless the facts relate to a specific race.

The rider or licence-holder shall not be disciplined if it is shown that the use of the forbidden drugs or methods predated the declaration or admission by more than five years.

If the declaration or admission concerns a specific substance or method, the rider or licence-holder shall be considered positive if that substance or method appeared on the list of classes of forbidden substances and methods at the time of the commission of the act.

**Art. 132** The formalities, procedures and deadlines set forth in these Regulations with regard to drug tests are intended to ensure the proper conduct of the test. If, however, a procedural error should occur, provided that the error in question does not affect the result of the test, it shall not invalidate it.

No omission, defect or error may be invoked unless that omission, defect or error was such as to falsify the result of the analysis.

**Art. 133** The deadlines within which a right of appeal is to be exercised are to be observed failing which the appeal shall not be acceptable.

**Art. 134** If, with regard to tasks and obligations imposed by the present Regulations on the National Federations of the rider and of the organiser respectively, the National Federation of the organiser and that of the rider be one and the same, the present Regulations shall apply mutatis mutandis.

For the purposes of these Regulations, the National Federation of the organiser shall assume the role of National Federation of the rider or licence-holder for any riders or licence-holders having obtained their licences directly from the UCI.

**Art. 135** Should the appeal proceedings before the National Federation not be completed within the deadlines set in Article 82 above, the National Federation shall be liable to a fine of SFr. 5,000.– per week's

## UCI CYCLING REGULATIONS

delay to be imposed by the Disciplinary Commission notwithstanding the obligation to complete the proceedings as soon as possible.

Should the delay persist, the UCI shall be entitled to take the matter directly to the CAS on the responsibility and at the expense of the National Federation. The case shall be heard according to the CAS appeal arbitration proceedings. There shall be no time limit for such appeal.

**Art. 136**  All persons exercising any function during the drug test as well as members of the disciplinary bodies shall be required to observe secrecy with respect to all information concerning the drug test which is not to be communicated or rendered public under the present Regulations.

Breaches of this provision shall render the offender liable to a fine of between SFr. 1,000.– and SFr. 10,000.– to be imposed by the UCI Management Committee which may also debar the person in question from such functions and for such a duration as it may determine.

**Art. 137**  The UCI Antidoping Commission shall keep a register of penalties meted out. That register shall indicate the name of the rider or licence-holder, his National Federation, his category (Elite or other), the name and the date of the race, the penalties handed down, the date on which the sentences were handed down and the authorities that handed them down.

The UCI Antidoping Commission shall be authorised to disclose information from the register solely to National Federations that can give good cause and to the CAS.

**Art. 138**  The fine imposed under the present Regulations shall be integrally paid into the account of the UCI.

**Art. 139**  Amendments to the provisions of the present Regulations shall come into force on the date of their publication in the Information bulletin unless that bulletin itself stipulates some other date.

* * * * * * *

### TRANSITORY PROVISION

(abrogated on 4th October 1998).

## UCI CYCLING REGULATIONS

### (Annex 1)

### TABLE OF RIDERS TO BE TESTED AT WORLD CHAMPIONSHIPS
(in the absence of specific instructions from the Antidoping Commission)

#### A - JUNIOR WORLD CHAMPIONSHIPS

**Track**

**Men**

| | |
|---|---|
| • Kilometre Time Trial - first 4 + 1 chosen at random | 5 |
| • Sprint | |
|   - heats - best 2 times + 1 chosen at random | |
|   - Final - first 4 riders | 7 |
| • Individual Pursuit | |
|   - heats - best 2 times + 1 chosen at random | |
|   - Final - first 4 riders | 7 |
| • Team Pursuit | |
|   - heats - 1 rider from the first 2 teams with | |
|   - the best times + 1 rider chosen at random | |
|   - from the other teams | |
|   - Final - 1 rider per team from | |
|   - the first 4 teams | 7 |
| • Points Race - first 4 + 1 chosen at random | 5 |
| • Olympic Sprint | |
|   - heats - best 2 times + 1 chosen at random | |
|   - Final - first 4 riders | 7 |
| Total | 38 |

**Women**

| | |
|---|---|
| • Sprint | |
|   - heats - 1 best time + 1 chosen at random | |
|   - Final - first 4 | 6 |
| • Individual Pursuit | |
|   - heats - 1 best time + 1 chosen at random | |
|   - Final - first 4 | 6 |
| • Points Race - first 4 + 1 chosen at random | 5 |
| • 500 m. Time Trial standing start | |
|   - first 4 + 1 chosen at random | 5 |
| Total | 22 |

Total: 60 tested

**B - CYCLO-CROSS WORLD CHAMPIONSHIPS**

**Juniors**
- first 4 + 2 chosen at random    6

**Under 23**
- first 4 + 2 chosen at random    6

**Elite**
- first 4 + 2 chosen at random    6
Total    18

**C - ROAD WORLD CHAMPIONSHIPS**
**Women Juniors**
- Individual - First 4 + 2 chosen at random    6
- Individual Time Trial - first 4 + 2 chosen at random    6
Total    12

**Men Juniors**
- Individual - first 4 + 2 chosen at random    6
- Individual Time Trial - first 4 +2 chosen at random    6
Total    12

**Under 23**
- Individual - first 4 + 2 chosen at random    6
- Individual Time Trial - first 4 + 2 chosen at random    6
Total    12

**Women Elite**
- Individual - first 4 + 2 chosen at random    6
- Individual Time Trial
  - first 4 + 2 chosen at random    6
Total    12

**Men Elite**
- Individual - first 4 + 2 chosen at random    6
- Individual Time Trial - first 4 + 2 chosen at random    6
Total    12

Total: 60 tested

**D - TRACK WORLD CHAMPIONSHIPS**
**Men**
- Kilometre - first 4 + 1 chosen at random    5
- Sprint
  - heats - best 2 times + 1 chosen at random

- final - first 4    7
- Individual Pursuit
  - heats - best 2 times + 1 chosen at random
  - final - first 4    7
- Team Pursuit
  - heats - 1 rider from the first 2 teams with the best times + 1 rider chosen at random from the other teams
  - final - 1 rider per team from the first 4 teams    7
- Points Race - first 4 + 2 chosen at random    6
- Keirin - first 4    4
  American Madison - 1 rider per team from the first 3 teams + 2 chosen at random from the other teams    5
- Olympic sprint
  - heats - best 2 times + 1 chosen at random
  - final - first 4    7
Total    48

**Women**
- Sprint
  - heats - 1 best time + 1 chosen at random
  - final - first 4    6
- Individual Pursuit
  - heats - 1 best time + 1 chosen at random
  - final 5 - First 4    6
- Points Race
  - first 4 + 1 chosen ad 1 random    5
- 500 m Time Trial standing start
  - first 4 + 1 chosen at random    5
Total    22

Total: 70 tested

**E - MOUNTAIN BIKE WORLD CHAMPIONSHIPS**
- First 2 riders from the general placing in each category
- 1 chosen at random from each category.

**F - INDOOR CYCLING WORLD CHAMPIONSHIPS**
- Artistic Cycling: the champions of each discipline
- Cycle Ball: in each group A/B/C - 1 chosen at random from the 2 teams taking part in the final.

