IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2012 JUL 13 PM 4:27
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY

LANCE ARMSTRONG,
                Plaintiff,

-vs-                                           Case No. A-12-CA-606-SS

TRAVIS TYGART, in his official capacity as
Chief Executive Officer of the United States Anti-
Doping Agency, and UNITED STATES ANTI-
DOPING AGENCY,
                Defendants.

## ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and now enters the following.

The Court is advised there is presently no need for a temporary restraining order in this case, in light of Defendants' agreement to extend Armstrong's arbitration deadline by thirty days. However, because this case is unlikely to have been resolved by that date, the agreed extension is likely only to postpone the question of whether this Court should enjoin Defendants from enforcing an arbitration deadline against Armstrong while the lawsuit progresses. Anticipating the need for a hearing near the end of this thirty-day period, the Court hereby SETS this case for a HEARING on current status and all pending matters on FRIDAY, AUGUST 10, 2012, at 2:00 p.m. If agreements between the parties subsequent to this date make such a hearing unnecessary, the parties shall advise the Court and the setting will be canceled.

Accordingly,

IT IS ORDERED that this case is **SET** for a **HEARING** on **ALL PENDING MATTERS** on **FRIDAY, AUGUST 10, 2012, at 2:00 p.m.** in Courtroom 2 of the United States Courthouse, 200 W. Eighth Street, Austin, Texas.

SIGNED this the __13th__ day of July 2012.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE