IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

LANCE ARMSTRONG,

    *Plaintiff,*

*v.*

UNITED STATES ANTI-DOPING
AGENCY and TRAVIS TYGART, In His
Official Capacity as Chief Executive Officer
of the United States Anti-Doping Agency,

    *Defendants.*

Civ. Action No. 1:12-cv-00606-SS

**DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants United States Anti-Doping Agency ("USADA") and Travis Tygart, in his official capacity as the Chief Executive Officer of USADA, respectfully submit this their corporate disclosure statement, and state that Defendant USADA, a nongovernmental corporate party, has no parent corporation, nor is there any publicly held corporation owning 10% or more of its equity.

Date: July 19, 2012

[SIGNATURE BLOCK ON FOLLOWING PAGE]

Respectfully submitted,

| | |
|---|---|
| /s/ John J. McKetta, III | /s/ William Bock, III |
| John J. McKetta, III (State Bar No. 13711500) | William Bock, III (*pro hac vice* pending) |
| Matthew C. Powers (State Bar No. 24046650) | KROGER, GARDIS & REGAS |
| GRAVES, DOUGHERTY, HEARON & MOODY, P.C. | 111 Monument Circle, Suite 900 |
| 401 Congress Avenue, Suite 2200 | Indianapolis, IN 46204-5125 |
| P.O. Box 98 | Phone: (317) 692-9000 |
| Austin, TX 78767-0098 | Fax: (317) 264-6824 |
| Phone: 512-480-5616 | wb@kgrlaw.com |
| Fax:    512-480-5816 | |
| mmcketta@gdhm.com | /s/ Brent Rychner |
| mpowers@gdhmcom | Richard R. Young (*pro hac vice* pending) |
| | Brent E. Rychener (*pro hac vice* pending) |
| | BRYAN CAVE HRO |
| | 90 South Cascade Avenue, Suite #1300 |
| | Colorado Springs, Colorado 80903 |
| | Phone:  719-473-3800 |
| | Fax:  719-633-1518 |
| | richard.young@bryancave.com |
| | brent.rychener@bryancave.com |

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2012, I electronically filed **DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Timothy J. Herman
Sean E. Breen
HOWRY BREEN & HERMAN, LLF
1900 Pearl Street
Austin, Texas 75705
therman@howrybreen.com

I hereby further certify that I have sent this filing to the following non CM/ECF participants by U.S. mail and email:

Mark S. Levinstein
Marcie R. Ziegler
Ana C. Reyes
WILLIAMS & CONNOLLY LLP
725 12th St., NW
Washington, DC 20005
mlevinstein@wc.com

Robert D. Luskin
Patrick J. Slevin
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
rluskin@pattonboggs.com

    /s/ Matthew C. Powers
Matthew C. Powers