IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LANCE ARMSTRONG,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES ANTI-DOPING AGENCY and TRAVIS TYGART, In His Official Capacity as Chief Executive Officer of the United States Anti-Doping Agency,<br><br>*Defendants.* | Civ. Action No. 1:12-cv-00606-SS |

# ORDER

On this date, the Court considered Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction or, in the Alternative, Motion to Dismiss or Stay Under the Federal Arbitration Act. Having considered the motion, any responses and replies on file, the applicable law, and the case file as a whole, the Court now enters the following orders:

IT IS ORDERED that Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction or, in the Alternative, Motion to Dismiss or Stay Under the Federal Arbitration Act is GRANTED.

IT IS FURTHER ORDERED that all claims and causes of action asserted in this lawsuit are DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION.

IT IS FINALLY ORDERED that this CASE IS DISMISSED.  Defendants shall have and recover their costs, for which let execution issue.

Signed on this \_\_\_ day of _____, 2012.

_____
THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE