IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

LANCE ARMSTRONG,

    *Plaintiff,*

v.

UNITED STATES ANTI-DOPING AGENCY and TRAVIS TYGART, In His Official Capacity as Chief Executive Officer of the United States Anti-Doping Agency,

    *Defendants.*

Civ. Action No. 1:12-cv-00606-SS

## **ORDER**

On this date, the Court considered Plaintiff's Consent Motion for Extension of Time and Request for Further Extension of Time By Plaintiff. Having considered the motion, any responses and replies on file, the applicable law, and the case file as a whole, the Court now enters the following orders:

IT IS ORDERED that Plaintiff's Consent Motion for Extension of Time and Request for Further Extension of Time By Plaintiff is GRANTED IN PART AND DENIED IN PART. Plaintiff shall file his response to Defendants' motion to dismiss no later than 5:00 p.m., Friday, August 3, 2012.

Signed on this ___ day of _____, 2012.

THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE