UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Lance Armstrong,<br><br>*Plaintiff*,<br><br>v.<br><br>United States Anti-Doping Agency, *et al.*,<br><br>*Defendants*. | Civ. Action No.1:12-cv-00606-SS |

### ORDER DENYING DEFENDANTS' MOTION TO DISMISS

After considering Defendants' Motion to Dismiss For Lack of Subject Matter Jurisdiction or, In the Alternative, Motion to Dismiss or Stay under the Federal Arbitration Act (Doc. 33), Plaintiff's opposition thereto, and any further briefing or oral argument before the Court, IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is DENIED.

SIGNED this the _____ day of _____, 2012.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE