IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2012 AUG 20  AM 10: 47
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

| | |
|---|---|
| LANCE ARMSTRONG,<br><br>     Plaintiff, | |
| -vs- | Case No. A-12-CA-606-SS |
| TRAVIS TYGART, in his official capacity as Chief Executive Officer of the United States Anti-Doping Agency, and UNITED STATES ANTI-DOPING AGENCY,<br><br>     Defendants. | |

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day the Court entered an order in the above-styled cause, dismissing it without prejudice.

Accordingly,

IT IS ORDERED, ADJUDGED, and DECREED that the above-styled cause is DISMISSED WITHOUT PREJUDICE, and that Plaintiff Lance Armstrong shall bear all costs of suit, for which let execution issue.

SIGNED this the 20th day of August 2012.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE

606 ood 2 mjh.frm