**G - BMX WORLD CHAMPIONSHIPS**
Per category
- First
- 2 chosen at random.

**UCI** CYCLING REGULATIONS

(Annex 2)

## DRUG TEST

### REPORT OF THE ANTIDOPING INSPECTOR

Test effected on .....................................................................

in..................................................................................

Name of race........................................................................

Name of inspector...................................................................

Inspector's address.................................................................

Supervising doctor..................................................................

Remarks.............................................................................

### A. Test premises

Remarks.............................................................................

Dimensions of premises..............................................................

.....................................................................................

Equipment...........................................................................

.....................................................................................

General remarks.....................................................................

.....................................................................................

### B. Conduct of drug test

a. Riders' behaviour................................................................

.....................................................................................

b. Attendants' behaviour ...........................................................

.....................................................................................

c. Persons with respect to whom a refusal, no-show or fraud report has been filed ..........

.....................................................................................

General remarks ....................................................................

.....................................................................................

Comments on the organiser ..........................................................

.....................................................................................

Disciplinary and other measures ....................................................

.....................................................................................

### C. Suggestions

.....................................................................................

Made this ..........................................................................

in..................................................................................

Inspector...........................................................................

**UCI** CYCLING REGULATIONS

(Annex 3)

## MODEL PLAN OF TEST STATION PREMISES



**(Annex 4)**

### LIST OF EQUIPMENT FOR THE DRUG-TEST STATION

1. It is recommended that, at track events, a television or a screen be installed in the examination room in order to ensure that the events on the track may be followed.

2. Equipment to be made available:
- cardboard packing cases with self-adhesive address labels,
- adhesive tape,
- glue (gum),
- lead seals, sealing wire, twine
- scissors,
- sealing wax,
- coloured felt pens (2),
- typewriter and paper,
- A4 and A5 envelopes (C4, B5),
- towels and soap,
- a sufficiency of soft drinks (lemonade, mineral water, etc.).

3. Furnishings:

Anteroom (20-25 m²)
- 2 tables
- 10 chairs
- 1 refrigerator
- 1 refuse container
- 1 cupboard
- 1 wardrobe
- 1 telephone

Inner room
- 4 tables
- 2 chairs
- toilet (WC)
- wash basin or shower
- telephone
- ventilation or opening window

---

**(Annex 5)**

### INTERNATIONAL CYCLING UNION DRUG TEST

#### TEST CERTIFICATE

On chemical self-copying (NCR) paper (see Art. 30) in quintuplicate (1 top copy + 1 each white, blue, green and pink carbon copies).
- Top copy (original) to the UCI.
- 1st carbon copy (white)
  to rider - identical to top copy
- 2nd carbon copy (blue)
  to the National Federation of the organiser (items 5 to 9, 15, 16 and 19 omitted)
- 3rd carbond copy (green)
  to laboratory with sample A (analysis) (items 5 to 9, 15, 16 and 19 omitted)
- 4th carbon copy (pink)
  to laboratory with sample B (counter-analysis) (items 5 to 9, 15, 16 and 19 omitted)

1. Date........................
2. Place........................
3. Race (name, stage)........................
4. Discipline........................
5. Surname of rider........................
   First name........................
   **Address of the rider to which all valid communications regarding this test shall be sent**........................
6. Licence number........................
7. Rider's race number........................
8. Country........................   9. Assistant........................
10. Presentation time........................
11. Time of sampling........................
12. Bottle codes........................
13. Time of rider's refusal........................
14. Remarks - Pharmaceutical drugs taken by rider........................

15. Subject to the comments below, I confirm that the sample was taken in accordance with the regulations........................
    Rider's signature........................
16. Assistant's signature........................
17. Examining doctor........................
    (name)........................(signature)
18. Drug-Test Inspector........................
    (name)........................(signature)
19. Signature of rider acknowledging receipt of his copy........................

(modification came into force on 3rd October 1999).

**UCI** CYCLING REGULATIONS

(Annex 6)

## INTERNATIONAL CYCLING UNION DRUG TEST

### BOTTLE CONVEYANCE NOTE

On chemical self-copying (NCR) paper in triplicate:
- One copy for the Inspector, to be signed by the carrier
- One copy for the carrier, to be signed by the Inspector and the laboratory
- One copy for the laboratory, to be signed by the Inspector and the carrier.

All copies shall be sent to the National Federation to which the organiser is affiliated.

For the attention of the Laboratory
The appointed inspector
(Name) .................................................................................................................
has entrusted ...........................................................................sample A bottles
.................................................................................................sample B bottles
to Mr ......................................................................................................................
for immediate conveyance to the following laboratory:

Name ......................................................................................................................
Address .................................................................................................................
Country ..................................................................................................................
by¹)
○ post .....................................................................................................................
○ rail ......................................................................................................................
○ air .......................................................................................................................
○ other conveyance ..............................................................................................
Inspector's signature ...........................................................................................
Carrier's signature ...............................................................................................
For the laboratory
Samples received on (date) .........................at: (time) .......................................
Head of laboratory
Name .....................................................................................................................
Signature...............................................................................................................

¹) Tick as appropriate

E0298          ANTIDOPING EXAMINATION REGULATIONS    **41**

---

**UCI** CYCLING REGULATIONS

(Annex 7)

### DRUG TEST

### NO-SHOW REPORT
To be sent to the UCI with a copy to the rider's National Federation
I, the undersigned, .............................................................................................
appointed to officiate as Drug-Test Inspector at the event
on .................................................................................................in ...................
do hereby certify that:
Rider No. .........., who was properly designated and informed by all the means placed at my disposal by the organiser, to undergo the drug-testing procedure, did not present at the designated testing point within the 30 minutes following his/her¹) arrival at the finishing line or the prize-giving cere-mony²).
- Time of arrival at the finishing line
- End of the official ceremony
- Time when the rider's deadline was seen to have expired

Consequently, this No-Show Report was drawn up on him/her¹)
Made in ..................................................................., on ....................................
Signature of the Drug-Test Inspector ..................................................................

### Reason for designation²)
○ Position at the finish ..........................................................................................
○ Drawn by lot ......................................................................................................
○ Reserve ..............................................................................................................

### Means provided by the organiser for informing the rider²)
○ Radio announcement to .....................................................................................
○ Posted at the finishing line ................................................................................
○ Posted on the door of the test room ..................................................................
○ Written summons handed to ..............................................................................

### Distance from the finishing line to the test point .................................

### Additional information on the rider
Surname..................................................................................................................
Given name ............................................................................................................
Nationality .............................................................................................................
Licence No. ............................................................................................................
Category.................................................................................................................

¹) Delete as appropriate
²) Tick as appropriate

**42**    ANTIDOPING EXAMINATION REGULATIONS          E0298

**(Annex 8)**

**INTERNATIONAL CYCLING UNION
DRUG TEST**

**NOTICE TO A RIDER OF A POSITIVE RESULT**
(Article 110 of the Antidoping Examination Regulations)

Name of race.........................................................................................
Rider:
• Surname..............................................................................................
• Licence No. ........................................................................................
• National Federation.............................................................................
is hereby informed that s/he was found positive after the following stage:
Name of stage........................................................................................
Date of stage..........................................................................................
or Name of Six-Day Race.......................................................................
Date of test.............................................................................................

The analysis effected at the following laboratory:
Name of laboratory.................................................................................
Full address.............................................................................................
................................................................................................................
revealed the presence of:
Name of substance or method...............................................................

The rider has been interrogated. S/He has received an application form in duplicate for requesting
the counter-analysis.

S/He is reminded that:
(1)  The rider is entitled to request a counter-analysis.
(2)  The request must be handed to the Inspector within 3 hours of receipt of this notification.
(3)  Failure to comply with the above shall result in the automatic disqualification of the rider.

Made on:
Date............................Place............................................Time...............
By :..............................Inspector's name.......................................
Signature..................................................................................................
Confirmed by..........................................................................................
Rider's name...........................................................................................
Rider's comments...................................................................................
.................................................................................................................
Name and address of rider's expert.......................................................
.................................................................................................................
Rider's signature....................................................................................

**(Annex 9)**

**INTERNATIONAL CYCLING UNION
DRUG TEST**

**REQUEST FOR A COUNTER-ANALYSIS**
(Article 111 of the Antidoping Examination Regulations)

(to be handed to the Drug-Test Inspector in duplicate **within 3 hours** of notification of the posi-
tive result)

Name of the race.....................................................................................
The undersigned......................................................................................
Name........................................................................................................
Licence number.......................................................................................
National Federation.................................................................................
Function....................................................................................................

Requests a counter-analysis with regard to the following positive drug-test result:
Name of rider...........................................................................................
Name and date of stage for which the result was positive....................
.................................................................................................................
Date of drug test (for Six-Day Races) ....................................................

Made on:...................................................................................................
Place........................................Date.....................Time...........................
Signature..................................................................................................

Request received at:
Place........................................................................................................
Date..........................................................................................................
Time..........................................................................................................

By:
Name........................................................................................................
Signature..................................................................................................

Copy of the request received by:
Name........................................................................................................
Signature..................................................................................................

UCI CYCLING REGULATIONS

(Annex 10)

**INTERNATIONAL CYCLING UNION
DRUG TEST**

**NOTICE TO RIDER**

Name of race/Championship (if applicable) ....................................................
The rider ..........................................................................................................
Name of rider ..................................................................................................
Licence No. .....................................................................................................
National Federation
is required to attend the following medical check-point
to ......................................................................................................................
undergo a drug-test at .............................................................. a.m. / p.m.

Should you fail to attend, you will be considered positive and subject to such disciplinary measures
as provided in Chapter VIII of the Antidoping Examination Regulations.

This notice has been served:
Place ................................................................................................................
Date ..................................................................................................................
Time ..................................................................................................................

Signature acknowledging receipt:
The rider ..........................................................................................................

and/or The Team Leader/Team Manager:
Name .................................................................................................................
Signature ..........................................................................................................

Drug-Test Inspector:
Name .................................................................................................................
Signature ..........................................................................................................

---

UCI CYCLING REGULATIONS

(Annex 11)

**INTERNATIONAL CYCLING UNION
DRUG TEST**

**LIST OF MEDICATION USED**

Name of race....................................................................................................
Country..............................................Date of the race ..............................
Team/Club ........................................................................................................
The undersigned team/club doctor ...................................................................
Name and address ...........................................................................................

Certifies that, in the 72 hours before the start of the race, the following riders* have taken the fol-
lowing medication or have undergone the following treatment:

| Rider | Medication or treatment (indicate dose and manufacturer) |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |

Date...................................................................................................................
Signature...........................................................................................................

* N.B.— All the team/club riders participating in the race shall be listed; if applicable, indicate
"none".

**(Annex 12)**

**CODE OF SPORTS-RELATED ARBITRATION (CAS)**
(available upon request)

**TABLE OF CONTENTS**

Page

Introduction ........................................................................... 1

**Chapter I**
**Principles** .............................................................................. 1
Articles 1 to 7

**Chapter II**
**Selecting events and riders** ............................................... 3
Articles 8 to 15

**Chapter III**
**Organisation of the drug test** ........................................... 6
Articles 16 to 33
• The National Federation ............ Articles 16 to 19
• The Antidoping Inspector ........... Articles 20 to 22
• The Examining Doctor ................. Articles 23 to 24
• The Laboratories ......................... Articles 25 to 27
• Premises and Equipment ............ Articles 28 to 33

**Chapter IV**
**The Testing Procedure** ....................................................... 9
Articles 34 to 49

**Chapter V**
**Default and Fraude** .............................................................. 12
Articles 50 to 54

**Chapter VI**
**Analysis and Counter-analysis** .......................................... 13
Articles 55 to 68
• Sample Analysis .......................... Articles 55 to 57
• Communication of the results of the analysis ... Articles 58 to 61
• Counter-analysis ......................... Articles 62 to 68

**Chapter VII**
**Right of defence – Appeal** ................................................. 16
Articles 69 to 89

**Chapter VIII**
**Disciplinary measures** ........................................................ 20
Articles 90 to 97

**Chapter IX**
**World Championships** .......................................................... 26
Articles 98 to 107

**Chapter X**
**Stage Events - Six-Day Events** ........................................... 28
Articles 108 to 114
• Stage Events ............................... Articles 108 to 113
• Six-Day Event ............................. Articles 114

**Chapter XI**
**Out-of-competition tests** .................................................... 29
Articles 115 to 125

**Chapter XII**
**Abuse of medicinal drugs** ................................................... 30
Articles 126 to 129

**Chapter XIII**
**Final provisions** ................................................................... 31
Articles 129bis to 139

**Annex 1**
**Permanent table of riders to be tested at World Championships** (Art. 9, §2, VI)
(where no special instructions are issued by the Antidoping Commission) ...... 34

**Annex 2**
**Model Check-List for Antidoping Inspectors** (Art. 22) ...... 37

**Annex 3**
**Plan of Drug-Test Station premises** (Art. 28) ...... 38

**Annex 4**
**List of equipment for the Drug-Test Station** (Art. 28) ...... 39

**Annex 5**
**Model Drug-Test Certificate** (Art. 30 and 121) ...... 40

**Annex 6**
**Bottle Conveyance Note** (Art. 48) ...... 41

**UCI CYCLING REGULATIONS**

**Annex 7**
Model No-Show Report (Art. 53 and 122) ........................................................ 42

**Annex 8**
Model Notice to rider of a Positive Result following a Stage Event or Six-Day
Events (Art. 110) ........................................................ 43

**Annex 9**
Model Request Form for a Counter-Analysis (Art. 111) ........................................................ 44

**Annex 10**
Model Notice to a Rider to attend a Test (Art. 119) ........................................................ 45

**Annex 11**
List of medication used (Art. 129) ........................................................ 46

**Annex 12**
Code of sports-related arbitration (CAS) ........................................................ 47

# EXHIBIT 45

# INTERNATIONAL LICENSE APPLICATION (EXCLUDES BMX)

**USAC License #**_____

*All UCI licenses expire December 31, 2010*
*No faxed or e-mailed applications will be accepted. Original signatures required.*

☐ UCI Elite   ☐ UCI Junior (17 & 18 years)

☐ UCI Master (30 years & over)   ☐ Under 17 years

> **RIDERS AGE 30 AND OVER WILL BE ASSIGNED A MASTERS DESIGNATION UNLESS OTHERWISE REQUESTED**

- You must provide a U.S. address to obtain an international license through USA Cycling.
- *You must provide proof of citizenship, whether U.S. or otherwise, to obtain an international license.*
- You are required to attach a photo of yourself to the backside of your international license. Do NOT send a photo with your international license application.
- Any position of trust as determined by USA Cycling may require a background check. Your acceptance of your license is your consent.

1. LAST NAME:_____ FIRST NAME:_____ MIDDLE INITIAL: _____

2. DOMESTIC MAILING ADDRESS:_____

   City: _____ State: _____ Zip_____

3. CITIZENSHIP:_____
   *You must provide a copy of your passport or birth certificate (and if applicable, a copy of your permanent resident alien card).*

4. DATE OF BIRTH: _____ GENDER: ____ PHONE: _____ E-MAIL: _____

5. UCI TRADE TEAM:   _____

6. DOMESTIC CLUB NAME/FOREIGN CLUB NAME:_____

## INTERNATIONAL LICENSE FEES

| | |
|---|---|
| ☐ US Citizen **OR** permanent resident alien requesting International License (road, track, mtn bike, cyclo-cross) | $ 150.00 |
| ☐ US Citizen **OR** permanent resident alien with current road/track **OR** mtn bike license adding an Intl License | $ 90.00 |
| ☐ US JUNIOR Citizen **OR** permanent resident alien with current road/track **OR** mtn bike license adding an Intl License | $ 120.00 |
| ☐ US Citizen **OR** permanent resident alien with current road/track **AND** mtn bike license adding an Intl License | $ 60.00 |
| ☐ US JUNIOR Citizen **OR** permanent resident alien with current road/track **AND** mtn bike license adding an Intl License | $ 90.00 |
| ☐ US Citizen **OR** permanent resident alien with current collegiate *only* license adding an International License | $ 120.00 |
| ☐ **Foreign Citizen** living in the United States requesting International License | $ 175.00 |

*Indicate "24-Hour Processing" on envelope for expedited options:*

| | | |
|---|---|---|
| ☐ 24 Hour Priority Processing of application (application will be processed within 24 hours of receipt) | Add | $ 25.00 |
| ☐ 24 Hour Priority processing of application AND express mail return via overnight service. No foreign addresses. | Add | $ 40.00 |

*OPTIONAL DONATIONS:*

| | |
|---|---|
| **USA Cycling Development Foundation** – supports American athlete development programs. | $_____ |
| **Junior & U-23 Athlete Development** - offers travel/training grants to outstanding Junior and U-23 athletes. | $_____ |
| **Stenner Collegiate Scholarship Fund** – awards outstanding collegiate cyclists for their hard work on and off the bike. | $_____ |
| **NORBA/IMBA Trail Tune-up Grant** - awards clubs that improve trails used for racing. | $_____ |
| **US Bicycling Hall of Fame** - promotes and preserves the history of cycling within the United States. | $_____ |

**NO REFUNDS NO EXCEPTIONS**
_____**Check** or **money order** made payable to USA Cycling, Inc.

**TOTAL AMOUNT ENCLOSED**   $_____
_____**VISA** _____**MasterCard**

Card #___ ___ ___ ___ /___ ___ ___ ___ /___ ___ ___ ___ /___ ___ ___ ___

Credit Card Expiration Date: __ ___/___ ___

Name on card: _____

Address of card holder: _____City: _____State:_____Zip:_____

**Card Holder Signature:** _____

## THE FOLLOWING INFORMATION IS REQUIRED TO PROCESS YOUR LICENSE

1. CURRENT RESIDENCE_____

2. PREVIOUS ADDRESS: _____City: _____ State: _____Zip: _____Country: _____

3. Have you been issued a license by the UCI or a National Federation other than USA Cycling in the current calendar year?   ☐ Yes ☐ No
   If "yes," provide the name of the issuing organization: _____

4. Have you been denied a license in the last three years?   ☐ Yes ☐ No
   If "yes," what National Federation (or UCI) denied the license? _____

5. Are you currently under suspension?   ☐ Yes ☐ No
   If "yes," what National Federation (or UCI) issued the suspension? _____

   Suspension Dates: From _____( MONTH / DAY / YEAR) to _____ (MONTH / DAY / YEAR)
   Reason for Suspension: _____

## Applicant Declaration

I am not aware of any reason why the requested license should not be issued. I have not requested a license from the International Cycling Union (UCI) or from any other national federation for the calendar year. I am solely responsible for the information contained in this application and for the use I shall make of the license. I shall undertake to respect and comply with the constitution and regulations of the UCI, its Continental Federations, and its National Federations. I declare having had the opportunity to read such constitution and regulations. I agree to compete in a sporting manner. I shall submit to disciplinary measures taken against me and shall take any appeals and litigation before the authorities provided for in the regulations. I accept the Court of Arbitration for Sport (CAS) as the only competent jurisdiction of appeal in the cases provided for by the Regulations and in compliance with the terms thereof. I accept that the decisions of CAS shall be final and binding and not subject to appeal. With that reservation, I shall submit any litigation with the UCI exclusively to the tribunals at UCI headquarters. I agree to submit to drug testing and to comply with and to be bound by the UCI anti-doping regulations, the World Anti-Doping Code and its International Standards to which the UCI anti-doping regulations refer as well as the anti-doping regulations of other competent instances as foreseen by the UCI Regulations, the World Anti-Doping Code, or the U.S. Anti-Doping Agency (USADA), provided such regulations comply with the World Anti-Doping Code. I further agree that the results of the analysis may be released to the public and communicated to my trade team, coach, or doctor in accordance with UCI and WADA regulations. I agree to allow my doctor and/or the doctor of my team, upon the request of the UCI or WADA, to release to UCI and WADA officials a list of medications or treatments administered to me before any specific competition. I agree that all urine samples in such cases taken shall become the property of the UCI and WADA, and that UCI and WADA may have them analyzed for any purpose, including, without limitation, general research and information on health protection. I accept these conditions regarding blood testing and agree to undergo all tests required of me.

### COACH AND MECHANIC CERTIFICATION NOTICE

Certification by USA Cycling of a coach or mechanic means only that the individual has satisfied certain minimum educational, experience and skill requirements established by USA Cycling; it does not otherwise constitute an endorsement or recommendation of the individual as a coach or mechanic. USA Cycling certified coaches and mechanics are solely responsible for their own actions or failure to act in their respective roles; USA Cycling shall have no responsibility or obligation whatsoever for such acts or failure to act. Each USA Cycling certified coach and mechanic agrees as a condition of certification, to indemnify, hold harmless and defend USA Cycling and its employees, officers, directors, agents, sponsors and promoters from and against all claims and expenses, including reasonable attorney fees, that in any manner arise from or relate to a certification of the individual by USA Cycling and that are asserted against or incurred by any one or more of the foregoing indemnified parties as a result of or arising from the certified individuals actions or failure to act.

### LICENSE COVERAGE AREA

The USA Cycling International License is only valid for the Road, Track, Mountain Bike, and Cyclo-cross events permitted or sanctioned by USA Cycling, another country's national federation, or the International Cycling Union (UCI), and is not valid for the cycling discipline of BMX. A separate International BMX License can be purchased from USA Cycling covering the cycling discipline of BMX.

### COMPETING OUTSIDE THE UNITED STATES

In addition to an International License, a rider must obtain a **Foreign Permission Letter** (FPL) for each country in which a rider wishes to race (some exceptions may apply for Canada and Mexico for residents of bordering states). To obtain a FPL, submit your license information along with the names of the countries you will compete in, dates you will be overseas, foreign teams of which you will be a member, and a foreign address if available. To request an application, call 719-434-4200 or visit our website. FPLs are free for the first two. Additional letters are $10.00 each. **Please allow three weeks for processing.** Additional fees may be incurred for requests involving express processing or mailing.

### Please initial this page and include it with your application

UNITED STATES OLYMPIC COMMITTEE
MEDIA GRANT

In consideration of and as a condition of USA Cycling Inc.'s (USAC) issuance of a license to me or acceptance of my applications for entry in events that it or Union Cycliste Internationale permits or sanctions, I grant to USAC, USA Cycling Development Foundation, and United States Olympic Committee (USOC), and their assigns, the right and a license to film, video, photograph, reproduce, publish, distribute and otherwise use, in any medium and worldwide, my name and voice, pictures and likenesses of me, and biographical material on me.  **Under no circumstances shall such material be used in the manner of an endorsement of any product or service, or of any sport other than bicycle racing, without my consent.**  This Grant shall be binding upon me and my heirs and legal representatives.  I am over 18 years of age or, if I am not, my parent or guardian has signed with me below.

Date: _____, 20____

Signature
Print Name: _____


CONSENT AND RELEASE OF PARENT OR GUARDIAN


I am the parent or guardian of _____ (Child).  On behalf of my child and me, and our heirs and legal representatives, I consent and agree to the terms of the above Grant.

Date: _____, 20____

Signature
Print Name: _____

**ACKNOWLEDGMENT OF RISK, RELEASE OF LIABILITY, INDEMNIFICATION AGREEMENT AND COVENANT NOT TO SUE**

**I ACKNOWLEDGE THAT BY SIGNING THIS DOCUMENT, I AM ASSUMING RISKS, AND AGREEING TO INDEMNIFY, NOT TO SUE AND RELEASE FROM LIABILITY USA CYCLING, INC. (USAC), ITS ASSOCIATIONS (THE UNITED STATES CYCLING FEDERATION (USCF), NATIONAL OFF ROAD BICYCLE ASSOCIATION (NORBA), NATIONAL COLLEGIATE CYCLING ASSOCIATION (NCCA), U.S. PROFESSIONAL RACING ASSOCIATION (USPRO), AND BMX ASSOCIATION (BMXA)), AND USA CYCLING DEVELOPMENT FOUNDATION (USACDF), AND THEIR RESPECTIVE AGENTS, EMPLOYEES, VOLUNTEERS, MEMBERS, SPONSORS, PROMOTERS AND AFFILIATES (COLLECTIVELY "RELEASEES"), AND THAT I AM GIVING UP SUBSTANTIAL LEGAL RIGHTS.  THIS DOCUMENT IS A CONTRACT WITH LEGAL AND BINDING CONSEQUENCES.   I HAVE READ IT CAREFULLY BEFORE SIGNING, AND I UNDERSTAND WHAT IT MEANS AND WHAT I AM AGREEING TO BY SIGNING.**

In consideration of the issuance of a license to me by one or more of Releasees and being allowed to participate in an event permitted or sanctioned by USA Cycling, another national federation or International Cycling Union (UCI) (collectively "USA Cycling event") I hereby freely agree to and make the following contractual representations and agreements. **I ACKNOWLEDGE THAT CYCLING IS AN INHERENTLY DANGEROUS SPORT AND FULLY REALIZE THE DANGERS OF PARTICIPATING IN AN EVENT,** whether as a rider, official, coach, mechanic, volunteer, or otherwise, and **FULLY ASSUME THE RISKS ASSOCIATED WITH SUCH PARTICIPATION INCLUDING,** by way of example, and not limitation:  dangers associated with man made and natural jumps, the dangers of collision with pedestrians, vehicles, other riders, and fixed or moving objects; the dangers arising from surface hazards, including pot holes, equipment failure, inadequate safety equipment, use of equipment or materials provided by the event organizer and others, **THE RELEASEES' OWN NEGLIGENCE,** the negligence of others and weather conditions; and the possibility of serious physical and/or mental trauma or injury, or death associated with events. For myself, my heirs, executors, administrators, legal representatives, assignees, and successors in interest (collectively "Successors") **I HEREBY WAIVE, RELEASE, DISCHARGE, HOLD HARMLESS, AND PROMISE TO INDEMNIFY AND NOT TO SUE** the Releasees and all sponsors , organizers, promoting organizations, property owners, law enforcement agencies, public entities, special districts and properties that are in any manner connected with a USA Cycling event, and their respective agents, officials, and employees through or by which the event will be held, (the foregoing are also collectively deemed to be Releasees), **FROM ANY AND ALL RIGHTS AND CLAIMS INCLUDING CLAIMS ARISING FROM THE RELEASEES' OWN NEGLIGENCE TO THE MAXIMUM EXTENT PERMITTED BY LAW,** which I have or which may hereafter accrue to me, and from any and all damages which may be sustained by me directly or indirectly in connection with, or arising out of, my participation in or association with a USA Cycling event, or travel to or return from a USA Cycling event, in which I may participate as a rider, team member, spectator, coach, mechanic, official, volunteer, or in any other manner.  I agree it is my sole responsibility to be familiar with the course and agenda of a USA Cycling event, the Releasees' rules, and any special regulations for a USA Cycling event and agree to comply with all such rules and regulations, including, that I must submit to drug testing, if required.  I understand and agree that situations may arise during a USA Cycling event which may be beyond the control of Releasees, and I must continually ride and otherwise participate so as to neither endanger myself nor others. I accept responsibility for the condition and adequacy of my equipment, any equipment provided for my use, and my conduct in connection with a USA Cycling event. I have no physical or medical condition which would endanger myself or others if I participate in a USA Cycling event, or would interfere with my ability to safely participate in a USA Cycling event.

I agree, for myself and my Successors, that the above representations are contractually binding, and are not mere recitals, and that should I or my Successors assert a claim contrary to what I have agreed to in this contract, the claiming party shall be liable for all expenses (including legal fees) incurred by Releasees in defending the claims. This contract may not be modified orally, and a waiver or modification of any provision shall not be construed as a waiver or modification of any other provision herein or as consent to any other waiver or modification.   Every term and provision of this contract is intended to be severable. If any one or more of them is found to be unenforceable or invalid, that shall not affect the other terms and provisions, which shall remain binding and enforceable.

**Signature of Applicant (minors must sign)**                                                    **Date**                        **Age**

### CONSENT AND AGREEMENT OF PARENT OR GUARDIAN

I am the parent or guardian of _____(Child). I give permission for my Child to enter any USA Cycling event during the period of the license applied for. **I HAVE READ AND I UNDERSTAND THE ABOVE CONTRACT.**  In consideration of allowing my Child to participate, I consent to the contract and agree that **ITS TERMS SHALL LIKEWISE BIND ME, MY CHILD,** and our heirs, legal representatives, and assignees. **I HEREBY RELEASE AND SHALL DEFEND, INDEMNIFY AND HOLD HARMLESS THE RELEASEES FROM EVERY CLAIM AND ANY LIABILITY** that I or my Child may allege against the Releasees (including reasonable legal fees and costs) as a direct or indirect result of injury or death to me or my Child because of my Child's participation in a USA Cycling event, **WHETHER CAUSED BY THE NEGLIGENCE OF THE RELEASEES OR OTHERS TO THE MAXIMUM EXTENT PERMITTED BY LAW. I PROMISE NOT TO SUE RELEASEES** on my behalf or on behalf of my Child regarding any claim arising from my Child's participation in a USA Cycling event.

**Signature of Parent or Guardian**                                                                **Date**

# EXHIBIT 46

## 2004 INTERNATIONAL LICENSE APPLICATION

**USAC License #**_____

All UCI licenses expire December 31 of the year issued

☐ UCI Elite

☐ UCI Master (30 years & over)

| RIDERS AGE 30 AND OVER WILL BE ASSIGNED A MASTERS DESIGNATION UNLESS OTHERWISE REQUESTED |
| --- |

- You must provide a U.S. address to obtain an international license through USA Cycling.
- You must provide proof of citizenship, whether U.S. or otherwise, to obtain an international license.
- You are required to attach a photo of yourself to the backside of your international license. Do NOT send a photo with your international license application.
- Any position of trust as determined by USA Cycling may require a background check. Your acceptance of your license is your consent.

1. LAST NAME:_____FIRST NAME:_____MIDDLE INITIAL:_____
2. DOMESTIC MAILING ADDRESS:_____
   City:_____ State: _____ Zip_____
3. CITIZENSHIP:_____
   You must provide a copy of your passport or birth certificate (and if applicable, a copy of your permanent resident alien card).
4. DATE OF BIRTH: _____PHONE: _____EMAIL: _____
5. UCI TRADE TEAM:_____
6. DOMESTIC CLUB NAME/FOREIGN CLUB NAME:_____

### INTERNATIONAL LICENSE FEES

| | |
| --- | --- |
| ☐ US Citizen **OR** permanent resident alien requesting International License | $ 125.00 |
| ☐ US Citizen **OR** permanent resident alien with current USCF **OR** NORBA license adding an International License | $ 75.00 |
| ☐ US Citizen **OR** permanent resident alien with current USCF **AND** NORBA license adding an International License | $ 50.00 |
| ☐ **Foreign Citizen** living in the United States requesting International License | $ 150.00 |
| ☐ 24 Hour Priority Processing of application (application will be processed within 24 hours of receipt) Add | $ 20.00 |
| ☐ 24 Hour Priority processing of application AND express mail return via overnight service. No foreign addresses. Add | $ 35.00 |
| ➪(Indicate "24-Hour Processing" on envelope) | |

**OPTIONAL DONATIONS:**

**USA Cycling Development Foundation** – supports American athlete development programs   $_____
**Junior & U-23 Athlete Development** - offers travel/training grants to outstanding Junior and U-23 athletes   $_____
**Stenner Collegiate Scholarship Fund** – awards outstanding collegiate cyclists for their hard work on and off the bike   $_____
**World Championship Team Travel** - supports our junior and under-23 riders to the World Championships   $_____
**Trail Tune-up Grant** - awards clubs that improve trails used for racing   $_____

**TOTAL AMOUNT ENCLOSED**   $_____

_____**Check** or **money order** made payable to USA Cycling, Inc.    _____**VISA**    _____**MasterCard**

Card #___ __ __ __/__ __ __ __/__ __ __ __/__ __ __ __    Expiration Date:___ __/__ __

Name on card:_____
Address of card holder:_____City:_____State:_____Zip:_____
Signature_____

### THE FOLLOWING INFORMATION IS REQUIRED TO PROCESS YOUR LICENSE

1. CURRENT RESIDENCE_____
2. PREVIOUS ADDRESS: _____City:_____State:_____Zip:_____Country:_____
3. Have you been issued a license by the UCI or a National Federation other than USA Cycling in the last calendar year?   ☐ Yes
   ☐ No
   If "yes," provide the name of the issuing organization: _____
4. Have you been denied a license in the last three years?                                ☐ Yes ☐ No
   If "yes," what National Federation (or UCI) denied the license? _____
5. Are you currently under suspension?                                                    ☐ Yes ☐ No
   If "yes," what National Federation (or UCI) issued the suspension? _____
   Suspension Dates: From _____( MONTH / DAY / YEAR) to _____(MONTH / DAY / YEAR)
   Reason for Suspension: _____

### Applicant Declaration

I am not aware of any reason why the requested license should not be issued. I have not requested a license from the International Cycling Union (UCI) or from any other national federation for the calendar year. I am solely responsible for the information contained in this application and for the use I shall make of the license. I shall undertake to respect and comply with the constitution and regulations of the UCI, its Continental Federations, and its National Federations. I agree to compete in a sporting manner. I agree that the sole jurisdiction for resolving disputes that may arise shall be in the courts of the domicile of the UCI. By participating in a race where a drug test is conducted, in accordance with UCI, World Anti-doping Association (WADA) or U.S. Anti-Doping Agency (USADA) drug test regulations, I agree to submit to such testing. I further agree that when competing outside the United States or in international races the results of the analysis may be released to the public and communicated to my trade team, coach, or doctor in accordance with UCI and WADA regulations. I agree to allow my doctor and/or the doctor of my team, upon the request of the UCI or WADA, to release to UCI and WADA officials a list of medications or treatments administered to me before any specific competition. I agree to submit any protests or disputes regarding drug testing when competing outside the United States or in international races to the Court of Arbitration for Sports (CAS), whose decision I shall accept as final. I agree that all urine samples in such cases taken shall become the property of the UCI and WADA, and that UCI and WADA may have them analyzed for any purpose, including, without limitation, general research and information on health protection. I accept these conditions regarding testing and agree to undergo all tests required of me.

**CONTINUED ON THE REVERSE SIDE**➪

NOT TO SUE

**I ACKNOWLEDGE THAT BY SIGNING THIS DOCUMENT, I AM ASSUMING RISKS, AND AGREEING TO INDEMNIFY, NOT TO SUE AND RELEASE FROM LIABILITY USA CYCLING, INC. (USAC), ITS ASSOCIATIONS (THE UNITED STATES CYCLING FEDERATION (USCF), NATIONAL OFF ROAD BICYCLE ASSOCIATION (NORBA), NATIONAL COLLEGIATE CYCLING ASSOCIATION (NCCA), AND U.S. PROFESSIONAL RACING ASSOCIATION (USPRO)) AND THEIR RESPECTIVE AGENTS, EMPLOYEES, VOLUNTEERS, MEMBERS, SPONSORS, PROMOTERS AND AFFILIATES (COLLECTIVELY "RELEASEES"), AND THAT I AM GIVING UP SUBSTANTIAL LEGAL RIGHTS. THIS DOCUMENT IS A CONTRACT WITH LEGAL AND BINDING CONSEQUENCES. I HAVE READ IT CAREFULLY BEFORE SIGNING, AND I UNDERSTAND WHAT IT MEANS AND WHAT I AM AGREEING TO BY SIGNING.**

In consideration of the issuance of a license to me by one or more of Releasees and being allowed to participate in a cycling event permitted or sanctioned by USA Cycling, another national federation or International Cycling Union (UCI) (collectively "USA Cycling event") I hereby freely agree to and make the following contractual representations and agreements. I acknowledge that cycling is an inherently dangerous sport and fully realize the dangers of participating in a bicycle race, whether as a rider, coach, mechanic or otherwise, and FULLY ASSUME THE RISKS ASSOCIATED WITH SUCH PARTICIPATION INCLUDING, by way of example, and not limitation, the dangers of collision with pedestrians, vehicles, other racers, and fixed or moving objects; the dangers arising from surface hazards, including pot holes, equipment failure, inadequate safety equipment, THE RELEASEES' OWN NEGLIGENCE, the negligence of others and weather conditions; and the possibility of serious physical and/or mental trauma or injury, or death associated with cycling competition. For myself, my heirs, executors, administrators, legal representatives, assignees, and successors in interest (collectively "Successors") I HEREBY WAIVE, RELEASE, DISCHARGE, HOLD HARMLESS, AND PROMISE TO INDEMNIFY AND NOT TO SUE the Releasees and all sponsors , organizers, promoting organizations, property owners, law enforcement agencies, public entities, special districts and properties that are in any manner connected with a USA Cycling event, and their respective agents, officials, and employees through or by which the event will be held, (the foregoing are also collectively deemed to be Releasees), FROM ANY AND ALL RIGHTS AND CLAIMS INCLUDING CLAIMS ARISING FROM THE RELEASEES' OWN NEGLIGENCE, which I have or which may hereafter accrue to me, and from any and all damages which may be sustained by me directly or indirectly in connection with, or arising out of, my participation in or association with a USA Cycling event, or travel to or return from a USA Cycling event, in which I may participate as a rider, team member, spectator, coach, mechanic, official, volunteer, or in any other manner. I agree it is my sole responsibility to be familiar with the course of a USA Cycling event, the Releasees' rules, and any special regulations for a USA Cycling event and agree to comply with all such rules and regulations, including, that I must submit to drug testing, if required. I understand and agree that situations may arise during a USA Cycling event which may be beyond the control of Releasees, and I must continually ride and otherwise participate so as to neither endanger myself nor others. I accept responsibility for the condition and adequacy of my competition equipment and my conduct in connection with a USA Cycling event. I have no physical or medical condition which would endanger myself or others if I participate in a USA Cycling event, or would interfere with my ability to safely participate in a USA Cycling event.

I agree, for myself and my Successors, that the above representations are contractually binding, and are not mere recitals, and that should I or my Successors assert a claim contrary to what I have agreed to in this contract, the claiming party shall be liable for all expenses (including legal fees) incurred by Releasees in defending the claims. This contract may not be modified orally, and a waiver or modification of any provision shall not be construed as a waiver or modification of any other provision herein or as consent to any other waiver or modification. Every term and provision of this contract is intended to be severable. If any one or more of them is found to be unenforceable or invalid, that shall not affect the other terms and provisions, which shall remain binding and enforceable.

Signature of Applicant_____Date_____

### CONSENT AND AGREEMENT OF PARENT OR GUARDIAN

I am the parent or guardian of _____(Child). I give permission for my Child to enter any USA Cycling event during the period of the license applied for. I HAVE READ AND I UNDERSTAND THE ABOVE CONTRACT. In consideration of allowing my Child to participate, I consent to the contract and agree that ITS TERMS SHALL LIKEWISE BIND ME, MY CHILD, my heirs, legal representatives, and assignees. I HEREBY RELEASE AND SHALL DEFEND, INDEMNIFY AND HOLD HARMLESS THE RELEASEES FROM EVERY CLAIM AND ANY LIABILITY that I or my Child may allege against the Releasees (including reasonable legal fees and costs) as a direct or indirect result of injury or death to me or my Child because of my Child's participation in a USA Cycling event, WHETHER CAUSED BY THE NEGLIGENCE OF THE RELEASEES or others. I PROMISE NOT TO SUE RELEASEES on my behalf or on behalf of my Child regarding any claim arising from my Child's participation in a USA Cycling event.

Signature of Parent or Guardian_____Date_____

### Coach and Mechanic Certification Notice

Certification by USA Cycling of a coach or mechanic means only that the individual has satisfied certain minimum educational, experience and skill requirements established by USA Cycling; it does not otherwise constitute an endorsement or recommendation of the individual as a coach or mechanic. USA Cycling certified coaches and mechanics are solely responsible for their own actions or failure to act in their respective roles; USA Cycling shall have no responsibility or obligation whatsoever for such acts or failure to act. Each USA Cycling certified coach and mechanic agrees as a condition of certification, to indemnify, hold harmless and defend USA Cycling and its employees, officers, directors, agents, sponsors and promoters from and against all claims and expenses, including reasonable attorney fees, that in an manner arise from or relate to a certification of the individual by USA Cycling and that are asserted against or incurred by any one or more of the foregoing indemnified parties as a result of or arising from the certified individuals actions or failure to act.

### COMPETING OUTSIDE THE UNITED STATES — ROAD AND TRACK

In addition to an International License, a rider must obtain a **Foreign Permission Letter** (FPL) for each country in which a rider wishes to race (some exceptions may apply for Canada and Mexico for residents of bordering states). To obtain a FPL, submit your license information along with the names of the countries in, dates you will be overseas, foreign teams of which you will be a member, and a foreign address if available. To request an application, call 719-866-4581 or visit our website. FPLs are free for the first two. Additional letters are $10.00 each. **Please allow three weeks for processing.** Additional fees may be incurred for requests involving express processing or mailing.

**USA Cycling, Inc. * 1 Olympic Plaza, Colorado Springs, CO 80909 USA * 719-866-4581 * www.usacycling.org**

# EXHIBIT 47

# 2003 INTERNATIONAL LICENSE APPLICATION

**All UCI licenses expire December 31 of the year issued**

**USAC License #**_____

☐ UCI Elite

☐ UCI Master (30 years & over)

> RIDERS AGE 30 AND OVER WILL BE ASSIGNED A MASTERS DESIGNATION UNLESS OTHERWISE REQUESTED

- You must provide a U.S. address to obtain an international license through USA Cycling.
- You must provide proof of citizenship, whether U.S. or otherwise, to obtain an international license.
- You are required to attach a photo of yourself to the backside of your international license.  Do NOT send a photo with your international license application.
- Any position of trust as determined by USA Cycling may require a background check.  Your acceptance of your license is your consent.

1. LAST NAME:_____ FIRST NAME:_____ MIDDLE INITIAL_____

2. DOMESTIC MAILING ADDRESS: _____

   City: _____ State: _____ Zip_____

3. CITIZENSHIP:_____
   You must provide a copy of your passport or birth certificate (and if applicable, a copy of your permanent resident alien card).

4. DATE OF BIRTH: _____PHONE: _____EMAIL:_____

5. UCI TRADE TEAM:_____

6. DOMESTIC CLUB NAME/FOREIGN CLUB NAME:_____

## INTERNATIONAL LICENSE FEES  - CHECK ALL

| | |
|---|---|
| ☐ US Citizen **OR** permanent resident alien requesting International License | $ 125.00 |
| ☐ US Citizen **OR** permanent resident alien with current USCF **OR** NORBA license adding an International License | $ 75.00 |
| ☐ US Citizen **OR** permanent resident alien with current USCF **AND** NORBA license adding an International License | $ 50.00 |
| ☐ **Foreign Citizen** living in the United States requesting International License **ONLY** | $ 150.00 |
| ☐ 24 Hour Priority Processing of application (application will be processed within 24 hours of receipt)   Add | $ 20.00 |
| ☐ 24 Hour Priority processing of application AND express mail return via overnight service.  No foreign addresses.   Add | $ 35.00 |
| **TOTAL AMOUNT ENCLOSED** | $_____ |

If your current domestic license(s) expires within 90 days, the International License is not an add-on and the total $125 fee or $150 fee is due.

_____**Check** or **money order** made payable to USA Cycling, Inc.          _____**VISA**          _____**MasterCard**

**Card #**___ ___ ___ ___ /___ ___ ___ ___ /___ ___ ___ ___ /___ ___ ___ ___          **Expiration Date:**___ ___/___ ___/___ ___

Name on card:_____

Address of card holder:_____City:_____State:_____Zip:_____

**Signature**

## THE FOLLOWING INFORMATION IS REQUIRED TO PROCESS YOUR LICENSE

1. CURRENT RESIDENCE_____

2. PREVIOUS ADDRESS: _____City:_____State:_____Zip:_____Country:_____

3. Have you been issued a license by the UCI or a National Federation other than USA Cycling in the last year?     ☐ Yes ☐ No

   If "yes," provide the name of the issuing organization: _____

4. Have you been denied a license in the last three years?     ☐ Yes ☐ No
   If "yes," what National Federation (or UCI) denied the license? _____

5. Are you currently under suspension?     ☐ Yes ☐ No
   If "yes," what National Federation (or UCI) issued the suspension? _____

   Suspension Dates:  From _____ to _____
   MONTH / DAY / YEAR                                      MONTH / DAY / YEAR

   Reason for Suspension: _____

## CONTINUED ON THE REVERSE SIDE

UNSIGNED OR INCOMPLETE APPLICATIONS WILL NOT BE PROCESSED

# APPLICANT DECLARATION

*All applicants over the age of 18 must sign part 1.  Applicants under age 18 must provide signatures for parts 1& 2.*

**THE FOLLOWING DECLARATION MUST BE READ IN ITS ENTIRETY AND AGREED TO WITH YOUR SIGNATURE AND THE DATE OF SIGNING IN THE SPACE PROVIDED BELOW.**

**1.** I am not aware of any reason why the requested license should not be issued. I have not requested a license for the International Cycling Union (UCI) or from any national federation for the calendar year. I am solely responsible for the information contained in this application to the UCI, its Continental Federations, and its National Federations. I agree to compete in sportsmanlike manner. I agree that the sole jurisdiction for resolving disputes that may arise shall be in the courts of the domicile of the UCI. By participating in a race where a drug test is conducted, in accordance with UCI Drug test regulations, I agree to submit to such testing. I further agree that when competing outside the United States or in international races the results of the analysis may be released to the public and communicated to my trade team, coach, or doctor in accordance with UCI antidoping regulations. I agree to allow my doctor and/or the doctor of my team, upon the request of the UCI, to release to UCI officials a list of medications or treatments administered to me before any specific competition. I agree to submit any protests or disputes regarding drug abuse when competing outside the United States or in international races to the "Court of Arbitration for Sports" (CAS), whose decision I shall accept as final. I agree that all urine samples in such cases taken shall become the property of the UCI and that the UCI may have them analyzed, notably for the purpose or research and information on health protection.

I accept the conditions regarding blood testing and agree to undergo blood tests.

This Agreement is given by the undersigned Applicant for the benefit of USAC and its respective divisions and associations including USCF, NORBA and US Pro Cycling, employees, agents, members, sponsors, promoters, and affiliates (collectively "Releasees"). I acknowledge that cycling is an inherently dangerous sport in which I participate at my own risk and that USAC and its associations are nonprofit corporations formed to advance the sport of cycling, the efforts of which directly benefit me. In consideration of and as a condition of my membership in and the issuance of a license to me by USAC, USCF, NORBA and US Pro Cycling, I individually and on behalf of my heirs, executors, administrators, legal representatives, successors and assigns, release and forever discharge, hold harmless, indemnify, including as to attorney fees, and promise not to sue Releasees on, from and against, and waive, any claims, damages, expenses or demands arising directly or indirectly from or attributable in any way to the negligence, action or failure to act, any Releasees in connection with the sponsorship, organization or execution of any bicycle racing or sporting event, including travel to and from such event, in which I may participate as a rider, team member, spectator or in any other manner. This agreement may not be modified orally, and a waiver of any provision shall not be construed as a modification of any other provision herein or as a consent to any other provision herein or as a consent to any subsequent waiver or modification. I currently have no known physical or mental condition that would impair my capability and am fit to fully participate in bicycle racing (except for _____ ).

X _____     _____
Signature of Applicant (All participants, including minors, must sign in ink)                Date

### FOR MINORS — PARENT OR GUARDIAN MUST COMPLETE THE FOLLOWING

**2.** I, as parent or guardian of the Applicant, represent to the "Releases" that the facts herein concerning my child or ward are true. I give my permission for my child or ward to enter any bicycle race or event permitted by USAC, its associations, affiliated national federations or the UCI during the period of the license applied for, and further, in consideration of the granting of such license, agree, individually and on behalf of my child or ward, to the terms of the above Agreement.

X _____     _____
Signature of Parent or Guardian                                           Date

### COMPETING OUTSIDE THE UNITED STATES — ROAD AND TRACK

In addition to an International License, a rider must obtain a **Foreign Permission Letter** (FPL) for each country a rider wishes to race in (some exceptions may apply for Canada and Mexico for residents of bordering states). To obtain a FPL, submit your license information along with the names of the countries you will compete in, dates you will be overseas, foreign teams you will be a member of, and a foreign address if available. To request an application, call 719-866-4581 or visit our website. FPL are free for the first two. Additional letters are $10.00 each. **Please allow three weeks for processing.** Additional fees may be incurred for requests involving express processing or mailing.

**USA Cycling, Inc.  *  1 Olympic Plaza, Colorado Springs, CO 80909 USA  *  719-866-4581  *  www.usacycling.org**